# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **DUSTI THOMPSON, Individually, On Behalf of the Estate of Scott Thompson, Deceased, and on behalf of All Wrongful Death Beneficiaries,** | § § § § | |
| **Plaintiff** | § § | |
| **v.** | § § | **Civil Action No. 3:20-cv-02170-L** |
| **WING ENTERPRISES, INC. d/b/a LITTLE GIANT LADDERS, and HAROLD ARTHUR WING,** | § § § | |
| **Defendants** | § | |

## DEFENDANT'S APPENDIX IN SUPPORT OF RESPONSE TO MAGISTRATE JUDGE'S ELECTRONIC ORDER REGARDING PAYMENT OF DISCOVERY SANCTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WING ENTERPRISES, INC. d/b/a LITTLE GIANT LADDERS**, Defendant in the above numbered and styled cause, and files this Appendix in Support of Defendant's Response to Magistrate Judge's Electronic Order Regarding Payment of Discovery Sanctions, pursuant to Local Rule 56.6.

| Exhibit | Description | Appendix Citation |
|---|---|---|
| A | February 15, 2023 E-mail chain with Plaintiff's counsel, Ross Cunningham, transmitting amended discovery responses (Exhibit B) | Def's App. 0001-0002 |
| B | February 15, 2023 Letter to Plaintiff's counsel, Ross Cunningham, transmitting and including<br>-Defendant's Third Amended Response to Plaintiff's First Request for Production;<br>-Second Amended Response to Plaintiff's Second Request for Production;<br>-Defendant's First Amended Response to Plaintiff's Fourth Request for Production; and<br>-Defendant's First Amended Response to Plaintiff's Fifth Request for Production. | Def's App. 0003-0135 |

| C | November 4, 2022 E-mail chain with Plaintiff's counsel, Ross Cunningham, providing him with notice of Defense counsel's scheduled vacation | Def's App. 0136-0140 |
|---|---|---|

Respectfully submitted,

**FARMER, HOUSE, OSUNA, JACKSON & OLVERA**
411 Heimer Road,
San Antonio, Texas 78232
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)


By: _____*/s/ Jeffrey G. House*_____
        **JEFFREY G. HOUSE**
        State Bar No. 00784295
        jhouse@satx.law
        **J. DEAN JACKSON**
        State Bar No. 24008373
        djackson@satx.law
        **MICHAEL D. DeNUCCIO**
        State Bar No. 24025015
        mdenuccio@satx.law
        **ATTORNEYS FOR DEFENDANTS WING ENTERPRISES, INC. d/b/a LITTLE GIANT LADDERS**

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that the foregoing pleading has been forwarded in accordance with the Federal Rules of Civil Procedure as set out below on this the 27ᵗʰ day of February, 2023.

Ross Cunningham
Joseph R. Alexander, Jr.
Steven D. Sanfelippo
**CUNNINGHAM SWAIM, LLP**
4014 Main Street, Suite 200
Dallas, Texas 75226
rcunningham@cunninghamswaim.com
joe@cunninghamswaim.com
ssanfelippo@cunninghamswaim.com
***ATTORNEYS FOR PLAINTIFFS***

_____*/s/ Jeffrey G. House* _____
**Jeffrey G. House / J. Dean Jackson**
**Michael D. DeNuccio**

**Nicholas Casseb**

| | |
|---|---|
| **From:** | Ross Cunningham <rcunningham@cunninghamswaim.com> |
| **Sent:** | Wednesday, February 15, 2023 12:13 PM |
| **To:** | Michael DeNuccio |
| **Cc:** | Jeff House; Barbara Day; Chelsea Linton; David Denny; Steven Sanfelippo; Joseph R. Alexander, Jr.; Jodi Jesser; Chelsea  Endicott |
| **Subject:** | Re: Thompson v. Wing; 2979.2 |
| **Attachments:** | Ltr to PA re serving Amended Responses to Requests for Production (01558376xAAD67).PDF |

Thank you, sir. We will review and revert with any questions that we have.

-Ross

Ross Cunningham
Cunningham Swaim, LLP
4015 Main Street, Suite 200
Dallas, TX 75226
469.729.7000 (Direct)
214.868.3438 (Mobile)
214.646.1495 (Main)
V-Card



**From:** Michael DeNuccio <mdenuccio@satx.law>
**Date:** Wednesday, February 15, 2023 at 12:07 PM
**To:** Ross Cunningham <rcunningham@cunninghamswaim.com>
**Cc:** Jeff House <jeff@satx.law>, Barbara Day <bday@satx.law>, Chelsea Linton <clinton@satx.law>
**Subject:** Thompson v. Wing; 2979.2

Mr. Cunningham:
Please see the attached letter and Responses to Request for Production, as well as links to the produced documents.

If you have any questions, please let me know. I will be out of the office through February 21, so if there are any issues, I will not be able to address them after today (until the 21st).

Mike

**Michael D. DeNuccio**
Partner

 FARMER, HOUSE, OSUNA, JACKSON & OLVERA
ATTORNEYS AND COUNSELORS AT LAW

411 Heimer Road
San Antonio, Texas 78232
210-477-4043 Direct
210-377-1990 Main

1

**Def's App. 0001**

IT'S-2022 Fax

[mdenuccio@satx.law](mailto:mdenuccio@satx.law)

[https://link.edgepilot.com/s/ea2a5cf1/mgYfvbvznki6ZpazUViDmA?u=http://www.satx.law/](https://link.edgepilot.com/s/ea2a5cf1/mgYfvbvznki6ZpazUViDmA?u=http://www.satx.law/)

**Def's App. 0002**

# FARMER, HOUSE, OSUNA, JACKSON & OLVERA
## ATTORNEYS AND COUNSELORS AT LAW

**Michael D. DeNuccio**, Partner
mdenuccio@satx.law

February 15, 2023

M. Ross Cunningham
Cunningham Swaim, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
rcunningham@cunninghamswaim.com

> Re:    Cause No.: 3:20-cv-02170-L; *Dusti Thompson, Individually, On Behalf of the Estate of Scott Thompson, Deceased, and on behalf of All Wrongful Death Beneficiaries v. Wing Enterprises, Inc. d/b/a Little Giant Ladders, and Harold Arthur Wing*; In the United States District Court for the Northern District of Texas, Dallas Division
> Our File No. 2979.002

Mr. Cunningham:

Please see the enclosed amended Responses to Plaintiff's multiple Requests for Production.

1. Defendant's Third Amended Response to Plaintiff's First Request for Production;
2. Defendant's Second Amended Response to Plaintiff's Second Request for Production;
3. Defendant's First Amended Response to Plaintiff's Fourth Request for Production; and
4. Defendant's First Amended Response to Plaintiff's Fifth Request for Production.

Additional documents, Bates 44553-85514, are at the following link.
https://www.dropbox.com/sh/zrtpo7us0nhveb5/AAAHCwehML8PZRe_UIV3ARO7a?dl=0
All documents produced by Defendant, including the additional documents, are at the following link.
https://www.dropbox.com/sh/2jebx7fmc9ldd4v/AAB4uUt_XydQxt_W7t0Mxg-Xa?dl=0

Very truly yours,

FARMER, HOUSE, OSUNA,
JACKSON & OLVERA

**Michael D. DeNuccio**



411 Heimer Road
San Antonio, TX 78232

P: 210-377-1990
F: 210-377-1065

**WWW.SATX.LAW**

w:\wdox\clients\2979\0002\01558373.docx

**Def's App. 0003**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DUSTI THOMPSON, Individually, On** | § | |
| **Behalf of the Estate of Scott Thompson,** | § | |
| **Deceased, and on behalf of All** | § | |
| **Wrongful Death Beneficiaries.** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:20-cv-02170-L** |
| | § | |
| **WING ENTERPRISES, INC. d/b/a** | § | |
| **LITTLE GIANT LADDERS, and** | § | |
| **HAROLD ARTHUR WING.** | § | |
| **Defendants** | § | |

**DEFENDANT WING ENTERPRISES, INC.'S**
**THIRD AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR**
**PRODUCTION**

TO:    Plaintiff, Dusti Thompson, by and through her attorney of record, Ross Cunningham, Cunningham & Swaim, LLP, 4015 Main Street, Suite 200, Dallas, Texas 75226.

COMES NOW Wing Enterprises, Inc. ("Wing Enterprises"), Defendant in the above-entitled

and numbered action, and submits the following amended responses to the below-enumerated

instructions, definitions and Requests contained in Plaintiff's First Request for Production.

Defendant's Third Amended Response is limited by the Stipulation Regarding the Parties

Agreement as to the Scope of Discovery which was submitted as Document No. 49 on file with

the Court.

1

**Def's App. 0004**

Respectfully submitted.
**FARMER, HOUSE, OSUNA.**
**JACKSON & OLVERA**
411 Heimer Road.
San Antonio, Texas 78232
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)

By: ___/s/ Michael D. DeNuccio_____
                   **JEFFREY G. HOUSE**
                   State Bar No. 00784295
                   jhouse@satx.law
                   **J. DEAN JACKSON**
                   State Bar No. 24008373
                   djackson@satx.law
                   **MICHAEL D. DeNUCCIO**
                   State Bar No. 24025015
                   mdenuccio@satx.law
                   **ATTORNEYS FOR DEFENDANT**
                   **WING ENTERPRISES, INC. d/b/a**
                   **LITTLE GIANT LADDERS**

## <u>CERTIFICATE OF SERVICE</u>

       I do hereby certify that the foregoing pleading has been forwarded in accordance with the Federal Rules of Civil Procedure as set out below on this the 15th day of February 2023.

Ross Cunningham
Joseph R. Alexander, Jr.
Steven D. Sanfelippo
**CUNNINGHAM SWAIM, LLP**
4014 Main Street, Suite 200
Dallas, Texas 75226
rcunningham@cunninghamswaim.com
joe@cunninghamswaim.com
ssanfelippo@cunninghamswaim.com
***ATTORNEYS FOR PLAINTIFFS***

                              ___/s/ Michael D. DeNuccio_____
                              **Jeffrey G. House / J. Dean Jackson**
                              **Michael D. DeNuccio**

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

### Reference to and Incorporation of Stipulation

Defendant's Third Amended Response is limited by the Stipulation Regarding the Parties Agreement as to the Scope of Discovery which was submitted as Document No. 49 on file with the Court.

### Diligent Search

Defendant has performed an extensive search of its digital or electronic computer systems in an effort to locate documents within the scope of the Stipulation (Document 49). Such searches produced documents, including emails and attachments, that were thereafter reviewed for relevance and privilege. Subsequent thereto, Defendant performed additional refined searches to identify specific documents (with Bates numbers) that would be responsive to each request for production herein. The lists generated for each request are set forth in response to each request.

### Objection to the Definitions of "Document":

Plaintiff has provided a definition of "documents" that differs from the definition of "document" set forth in Rule 34(a)(1)(A) of the Federal Rules of Civil Procedure. It is an impermissible attempt to alter the definition of "document" as set forth in Rule 34a(1)(A) of the Federal Rules of Civil Procedure. As such, Defendant objects to Plaintiff's requests for production in their entirety on the grounds that they exceed the permissible scope of discovery, and Defendant will instead construe the term "document" as defined by Rule 34(a)(1)(A) of the Federal Rules of Civil Procedure.

Plaintiff has also provided a definition of what documents are covered by the request – specifically, stating that "any request for documents is intended to cover all documents that are in your possession or that are subject to your direct or indirect custody or control" - that differs from the requirement set forth in Rule 34 (a)(1) of the Federal Rules of Civil Procedure that a party may only request documents within a "responding party's possession, custody, or control." As such, Defendant objects to Plaintiff's requests for production in their entirety on the grounds that they exceed the permissible scope of discovery, and Defendant will instead construe the requests as only requesting documents within Defendant's possession, custody or control as limited by Rule 34(a)(1).

Plaintiff has also provided a definition of "possession or custody" that differs from the definition of these terms as recognized by courts in the Northern District of Texas. It is an impermissible attempt to alter the meaning of "possession, custody or control" as recognized by the courts in the Northern District of Texas as including documents in Defendant's actual possession or control and those documents a Defendant has the legal right or practical ability to obtain from a non-party to the action, with the burden on the party seeking discovery to make a showing that Defendant has control over the documents sought. *See, e.g.*, *Mir v. L-3 Commc'ns Integrated Sys., L.P.*, 319 F.R.D. 220, 230-31 (N.D. Tex. 2016). As such, Defendant objects to Plaintiff's requests for production in their entirety on the grounds that they exceed the permissible scope of discovery, and Defendant will instead construe the requests as only requesting documents within Defendant's

possession, custody or control as those terms are defined by courts in the Northern District of Texas.

## Objection to the Form of Production of Electronic Discovery:

Pursuant to Federal Rule of Civil Procedure 34(b)(2)(D), Wing Enterprises objects to the Plaintiff's requested form of production of electronically stored information.

First, Wing Enterprises objects to producing electronically stored information in its native electronic format and the production of metadata Production of ESI in this format, and the production of metadata, is unduly burdensome and imposes undue expense on Defendant; the native electronic format is not the manner in which all of the documents are stored in the regular course of business; and the metadata is not relevant to any party's claim or defense and is not proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Defendant further objects to reducing electronically stored information to a paper copy or .tif format, or having to create load files, as these forms of production are unduly burdensome and impose undue expenses on defendant and the documents are not stored in paper format or .tif file format in the regular course of business.

Defendant further objects to permitting inspection of any medium or application that is not publicly available or is proprietary to Defendant as this form of production is unduly burdensome and imposes undue expenses on Defendant and inspection of the medium is not relevant to any party's claim or defense and is not proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Defendant will agree to produce electronically stored information in electronic .pdf files that are OCR searchable. If and only if files cannot be reasonably usable when converted to .pdf, then such electronically stored information will be produced in its native format (such as an Excel file) without metadata or in paper form.

## Objection to the Procedure for Withholding Privileged Information or Trial-Preparation Materials:

Plaintiff imposes an obligation on Defendant regarding the procedure for the withholding of information otherwise discoverable that is privileged or subject to protection as trial-preparation material that is different from the procedure prescribed by Rule 26(b)(5)(A) of the Federal Rules of Civil Procedure. As such, Defendant objects to Plaintiff's requests for production in their entirety on the grounds that they exceed the permissible scope of discovery, and Defendant will instead comply with the procedure prescribed in Rule 26(b)(5)(A) for withheld documents.

## THIRD AMENDED RESPONSES/REITERATED OBJECTIONS TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**   All documents, video, photographs or other tangible things that You intend to rely on to show or allege that Scott Thompson was negligent, as alleged in Paragraph 14 of Defendant's Amended Answer to Plaintiff's First Amended Complaint.

**THIRD AMENDED RESPONSE:** Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, see documents Bates 1-750, 752-1186, 1339-2429.

**REQUEST FOR PRODUCTION NO. 2:**   All documents, videos, photographs or other tangible things that You intend to rely on to show or allege that Scott Thompson misused the product, as alleged in Paragraph 16 of Defendant's Amended Answer to Plaintiff's First Amended Complaint.

**THIRD AMENDED RESPONSE:** Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, see documents Bates 1-750, 752-1186, 1339-2429.

**REQUEST FOR PRODUCTION NO. 3:**  All documents, videos, photographs or other tangible things that You intend to rely on to show or allege that the Little Giant Ladder was substantially changed or altered, as alleged in Paragraph 16 of Defendant's Amended Answer to Plaintiff's First Amended Complaint.

**THIRD AMENDED RESPONSE:**  Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, see documents Bates 1-750, 752-1186, 1339-2429.

**REQUEST FOR PRODUCTION NO. 4:**  All documents, videos, photographs or other tangible things that You intend to rely on to show or allege that there was an intervening or now and independent cause of the injuries and death of Scott Thompson, as alleged in Paragraph 17 of Defendant's Amended Answer to Plaintiff's First Amended Complaint.

**THIRD AMENDED RESPONSE:**  Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, see documents Bates 1-750, 752-1186, 1339-2429.

**REQUEST FOR PRODUCTION NO. 5:**  All documents, videos, photographs or other tangible things that You intend to rely on to show or allege that there is an indispensable party that has not been joined, as alleged in Paragraph 23 of Defendant's Amended Answer to Plaintiff's First Amended Complaint.

**THIRD AMENDED RESPONSE:**  Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, Defendant refers to Dusti Thompson's deposition, pages 24, 25, 143, 144, 169.

**REQUEST FOR PRODUCTION NO. 6:**  All documents or tangible things that identify the generally-recognized, reasonably-available state-of-the-art and prevailing standards in the industry at the time the Little Giant Ladder was manufactured and marketed, and/or with mandatory safety standards or regulations adopted and promulgated by the federal government, or an agency of the federal government that were applicable to the product at the time of manufacture and that governed the product risk that allegedly caused harm as alleged in Paragraph 23 of Defendant's Amended Answer to Plaintiff's First Amended Complaint.

**THIRD AMENDED RESPONSE:**  See ANSI 14.2 and OSHA §1910.23. The ANSI standards are copyrighted and may be purchased through ANSI and/or the American Ladder

**Def's App. 0010**

Institute. The OSHA standards are available at https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.23.

**REQUEST FOR PRODUCTION NO. 7:** All documents, videos, photographs or other tangible things that You intend to rely on to show or allege that the ladder had been badly abused prior to the date of the incident as alleged by You in the Joint Status Report.

**THIRD AMENDED RESPONSE:** Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, see documents Bates 1-750, 752-1186, 1339-2429.

**REQUEST FOR PRODUCTION NO. 8:** All documents, videos, photographs or other tangible things that You intend to rely on to show or allege the Little Giant Ladder was in a condition unsafe for use at the time of the Incident as alleged by You in the Joint Status Report.

**THIRD AMENDED RESPONSE:** Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

**Def's App. 0011**

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, see documents Bates 1-750, 752-1186, 1339-2429.

**REQUEST FOR PRODUCTION NO. 9:**  All documents, videos, photographs or other tangible things that You intend to rely on to show or allege that the Little Giant Ladder had been used with a lack of care/misuse in connection therewith as alleged by You in the Joint Status Report.

**THIRD AMENDED RESPONSE:** Wing Enterprises objects to this Request because in asking Wing what documents it intends to "rely on" to prove decedent's negligence, it:

(1) fails to identify documents with the particularity and specificity required by Rule 34 of the Federal Rules of Civil Procedure;

(2) forces Wing Enterprises to form and reveal mental impressions and conclusions concerning trial strategy and evidence that are protected from discovery under the work product doctrine, as codified by Rule 26 of the Federal Rules of Civil Procedure;

(3) amounts to a "contention" request for production, when the work product doctrine has only been abrogated by the Federal Rules to allow for very narrowly tailored contention interrogatories, and those rules have not cut into the protections of the doctrine as they apply to requests for production; and

(4) makes the request overbroad and improperly attempts to require Wing to marshal evidence for trial on specific defenses.

Subject to and without waiver of the foregoing objections, see documents Bates 1-750, 752-1186, 1339-2429.

**REQUEST FOR PRODUCTION NO. 10:**  A complete copy, including all addendums, of insurance policies, including self-insured retentions, primary, excess, quota-share or cooperative, that will or may provide coverage for any aspect of this accident, loss, lawsuit, damages, or claims.

**THIRD AMENDED RESPONSE:**  Wing Enterprises has already produced declarations pages from all applicable policies and provided all information applicable to coverage limits and deductible/self-insured retention amounts and terms.

**REQUEST FOR PRODUCTION NO. 11:** All testing, engineering drawings, shop travelers, assembly records, and other manufacturing-related data for the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** See documents produced under Tabs "A" (Bates 1-141) and "B" (Bates 142-179), as well as Bates 1-750, 752-784, 786-1327, 5609-6385, 347-8705, 8735-9277, 9313-9324.

See Bates 46427-46509, 46510, 46678-46761, 46762-46766, 46767-46771, 46772, 46773, 46774-46853, 46854-46954, 46955-47055, 47056, 47270-47274, 47275, 47276, 47277, 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 48552-48633, 48634-48638, 48639-48643, 48644, 48645, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50306-50332, 50333-50388, 50389-50445, 50446-50617, 50618, 50619, 50620, 50621-50786, 50813-50861, 50862-50945, 50946-51014, 51103-51218, 51220-51336, 51337, 51338, 51339, 51340, 51341, 51342, 51343, 51344, 51345, 51346, 51347, 51348-51445, 51446-51605, 51606-51730, 51731-51865, 51866-52054, 52055, 52056, 52062-52229, 52230-52456, 52457, 52458-52643, 52644-52889, 52890-53155, 53367-53437, 53643-53644, 53645-53648, 53649, 53650, 53651-53661, 53662-53663, 53664-53666, 53667, 53668, 53669, 53670, 53671, 53672, 53754-53759, 53779-53784, 53785-53791, 53792-53798, 53799-53805, 53806, 53807, 53808, 53809, 53810, 53811, 53812, 53813, 53814, 53815, 53816, 53817, 53818, 53819, 53820, 53821, 53822, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53894-53899, 53900, 53901, 53902, 53903, 53904-53910, 53911, 53912, 53913, 53914, 53915, 53916, 53917, 53918, 54394, 54395, 54396, 54397, 55416-55420, 55421-55428, 55440-55454, 55455, 55456-55474, 55475, 55476-55499, 55500, 55501, 55502-55523, 55524, 55525, 55526, 56591-56602, 56603, 56604, 56605, 56977, 56978, 56979, 58559-58560, 58561-58565, 58566, 58567, 58568, 58816-58818, 58819, 58820, 58833, 58834-58835, 58950-58953, 58954, 58955, 58956, 58957, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59106-59109, 59110, 60094-60095, 60096, 60097, 60101-60102, 60103, 60104, 60105, 60106, 60107, 60108-60110, 60111, 60112, 60113, 60354-60355, 60356, 60357, 60358, 60359, 60360, 60361, 60362, 60363, 60364, 60396-60397, 60398, 60399, 60400, 60401, 60402-60404, 60405, 60406, 60407, 60470-60472, 60473, 60474-60476, 60477, 60478, 60479-60481, 60482, 60483, 60484, 60485, 60486, 60487, 60488-60491, 60492, 60493, 60494, 60548-60550, 60551-60552, 60553, 60721-60722, 60723, 60731-60732, 60733, 60958-60962, 60963, 60964, 60965, 60966-60971, 60972, 60973, 60974, 61975-61977, 61978, 61979, 61980, 61981, 61982-61985, 61986, 61987, 61988, 61989, 61990, 61991, 62061-62062, 62063, 62064-62065, 62073-62075, 62082-62084, 62267-62270, 62605, 62606-62608, 63256-63260, 63261, 63262-63266, 63267-63272, 63273, 63274, 63275-63279, 63280-63285, 63292, 63293, 63294-63295, 63296, 63301-63307, 63308, 63309, 63310, 63311, 63312, 63313, 63314, 63315, 63501-63505, 63506, 63507, 63508, 63509, 63510, 64388-64392, 64393, 64394, 64395, 64396, 64397, 64470, 64471-64472, 64473-64474, 64475-64476, 64477-64478, 64523-64525, 64526-64527, 64528-64529, 64530-64531, 64865-64868, 64869, 64870, 64871-64873, 64874-64875, 64879, 65075-65076, 65077, 65078, 65079, 65080-65083, 65084-65086, 65087, 65263-65272, 65273, 65274, 65275, 65276, 65277, 65278, 65279, 65280, 65281, 65282, 65283, 65284, 65285, 65762-65766, 65767, 65768-65775, 65776-65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828, 65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 66592-66593, 66594-66595, 66596-66598, 66599-66601, 69023-69027, 69028, 69029, 69030, 69050-69054, 69055, 69056, 69057, 69058, 69059, 69087-69088, 69089, 69090, 69091, 69092, 69093, 69094, 69095, 69096, 69097, 69098, 70123, 70124-70163, 70164-70204, 70205-70235, 71335-71337, 71338-71345, 71346-71353, 71354-71356, 71357-71364, 71365-71372, 71386-71389, 71390-71391, 71392, 71393, 71394, 71395, 71396, 71397, 74334-74337,

74338, 74339, 74340, 74341, 74855-74859, 74860-74867, 76759-76800, 76801-76849, 76850-76854, 76855-76859, 76860-76864, 76865, 76866, 76983-77030, 77031-77081, 77082-77086, 77087-77091, 77092-77141, 77142-77198, 77199, 77200-77254, 77260-77342, 77343-77347, 77386-77466, 77467-77471, 77702-77812, 80615-80616, 80617-80619, 80620-80622, 80623, 80624-80628, 80629-80636, 80721-80853, 80854, 80855, 80902-80904, 80905, 80906, 80907, 80908-80939, 80940, 81162-81163, 81164-81166, 81167-81169, 81170, 81171-81175, 81176-81183, 81303-81307, 81308-81312, 81313-81318, 81319-81325, 81326-81330, 81331-81335, 81336-81341, 81835-81991, 81992, 81993, 81994, 81995, 81996, 81997-82171, 82172-82337, 82338, 82339, 82340, 82341, 82342, 82343, 82344, 82354-82520, 82521, 82522, 82523, 82524, 82525, 82526, 82527, 82694, 82695-82699, 82700-82705, 82706-82710, 82711-82716, 82717-82721, 82722-82727, 82728, 82729-82733, 82734-82739, 82740-82744, 82745-82750, 82751-82755, 82756-82761, 82762, 82763-82767, 82768-82773, 82774-82778, 82779-82784, 82785-82789, 82790-82795, 82796, 82797-82801, 82802-82808, 82809-82813, 82814-82819, 82820-82824, 82825-82830, 82831, 82832-82836, 82837-82843, 82844-82848, 82849-82855, 82856-82860, 82861-82867, 82868, 82869-82873, 82874-82880, 82881-82885, 82886-82892, 82893-82897, 82898-82904, 83606, 83607, 83624-83627, 83628, 83629, 83630-83632, 83724, 83725-83726, 83772, 83773-83775, 83776-83779, 83780-83782, 83793, 83794, 83795, 83796-83798, 83799, 83896-83916, 83917, 83918, 83919, 83920, 83921, 83922, 83923, 83924-83948, 83965-83968, 83969, 84080-84082, 84083-84090, 84091-84098, 84109-84112, 84113-84114, 84115, 84116, 84117, 84118, 84119, 84120.

**REQUEST FOR PRODUCTION NO. 12:**  All documents relating to any component, material, or substance utilized in the manufacture, testing, and/or inspection of the Little Giant Ladder.

    **THIRD AMENDED RESPONSE:** See documents produced under Tabs "A" (Bates 1-141) and "B" (Bates 142-179), as well as Bates 1187-1327.

**REQUEST FOR PRODUCTION NO. 13:** Any documents relating to any instructions authored, approved, published, adopted, or distributed by Defendant that accompanied the Little Giant Ladder.

    **THIRD AMENDED RESPONSE:** See documents produced under Tab C (Bates 180-237) as well as Bates 308-310, 764-781, 47472-47476, 47477, 47482-47484, 47485-47491, 47492-47495, 47496-47500, 48433-48435, 48450-48453, 48454-48459, 48460-48465, 48476-48482, 48483-48494, 48691, 48692, 53279, 53280-53282, 53520, 53521, 53522, 53524-53525, 53568-53570, 53940-53947, 53948, 53949-53954, 53955, 54537-54538, 57274, 57279-57282, 57283, 57284, 57285, 57286, 58347-58348, 58349, 58350, 58368-58369, 58370, 58371, 58474, 58475, 58476, 58477, 58478, 58479, 58480-58481, 58482, 58483, 58487-58488, 58489, 58490, 58491-58492, 58493, 58494, 58495-58496, 58497, 58498, 58499, 58500-58502, 58503, 58504, 58505, 58506, 58507, 58508-58510, 58511, 58512, 58513, 58514, 58515, 58578-58581, 58582, 58583, 58584, 58585, 58586, 58655-58658, 58659, 58660, 58661, 58662, 58663, 58664-58667, 58668, 58669, 58670, 58671, 58672, 58673-58677, 58678, 58679, 58680, 58681, 58682, 58683-58687, 58688, 58689, 58690, 58691, 58692, 58693-58698, 58699, 58700, 58701, 58702, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59106-59109, 59110, 59664-59666, 59667, 59668, 59669-59672, 59673, 59674, 59675-59677, 59707-59710, 59711, 59712, 59718-59721, 59738-59742,

59743, 59744, 59919-59923, 59924, 59925, 59938-59942, 59943, 59944, 59950-59954, 59955-59959, 59960, 59961, 59962, 59963, 59964, 59965, 59969-59973, 59974, 59975, 59983-59987, 59988, 59989, 59990, 59991-59996, 59997, 59998, 59999-60003, 60004, 60005, 60006-60011, 60012-60017, 60018, 60019, 60020-60024, 60025-60030, 60031-60036, 60037, 60038, 60039-60044, 60045, 60046, 60047-60052, 60053, 60054-60060, 60061, 60062, 60063, 60064, 60065, 60066, 60067, 60068-60069, 60070, 60071, 60072-60073, 60074, 60075, 60076-60077, 60078, 60079, 60080-60081, 60082, 60083, 60084-60085, 60086, 60087, 60088-60090, 60091, 60092, 60093, 60152-60157, 60158, 60159, 60160-60165, 60166-60171, 60172, 60173-60179, 60180, 60181, 60193-60198, 60217-60222, 60223, 60224, 60543-60544, 60545, 60546, 60547, 60739-60740, 60741, 60742, 60743, 60744-60746, 60747, 60748, 60749, 60750, 60751-60754, 60755, 60756, 60757, 60758, 60759, 60760-60764, 60765, 60766, 60767, 60768, 60769, 60770-60773, 60774, 60775, 60776, 60868-60869, 60870, 60871, 60872, 60873-60875, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61231-61233, 61234-61237, 61238, 61239, 61240-61242, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257, 61258-61263, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61672-61678, 61679, 61680, 61681, 61829-61833, 61834, 61835, 61899-61903, 61904, 61905, 61906, 61907, 61908, 61947-61952, 61953, 61954, 61955, 61956, 61957, 62001-62002, 62003, 62004, 62005, 62006, 62007, 62008, 62009, 62010-62012, 62013, 62014, 62015, 62016, 62017, 62018, 62019, 62020, 62021-62023, 62024, 62025, 62026, 62027, 62028, 62029, 62030, 62031, 62091-62092, 62093, 62094, 62095-62097, 62098, 62099, 62100-62103, 62104, 62105, 62267-62270, 62299, 62307-62309, 62310, 62311, 62312-62317, 62318, 62319, 62320, 62321, 62322, 62323, 62324, 62325, 62326-62332, 62333, 62334, 62335, 62336, 62337, 62338, 62339, 62340, 62341, 62342-62349, 62350, 62351, 62352, 62353, 62354, 62355, 62356, 62357, 62358, 62359, 62360, 62369-62379, 62380-62382, 62383, 62384, 62385, 62435-62437, 62438, 62439, 62440, 62501-62503, 62504, 62505, 62506, 62507, 62508-62509, 62510, 62511, 62572-62578, 62594, 62595-62596, 62597, 62598, 62599-62601, 62602, 62603, 62604, 62605, 62606-62608, 62626-62629, 62630, 62631, 62632, 62633, 62634, 62635-62637, 62638, 62639, 62640, 62662, 62663-62664, 62665, 62666, 62667, 62696, 62697, 62698, 62699-62701, 62702-62704, 62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62722-62726, 62727-62732, 62733-62738, 62739-62745, 62746-62752, 62753, 62757-62758, 62759, 62760, 62761, 62783-62789, 62790, 62791, 62792, 62793, 62794, 62795, 62848, 62849, 62850, 63339-63342, 63343, 63344-63345, 63346, 63347-63351, 63352, 63353-63354, 63355-63358, 63359-63364, 63365, 63366-63367, 63368-63371, 63376-63381, 63382, 63383-63384, 63385-63391, 63392, 63393-63394, 63395-63400, 63401, 63402, 63403, 63404, 63407-63414, 63415, 63416-63417, 63418-63427, 63428-63429, 63430-63437, 63438-63446, 63447, 63448, 63449-63450, 63451, 63452-63458, 63459, 63460-63465, 63466, 63467, 63468, 63469, 63473, 63474, 63475, 63479-63483, 63487-63488, 63489-63491, 63518-63520, 63521-63525, 63532-63533, 63534-63535, 63536-63537, 63545-63548, 63663-63665, 63666, 63667-63670, 63718-63726, 64308-64309, 64340-64342, 64376-64379, 64398-64400, 64401, 64402, 64403, 64404, 64405, 64406, 64407, 64408, 64409, 64410, 64411, 64412, 64413, 64414, 64415, 64416, 64766-64767, 64768,

64769, 65034-65039, 65040, 65041-65047, 65048, 65049, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65861, 65862, 65863, 65864-65865, 65866, 65867-65868, 65869-65870, 65871-65872, 65873-65874, 65875-65876, 65877-65878, 65879-65880, 65881-65882, 65883-65884, 65885-65886, 65887-65888, 65889, 65890-65891, 65892, 65893-65894, 65895, 65896, 65897-65899, 65900, 65901, 65981-65982, 67468-67469, 67470-67471, 81326-81330, 81331-81335, 81336-81341, 83228-83229, 83230-83231, 83232-83233, 83234-83235, 83236, 83239-83242, 83243, 83244, 83245, 83246, 83667-83670, 83671, 83672-83673, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745.

**REQUEST FOR PRODUCTION NO. 14:**  All communications to purchasers of all Little Giant Ladders, Part Number 2322-801, Model Number 22, from January 1, 2014 to December 29, 2019.

**THIRD AMENDED RESPONSE:**  Wing Enterprises assumes that Plaintiff's intent is to refer to Part Number 12322-801, and will respond accordingly as to all Requests that reference Part Number 2322. See Bates 180-327, 308-310, 764-781.

**REQUEST FOR PRODUCTION NO. 15:**  All documents relating to any post-manufacturing inspection policies, procedures, guidelines, and standards for all Little Giant Ladders (Part number 2322-801, Model number 22) manufactured from January 1, 2014 to December 29, 2019.

**THIRD AMENDED RESPONSE:**  Wing Enterprises responds as follows insofar as this Request seeks production of documents that reflect post-manufacturing inspection policies, procedures, guidelines, and standards applicable to the model ladder at issue in this lawsuit, that were generated prior to October of 2016, the date that the actual ladder at issue in the lawsuit was produced as per the date code applicable to the ladder:

See documents produced under Tab "D" (Bates 238-296), Bates 44331-44552.

**REQUEST FOR PRODUCTION NO. 16:**  All documents reflecting all post-manufacturing inspections performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  See documents produced under Tabs "B" (Bates 142-179) and "E" (Bates 297-307).

**REQUEST FOR PRODUCTION NO. 17:**  If not manufactured by Wing Enterprises, please produce a copy of all contracts with the entity that manufactured the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  Wing responds as follows insofar as this Request seeks production of contracts with any entity that manufactured the model ladder at issue in this lawsuit that were entered into prior to the date that Plaintiff's decedent purchased the actual ladder at issue in the lawsuit, and that relate specifically to the manufacture of the model ladder: Defendant conducted a diligent search for responsive documents and found no responsive documents.

**REQUEST FOR PRODUCTION NO. 18:**  All blueprints, sketches, drawings, specifications, notes, service manuals, parts lists, and other documents which depict of otherwise relate to the design, fabrication, labeling, and/or assembly of the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** Wing Enterprises responds as follows insofar as this Request seeks production of blueprints, sketches, drawings, specifications, service manuals, parts lists, and/or plans applicable to the design, fabrication, labeling, and/or assembly of the model ladder at issue in this lawsuit, that were generated prior to October of 2016, the date that the actual ladder at issue in the lawsuit was produced as per the date code applicable to the ladder:

See documents produced under Tabs "A" (Bates 1-141), "B" (bates 142-179), and "F" (Bayes 308-310), as well as Bates 1-750, 752-784, 786-1327, 5609-6385, 347-8705, 8735-9277, 9313-9324.

**REQUEST FOR PRODUCTION NO. 19:** All pamphlets, booklets, catalogs, and other documents that You sent to distributors, dealers, and/or customers that refer to or relate to the Little Giant Ladder (Part number 2322-801, Model number 22).

**THIRD AMENDED RESPONSE:** Wing responds as follows insofar as this Request seeks production of pamphlets, booklets, catalogs, and other documents that Wing sent to distributors, dealers, and/or customers that were generated prior to October of 2016, the date that the actual ladder at issue in the lawsuit was produced as per the date code applicable to the ladder, and that relate to the features, design, labeling and/or safety of the model ladder at issue in this lawsuit:

See documents produced under Tab "C" (Bates 180-237).

**REQUEST FOR PRODUCTION NO. 20:** All documents filed with any government agency relating to recalls and warnings, and the design, assembly, manufacture, servicing, maintenance, distribution, advertising or sale of the Little Giant Ladder (Part number 2322-801, Model number 22).

**THIRD AMENDED RESPONSE:** Defendant conducted a diligent search for responsive documents and found no responsive documents.

**REQUEST FOR PRODUCTION NO. 21:** All correspondence, diagrams, blueprints, photographs, or similar descriptive material sent to or received from independent companies relating to the design, manufacture, development, or installation of safety devices for the protection of persons using the Little Giant Ladder (Part number 2322-801, Model number 22).

**THIRD AMENDED RESPONSE:** Wing Enterprises responds as follows insofar as this Request seeks production of diagrams, blueprints, photographs, or similar descriptive material sent or received in the five years prior to January 1, 2020:

None as it relates to "safety devices" as that term is understood. Documents that may be responsive in that they may relate to "safety" in general include the following:

See Bates 47478-47479, 47480-47481, 47501, 47502-47503, 47504, 47505-47506, 47507, 47508-47509, 47510-47511, 47512-47514, 47515, 47516, 47517-47813, 47814, 47815-47816, 47841, 47842-47844, 47847-47848, 47849-47850, 47851, 47852-47853, 47854, 47855-47856, 47857, 47858-47860, 47861-47862, 47863-47865, 47866-47867, 47868-47870, 47871, 47872-47873, 47874-47875, 47876-47877, 47878-47879, 47880, 47881-48183, 48184, 48185, 48186,

48187-48189, 48207, 48208-48210, 48211-48215, 48216-48217, 48218, 48219, 48220, 48221, 48222-48225, 48226-48227, 48228-48232, 48233-48234, 48243-48246, 48247-48249, 48285, 48286-48287, 48288-48289, 48290-48291, 48292-48293, 48294-48295, 48296-48297, 48298-48300, 48301-48303, 48304-48306, 48315, 48316-48317, 48318-48319, 48320-48321, 48322-48323, 48324-48326, 48330-48333, 48334, 48335-48336, 48369, 48370-48371, 48372, 48373, 48374, 48375-48376, 48379, 48380-48381, 48382, 48383-48384, 48411, 48412-48413, 48414, 48415-48416, 48646-48647, 48648-48649, 48650-48654, 48655-48656, 48685-48688, 48689-48690, 48963-48976, 48977, 48978-48994, 48995-49010, 49011-49028, 49029, 49030-49051, 49052-49073, 49074-49102, 49656-49681, 49682-49710, 49711-49742, 49743-49782, 49901-50037, 50045-50174, 50175, 50176-50305, 50446-50617, 50618, 50619, 50620, 50621-50786, 50809-50810, 50811-50812, 52057-52058, 52059-52061, 53156-53158, 53159-53160, 53206, 53207, 53208-53209, 53225-53226, 53227-53228, 53229, 53230-53232, 53451-53452, 53453-53454, 53455-53457, 53458-53463, 53464-53466, 53467-53471, 53472-53473, 53643-53644, 53645-53648, 53649, 53650, 53651-53661, 53662-53663, 53664-53666, 53667, 53668, 53669, 53670, 53671, 53672, 58788, 58789, 58790, 58791, 58792-58793, 58794, 58795-58798, 58799, 58800, 58801, 58802-58803, 58804, 58805-58808, 59664-59666, 59667, 59668, 59675-59677, 59707-59710, 59711, 59712, 59718-59721, 59738-59742, 59743, 59744, 59919-59923, 59924, 59925, 59938-59942, 59943, 59944, 59950-59954, 59955-59959, 59960, 59961, 59962, 59963, 59964, 59965, 59969-59973, 59974, 59975, 59991-59996, 59997, 59998, 59999-60003, 60004, 60005, 60006-60011, 60012-60017, 60018, 60019, 60020-60024, 60025-60030, 60031-60036, 60037, 60038, 60039-60044, 60045, 60046, 60047-60052, 60053, 60054-60060, 60061, 60062, 60152-60157, 60158, 60159, 60160-60165, 60166-60171, 60172, 60173-60179, 60180, 60181, 60193-60198, 60217-60222, 60223, 60224, 60426-60427, 60428, 60429, 60430, 60431, 60432, 60433, 60434, 60435, 60436, 60437, 60438, 60439, 60440, 60441, 60442, 60443, 60444, 60445, 60446, 60447-60448, 60449, 60450, 60451, 60452, 60453, 60454, 60455, 60456, 60457, 60458, 60459, 60460, 60461, 60462, 60463, 60464, 60465, 60466, 60467, 60468, 60469, 60667-60669, 60670-60675, 60845-60846, 60847-60848, 60876-60877, 60878-60880, 60881-60882, 60883-60889, 60894-60898, 60899-60903, 60904-60906, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61231-61233, 61240-61242, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257, 61258-61263, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61630-61633, 61634-61640, 61641-61644, 61672-61678, 61679, 61680, 61681, 61694-61696, 61697-61700, 61701-61702, 61703-61704, 61856-61858, 61859-61862, 61863-61864, 61865-61866, 62208-62209, 62210-62215, 62216-62217, 62218-62222, 62223-62224, 62225-62229, 62369-62379, 62380-62382, 62383, 62384, 62385, 62533-62536, 62549-62553, 62567-62571, 62572-62578, 63624, 63625-63630, 63631-63658, 64546-64550, 64551-64553, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65776-

**Def's App. 0018**

65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828, 65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 67074-67075, 67076-67082, 67083-67091, 67092-67100, 67101-67108, 67109-67126, 67127-67130, 67131-67135, 67136-67140, 67141-67158, 67159-67163, 67164-67172, 67173-67176, 67177-67180, 67181-67198, 67199-67207, 67208-67219, 67220-67228, 67229-67236, 67237-67243, 67244-67250, 67251-67254, 67255-67262, 67263-67269, 67270-67281, 67282-67289, 67290-67294, 67295-67310, 67311-67315, 67316-67322, 67323-67339, 67340-67351, 67352-67367, 67368-67373, 67374-67381, 67382-67387, 67388-67396, 67397-67412, 67413-67419, 67420-67423, 67424-67428, 67429-67432, 67433-67439, 67440-67448, 67449-67457, 67458-67467, 67468-67469, 67470-67471, 67472-67475, 67476-67496, 67497-67504, 67505-67512, 67513-67520, 67521-67528, 67529-67546, 67547-67556, 67557-67566, 67567-67592, 67593-67600, 67601-67620, 67621-67628, 67629-67636, 67637-67644, 67645-67652, 67653-67660, 67661-67668, 67669-67676, 67677-67683, 67684-67699, 67700-67707, 67708-67723, 67724-67738, 67739-67746, 67747-67754, 67755-67762, 67763-67778, 67779-67794, 67795-67798, 67799-67802, 67803-67806, 67820-67824, 67825-67842, 67843-67859, 67860-67880, 67881-67906, 67907-67916, 67917-67940, 67941-67949, 67950-67960, 67961-67979, 67980-67994, 67995-68009, 68010-68017, 68018-68025, 68026-68033, 68034-68037, 68038-68041, 68042-68049, 68050-68061, 68062-68079, 68175-68180, 68181-68185, 68186-68194, 68195-68209, 68210-68224, 68225-68233, 68234-68241, 68242-68250, 68251-68259, 68260-68268, 68269-68277, 68278-68287, 68288-68306, 68307-68314, 68315-68318, 68319-68334, 68335-68342, 68343-68350, 68351-68358, 68359-68374, 68375-68382, 68383-68390, 68391-68398, 68399-68406, 68407-68414, 68415-68418, 68419-68426, 68427-68434, 68435-68442, 68443-68460, 68461-68478, 68577-68579, 68580-68581, 70293, 70294-70338, 70339-70347, 70348-70392, 70393-70406, 70407-70434, 70435-70449, 70450-70465, 70466-70480, 70481-70486, 70487-70491, 70492-70496, 70497-70501, 70502-70519, 70522, 70523-70539, 70540-70555, 70556-70571, 70572-70589, 70590-70612, 70613-70624, 70625-70645, 70646-70650, 70651-70658, 70659, 70660-70666, 70667-70678, 70679-70693, 70694-70705, 70706-70731, 70732-70759, 70760-70777, 70778-70822, 70823-70838, 70846, 70847-70874, 70875-70890, 70891-70905, 70906-70910, 70911-70919, 70920-70934, 70935-70936, 70960, 70961-71005, 71006-71015, 71016-71033, 71034-71054, 71055-71059, 71060-71066, 71067-71078, 71079-71093, 71094-71121, 71122-71125, 71126-71131, 71132-71145, 71200, 71201-71218, 71219-71239, 71240-71244, 71245-71250, 71251-71266, 71267-71294, 71295-71306, 71307-71329, 71330-71334, 71427, 71428-71435, 71436-71440, 71441-71455, 71456-71464, 71465-71478, 71479-71485, 71486-71500, 71501-71516, 71517-71528, 71529-71547, 71548-71552, 71553-71557, 71558-71566, 71567-71585, 71586, 71587-71601, 71602-71628, 71629-71633, 71634-71646, 71647-71662, 71663-71678, 71679-71694, 71695-71698, 71699-71714, 71715-71720, 71721-71727, 71728-71748, 71749-71757, 71758-71778, 71779-71792, 71793-71804, 71805, 71806, 71807, 71809, 71810-71813, 71814-71818, 71819-71835, 71836-71847, 71848-71863, 71864-71879, 71880-71894, 71895-71901, 71902-71929, 71930-71936, 71937-71948, 71949-71966, 71967-71987, 71988-72001, 72002-72009, 72010-72016, 72017-72037, 72038, 72039-72066, 72067-72083, 72084-72091, 72092-72095, 72096-72107, 72108-72128, 72129-72135, 72136-72149, 72150-72163, 72237, 72238-72249, 72250-72265, 72266-72293, 72294-72308, 72309-72319, 72320-72324, 72325-72343, 72344-72362, 72363-72390, 72391-72406, 72407-72416, 72417-72423, 72424-72430, 72431-72448, 72449-72460, 72461-72481, 72482, 72483-72498, 72499-72506, 72507-72524, 72525-72529, 72530-72545, 72546-72551, 72552-72559,

72560-72569, 72570-72573, 72574-72581, 72582, 72583-72605, 72606-72612, 72613-72624, 72625-72647, 72648-72654, 72655-72681, 72682-72702, 72703-72709, 72710-72728, 72729-72744, 72745-72749, 72750-72754, 72755-72760, 72761-72783, 72784-72801, 72802-72808, 72809-72825, 72826-72851, 72852-72860, 72861-72876, 72877-72892, 72893-72899, 72904-72905, 72906-72915, 72916-72923, 72924-72930, 72931-72942, 72943-72948, 72949-72966, 72967-72983, 72995, 72996-73007, 73008-73016, 73017-73024, 73025-73028, 73125, 73126-73133, 73134-73140, 73141-73144, 73145-73152, 73153, 73154, 73155, 73156, 73157, 73158, 73159, 73160, 73250, 73251, 73252-73266, 73297-73298, 73299-73304, 73305-73316, 73317-73332, 73333-73338, 73339-73355, 73356-73371, 73372-73389, 73390-73397, 73398-73402, 73403-73418, 73419-73422, 73423-73431, 73432-73446, 73447-73455, 73456-73465, 73466-73471, 73570, 73571-73591, 73592-73603, 73604-73618, 73619-73626, 73627-73640, 73641-73666, 73667-73671, 73672-73676, 73677-73685, 73686-73691, 73692-73719, 73720-73727, 73728-73739, 73785, 73786-73789, 73790-73801, 73802-73805, 73806-73809, 73810-73813, 73814-73817, 73818-73823, 73824-73835, 73836-73849, 73850-73863, 73864-73870, 73871-73885, 73886-73893, 73894-73898, 73899-73903, 73904-73913, 73914-73941, 73942-73953, 73954-73958, 73959-73970, 73971-73975, 73976-73980, 73981-73983, 73987, 73988-73992, 73993-74020, 74021-74030, 74031-74048, 74049-74056, 74057-74063, 74064-74108, 74109-74116, 74117-74133, 74134-74145, 74146-74153, 74154-74161, 74162-74169, 74170-74185, 74186-74193, 74194-74201, 74202-74213, 74214-74219, 74220-74231, 74232-74245, 74246-74252, 74253-74259, 74260-74287, 74288-74295, 74296-74311, 74312-74317, 74318-74323, 74324-74333, 74342-74343, 74344-74355, 74356-74363, 74364-74372, 74373-74376, 74377-74380, 74381-74384, 74385-74394, 74395-74402, 74403-74414, 74415-74426, 74427-74434, 74435-74439, 74440-74465, 74466-74479, 74480-74486, 74487-74498, 74499-74515, 74516-74523, 74524-74535, 74536-74542, 74543-74560, 74561-74574, 74575-74581, 74582-74593, 74594-74598, 74599, 74600-74617, 74618-74626, 74627-74638, 74639-74650, 74651-74662, 74663-74670, 74671-74687, 74688-74694, 74695-74702, 74703-74712, 74713-74726, 74727-74738, 74739-74746, 74747-74758, 74759-74762, 74763-74770, 74771-74782, 74783-74786, 74787-74790, 74791-74797, 74798-74802, 74803-74807, 74808-74814, 74815-74840, 74841-74854, 74877, 74878-74891, 74892-74909, 74910-74916, 74917-74922, 74923-74939, 74940-74951, 74952-74970, 74971-74975, 74976-74991, 74992-75000, 75001-75008, 75009-75020, 75021-75035, 75036-75042, 75043-75046, 75047-75060, 75061-75069, 75070-75077, 75078-75103, 75104-75107, 75108-75123, 75124-75131, 75132-75145, 75146-75152, 75153-75164, 75165-75171, 75172-75175, 75176-75203, 75204-75210, 75211-75220, 75221-75228, 75229, 75230-75236, 75237-75243, 75244-75247, 75248-75259, 75260-75274, 75275-75279, 75280-75288, 75289-75303, 75304-75313, 75314-75317, 75318-75324, 75325-75330, 75331, 75332-75333, 75334-75341, 75342-75349, 75350-75357, 75358-75365, 75366-75377, 75378, 75379, 75380-75394, 75395-75402, 75403-75409, 75410-75421, 75422-75428, 75429-75436, 75437-75444, 75445-75456, 75457-75468, 75469-75485, 75486-75503, 75504-75531, 75532-75538, 75539-75559, 75560-75568, 75569-75580, 75581-75592, 75593-75620, 75621-75636, 75637-75652, 75653-75659, 75660-75676, 75677-75684, 75685-75689, 75690-75717, 75718-75733, 75734-75741, 75742-75753, 75754-75758, 75759-75762, 75763-75766, 75774, 75775-75801, 75802-75809, 75810-75816, 75817-75834, 75835-75841, 75842-75845, 75846-75850, 75851-75858, 75859-75868, 75869-75883, 75884-75887, 75888-75905, 75906-75914, 75915-75921, 75922-75933, 75934-75948, 75949-75957, 75958-75976, 75977-75997, 75998-76009, 76010-76017, 76018-76023, 76024-76033, 76034-76040, 76041-76047, 76048-76051, 76052-76059, 76060-76071, 76072-76076, 76077-76081, 76082-76097, 76098-76107, 76108-76115, 76116-

**Def's App. 0020**

76124, 76202-76203, 76204-76207, 76208-76217, 76218-76229, 76230, 76231, 76232, 76233-76238, 76239-76244, 76245-76250, 76251-76266, 76267-76280, 76281-76306, 76307-76320, 76321-76343, 76344-76347, 76348-76350, 76351-76358, 76359-76368, 76369-76380, 76381-76386, 76387-76394, 76395-76402, 76403-76407, 76408-76411, 76412-76420, 76421-76432, 76433-76436, 76437-76443, 76444-76447, 76448-76473, 76474-76478, 76479-76485, 76486-76511, 76512-76530, 76531-76536, 76537-76553, 76554-76563, 76564-76582, 76583-76586, 76587-76592, 76593-76601, 76602-76605, 76606-76623, 76624-76639, 76640-76645, 76646-76651, 76652-76663, 76664-76675, 76676-76679, 76680-76685, 76686-76691, 76692-76698, 77472, 77473-77481, 77482-77485, 77486-77503, 77504-77508, 77509-77513, 77514-77516, 77517-77521, 77522-77525, 77526-77529, 77530-77533, 77534-77537, 77538-77541, 77542-77545, 77546-77551, 77552-77557, 77558-77563, 77564-77569, 77570-77575, 77576-77587, 77588-77594, 77595-77602, 77603-77612, 77613-77621, 77622-77649, 77650-77663, 77664-77670, 77671-77675, 77676-77687, 77688-77701, 77813-77814, 77815-77826, 77827-77834, 77835-77849, 77850-77865, 77866, 77867-77882, 77883-77888, 77889-77907, 77908-77914, 77915-77928, 77929-77935, 77936-77947, 77948-77959, 77960-77964, 77965-77971, 77972-77983, 77984-77998, 77999, 78000-78006, 78007-78016, 78017-78035, 78036-78039, 78040-78044, 78045-78049, 78050-78058, 78059-78070, 78071-78075, 78076-78085, 78086-78095, 78096-78113, 78114-78118, 78119-78128, 78129-78138, 78139-78154, 78155-78162, 78163-78173, 78174-78191, 78192-78198, 78199-78214, 78215-78232, 78233-78236, 78237-78250, 78251-78258, 78259-78262, 78263-78270, 78271-78282, 78283-78290, 78291-78299, 78300-78313, 78314-78317, 78318-78325, 78326-78340, 78341-78345, 78346-78354, 78355-78368, 78369-78375, 78376-78391, 78392-78410, 78411-78417, 78418-78425, 78426-78439, 78440-78445, 78446-78461, 78462-78471, 78472-78479, 78480-78481, 78482-78493, 78494-78497, 78498-78500, 78501-78530, 78531-78534, 78535-78546, 78547-78552, 78553-78576, 78577-78581, 78582-78586, 78587-78591, 78592-78603, 78604-78609, 78610-78617, 78618-78641, 78642-78650, 78651-78658, 78659-78674, 79626-79627, 79628-79645, 79646-79651, 79652-79669, 79670-79674, 79675-79686, 79687-79698, 79699-79706, 79707-79712, 79713-79722, 79723-79732, 79733-79737, 79738-79746, 79747-79755, 79756-79764, 79765-79776, 79777-79788, 79789-79792, 79793-79806, 79807-79815, 79816-79822, 79823-79838, 79839-79846, 79847-79860, 79861-79875, 79876-79892, 79893-79904, 79905-79920, 79921-79925, 79926-79943, 79944-79950, 79951-79957, 79958-79965, 79966-79981, 79982-79989, 79990-79997, 79998-80012, 80013-80021, 80022-80026, 80027-80034, 80035-80052, 80053-80071, 80072-80078, 80079-80094, 80095-80120, 80121-80132, 80133-80141, 80142-80143, 80144-80145, 80146-80177, 80178-80186, 80187-80204, 80205-80234, 80235-80260, 80261-80286, 80287-80302, 80303-80320, 80321-80329, 80330-80355, 80356-80381, 80382-80387, 80388-80401, 80402-80416, 80417-80431, 80432-80439, 80440-80465, 80466-80484, 80485-80493, 80494-80517, 80518-80522, 80523-80534, 80535-80550, 80551-80568, 80569-80580, 80581-80590, 80591-80600, 80659-80660, 80661, 80662, 80663, 80664-80695, 80696-80697, 80698, 80699, 80902-80904, 80905, 80906, 80907, 80908-80939, 80940, 81342-81343, 81344-81366, 81367-81380, 81381-81389, 81390-81394, 81395-81404, 81405-81414, 81415-81433, 81434-81442, 81443-81460, 81461-81478, 81479-81496, 81497-81503, 81504-81518, 81519-81544, 81545, 81546-81554, 81555-81563, 81564-81569, 81570-81575, 81576-81581, 81582-81587, 81588-81610, 81611-81617, 81618-81628, 81629-81652, 81653-81676, 81677-81680, 81681-81696, 81697-81700, 81701-81712, 81713-81729, 81730-81746, 81747-81763, 81764-81780, 81781-81797, 81798-81814, 81815-81819, 81820-81834, 83624-83627, 83628, 83629, 83630-83632, 83667-83670, 83671, 83672-83673.

**Def's App. 0021**

**REQUEST FOR PRODUCTION NO. 22:** All labels, tags, directions, instructions, operating manuals, maintenance manuals or other warnings that accompanied the Little Giant Ladder when it left Your physical control.

    **THIRD AMENDED RESPONSE:** See documents produced under Tab C (Bates 180-237) as well as Bates 308-310, 764-781.

**REQUEST FOR PRODUCTION NO. 23:** All data, testing, analysis, study or documents that establish the "useful life" of the Little Giant Ladder (Part number 2322-801, Model number 22).

    **THIRD AMENDED RESPONSE:** Wing Enterprises responds as follows insofar as this Request seeks production of documents reflecting data, test results, analysis, study that establish a "useful life" of the model ladder at issue in this lawsuit, that were generated in the five years prior to January 1, 2020:

    See ANSI Section 14.2, Section 8, which is copyrighted and available for purchase. In addition, see documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 24:** All data, testing, analysis, study or documents that establish the "useful life" of any Little Giant Ladder ever produced or sold in the United States.

    **THIRD AMENDED RESPONSE:** Wing responds as follows insofar as this Request seeks production of documents reflecting data, test results, analysis, study that establish a "useful life" of the model ladder at issue in this lawsuit, that were generated in the five years prior to January 1, 2020:

    See ANSI Section 14.2, Section 8, which is copyrighted and available for purchase. In addition, see documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 25:** All documents, data, communications, materials provided with the Little Giant Ladder which informed the consumer about the "useful life" of the Little Giant Ladder and/or instructions on when to remove the ladder from service.

    **THIRD AMENDED RESPONSE:** See documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 26:** All documents and data that You internally rely on to establish a Little Giant Ladder's (Part number 2322-801, Model number 22) useful life.

    **THIRD AMENDED RESPONSE:** Wing Enterprises responds as follows insofar as this Request seeks production of documents relied on to establish a "useful life" of the model ladder at issue in this lawsuit, that were generated in the five years prior to January 1, 2020:

    See ANSI Section 14.2, Section 8, which is copyrighted and available for purchase.

**REQUEST FOR PRODUCTION NO. 27:** All documents and data that You internally rely on to determine when a Little Giant Ladder (Part number 2322-801, Model number 22) has exceeded its useful life.

**THIRD AMENDED RESPONSE:**  Wing responds as follows insofar as this Request seeks production of documents relied on to determine when a "useful life" of the model ladder at issue in this lawsuit has been exceeded, that were generated in the five years prior to January 1, 2020:

See ANSI Section 14.2, Section 8, which is copyrighted and available for purchase.

**REQUEST FOR PRODUCTION NO. 28:**  All documents and data that You published or made available to consumers prior to December 29, 2019 to determine when a Little Giant Ladder (Part number 2322-801, Model number 22) has exceeded its useful life.

**THIRD AMENDED RESPONSE:**  Wing Enterprises responds as follows insofar as this Request seeks production of documents published or made available to consumers in the five years prior to December 29, 2019 to determine when the model ladder at issue in this lawsuit had exceeded its "useful life":

See documents included under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 29:**  All documents and data that You internally rely on to determine when a Little Giant Ladder (Part number 2322-801, Model number 22) is unsafe for use.

**THIRD AMENDED RESPONSE:**  Wing Enterprises responds as follows insofar as this Request seeks production of documents relied on by Wing Enterprises to determine when the model ladder at issue in this lawsuit is unsafe for use:

See ANSI Section 14.2, Section 8, which is copyrighted and available for purchase.

**REQUEST FOR PRODUCTION NO. 30:**  All documents and data that You published or made available to consumers prior to December 29, 2019 to determine when a Little Giant Ladder (Part number 2322-801, Model number 22) is unsafe for use.

**THIRD AMENDED RESPONSE**:  Wing Enterprises responds as follows insofar as this Request seeks production of documents published or made available to consumers prior to December 29, 2019 to determine when the model ladder at issue in this lawsuit is not safe for further use:

See documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 31:**  All documents and data that You internally rely on to determine when a Little Giant Ladder (Part number 2322-801, Model number 22) should be removed from service.

**THIRD AMENDED RESPONSE**:  Wing Enterprises responds as follows insofar as this Request seeks production of documents relied on by Wing Enterprises to determine when the model ladder at issue in this lawsuit should not be used any further:

See ANSI Section 14.2, Section 8, which is copyrighted and available for purchase.

**REQUEST FOR PRODUCTION NO. 32:** All documents and data that You published or made available to consumers prior to December 29, 2019 to determine when a Little Giant Ladder (Part number 2322-801, Model number 22) should be removed from service.

**THIRD AMENDED RESPONSE**: Wing Enterprises responds as follows insofar as this Request seeks production of documents published or made available to consumers prior to December 29, 2019 to determine when the model ladder at issue in this lawsuit should not be used any further:

See documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 33:** All documents, data, communications, materials ever provided by You about the "useful life" of any Little Giant Ladder (Part number 2322-801, Model number 22) ever produced or sold by you in the United States.

**THIRD AMENDED RESPONSE**: Based on Wing Enterprises' reasonable understanding that this Request is seeking production of documents distributed generally, Wing responds as follows insofar as this Request seeks production of documents ever distributed to the public prior to January 1, 2020 about the "useful life" of the model ladder at issue in this lawsuit:

See documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 34:** All documents, data, communications, materials ever produced by You about when to remove any Little Giant Ladder (Part number 2322-801, Model number 22) ever produced or sold by you in the United States from service.

**THIRD AMENDED RESPONSE**: Based on Wing Enterprises' reasonable understanding that this Request is seeking production of documents distributed generally, Wing responds as follows insofar as this Request seeks production of documents ever distributed to the public prior to January 1, 2020 about when discontinue any further use of the model ladder at issue in this lawsuit:

See documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 35:** All testing, analysis, or study that was the basis for any directive to the consumer for routine or detailed maintenance to be performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE**: Wing Enterprises responds as follows insofar as this Request seeks production of documents reflecting test results, analysis, study that formed the basis for any directive to the consumer for routine or detailed maintenance to be performed on the model ladder at issue in this lawsuit, that were generated prior to January 1, 2020:

None.

**REQUEST FOR PRODUCTION NO. 36:** All documents, data, instructions, or materials provided with the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** Wing Enterprises responds as follows insofar as this Request seeks production of any materials provided with the model ladder at issue in this lawsuit prior to January 1, 2020:

See documents produced under Tab C (Bates 180-237) as well as Bates 308-310, 764-781.

**REQUEST FOR PRODUCTION NO. 37:** All correspondence, emails, memoranda, test results, root cause analysis, data, reports, notes, meeting minutes, or proposed changes to the manufacture, design, or marketing of the Little Giant Ladder (Part number 2322-801, Model number 22).

**THIRD AMENDED RESPONSE**: Because the Request is not reasonably limited in temporal scope, Wing Enterprises objects to it as overbroad. Moreover, as phrased, the Request is unduly vague and difficult to comprehend, as it makes mention of many different types of documents but is unclear about whether it is only seeking those documents as they relate to specific subjects or to the ladder generally.

Wing Enterprises responds as follows insofar as this Request seeks production of test results, root cause analysis documents, data, and reports pertaining to proposed changes to the manufacture, design, or warnings applicable to the model ladder at issue in this lawsuit, that were generated prior to October of 2016, the date that Plaintiff's decedent's ladder was produced as per the date code of the actual ladder at issue in the lawsuit:

See documents included under Tab "G" (Bates 311-750), and Bates 46427-46509, 46510, 46595, 46596, 46597, 46598, 46599-46601, 46602, 46603, 46604, 46645-46646, 46647, 46648, 46649, 46650, 46651, 46652, 46653-46654, 46678-46761, 46762-46766, 46767-46771, 46772, 46773, 46774-46853, 46854-46954, 46955-47055, 47056, 47110-47111, 47112, 47113, 47114-47119, 47121, 47122-47197, 47198, 47199-47215, 47219, 47220-47224, 47225, 47226-47233, 47260-47261, 47262, 47263, 47264-47265, 47266, 47267, 47268, 47269, 47270-47274, 47275, 47276, 47277, 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 47345, 47346, 47347, 47348, 47349, 47350, 47351, 47352, 47353, 47354, 47355, 47365, 47366, 47367-47368, 47396-47397, 47398, 47399, 47400, 47401, 47402, 47403, 47404, 47405, 47406, 47407, 47408, 47409, 47410, 47411, 47412, 47413, 47414, 47415, 47416, 47417, 47418, 47419, 47420, 47421, 47422, 47423, 47424, 47425, 47426, 47427, 47428, 47429, 47430, 47431, 47432, 47433, 47434, 47435, 47436, 47437, 47438, 47439, 47440, 47441, 47442, 47443, 47444, 47445, 47446, 47447, 47448, 47449, 47450, 47451, 47452, 47453, 47454, 47455, 47456, 47457, 47458, 47459, 47460, 47461, 47462, 47463, 47464, 47465, 47466, 47467, 47468, 47469, 47470, 47471, 47482-47476, 47477, 47482-47484, 47485-47491, 47492-47495, 47496-47500, 47817, 47818-47839, 47840, 48204-48205, 48206, 48495, 48496, 48497-48551, 48552-48633, 48634-48638, 48639-48643, 48644, 48645, 48691, 48692, 48693, 48694-48958, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50306-50332, 50333-50388, 50389-50445, 50446-50617, 50618, 50619, 50620, 50621-50786, 50813-50861, 50862-50945, 50946-51014, 51103-51218, 51220-51336, 51337, 51338, 51339, 51340, 51341, 51342, 51343, 51344, 51345, 51346, 51347, 51348-51445, 51446-51605, 51606-51730, 51731-51865, 51866-52054, 52055, 52056, 52062-52229, 52230-52456, 52457, 52458-52643, 52644-52889, 52890-53155, 53194, 53195-53205, 53279, 53280-53282, 53367-53437, 53486, 53487, 53488, 53489, 53490, 53491, 53492-53500,

53501-53508, 53520, 53521, 53522, 53523, 53524-53525, 53540-53541, 53542, 53543-53546, 53547, 53548, 53549-53550, 53551-53554, 53555, 53556-53557, 53558-53559, 53560-53562, 53563-53566, 53567, 53568-53570, 53593-53595, 53596, 53597, 53598, 53599, 53600, 53601, 53613, 53614, 53615, 53616, 53617, 53618, 53619, 53620, 53621, 53622, 53623, 53624, 53625, 53626, 53627, 53628, 53629, 53630, 53631, 53632, 53633, 53643-53644, 53645-53648, 53649, 53650, 53651-53661, 53662-53663, 53664-53666, 53667, 53668, 53669, 53670, 53671, 53672, 53740, 53741, 53742, 53743, 53744, 53745, 53746, 53747, 53748, 53749, 53750, 53751, 53752, 53753, 53754-53759, 53760-53761, 53762, 53763, 53764, 53765, 53766, 53767, 53768, 53769, 53770, 53771, 53772, 53773, 53774, 53775, 53776, 53777, 53778, 53779-53784, 53785-53791, 53792-53798, 53799-53805, 53806, 53807, 53808, 53809, 53810, 53811, 53812, 53813, 53814, 53815, 53816, 53817, 53818, 53819, 53820, 53821, 53822, 53823, 53824, 53825, 53826, 53827, 53828, 53829, 53830, 53831, 53832, 53833, 53834, 53835, 53836, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53873, 53874, 53875, 53876, 53877, 53878, 53879, 53890, 53891, 53892, 53893, 53894-53899, 53900, 53901, 53902, 53903, 53904-53910, 53911, 53912, 53913, 53914, 53915, 53916, 53917, 53918, 53919, 53920, 53921, 53922, 53923, 53924, 53925, 53926, 53927, 53928, 53929, 53930, 53931, 53932-53933, 53934-53935, 53936-53937, 53938-53939, 53956, 53957, 53967, 53968, 53969, 53970, 53971, 53972, 53973, 53974, 53975, 53976-53977, 53978-53979, 53980-53981, 53982-53984, 53985-53988, 53990-53993, 53994-53997, 53998-54002, 54003-54007, 54126-54128, 54129, 54130, 54131-54134, 54135, 54136, 54137-54140, 54141, 54142, 54148, 54149, 54253-54254, 54255, 54256, 54257, 54258-54259, 54260, 54261, 54262, 54263, 54264, 54265, 54266, 54267, 54268, 54269, 54270, 54271, 54272, 54273, 54274, 54275, 54276, 54277, 54278, 54279, 54280, 54281, 54282, 54283, 54284, 54285, 54289-54291, 54292, 54293, 54367-54370, 54371, 54372, 54373, 54374, 54375, 54376, 54392, 54393, 54394, 54395, 54396, 54397, 54527-54528, 54529-54530, 54537-54538, 54611-54613, 54614, 54615, 54616, 54617, 54618, 54621-54624, 54625, 54626, 54627, 54628, 54629, 54630-54633, 54636-54639, 54640-54643, 54652-54656, 54664-54668, 54682-54688, 54689-54695, 54696-54702, 54703-54709, 54710-54716, 54722-54730, 54731, 54744-54752, 54753, 55414-55415, 55416-55420, 55421-55428, 55440-55454, 55455, 55456-55474, 55475, 55476-55499, 55500, 55501, 55502-55523, 55524, 55525, 55526, 55527, 55528-55529, 55530-55531, 55532, 55533, 55534, 55535, 55536, 55537, 55538, 55539, 55540, 55541, 55542, 55543, 55544, 55545, 55546, 55628-55630, 55631, 55632, 55633, 55634-55635, 55689, 55690, 55691, 55692, 55693, 55694, 55695, 55696, 55697, 55698, 55728, 55729, 55730, 55731, 55732, 55733, 55734, 55735, 55736, 55739, 55740, 55741, 55742, 55743, 55744, 55745, 55746, 55747, 55773-55774, 55775, 55776, 55777, 55778, 55779, 55780, 55781, 55782, 55803, 55804, 55805-55806, 55807-55808, 55823, 55824, 55825, 55826, 55827, 55828, 55829, 55830, 55831, 55832, 55833, 55834, 55835-55836, 55840-55844, 55845, 55846, 55847, 55848, 55849, 55855, 55856, 55857, 55858, 55859, 55860, 55861, 55862, 55863, 56019, 56020, 56520, 56521-56546, 56591-56602, 56603, 56604, 56605, 56641, 56642-56680, 56690-56691, 56692, 56693, 56694-56695, 56696, 56778, 56779-56781, 56792, 56793-56797, 56798-56803, 56804-56808, 56809-56814, 56815-56819, 56820-56825, 56826-56827, 56828, 56829, 56830, 56831, 56844-56845, 56846-56847, 56848, 56849, 56850, 56851, 56852-56854, 56855, 56856, 56857-56858, 56859, 56860, 56861, 56862, 56863-56865, 56866, 56867, 56977, 56978, 56979, 56984-57004, 57005, 57006, 57007, 57008, 57009, 57010, 57011, 57012, 57013, 57014, 57015, 57016, 57017, 57018, 57019, 57020, 57021, 57022, 57023, 57024, 57025, 57026, 57027, 57028, 57029, 57030, 57031-57032, 57033, 57034, 57035, 57036, 57037, 57038-57045, 57046, 57047, 57048, 57049, 57050, 57051, 57052, 57053, 57054, 57055, 57056, 57057, 57066-57072, 57073, 57074, 57075,

57076, 57077, 57078, 57079, 57080-57083, 57084, 57085, 57086, 57087, 57088-57089, 57090-57092, 57093-57095, 57096-57098, 57099-57101, 57102-57104, 57105-57108, 57112-57116, 57117, 57118, 57119, 57120, 57121, 57122, 57135-57137, 57138-57141, 57142-57144, 57145, 57146, 57147, 57148, 57149-57151, 57152, 57153, 57154, 57155, 57156-57158, 57159, 57160, 57161, 57162, 57193, 57246-57247, 57248-57250, 57251-57253, 57254-57256, 57274, 57275, 57276, 57277, 57278, 57279-57282, 57283, 57284, 57285, 57286, 57287-57292, 57293, 57294, 57295, 57296, 57297, 57592-57593, 57594, 57595, 57596, 57597, 57598, 57618, 57619, 57620, 57624, 57625, 57626, 57627, 57631, 57632, 57633, 57634-57635, 57636, 57637, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 57700-57704, 57705, 57706, 57707, 57708, 57709, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58256-58259, 58260, 58261, 58262, 58311-58313, 58314, 58315, 58316, 58317, 58318-58320, 58321-58325, 58336, 58337, 58347-58348, 58349, 58350, 58368-58369, 58370, 58371, 58432, 58433-58435, 58436-58440, 58474, 58475, 58476, 58477, 58478, 58479, 58480-58481, 58482, 58483, 58484, 58485, 58486, 58487-58488, 58489, 58490, 58491-58492, 58493, 58494, 58495-58496, 58497, 58498, 58499, 58500-58502, 58503, 58504, 58505, 58506, 58507, 58508-58510, 58511, 58512, 58513, 58514, 58515, 58516, 58517, 58518, 58519, 58520, 58521, 58522-58523, 58524, 58525, 58559-58560, 58561-58565, 58566, 58567, 58568, 58578-58581, 58582, 58583, 58584, 58585, 58586, 58593-58595, 58596-58598, 58602-58603, 58604, 58605, 58606, 58607, 58608-58609, 58610, 58611, 58612, 58613, 58614, 58615, 58616, 58617, 58618, 58619, 58620, 58621, 58622, 58623, 58624, 58625, 58631, 58632, 58633, 58634, 58635, 58655-58658, 58659, 58660, 58661, 58662, 58663, 58664-58667, 58668, 58669, 58670, 58671, 58672, 58673-58677, 58678, 58679, 58680, 58681, 58682, 58683-58687, 58688, 58689, 58690, 58691, 58692, 58693-58698, 58699, 58700, 58701, 58702, 58788, 58789, 58790, 58791, 58792-58793, 58794, 58795-58798, 58799, 58800, 58801, 58802-58803, 58804, 58805-58808, 58814-58815, 58816-58818, 58819, 58820, 58833, 58834-58835, 58837-58839, 58840, 58841, 58842-58844, 58950-58953, 58954, 58955, 58956, 58957, 59024, 59025, 59026, 59027, 59028-59029, 59030, 59089, 59090, 59095, 59096, 59097, 59098, 59099, 59100, 59101-59102, 59103, 59104, 59105, 59121-59123, 59124, 59125, 59126, 59127, 59128-59130, 59131, 59132, 59133-59134, 59135, 59136, 59137-59140, 59141, 59142, 59143, 59144, 59145-59148, 59149, 59150, 59151, 59152, 59153, 59154, 59155, 59156, 59169, 59170-59172, 59173, 59174, 59278-59280, 59281, 59282, 59283, 59284, 59285, 59286, 59287, 59288, 59289, 59290-59291, 59292-59293, 59294-59296, 59297, 59298, 59299-59301, 59302, 59303, 59304-59307, 59308-59312, 59313-59317, 59318-59319, 59320, 59321-59323, 59324, 59325, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59346-59349, 59350, 59351, 59352-59356, 59357, 59358, 59359, 59360-59365, 59366, 59367, 59368, 59369, 59370-59372, 59373, 59374, 59375, 59376, 59377-59380, 59381, 59382, 59383, 59384, 59385-59386, 59387, 59388, 59389, 59390, 59391-59393, 59394, 59395, 59396, 59397, 59398-59400, 59401, 59402, 59403, 59404, 59412, 59413, 59414, 59415, 59416, 59417-59489, 59490, 59491, 59622, 59623, 59624, 59625, 59626, 59627, 59628, 59644, 59645, 59646, 59647, 59648, 59649, 59650, 59651, 59652-59653, 59654, 59655, 59656, 59664-59666, 59667, 59668, 59669-59672, 59673, 59674, 59675-59677, 59695-59696, 59697, 59698, 59699, 59700, 59701, 59702, 59703-59704, 59705, 59706, 59707-59710, 59711, 59712, 59713-59714, 59715-59717, 59718-59721, 59722, 59723, 59724-59725, 59726, 59727, 59728-59729, 59730, 59731, 59732, 59733-59735, 59736, 59737, 59738-59742, 59743, 59744, 59745, 59746, 59747, 59748, 59749, 59750, 59751, 59752, 59753, 59754, 59755, 59756, 59757, 59758, 59759, 59834-59835, 59836, 59837, 59838-59839, 59840, 59841, 59842-59844, 59845, 59846,

**Def's App. 0027**

59847-59849, 59850, 59851, 59852, 59853-59856, 59857, 59858, 59859, 59860-59863, 59864, 59865, 59866, 59867-59870, 59871, 59872, 59873, 59874-59877, 59878, 59879, 59880, 59881-59882, 59883, 59884, 59885, 59886, 59887, 59888, 59889, 59890, 59891, 59892, 59893, 59894, 59895-59896, 59897, 59898, 59899, 59900, 59901, 59902, 59903, 59904, 59905, 59906, 59907, 59908, 59909-59912, 59913-59914, 59915, 59916, 59917, 59918, 59919-59923, 59924, 59925, 59926-59929, 59930, 59931, 59932-59934, 59935, 59936, 59937, 59938-59942, 59943, 59944, 59946-59949, 59950-59954, 59955-59959, 59960, 59961, 59962, 59963, 59964, 59965, 59969-59973, 59974, 59975, 59976-59980, 59981, 59982, 59983-59987, 59988, 59989, 59990, 59991-59996, 59997, 59998, 59999-60003, 60004, 60005, 60006-60011, 60012-60017, 60018, 60019, 60020-60024, 60025-60030, 60031-60036, 60037, 60038, 60039-60044, 60045, 60046, 60047-60052, 60053, 60054-60060, 60061, 60062, 60063, 60064, 60065, 60066, 60067, 60068-60069, 60070, 60071, 60072-60073, 60074, 60075, 60076-60077, 60078, 60079, 60080-60081, 60082, 60083, 60084-60085, 60086, 60087, 60088-60090, 60091, 60092, 60093, 60094-60095, 60096, 60097, 60101-60102, 60103, 60104, 60105, 60106, 60107, 60108-60110, 60111, 60112, 60113, 60135-60136, 60137-60138, 60139-60140, 60141, 60142, 60143-60145, 60146-60148, 60149, 60150, 60151, 60152-60157, 60158, 60159, 60160-60165, 60166-60171, 60172, 60173-60179, 60180, 60181, 60182, 60183, 60184, 60185, 60186, 60187, 60188, 60189, 60190, 60191, 60192, 60193-60198, 60199, 60200, 60201, 60202, 60203, 60204, 60205, 60206, 60207, 60208, 60209, 60210, 60211, 60212, 60213, 60214, 60215, 60216, 60217-60222, 60223, 60224, 60234-60235, 60240-60241, 60242, 60243, 60244-60245, 60246, 60247, 60252-60254, 60255, 60256, 60257-60259, 60260, 60261, 60262-60265, 60266, 60267, 60268, 60269-60272, 60273, 60274, 60275, 60276-60277, 60278, 60279, 60280-60282, 60283, 60284, 60285, 60286-60288, 60289, 60290, 60291, 60292-60293, 60294, 60295, 60296-60297, 60298, 60299, 60300-60302, 60303-60306, 60307-60308, 60309, 60310, 60311, 60312, 60313, 60314, 60315, 60316, 60317, 60318-60319, 60320, 60321, 60330, 60331, 60332, 60333, 60334, 60344, 60345, 60346-60347, 60348, 60349, 60350-60351, 60352, 60353, 60354-60355, 60356, 60357, 60358, 60359, 60360, 60361, 60362, 60363, 60364, 60365-60367, 60368, 60369, 60370-60371, 60372, 60373, 60374-60376, 60377, 60378, 60379, 60380, 60381, 60382, 60383, 60384, 60385, 60386, 60387, 60388, 60389, 60390, 60391, 60392-60395, 60396-60397, 60398, 60399, 60400, 60401, 60402-60404, 60405, 60406, 60407, 60408, 60409, 60410, 60411, 60412, 60413, 60414, 60415, 60416, 60417, 60418, 60419, 60420, 60421, 60422, 60423, 60424, 60425, 60426-60427, 60428, 60429, 60430, 60431, 60432, 60433, 60434, 60435, 60436, 60437, 60438, 60439, 60440, 60441, 60442, 60443, 60444, 60445, 60446, 60447-60448, 60449, 60450, 60451, 60452, 60453, 60454, 60455, 60456, 60457, 60458, 60459, 60460, 60461, 60462, 60463, 60464, 60465, 60466, 60467, 60468, 60469, 60470-60472, 60473, 60474-60476, 60477, 60478, 60479-60481, 60482, 60483, 60484, 60485, 60486, 60487, 60488-60491, 60492, 60493, 60494, 60498, 60499, 60500, 60501, 60502, 60503, 60504, 60505, 60506, 60507, 60508, 60509, 60510, 60511-60512, 60513-60514, 60515, 60516, 60517, 60518, 60519, 60520, 60521, 60522, 60523, 60524, 60525, 60532-60533, 60534, 60535, 60536, 60537, 60538, 60539, 60540, 60541, 60542, 60543-60544, 60545, 60546, 60547, 60548-60550, 60551-60552, 60553, 60567, 60568, 60569, 60570, 60571, 60572, 60573-60574, 60575, 60576, 60577-60578, 60579-60580, 60584-60585, 60586, 60587, 60588, 60589, 60590-60591, 60592, 60593, 60594-60595, 60596, 60597, 60598, 60599-60601, 60602, 60603, 60604, 60605-60607, 60608, 60609, 60610, 60611-60612, 60613, 60614, 60615-60616, 60617, 60618, 60619, 60620, 60621, 60622, 60623-60624, 60625, 60626, 60627, 60628-60629, 60630, 60631, 60632, 60633, 60634-60636, 60637, 60638, 60639-60641, 60642, 60643, 60644, 60645, 60646, 60647, 60648, 60649, 60650, 60651, 60652, 60653-60654, 60655, 60660-60661, 60662-60664, 60665, 60666, 60667-

60669, 60670-60675, 60676-60678, 60679, 60680, 60681-60683, 60684, 60685, 60686, 60687, 60688, 60689, 60690-60692, 60693, 60694, 60695, 60696, 60697, 60698, 60699-60701, 60702, 60703, 60704, 60713-60717, 60718, 60721-60722, 60723, 60731-60732, 60733, 60739-60740, 60741, 60742, 60743, 60744-60746, 60747, 60748, 60749, 60750, 60751-60754, 60755, 60756, 60757, 60758, 60759, 60760-60764, 60765, 60766, 60767, 60768, 60769, 60770-60773, 60774, 60775, 60776, 60783-60786, 60787, 60788, 60789, 60790-60795, 60796-60797, 60798-60799, 60800-60803, 60804, 60805, 60806, 60807, 60808, 60809, 60810, 60811, 60812-60813, 60814, 60815, 60816, 60817-60818, 60819, 60820, 60821, 60840, 60841, 60842, 60843, 60844, 60845-60846, 60847-60848, 60849-60850, 60851-60857, 60858, 60859-60864, 60865, 60866, 60867, 60868-60869, 60870, 60871, 60872, 60873-60875, 60876-60877, 60878-60880, 60881-60882, 60883-60889, 60890, 60891, 60892, 60893, 60894-60898, 60899-60903, 60904-60906, 60920-60927, 60928-60930, 60931, 60932, 60933, 60934, 60935-60938, 60939, 60940, 60941, 60942-60946, 60947, 60948, 60949, 60950, 60951-60954, 60955, 60956, 60957, 60958-60962, 60963, 60964, 60965, 60966-60971, 60972, 60973, 60974, 60988-60990, 60991, 60998-60999, 61000, 61001, 61002-61005, 61006, 61007, 61008, 61009, 61010, 61011, 61012, 61090, 61091-61122, 61123, 61124, 61143-61144, 61145, 61146, 61147, 61209, 61210, 61211, 61212, 61213, 61214, 61215, 61216, 61217, 61218, 61219, 61220, 61221, 61222, 61223, 61224, 61225, 61226-61227, 61228, 61229, 61230, 61264, 61506, 61507, 61508, 61659, 61660, 61661, 61662, 61663, 61664, 61665, 61666, 61667, 61668, 61669, 61670, 61671, 61829-61833, 61834, 61835, 61856-61858, 61859-61862, 61863-61864, 61865-61866, 61899-61903, 61904, 61905, 61906, 61907, 61908, 61909-61910, 61911, 61912, 61913, 61914-61916, 61917, 61918, 61919, 61920, 61921, 61922-61924, 61925, 61926, 61927, 61928-61930, 61931, 61932, 61933, 61934, 61935, 61936-61937, 61938, 61939, 61940, 61941-61943, 61944, 61945, 61946, 61947-61952, 61953, 61954, 61955, 61956, 61957, 61975-61977, 61978, 61979, 61980, 61981, 61982-61985, 61986, 61987, 61988, 61989, 61990, 61991, 61997, 61998, 61999, 62000, 62001-62002, 62003, 62004, 62005, 62006, 62007, 62008, 62009, 62010-62012, 62013, 62014, 62015, 62016, 62017, 62018, 62019, 62020, 62021-62023, 62024, 62025, 62026, 62027, 62028, 62029, 62030, 62031, 62061-62062, 62063, 62064-62065, 62073-62075, 62082-62084, 62091-62092, 62093, 62094, 62095-62097, 62098, 62099, 62100-62103, 62104, 62105, 62185-62186, 62187-62188, 62189-62190, 62191-62193, 62194-62195, 62196-62200, 62201, 62202, 62203, 62204-62206, 62207, 62267-62270, 62299, 62366, 62367-62368, 62369-62379, 62380-62382, 62383, 62384, 62385, 62386-62388, 62389, 62390, 62391, 62392, 62393, 62394, 62395, 62396, 62397, 62398, 62399, 62400, 62401, 62402, 62403, 62404, 62405, 62406, 62407, 62408, 62409, 62410, 62411, 62412, 62413, 62414, 62415, 62416, 62417, 62418, 62435-62437, 62438, 62439, 62440, 62441, 62442, 62443, 62444, 62445, 62446, 62447, 62448, 62449, 62450, 62451, 62452, 62453, 62454, 62455, 62456, 62457, 62458, 62459, 62460, 62461, 62462, 62463, 62464, 62465, 62466, 62467, 62468, 62469, 62470, 62471, 62472, 62473, 62474, 62475, 62476, 62477, 62478, 62479, 62480, 62481, 62482, 62483, 62484, 62485, 62486, 62487, 62488, 62489, 62490, 62491, 62492, 62493, 62494, 62495, 62496, 62497, 62498, 62499, 62500, 62501-62503, 62504, 62505, 62506, 62507, 62508-62509, 62510, 62511, 62512-62513, 62514, 62515, 62516, 62517, 62518-62520, 62521, 62522, 62523, 62524, 62525, 62526, 62527-62528, 62531, 62532, 62539, 62540, 62541, 62542, 62543, 62544, 62545, 62546, 62547, 62548, 62594, 62595-62596, 62597, 62598, 62599-62601, 62602, 62603, 62604, 62605, 62606-62608, 62641, 62647, 62648, 62649, 62650, 62651, 62652, 62653, 62654, 62655, 62656, 62657, 62658, 62659, 62660, 62661, 62662, 62663-62664, 62665, 62666, 62667, 62668-62669, 62670, 62671, 62672, 62673, 62674, 62675-62676, 62677, 62678, 62679, 62680, 62681, 62682, 62683, 62684, 62685, 62696, 62697, 62698, 62722-62726, 62733-62738, 62746-62752, 62753,

62757-62758, 62759, 62760, 62761, 62783-62789, 62790, 62791, 62792, 62793, 62794, 62795, 62848, 62849, 62850, 62895, 62896, 62897, 62898, 62899, 62900, 62901, 62902, 62903, 62922-62923, 62924, 62925, 62926, 62950, 62966, 62967, 62968, 62969, 62970, 62971, 62972, 62973, 62974, 62975, 62976, 62977, 62978, 62979, 62980, 62981, 62982, 62983, 62984, 62985, 62986, 62987, 62988, 62989, 62990, 62991, 62992, 62993, 62994, 62995, 62996, 62997, 62998, 62999, 63000, 63001, 63002, 63003, 63004, 63005, 63006, 63007, 63008, 63009, 63010, 63011, 63063, 63064, 63065, 63066, 63067, 63068, 63069, 63070, 63071, 63072, 63073, 63074, 63075, 63113-63117, 63118, 63119-63121, 63122, 63123, 63124, 63125-63130, 63131, 63132, 63133, 63134, 63135, 63136, 63137, 63138, 63139, 63140, 63141, 63142, 63143, 63144, 63145, 63146, 63147, 63148, 63149, 63150, 63151, 63152, 63153, 63154, 63155, 63156, 63157, 63158-63159, 63160, 63161, 63162, 63163, 63164, 63165, 63166, 63167, 63168, 63173, 63174, 63175, 63176, 63177, 63178, 63179, 63180, 63181, 63182, 63188, 63189, 63202, 63203, 63204, 63205, 63206, 63207, 63208, 63209, 63210, 63211, 63212, 63213, 63214, 63228-63229, 63230-63231, 63232-63234, 63235-63236, 63245-63246, 63247, 63248-63250, 63251, 63252-63254, 63255, 63256-63260, 63261, 63262-63266, 63267-63272, 63273, 63274, 63275-63279, 63280-63285, 63286-63287, 63288-63290, 63291, 63292, 63293, 63294-63295, 63296, 63297, 63298, 63299, 63300, 63301-63307, 63308, 63309, 63310, 63311, 63312, 63313, 63314, 63315, 63316, 63317, 63318, 63319, 63320, 63321, 63322, 63323, 63324, 63325, 63326, 63327, 63328, 63329, 63330, 63331, 63347-63351, 63352, 63353-63354, 63355-63358, 63359-63364, 63365, 63366-63367, 63368-63371, 63372, 63373, 63374, 63375, 63405, 63406, 63449-63450, 63451, 63452-63458, 63459, 63460-63465, 63466, 63467, 63468, 63469, 63470, 63471-63472, 63473, 63474, 63475, 63476-63478, 63479-63483, 63484-63485, 63486, 63487-63488, 63489-63491, 63499-63500, 63501-63505, 63506, 63507, 63508, 63509, 63510, 63511, 63512, 63513, 63514, 63515, 63516, 63517, 63518-63520, 63521-63525, 63532-63533, 63534-63535, 63536-63537, 63538, 63539, 63540, 63541, 63542, 63543, 63544, 63545-63548, 63552, 63553, 63554-63558, 63559, 63560, 63561, 63562-63563, 63564, 63565, 63566, 63567, 63568, 63569, 63570, 63571, 63572, 63573, 63574, 63575, 63576, 63577, 63578, 63579-63582, 63583, 63584, 63585-63588, 63589-63593, 63594, 63595, 63596, 63597, 63598, 63599, 63600, 63601, 63602, 63603, 63604-63606, 63613, 63614, 63622-63623, 63624, 63625-63630, 63631-63658, 63659-63662, 63663-63665, 63666, 63667-63670, 63671, 63672, 63673, 63674, 63675, 63676, 63677, 63678, 63679, 63680, 63681, 63682, 63683, 63684, 63690, 63691, 63692, 63693, 63694, 63695, 63696, 63697, 63698, 63699, 63700, 63701, 63702, 63703, 63704, 63705, 63706-63707, 63708, 63709, 63710, 63711, 63712, 63713, 63714-63716, 63717, 63718-63726, 63727-63731, 63732, 63733, 63734, 63735, 63736-63739, 63740, 63741, 63742, 63743, 63744, 63745, 63746, 63747, 63748, 63749, 63750, 63751, 63752, 63753, 63754, 63755, 63756, 63757, 63758, 63759, 63760, 63761, 63762, 63763, 63764, 63765, 63766, 63767, 63768-63772, 63773, 63774, 63775, 63776, 63777, 63778, 63779, 63780, 63781, 63782, 63783, 63784, 63785, 63786, 63787, 63788, 63789, 63790, 63791, 63799-63801, 63802, 63803, 63804, 63805, 63806, 63807, 63808, 63809, 63810, 63811, 63812, 63813, 63814, 63815, 63816, 63817, 63818, 63819, 63820, 63821, 63822, 63823, 63824, 63825, 63826, 63827, 63828, 63829, 63830, 63831, 63832, 63833, 63834, 63835, 63836, 63837, 63838, 63839, 63840, 63841, 63842, 63843, 63844, 63845, 63875-63879, 63880, 63881-63885, 63886-63887, 63888-63894, 63895, 63903-63904, 63905, 63906, 63907, 63908, 63909, 63910, 63911, 63912, 63913, 63914, 63915, 63916, 63917, 63918, 63919, 63920, 63921, 63922, 63923, 63924, 63925, 63926, 63927, 63928, 63929, 63930, 63931, 63932, 63933, 63934, 63935, 63936, 63937, 63938, 63939, 63940, 63941, 63942, 63943, 63944, 63945, 63946-63953, 63954-63962, 63963-63973, 63975-63986, 63987-63988, 63994-64007, 64008-64022, 64023-64038, 64039-64055, 64056-64072, 64073-64089,

64308-64309, 64321-64324, 64325, 64340-64342, 64376-64379, 64388-64392, 64393, 64394, 64395, 64396, 64397, 64398-64400, 64401, 64402, 64403, 64404, 64405, 64406, 64407, 64408, 64409, 64410, 64411, 64412, 64413, 64414, 64415, 64416, 64470, 64471-64472, 64473-64474, 64475-64476, 64477-64478, 64483, 64484, 64485, 64486, 64487, 64488, 64489, 64490, 64491, 64492, 64493, 64494, 64495, 64496, 64497, 64498, 64499, 64500, 64501, 64502, 64503, 64504, 64505, 64506, 64507, 64508, 64523-64525, 64526-64527, 64528-64529, 64530-64531, 64538-64539, 64540, 64541, 64542, 64543, 64544, 64545, 64594, 64595, 64596, 64597, 64598, 64599, 64600, 64601, 64602, 64603, 64604, 64605, 64606, 64607, 64608, 64609, 64610, 64611, 64612, 64613, 64614, 64615, 64616, 64617, 64618, 64619, 64620, 64621-64623, 64624, 64625, 64626, 64627, 64628, 64629, 64630, 64631, 64632, 64633, 64634, 64635, 64636, 64637, 64638, 64639, 64640, 64641, 64642, 64643, 64644, 64645, 64646, 64647, 64648-64650, 64651, 64652, 64653, 64654, 64655, 64656, 64657, 64658-64659, 64660, 64661, 64662-64664, 64665, 64673-64677, 64678, 64726, 64727, 64728, 64729, 64753, 64754, 64755, 64756, 64757, 64758, 64759, 64760, 64761, 64762, 64763, 64764, 64765, 64766-64767, 64768, 64769, 64770, 64771, 64772, 64773-64774, 64775, 64776, 64777, 64778-64779, 64780, 64781, 64782, 64792-64793, 64794, 64795, 64796, 64797, 64798, 64799, 64800, 64801, 64802, 64803, 64804, 64805, 64806, 64807, 64808, 64809, 64810, 64811, 64812, 64813, 64814, 64815, 64816, 64817, 64818, 64819, 64820, 64821-64823, 64824, 64825, 64826, 64827, 64828, 64829, 64830-64831, 64832, 64833, 64834, 64836, 64837, 64838, 64839, 64840, 64841, 64842, 64843, 64844, 64845, 64846, 64847, 64848, 64849, 64850-64855, 64856, 64857, 64858, 64859, 64860, 64861, 64862, 64863, 64864, 64865-64868, 64869, 64870, 64871-64873, 64880-64887, 64888, 64889, 64890, 64891, 64892, 64893-64895, 64896, 64897, 64898, 64899, 64900, 64901, 64902, 64903, 64904, 64905, 64918, 64919, 64920, 64921, 64922, 64923, 64924-64925, 64926, 64927, 64928, 64929-64931, 64932, 64933, 64934, 64935, 64936, 64937, 64940, 64941, 64942, 64943, 64956-64957, 64958, 64959, 65011-65013, 65014, 65015, 65016, 65067, 65068, 65069, 65070, 65071, 65072, 65073, 65074, 65075-65076, 65077, 65078, 65079, 65080-65083, 65084-65086, 65087, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65263-65272, 65273, 65274, 65275, 65276, 65277, 65278, 65279, 65280, 65281, 65282, 65283, 65284, 65285, 65286, 65287, 65288, 65289, 65290, 65291, 65292, 65293, 65294, 65295, 65296, 65297, 65298-65299, 65300, 65301, 65302, 65303, 65304, 65305, 65306, 65307, 65308, 65309, 65310, 65311, 65312, 65313, 65314, 65315, 65316, 65317, 65318, 65319, 65320, 65321, 65322, 65323, 65324, 65325, 65326, 65328-65329, 65330-65331, 65352, 65353, 65354, 65415-65416, 65417, 65437-65440, 65441, 65447-65451, 65452, 65453, 65472-65478, 65479, 65480, 65481, 65482-65488, 65489, 65490-65496, 65497, 65504-65512, 65513, 65514, 65515, 65516, 65517, 65518-65540, 65541, 65542, 65543, 65544, 65545, 65546, 65547, 65548, 65549, 65550, 65551, 65552, 65553, 65554, 65555, 65556, 65557, 65558, 65559, 65560, 65561, 65562-65563, 65564, 65565-65572, 65573-65596, 65754-65756, 65757, 65758, 65759, 65760, 65761, 65762-65766, 65767, 65768-65775, 65776-65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828, 65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 65861, 65862, 65863, 65864-65865, 65866, 65867-65868, 65869-65870, 65871-65872, 65873-65874, 65875-65876, 65877-65878, 65879-65880, 65881-65882, 65883-65884, 65885-65886, 65887-65888, 65889, 65890-65891, 65892, 65893-65894, 65895, 65896, 65897-65899, 65900, 65901, 65981-65982, 66023-66025, 66026, 66027, 66028, 66029, 66030, 66031, 66032, 66060-66063, 66064, 66065, 66066, 66067, 66068, 66069-66071, 66072-66075, 66094, 66095-66096, 66333-66338, 66339, 66340, 66341, 66342, 66343, 66344,

**Def's App. 0031**

66345, 66346, 66347, 66348, 66349, 66350, 66351, 66352, 66353, 66354, 66355-66377, 66378-66388, 66453, 66454-66455, 66456-66457, 66458-66459, 66483-66490, 66491, 66492-66499, 66500, 66501, 66518-66525, 66526, 66592-66593, 66594-66595, 66596-66598, 66599-66601, 66733, 66734-66743, 66899-66903, 66905, 66906-66981, 66982, 66983-66999, 67009, 67010, 67011-67012, 67013, 67048, 67049, 67074-67075, 67076-67082, 67083-67091, 67092-67100, 67101-67108, 67109-67126, 67127-67130, 67131-67135, 67136-67140, 67141-67158, 67159-67163, 67164-67172, 67173-67176, 67177-67180, 67181-67198, 67199-67207, 67208-67219, 67220-67228, 67229-67236, 67237-67243, 67244-67250, 67251-67254, 67255-67262, 67263-67269, 67270-67281, 67282-67289, 67290-67294, 67295-67310, 67311-67315, 67316-67322, 67323-67339, 67340-67351, 67352-67367, 67368-67373, 67374-67381, 67382-67387, 67388-67396, 67397-67412, 67413-67419, 67420-67423, 67424-67428, 67429-67432, 67433-67439, 67440-67448, 67449-67457, 67458-67467, 67468-67469, 67470-67471, 67472-67475, 67476-67496, 67497-67504, 67505-67512, 67513-67520, 67521-67528, 67529-67546, 67547-67556, 67557-67566, 67567-67592, 67593-67600, 67601-67620, 67621-67628, 67629-67636, 67637-67644, 67645-67652, 67653-67660, 67661-67668, 67669-67676, 67677-67683, 67684-67699, 67700-67707, 67708-67723, 67724-67738, 67739-67746, 67747-67754, 67755-67762, 67763-67778, 67779-67794, 67795-67798, 67799-67802, 67803-67806, 67814, 67815, 67816-67817, 67818-67819, 67820-67824, 67825-67842, 67843-67859, 67860-67880, 67881-67906, 67907-67916, 67917-67940, 67941-67949, 67950-67960, 67961-67979, 67980-67994, 67995-68009, 68010-68017, 68018-68025, 68026-68033, 68034-68037, 68038-68041, 68042-68049, 68050-68061, 68062-68079, 68080-68091, 68092-68133, 68175-68180, 68181-68185, 68186-68194, 68195-68209, 68210-68224, 68225-68233, 68234-68241, 68242-68250, 68251-68259, 68260-68268, 68269-68277, 68278-68287, 68288-68306, 68307-68314, 68315-68318, 68319-68334, 68335-68342, 68343-68350, 68351-68358, 68359-68374, 68375-68382, 68383-68390, 68391-68398, 68399-68406, 68407-68414, 68415-68418, 68419-68426, 68427-68434, 68435-68442, 68443-68460, 68461-68478, 68479-68482, 68483-68489, 68490-68497, 68498, 68499-68503, 68504-68509, 68510-68514, 68515-68520, 68521-68525, 68526-68531, 68532-68533, 68534, 68535, 68536, 68537, 68538, 68539, 68540, 68541, 68542, 68543, 68544, 68545, 68546, 68547-68548, 68549, 68550, 68551, 68552, 68553-68555, 68556, 68557, 68558, 68559, 68560, 68561, 68566, 68567-68568, 68569, 68570-68571, 68572, 68574, 68575, 68576, 68577-68579, 68580-68581, 68590-68592, 68597, 68598, 68599, 68600, 68601, 68602, 68603, 68604, 68605, 68606, 68607, 68608, 68609, 68610, 68618-68620, 68621, 68622, 68623, 68665, 68666, 68667, 68668, 68669, 68670, 68671, 68689, 68690, 68691, 68692, 68693, 68694, 68695, 68696, 68697, 68698, 68800-68802, 68920, 68921-68930, 69015-69018, 69019, 69020, 69021, 69022, 69023-69027, 69028, 69029, 69030, 69041-69044, 69045, 69046, 69047, 69048, 69049, 69050-69054, 69055, 69056, 69057, 69058, 69059, 69060, 69061, 69062, 69063, 69064, 69065, 69066, 69067, 69068, 69069, 69070, 69071, 69072, 69073, 69074, 69075, 69076, 69077-69078, 69079, 69080, 69081, 69082-69083, 69084, 69085, 69086, 69087-69088, 69089, 69090, 69091, 69092, 69093, 69094, 69095, 69096, 69097, 69098, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 70123, 70124-70163, 70164-70204, 70205-70235, 70293, 70294-70338, 70339-70347, 70348-70392, 70393-70406, 70407-70434, 70435-70449, 70450-70465, 70466-70480, 70481-70486, 70487-70491, 70492-70496, 70497-70501, 70502-70519, 70522, 70523-70539, 70540-70555, 70556-70571, 70572-70589, 70590-70612, 70613-70624, 70625-70645, 70646-70650, 70651-70658, 70659, 70660-70666, 70667-70678, 70679-70693, 70694-70705, 70706-70731, 70732-70759, 70760-70777, 70778-70822, 70823-70838, 70839-70840, 70841-70842, 70846, 70847-70874, 70875-

70890, 70891-70905, 70906-70910, 70911-70919, 70920-70934, 70935-70936, 70946-70951, 70952-70953, 70954, 70955, 70956, 70957, 70958, 70959, 70960, 70961-71005, 71006-71015, 71016-71033, 71034-71054, 71055-71059, 71060-71066, 71067-71078, 71079-71093, 71094-71121, 71122-71125, 71126-71131, 71132-71145, 71179, 71180, 71181-71184, 71185-71186, 71187, 71188, 71189, 71190-71193, 71194, 71195, 71196, 71197, 71198, 71199, 71200, 71201-71218, 71219-71239, 71240-71244, 71245-71250, 71251-71266, 71267-71294, 71295-71306, 71307-71329, 71330-71334, 71335-71337, 71338-71345, 71346-71353, 71354-71356, 71357-71364, 71365-71372, 71378-71379, 71380-71381, 71382, 71383, 71384-71385, 71386-71389, 71390-71391, 71392, 71393, 71394, 71395, 71396, 71397, 71409, 71410, 71411-71416, 71417-71418, 71419, 71420, 71421, 71422, 71423, 71427, 71428-71435, 71436-71440, 71441-71455, 71456-71464, 71465-71478, 71479-71485, 71486-71500, 71501-71516, 71517-71528, 71529-71547, 71548-71552, 71553-71557, 71558-71566, 71567-71585, 71586, 71587-71601, 71602-71628, 71629-71633, 71634-71646, 71647-71662, 71663-71678, 71679-71694, 71695-71698, 71699-71714, 71715-71720, 71721-71727, 71728-71748, 71749-71757, 71758-71778, 71779-71792, 71793-71804, 71805, 71806, 71807, 71809, 71810-71813, 71814-71818, 71819-71835, 71836-71847, 71848-71863, 71864-71879, 71880-71894, 71895-71901, 71902-71929, 71930-71936, 71937-71948, 71949-71966, 71967-71987, 71988-72001, 72002-72009, 72010-72016, 72017-72037, 72038, 72039-72066, 72067-72083, 72084-72091, 72092-72095, 72096-72107, 72108-72128, 72129-72135, 72136-72149, 72150-72163, 72164, 72165-72172, 72173, 72174-72236, 72237, 72238-72249, 72250-72265, 72266-72293, 72294-72308, 72309-72319, 72320-72324, 72325-72343, 72344-72362, 72363-72390, 72391-72406, 72407-72416, 72417-72423, 72424-72430, 72431-72448, 72449-72460, 72461-72481, 72482, 72483-72498, 72499-72506, 72507-72524, 72525-72529, 72530-72545, 72546-72551, 72552-72559, 72560-72569, 72570-72573, 72574-72581, 72582, 72583-72605, 72606-72612, 72613-72624, 72625-72647, 72648-72654, 72655-72681, 72682-72702, 72703-72709, 72710-72728, 72729-72744, 72745-72749, 72750-72754, 72755-72760, 72761-72783, 72784-72801, 72802-72808, 72809-72825, 72826-72851, 72852-72860, 72861-72876, 72877-72892, 72893-72899, 72900-72903, 72904-72905, 72906-72915, 72916-72923, 72924-72930, 72931-72942, 72943-72948, 72949-72966, 72967-72983, 72984-72991, 72992, 72995, 72996-73007, 73008-73016, 73017-73024, 73025-73028, 73030-73031, 73032, 73033, 73034, 73035, 73036, 73037-73038, 73039, 73040, 73041, 73042, 73043, 73044-73061, 73062-73079, 73080-73094, 73095-73099, 73100-73104, 73105-73112, 73113, 73114, 73115, 73116, 73117, 73118, 73120, 73121, 73122, 73123, 73124, 73125, 73126-73133, 73134-73140, 73141-73144, 73145-73152, 73153, 73154, 73155, 73156, 73157, 73158, 73159, 73160, 73161, 73162-73170, 73171-73197, 73198-73202, 73203-73222, 73223-73237, 73238-73243, 73244-73249, 73250, 73251, 73252-73266, 73267, 73268-73282, 73283-73288, 73289-73296, 73297-73298, 73299-73304, 73305-73316, 73317-73332, 73333-73338, 73339-73355, 73356-73371, 73372-73389, 73390-73397, 73398-73402, 73403-73418, 73419-73422, 73423-73431, 73432-73446, 73447-73455, 73456-73465, 73466-73471, 73499-73505, 73506, 73507, 73508, 73509, 73510, 73511, 73512, 73513-73519, 73520, 73521, 73522, 73523, 73524, 73525, 73526, 73535-73536, 73537-73538, 73539, 73540-73543, 73544, 73545, 73546, 73547, 73548-73550, 73551-73553, 73554, 73555, 73556, 73557, 73558-73561, 73562, 73563, 73564, 73565, 73566-73567, 73568-73569, 73570, 73571-73591, 73592-73603, 73604-73618, 73619-73626, 73627-73640, 73641-73666, 73667-73671, 73672-73676, 73677-73685, 73686-73691, 73692-73719, 73720-73727, 73728-73739, 73740-73741, 73742-73743, 73744-73746, 73747-73749, 73758-73763, 73764, 73765, 73766, 73767, 73768, 73769, 73782-73784, 73785, 73786-73789, 73790-73801, 73802-73805, 73806-73809, 73810-73813, 73814-73817, 73818-

73823, 73824-73835, 73836-73849, 73850-73863, 73864-73870, 73871-73885, 73886-73893, 73894-73898, 73899-73903, 73904-73913, 73914-73941, 73942-73953, 73954-73958, 73959-73970, 73971-73975, 73976-73980, 73981-73983, 73984-73986, 73987, 73988-73992, 73993-74020, 74021-74030, 74031-74048, 74049-74056, 74057-74063, 74064-74108, 74109-74116, 74117-74133, 74134-74145, 74146-74153, 74154-74161, 74162-74169, 74170-74185, 74186-74193, 74194-74201, 74202-74213, 74214-74219, 74220-74231, 74232-74245, 74246-74252, 74253-74259, 74260-74287, 74288-74295, 74296-74311, 74312-74317, 74318-74323, 74324-74333, 74334-74337, 74338, 74339, 74340, 74341, 74342-74343, 74344-74355, 74356-74363, 74364-74372, 74373-74376, 74377-74380, 74381-74384, 74385-74394, 74395-74402, 74403-74414, 74415-74426, 74427-74434, 74435-74439, 74440-74465, 74466-74479, 74480-74486, 74487-74498, 74499-74515, 74516-74523, 74524-74535, 74536-74542, 74543-74560, 74561-74574, 74575-74581, 74582-74593, 74594-74598, 74599, 74600-74617, 74618-74626, 74627-74638, 74639-74650, 74651-74662, 74663-74670, 74671-74687, 74688-74694, 74695-74702, 74703-74712, 74713-74726, 74727-74738, 74739-74746, 74747-74758, 74759-74762, 74763-74770, 74771-74782, 74783-74786, 74787-74790, 74791-74797, 74798-74802, 74803-74807, 74808-74814, 74815-74840, 74841-74854, 74855-74859, 74860-74867, 74877, 74878-74891, 74892-74909, 74910-74916, 74917-74922, 74923-74939, 74940-74951, 74952-74970, 74971-74975, 74976-74991, 74992-75000, 75001-75008, 75009-75020, 75021-75035, 75036-75042, 75043-75046, 75047-75060, 75061-75069, 75070-75077, 75078-75103, 75104-75107, 75108-75123, 75124-75131, 75132-75145, 75146-75152, 75153-75164, 75165-75171, 75172-75175, 75176-75203, 75204-75210, 75211-75220, 75221-75228, 75229, 75230-75236, 75237-75243, 75244-75247, 75248-75259, 75260-75274, 75275-75279, 75280-75288, 75289-75303, 75304-75313, 75314-75317, 75318-75324, 75325-75330, 75331, 75332-75333, 75334-75341, 75342-75349, 75350-75357, 75358-75365, 75366-75377, 75378, 75379, 75380-75394, 75395-75402, 75403-75409, 75410-75421, 75422-75428, 75429-75436, 75437-75444, 75445-75456, 75457-75468, 75469-75485, 75486-75503, 75504-75531, 75532-75538, 75539-75559, 75560-75568, 75569-75580, 75581-75592, 75593-75620, 75621-75636, 75637-75652, 75653-75659, 75660-75676, 75677-75684, 75685-75689, 75690-75717, 75718-75733, 75734-75741, 75742-75753, 75754-75758, 75759-75762, 75763-75766, 75774, 75775-75801, 75802-75809, 75810-75816, 75817-75834, 75835-75841, 75842-75845, 75846-75850, 75851-75858, 75859-75868, 75869-75883, 75884-75887, 75888-75905, 75906-75914, 75915-75921, 75922-75933, 75934-75948, 75949-75957, 75958-75976, 75977-75997, 75998-76009, 76010-76017, 76018-76023, 76024-76033, 76034-76040, 76041-76047, 76048-76051, 76052-76059, 76060-76071, 76072-76076, 76077-76081, 76082-76097, 76098-76107, 76108-76115, 76116-76124, 76202-76203, 76204-76207, 76208-76217, 76218-76229, 76230, 76231, 76232, 76233-76238, 76239-76244, 76245-76250, 76251-76266, 76267-76280, 76281-76306, 76307-76320, 76321-76343, 76344-76347, 76348-76350, 76351-76358, 76359-76368, 76369-76380, 76381-76386, 76387-76394, 76395-76402, 76403-76407, 76408-76411, 76412-76420, 76421-76432, 76433-76436, 76437-76443, 76444-76447, 76448-76473, 76474-76478, 76479-76485, 76486-76511, 76512-76530, 76531-76536, 76537-76553, 76554-76563, 76564-76582, 76583-76586, 76587-76592, 76593-76601, 76602-76605, 76606-76623, 76624-76639, 76640-76645, 76646-76651, 76652-76663, 76664-76675, 76676-76679, 76680-76685, 76686-76691, 76692-76698, 76759-76800, 76801-76849, 76850-76854, 76855-76859, 76860-76864, 76865, 76866, 76867-76904, 76905, 76906, 76907-76946, 76947-76982, 76983-77030, 77031-77081, 77082-77086, 77087-77091, 77092-77141, 77142-77198, 77199, 77200-77254, 77260-77342, 77343-77347, 77386-77466, 77467-77471, 77472, 77473-77481, 77482-77485, 77486-77503, 77504-77508, 77509-77513, 77514-77516,

77517-77521, 77522-77525, 77526-77529, 77530-77533, 77534-77537, 77538-77541, 77542-77545, 77546-77551, 77552-77557, 77558-77563, 77564-77569, 77570-77575, 77576-77587, 77588-77594, 77595-77602, 77603-77612, 77613-77621, 77622-77649, 77650-77663, 77664-77670, 77671-77675, 77676-77687, 77688-77701, 77702-77812, 77813-77814, 77815-77826, 77827-77834, 77835-77849, 77850-77865, 77866, 77867-77882, 77883-77888, 77889-77907, 77908-77914, 77915-77928, 77929-77935, 77936-77947, 77948-77959, 77960-77964, 77965-77971, 77972-77983, 77984-77998, 77999, 78000-78006, 78007-78016, 78017-78035, 78036-78039, 78040-78044, 78045-78049, 78050-78058, 78059-78070, 78071-78075, 78076-78085, 78086-78095, 78096-78113, 78114-78118, 78119-78128, 78129-78138, 78139-78154, 78155-78162, 78163-78173, 78174-78191, 78192-78198, 78199-78214, 78215-78232, 78233-78236, 78237-78250, 78251-78258, 78259-78262, 78263-78270, 78271-78282, 78283-78290, 78291-78299, 78300-78313, 78314-78317, 78318-78325, 78326-78340, 78341-78345, 78346-78354, 78355-78368, 78369-78375, 78376-78391, 78392-78410, 78411-78417, 78418-78425, 78426-78439, 78440-78445, 78446-78461, 78462-78471, 78472-78479, 78480-78481, 78482-78493, 78494-78497, 78498-78500, 78501-78530, 78531-78534, 78535-78546, 78547-78552, 78553-78576, 78577-78581, 78582-78586, 78587-78591, 78592-78603, 78604-78609, 78610-78617, 78618-78641, 78642-78650, 78651-78658, 78659-78674, 79626-79627, 79628-79645, 79646-79651, 79652-79669, 79670-79674, 79675-79686, 79687-79698, 79699-79706, 79707-79712, 79713-79722, 79723-79732, 79733-79737, 79738-79746, 79747-79755, 79756-79764, 79765-79776, 79777-79788, 79789-79792, 79793-79806, 79807-79815, 79816-79822, 79823-79838, 79839-79846, 79847-79860, 79861-79875, 79876-79892, 79893-79904, 79905-79920, 79921-79925, 79926-79943, 79944-79950, 79951-79957, 79958-79965, 79966-79981, 79982-79989, 79990-79997, 79998-80012, 80013-80021, 80022-80026, 80027-80034, 80035-80052, 80053-80071, 80072-80078, 80079-80094, 80095-80120, 80121-80132, 80133-80141, 80142-80143, 80144-80145, 80146-80177, 80178-80186, 80187-80204, 80205-80234, 80235-80260, 80261-80286, 80287-80302, 80303-80320, 80321-80329, 80330-80355, 80356-80381, 80382-80387, 80388-80401, 80402-80416, 80417-80431, 80432-80439, 80440-80465, 80466-80484, 80485-80493, 80494-80517, 80518-80522, 80523-80534, 80535-80550, 80551-80568, 80569-80580, 80581-80590, 80591-80600, 80615-80616, 80617-80619, 80620-80622, 80623, 80624-80628, 80629-80636, 80659-80660, 80661, 80662, 80663, 80664-80695, 80696-80697, 80698, 80699, 80700-80704, 80705, 80706, 80707, 80708, 80721-80853, 80854, 80855, 80863-80865, 80866, 80867, 80868, 80869-80900, 80901, 80902-80904, 80905, 80906, 80907, 80908-80939, 80940, 80952-80953, 80954, 81146-81147, 81148, 81162-81163, 81164-81166, 81167-81169, 81170, 81171-81175, 81176-81183, 81267-81268, 81269, 81303-81307, 81308-81312, 81313-81318, 81319-81325, 81326-81330, 81331-81335, 81336-81341, 81342-81343, 81344-81366, 81367-81380, 81381-81389, 81390-81394, 81395-81404, 81405-81414, 81415-81433, 81434-81442, 81443-81460, 81461-81478, 81479-81496, 81497-81503, 81504-81518, 81519-81544, 81545, 81546-81554, 81555-81563, 81564-81569, 81570-81575, 81576-81581, 81582-81587, 81588-81610, 81611-81617, 81618-81628, 81629-81652, 81653-81676, 81677-81680, 81681-81696, 81697-81700, 81701-81712, 81713-81729, 81730-81746, 81747-81763, 81764-81780, 81781-81797, 81798-81814, 81815-81819, 81820-81834, 81835-81991, 81992, 81993, 81994, 81995, 81996, 81997-82171, 82172-82337, 82338, 82339, 82340, 82341, 82342, 82343, 82344, 82354-82520, 82521, 82522, 82523, 82524, 82525, 82526, 82527, 82660, 82661-82665, 82666-82671, 82672-82676, 82677-82682, 82683-82687, 82688-82693, 82694, 82695-82699, 82700-82705, 82706-82710, 82711-82716, 82717-82721, 82722-82727, 82728, 82729-82733, 82734-82739, 82740-82744, 82745-82750, 82751-82755, 82756-82761, 82762, 82763-82767, 82768-82773,

Def's App. 0035

82774-82778, 82779-82784, 82785-82789, 82790-82795, 82796, 82797-82801, 82802-82808, 82809-82813, 82814-82819, 82820-82824, 82825-82830, 82831, 82832-82836, 82837-82843, 82844-82848, 82849-82855, 82856-82860, 82861-82867, 82868, 82869-82873, 82874-82880, 82881-82885, 82886-82892, 82893-82897, 82898-82904, 82988-82992, 82993, 82994, 82995, 82996, 82997, 82998, 82999, 83000, 83001, 83002, 83003, 83004-83029, 83030, 83031-83056, 83097, 83160-83164, 83165, 83166, 83167, 83168, 83228-83229, 83230-83231, 83232-83233, 83234-83235, 83236, 83237, 83238, 83239-83242, 83243, 83244, 83245, 83246, 83420, 83421, 83422-83444, 83445-83455, 83456, 83457-83458, 83459, 83460, 83461-83462, 83484, 83485, 83486, 83574, 83575, 83606, 83607, 83624-83627, 83628, 83629, 83630-83632, 83643-83644, 83645, 83646, 83647, 83648, 83649-83651, 83652, 83653, 83654, 83655, 83667-83670, 83671, 83672-83673, 83706-83707, 83708, 83709, 83724, 83725-83726, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83746-83748, 83749-83752, 83753-83755, 83756-83759, 83760-83762, 83772, 83773-83775, 83776-83779, 83780-83782, 83783-83788, 83789, 83790, 83791, 83792, 83793, 83794, 83795, 83796-83798, 83799, 83800-83802, 83803, 83804, 83805, 83806, 83807-83810, 83811, 83812, 83813, 83814, 83815, 83816-83820, 83821, 83822, 83823, 83824, 83825, 83833-83837, 83838-83840, 83841, 83842, 83843-83862, 83863-83887, 83888, 83889, 83890, 83891, 83892, 83893, 83894, 83895, 83896-83916, 83917, 83918, 83919, 83920, 83921, 83922, 83923, 83924-83948, 83949-83950, 83951, 83952, 83953-83958, 83959, 83960, 83961, 83962, 83963, 83964, 83965-83968, 83969, 83970-83973, 83974, 83975, 83976, 83977, 83990, 83991, 83992, 83993, 83994, 83995, 84054-84059, 84060-84061, 84062, 84063, 84064, 84065, 84066, 84067, 84068-84069, 84070, 84071-84074, 84075-84076, 84077, 84078, 84079, 84080-84082, 84083-84090, 84091-84098, 84099-84100, 84101-84102, 84103, 84104-84105, 84106-84107, 84108, 84109-84112, 84113-84114, 84115, 84116, 84117, 84118, 84119, 84120, 84121-84126, 84127-84128, 84129, 84130, 84131, 84132, 84133, 84134-84139, 84140-84141, 84142, 84143, 84144, 84145, 84146.

**REQUEST FOR PRODUCTION NO. 38:** Any correspondence, emails, memoranda, test results, root cause analysis, data reports, notes, meeting minutes, or proposed changes to the manufacture, design or marketing of the Little Giant Ladder provided to the Consumer Product Safety Commission or other governmental agency.

**THIRD AMENDED RESPONSE:** Defendant conducted a diligent search for responsive documents and found no responsive documents.

**REQUEST FOR PRODUCTION NO. 39:** All documents and data that relate to the Little Giant Velocity™, LT™ and Liberty™ multipurpose ladders recall.

**THIRD AMENDED RESPONSE:** Based on the breadth of the request and in an effort to comply with the Court's Orders on discovery, see Bates 6458-8286, 46595, 46596, 46597, 46598, 46599-46601, 46602, 46603, 46604, 46605, 46606, 46607, 48337-48341, 48342-48349, 48350-48354, 48355-48360, 48361-48368, 54533, 54534, 54676, 54677, 54739, 54740, 54741, 54742, 54743, 54754, 54755, 54756, 54757, 55362-55366, 68702, 68703, 68704, 68705, 68706, 68707, 68708, 68709, 68710, 68711-68712, 68713, 68714, 68723, 68724, 68725, 68726, 68727, 68728, 69151, 69152-69153, 69154-69155, 69156-69158, 69159-69160, 69161-69162, 69163-69164.

**REQUEST FOR PRODUCTION NO. 40:**  All documents, data, and correspondence exchanged between You and any person or entity working with the Consumer Product Safety Commission that relates to or refers to the Little Giant Velocity™, LT™ and Liberty™ multipurpose ladders recall.

       **THIRD AMENDED RESPONSE:**  See Bates 6458-8286.

**REQUEST FOR PRODUCTION NO. 41:**  All documents and data that You relied on to determine that any Little Giant Ladder with the Type A Rock Lock was "safe to operate."

       **THIRD AMENDED RESPONSE:**  See documents produced under Tab "G" (Bates 311-750), as well as Bates 1-750, 752-784, 786-1327, 5609-6385, 347-8705, 8735-9277, 9313-9324, 44553-46426.

**REQUEST FOR PRODUCTION NO. 42:**  All documents and data that You relied on to determine that any Little Giant Ladder with the Type B Rock Lock was not safe to operate and needed to be recalled.

       **THIRD AMENDED RESPONSE:**  See Bates 6458-8286.

**REQUEST FOR PRODUCTION NO. 43:**  All notices to consumers regarding the Little Giant Ladder (Part number 2322-801, Model number 22) after January 1, 2015.

       **THIRD AMENDED RESPONSE**: See documents produced under Tab "C" (Bates 180-327).

**REQUEST FOR PRODUCTION NO. 44:**  A discrete copy of each webpage, including all modifications and changes, that related or refers to the Little Giant Ladder (Part number 2322-801, Model number 22) from January 1, 2015 to the present.

       **THIRD AMENDED RESPONSE**: Wing Enterprises responds as follows insofar as this Request seeks production of webpage content applicable to the model ladder at issue any time prior to January 1, 2020:

       See documents produced under Tab "H" (Bates 751).

**REQUEST FOR PRODUCTION NO. 45:**  A discrete copy of each webpage, including all modifications and changes, that relate or refer to the Little Giant Velocity™, LT™ and Liberty™ multipurpose ladders recall.

       **THIRD AMENDED RESPONSE:**  See Bates 6458-8286.

**REQUEST FOR PRODUCTION NO. 46:**  All documents that relate or refer to any notices from consumers or users of any defects, failures, injuries or incidents involving a Little Giant Velocity™ ladder.

       **THIRD AMENDED RESPONSE:**  See Bates 2453-2811, 4206-5608, 13439-13739, 14157-15865, 15866-26746.

48693, 48694-48958, 53451-53452, 53453-53454, 53455-53457, 53458-53463, 53464-53466, 53467-53471, 53472-53473, 56263-56266, 56267, 56364-56366, 56367-56373, 56424-56434, 56586-56590, 83474-83475, 83476-83483.

**REQUEST FOR PRODUCTION NO. 47:**  All briefing related to any and all Motions to Strike, Exclude, or Limit any Expert Witness, or area of Expert Witness testimony/opinions, including Daubert and Motions in Limine, that You have filed in cases where you have alleged "misuse," "modification/alteration," or "substantial change or alteration."

**THIRD AMENDED RESPONSE**: See Bates 84162-85514.

**REQUEST FOR PRODUCTION NO. 48:**  All standards that were applicable to Your design, construction, testing, care and use of the Little Giant Ladder (Part number 2322-801, Model number 22).

**THIRD AMENDED RESPONSE**: See ANSI 14.2 and OSHA §1910.23. The ANSI standards are copyrighted and may be purchased through ANSI and/or the American Ladder Institute. The OSHA standards are available at https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.23.

**REQUEST FOR PRODUCTION NO. 49:**  All testing protocols, photos, videos, data, and results of all Horizontal Bending tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 311, 312, 443, 444, 473, 474, 345, 401, 373, 410, 400, 315, 409, 314, 519, 560, 590, 620, 625, 667, 709, 520, 561, 591, 621, 626, 668, 710, 482, 44218, 44219, 44248, 44249, 44279-44280, 44312, 44313-44314.

**REQUEST FOR PRODUCTION NO. 50:**  All testing protocols, photos, videos, data, and results of all Deflection tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 411, 445, 484, 347, 375, 316, 317, 482, 311, 443, 345, 373, 400, 409, 314, 519, 560, 590, 620, 625, 667, 709, 522, 562, 592, 627, 669, 711, 44218, 44220-44221, 44248, 44249, 44312

**REQUEST FOR PRODUCTION NO. 51:**  All testing protocols, photos, videos, data, and results of all Rung Bending Strength tests performed on the Little Giant Ladder.

**FIRST AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 449, 479, 351, 378, 415, 321, 527, 566, 597, 632, 716, 488, 44225, 44254, 44280

**REQUEST FOR PRODUCTION NO. 52:**  All testing protocols, photos, videos, data, and results of all Rung-to-Side Shear Strength tests performed on the Little Giant Ladder.

**Def's App. 0038**

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 450, 480, 352, 379, 416, 322, 528, 567, 598, 633, 675, 717, 489, 44226, 44255, 44280

**REQUEST FOR PRODUCTION NO. 53:** All testing protocols, photos, videos, data, and results of all Rung Torque tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 451, 481, 353, 380, 417, 323, 324, 529, 568, 599, 634, 676, 718, 44256, 44280

**REQUEST FOR PRODUCTION NO. 54:** All testing protocols, photos, videos, data, and results of all Rung Torque Design Verification tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750).

**REQUEST FOR PRODUCTION NO. 55:** All testing protocols, photos, videos, data, and results of all Rung Torque In-Service tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 490, 451, 481, 353, 380, 417, 323, 324, 529, 568, 599, 634, 676, 718, 44227, 44256

**REQUEST FOR PRODUCTION NO. 56:** All testing protocols, photos, videos, data, and results of all Side Sway tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 452, 482, 354, 381, 418, 325, 530, 569, 600, 635, 677, 719, 491, 44229, 44257, 44281

**REQUEST FOR PRODUCTION NO. 57:** All testing protocols, photos, videos, data, and results of all Statis Side-Rail Cantilever tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 511, 453, 483, 355, 382, 402, 419, 326, 454, 484, 356, 383, 420, 327, 531, 570, 601, 619, 636, 664, 678, 720, 532, 571, 602, 637, 679, 721.

**REQUEST FOR PRODUCTION NO. 58:** All testing protocols, photos, videos, data, and results of all Side-Rail Cantilever Dynamic Drop tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 454, 356, 383, 420, 327, 484, 532, 571, 602, 637, 679, 721, 493.

**REQUEST FOR PRODUCTION NO. 59:** All testing protocols, photos, videos, data, and results of all Ladder Section Twist tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 455, 485, 357, 384, 421, 328, 533, 572, 603, 638, 680, 722, 494, 44232, 44260, 44281

**REQUEST FOR PRODUCTION NO. 60:** All testing protocols, photos, videos, data, and results of all Foot Slip tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 475, 476, 480, 495, 510, 456, 358, 385, 422, 329, 534, 573, 604, 639, 681, 723, 553, 659, 701, 744, 558, 663, 706, 749, 44233, 44261, 44281, 44286, 44287, 44294, 44299-44300

**REQUEST FOR PRODUCTION NO. 61:** All testing protocols, photos, videos, data, and results of all Multi-section Extending Force tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  Defendant conducted a diligent search for responsive documents and found no responsive documents, therefore none.

**REQUEST FOR PRODUCTION NO. 62:** All testing protocols, photos, videos, data, and results of all Scaffold Bending Strength tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  Defendant conducted a diligent search for responsive documents and found no responsive documents, therefore none.

**REQUEST FOR PRODUCTION NO. 63:** All testing protocols, photos, videos, data, and results of all Cyclic Joint tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  Defendant conducted a diligent search for responsive documents and found no responsive documents, therefore none.

**REQUEST FOR PRODUCTION NO. 64:** All testing protocols, photos, videos, data, and results of all Unlocked Joint tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 3066, 44262, 44281, 44316-44317

**REQUEST FOR PRODUCTION NO. 65:** All testing protocols, photos, videos, data, and results of all Single Joint Lock tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 526, 574, 596, 623, 631, 673, 715, 496, 44263, 44281

**REQUEST FOR PRODUCTION NO. 66:** All testing protocols, photos, videos, data, and results of all Dynamic Joint Lock Tests for the Scaffold Position performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  Defendant conducted a diligent search for responsive documents and found no responsive documents, therefore none.

**REQUEST FOR PRODUCTION NO. 67:** All testing protocols, photos, videos, data, and results of all Dynamic Joint Lock Tests for the Straight Ladder Position performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 3066, 44318, 44321, 44323, 44324, 44326-44327, 44328, 44330.

**REQUEST FOR PRODUCTION NO. 68:** All testing protocols, photos, videos, data, and results of all Dynamic Joint Lock Tests for the Straight Position performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 3066, 44318, 44321, 44323, 44324, 44326-44327, 44328, 44330.

**REQUEST FOR PRODUCTION NO. 69:** All testing protocols, photos, videos, data, and results of all Compression tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 478, 498, 458, 360, 387, 424, 331, 536, 576, 606, 641, 683, 725, 44235, 44265, 44283, 44288, 44297

**REQUEST FOR PRODUCTION NO. 70:** All testing protocols, photos, videos, data, and results of all Side-Rail Bending tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 332, 361, 388, 425, 459, 460, 537, 577, 607, 642, 684, 726, 499, 492, 44236, 44266, 44283

**REQUEST FOR PRODUCTION NO. 71:** All testing protocols, photos, videos, data, and results of all Step or Platform Bending tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 333, 362, 389, 426, 461, 500, 538, 578, 608, 643, 685, 728, 44237, 44267, 44283

**REQUEST FOR PRODUCTION NO. 72:** All testing protocols, photos, videos, data, and results of all Step-to-Side-Rail Shear Strength tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 343, 399, 501, 539, 579, 609, 644, 686, 730, 555, 661, 703, 746, 477, 334, 363, 390, 427, 461, 44238, 44268, 44283

**REQUEST FOR PRODUCTION NO. 73:** All testing protocols, photos, videos, data, and results of all Front Stability tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 335, 364, 391, 428, 462, 502, 540, 580, 610, 645, 687, 731, 44239, 44269, 44283

**REQUEST FOR PRODUCTION NO. 74:** All testing protocols, photos, videos, data, and results of all Rear Stability tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 337, 366, 393, 430, 464, 504, 542, 582, 612, 647, 689, 733, 44241, 44271, 44283

**REQUEST FOR PRODUCTION NO. 75:** All testing protocols, photos, videos, data, and results of all Torsion Stability tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 338, 367, 394, 431, 465, 505, 543, 583, 613, 648, 690, 734, 44242, 44272, 44283

**REQUEST FOR PRODUCTION NO. 76:** All testing protocols, photos, videos, data, and results of all Rocking tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 339, 368, 395, 432, 466, 506, 544, 584, 614, 649, 691, 727, 44243, 44273, 44283

**REQUEST FOR PRODUCTION NO. 77:** All testing protocols, photos, videos, data, and results of all Rail Cantilever Bending tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 340, 369, 396, 403, 467, 511, 453, 355, 382, 402, 419, 326, 433, 481, 498, 545, 585, 615, 650, 692, 729, 651, 693, 735, 557, 705, 748, 479, 507, 44230, 44244, 44258, 44274, 44281, 44283, 44293

**REQUEST FOR PRODUCTION NO. 78:** All testing protocols, photos, videos, data, and results of all Rear Rail Static Cantilever Bending tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 651, 693, 735, 44283

**REQUEST FOR PRODUCTION NO. 79:** All testing protocols, photos, videos, data, and results of all Front and Rear Rail Dynamic Drop tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 340, 369, 396, 433, 468, 546, 586, 616, 652, 694, 736, 508, 44244, 44275, 44283

**REQUEST FOR PRODUCTION NO. 80:** All testing protocols, photos, videos, data, and results of all Rail Torsion and Spreader tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 341, 370, 397, 434, 469, 547, 587, 617, 653, 695, 737, 509, 44245, 44276, 44283

**REQUEST FOR PRODUCTION NO. 81:** All testing protocols, photos, videos, data, and results of all Stepladder Slip tests performed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:**  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), as well as Bates 342, 371, 398, 435, 471, 500, 505, 506, 510, 456, 486, 358, 422, 329, 548, 588, 618, 654, 696, 738, 554, 660, 702, 745, 457, 359, 386, 423, 330, 44246, 44277, 44278, 44283

**REQUEST FOR PRODUCTION NO. 82:** All testing protocols, photos, videos, data, and results of the following Labeling Tests performed on the Little Giant Ladder:

  a. Adhesion Test
  b. Scratch Resistance Test
  c. Water Immersion Test
  d. Oven Aging Test

**THIRD AMENDED RESPONSE**:  For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "I" (Bates 752-763), and Bates 47482-47484, 47485-47491, 47492-47495, 48307-48310, 48311, 48312, 48313, 48314, 57468-57477, 57478-57481, 57921-57925, 57926, 57927, 57928, 57929, 57930, 57931, 57932, 57933, 57934, 57935, 57936, 57937, 57938, 57939, 57940, 57941, 57942, 57943, 57944, 57945, 57946, 57947, 57948, 57949, 57950, 57951, 57952, 57953, 57954, 57955, 57956, 57957, 57958, 57959, 57960, 57961, 57962, 57963, 57964, 57965, 57966, 57967, 57968, 57969, 57970, 57971, 57972, 57973, 57974, 57975, 57976, 57977, 57978, 57979, 57980, 57981, 57982, 57983, 57984, 57985, 57986, 57987, 57988, 57989, 57990, 57991, 57992, 57993, 57994, 57995, 57996, 57997, 57998, 57999, 58000, 58001, 58002, 58003, 58004, 58005, 58006, 58007, 58008, 58009, 58010, 58011, 58012, 58013, 58014, 58015, 58016, 58017, 58018, 58019, 58020, 58021, 58022, 58023, 58024, 58025, 58026, 58027, 58028, 58029, 58030, 58031, 58032, 58033, 58034, 58035, 58036, 58037, 58038, 58039, 58040, 58041, 58042, 58043, 58044, 58045, 58046, 58047, 58048, 58049, 58050-58054, 58055, 58056, 58057, 58058, 58059, 58060, 58061, 58062, 58063, 58064, 58065, 58066, 58067, 58068, 58069, 58070, 58071, 58072, 58073, 58074, 58075, 58076, 58077, 58078, 58079, 58080, 58081, 58082, 58083, 58084, 58085, 58086, 58087, 58088, 58089, 58090, 58091, 58092-58093, 58094, 58095, 58096, 58097, 58098, 58099, 58100, 58101, 58102, 58103, 58104, 58105, 58106, 58107, 58108, 58109, 58110, 58111, 58112, 58113, 58114, 58115, 58116, 58117, 58118, 58119, 58120, 58121, 58122, 58123, 58124, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068,

59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59106-59109, 59110, 62267-62270, 62605, 62606-62608, 64151-64158, 64159-64165, 64166-64170, 64171, 64172, 64173, 64174-64175, 64176-64177, 64178, 64179-64180, 64343-64354, 64355, 64356, 64417-64445, 64446, 64974-64989, 64990-64993, 64994, 65055-65062, 65063, 65064, 65065, 65066, 65171-65186, 65187, 65188-65201, 65202, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65983-65986, 65987, 65988, 65989, 65990, 68744-68747, 68748, 68749, 68750, 68751, 69165-70119, 70120, 70121, 70122, 75767-75769, 75770, 75771, 75772, 75773, 81326-81330, 81331-81335, 81336-81341.

**REQUEST FOR PRODUCTION NO. 83:** All testing protocols, photos, videos, data, and results of testing performed on the Rock Lock mechanism as installed on the Little Giant Ladder.

**THIRD AMENDED RESPONSE**: For any testing protocols, see the response to Request No. 48; otherwise, any such documents are included under Tab "G" (Bates 311-750), 46427-46510, 46645-46646, 47396-47397, 47398, 47399, 47400, 47401, 47402, 47403, 47404, 47405, 47406, 47407, 47408, 47409, 47410, 47411, 47412, 47413, 47414, 47415, 47416, 47417, 47418, 47419, 47420, 47421, 47422, 47423, 47424, 47425, 47426, 47427, 47428, 47429, 47430, 47431, 47432, 47433, 47434, 47435, 47436, 47437, 47438, 47439, 47440, 47441, 47442, 47443, 47444, 47445, 47446, 47447, 47448, 47449, 47450, 47451, 47452, 47453, 47454, 47455, 47456, 47457, 47458, 47459, 47460, 47461, 47462, 47463, 47464, 47465, 47466, 47467, 47468, 47469, 47470, 47471, 54253-54254, 54255, 54256, 54257, 57786, 57787, 57788, 57789, 57799, 57800, 57827, 57828, 57829, 57830, 57831, 57832, 57833, 57834, 57835, 57836, 57837, 57838, 57839, 57840, 57841-57842, 57843, 57844-57845, 57846, 57847, 57848, 57849, 57850, 57851, 57852, 57853, 57854-57855, 57856, 57857, 57858, 57859, 57860, 57861, 57862, 57863, 57864, 57865, 58050-58054, 58055, 58056, 58057, 58058, 58059, 58060, 58061, 58062, 58063, 58064, 58065, 58066, 58067, 58068, 58069, 58070, 58071, 58072, 58073, 58074, 58075, 58076, 58077, 58078, 58079, 58080, 58081, 58082, 58083, 58084, 58085, 58086, 58087, 58088, 58089, 58090, 58091, 58092-58093, 58094, 58095, 58096, 58097, 58098, 58099, 58100, 58101, 58102, 58103, 58104, 58105, 58106, 58107, 58108, 58109, 58110, 58111, 58112, 58113, 58114, 58115, 58116, 58117, 58118, 58119, 58120, 58121, 58122, 58123, 58124, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58256-58259, 58260, 58261, 58262, 58317, 58318-58320, 58321-58325, 58336, 58337, 58432, 58433-58435, 58436-58440, 58559-58560, 58561-58565, 58566, 58567, 58568, 58602-58603, 58604, 58605, 58606, 58607, 58608-58609, 58610, 58611, 58612, 58613, 58614, 58615, 58616, 58617, 58618, 58619, 58620, 58621, 58622, 58623, 58624, 58625, 58631, 58632, 58633, 58634, 58635, 59416, 59417-59489, 59490, 59491, 59760, 59761-59833, 60166-60171, 60172, 60660-60661, 60681-60683, 60684, 60685, 60686, 60687, 60688, 60689, 60690-60692, 60693, 60694, 60695, 60696, 60697, 60698, 61829-61833, 61834, 61835, 62529, 62530, 62537, 62538, 62554-62556, 62557, 62558, 62559, 62560, 62699-62701, 62702-62704, 62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62722-62726, 62727-62732, 62733-62738, 62739-62745, 62746-62752, 62753, 62895, 62896, 62897, 62898, 62899, 62900, 62901, 62902, 62903, 63618-63619, 63620-63621, 63811, 63812, 63813, 63814, 63815, 63816, 63817, 63818, 63819, 63820, 63821, 63822, 63823, 63824, 63825, 63826, 63827, 63828, 63829, 63830, 63831, 63832, 63833, 63834, 63835, 63836, 63837, 63838, 63839, 63840, 63841, 63842, 63843, 63844, 63845, 68080-68091, 68092-68133, 68134-68156, 68157-68174, 68665, 68666, 68667, 68668, 68669, 68670, 68671, 68689, 68690, 68691, 68692, 68693, 68694, 68695, 68696,

68697, 68698, 83624-83627, 83628, 83629, 83630-83632, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745.

**REQUEST FOR PRODUCTION NO. 84:** All metallurgic testing performed to identify the porosity of the casting materials used on the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** Defendant conducted a diligent search for responsive documents and found no responsive documents, therefore none.

**REQUEST FOR PRODUCTION NO. 85:** All data, documents and other tangible things that relate or refer to the alloys used in the construction of the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** See documents produced under Tab "A" (Bates 1-141) as well as 142-144, 177, and Bates 47478-47479, 47480-47481, 57080-57083, 57084, 57085, 57086, 57087, 60470-60472, 60473, 60474-60476, 60477, 60478, 60488-60491, 60492, 60493, 60494, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65263-65272, 65273, 65274, 65275, 65276, 65277, 65278, 65279, 65280, 65281, 65282, 65283, 65284, 65285, 71586, 71587-71601, 71602-71628, 71629-71633, 71634-71646, 71647-71662, 71663-71678, 71679-71694, 71695-71698, 71699-71714, 71715-71720, 71721-71727, 71728-71748, 71749-71757, 71758-71778, 71779-71792, 71793-71804, 71805, 71806, 71807, 72173, 72174-72236, 73540-73543, 73544, 73545, 73546, 73547, 73551-73553, 73554, 73555, 73556, 73557, 73558-73561, 73562, 73563, 73564, 73565.

**REQUEST FOR PRODUCTION NO. 86:** All quality control documentation for the Little Giant Ladder.

**THIRD AMENDED RESPONSE:** See documents produced under Tabs "A" (Bates 1-141) and "B" (Bates 142-179), as well as 177, 238-296, 297-307, 2430-2433, 6353-6385.

**REQUEST FOR PRODUCTION NO. 87:** All data and documents exchanged with Suzhou Zhongchuang Aluminum Products Co. Ltd. that relate or refer to the Little Giant Ladder (Part number 2322-801, Model number 22).

**THIRD AMENDED RESPONSE:** See Bates 46427-46509, 46510, 46678-46761, 46762-46766, 46767-46771, 46772, 46773, 46774-46853, 46854-46954, 46955-47055, 47056, 47110-47111, 47112, 47264-47265, 47266, 47267, 47268, 47269, 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 47345, 47346, 47347, 47348, 47349, 47350, 47351, 47352, 47353, 47354, 47355, 47478-47479, 47480-47481, 47501, 47502-47503, 47504, 47505-47506, 47507, 47508-47509, 47510-47511, 47512-47514, 47515, 47516, 47517-47813, 47814, 47815-47816, 47841, 47842-47844, 47845, 47846, 47847-47848, 47849-47850, 47851, 47852-47853, 47854-47856, 47857, 47858-47860, 47861-47862, 47863-47865, 47866-47867, 47868-47870, 47871, 47872-47873, 47874-47875, 47876-47877, 47878-47879, 47880, 47881-48183, 48184, 48185, 48186, 48187-48189, 48207, 48208-48210, 48211-48215, 48216-48217, 48218, 48219, 48220, 48221, 48222-48225, 48226-48227, 48228-48232, 48233-48234, 48235-48239, 48240-48241, 48242, 48243-48246, 48247-48249, 48285, 48286-48287, 48288-48289, 48290-48291, 48292-48293, 48294-48295, 48296-48297, 48298-48300, 48301-48303, 48304-48306, 48315, 48316-48317, 48318-48319, 48320-48321, 48322-48323, 48324-48326, 48327-48329, 48330-48333, 48334, 48335-48336, 48369, 48370-48371,

48372, 48373, 48374, 48375-48376, 48377, 48378, 48379, 48380-48381, 48382, 48383-48384, 48396-48399, 48400-48404, 48405-48410, 48411, 48412-48413, 48414, 48415-48416, 48426-48427, 48428-48429, 48430-48432, 48433-48435, 48436-48438, 48439-48440, 48441-48445, 48446, 48447, 48450-48453, 48454-48459, 48460-48465, 48466-48473, 48474, 48475, 48476-48482, 48483-48494, 48552-48633, 48634-48638, 48639-48643, 48644, 48645, 48646-48647, 48648-48649, 48650-48654, 48655-48656, 48657-48660, 48685-48688, 48689-48690, 48959-48960, 48961-48962, 48963-48976, 48977, 48978-48994, 48995-49010, 49011-49028, 49029, 49030-49051, 49052-49073, 49074-49102, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49652-49653, 49654-49655, 49656-49681, 49682-49710, 49711-49742, 49743-49782, 49783-49784, 49785-49787, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50446-50617, 50618, 50619, 50620, 50621-50786, 50787-50794, 50795, 50796-50799, 50800-50802, 50803-50808, 50809-50810, 50811-50812, 51015-51020, 51021-51027, 51028, 51029-51036, 51037-51047, 51048-51049, 51050, 51051-51060, 51061-51073, 51074-51086, 51087-51102, 51606-51730, 52057-52058, 52059-52061, 53156-53158, 53159-53160, 53161-53165, 53166-53167, 53168-53173, 53174-53183, 53184-53193, 53206, 53207, 53208-53209, 53210-53212, 53213-53217, 53218-53224, 53225-53226, 53227-53228, 53229, 53230-53232, 53233-53238, 53239-53245, 53246-53254, 53255-53263, 53367-53437, 53451-53452, 53453-53454, 53455-53457, 53458-53463, 53464-53466, 53467-53471, 53472-53473, 53754-53759, 53779-53784, 53785-53791, 53792-53798, 53799-53805, 53806, 53807, 53808, 53809, 53810, 53811, 53812, 53813, 53814, 53815, 53816, 53817, 53818, 53819, 53820, 53821, 53822, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53873, 53874, 53875, 53876, 53877, 53878, 53879, 53919, 53920, 53921, 53922, 53923, 53924, 53925, 53926, 53927, 53928, 53929, 53930, 53931, 53940-53947, 53948, 53949-53954, 53955, 53956, 53957, 53967, 53968, 53969, 53980-53981, 53982-53984, 53985-53988, 54126-54128, 54129, 54130, 54394, 54395, 54611-54613, 54614, 54615, 54616, 54617, 54618, 54621-54624, 54625, 54626, 54627, 54628, 54629, 54630-54633, 54636-54639, 54640-54643, 54652-54656, 54664-54668, 54682-54688, 54689-54695, 54696-54702, 54703-54709, 54710-54716, 54722-54730, 54731, 54744-54752, 54753, 55416-55420, 55421-55428, 55440-55454, 55455, 55456-55474, 55475, 55476-55499, 55500, 55501, 55502-55523, 55524, 55525, 55526, 55694, 55695, 55696, 55697, 55698, 55728, 55729, 55730, 55731, 55732, 55733, 55734, 55735, 55736, 55840-55844, 55845, 55846, 55847, 55848, 55849, 56591-56602, 56603, 56604, 56605, 56792, 56793-56797, 56798-56803, 56804-56808, 56809-56814, 56815-56819, 56820-56825, 56826-56827, 56828, 56829, 56830, 56831, 57149-57151, 57152, 57153, 57154, 57155, 57592-57593, 57594, 57595, 57596, 57597, 57598, 58256-58259, 58260, 58261, 58262, 58526-58528, 58529, 58530-58532, 58533, 58540-58543, 58544, 58703-58705, 58706-58715, 58716, 58717, 58718-58727, 58728, 58729, 58730-58733, 58734-58743, 58744, 58745, 58751-58754, 58755, 58788, 58789, 58790, 58791, 58792-58793, 58794, 58795-58798, 58799, 58800, 58801, 58802-58803, 58804, 58805-58808, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59106-59109, 59110, 59286, 59287, 59288, 59289, 59290-59291, 59292-59293, 59294-59296, 59297, 59298, 59318-59319, 59320, 59360-59365, 59366, 59367, 59368, 59369, 59370-59372, 59373, 59374, 59375, 59376, 59377-59380, 59381, 59382, 59383, 59384, 59648, 59649, 59650, 59651, 59652-59653, 59654, 59655, 59656, 59895-59896, 59897, 59898, 59899, 59900, 59901, 59902, 59903, 59904, 59905, 59906, 59907, 59908, 60199, 60200, 60201, 60202, 60203, 60204, 60205, 60206, 60207, 60382, 60383, 60384, 60385, 60386, 60387, 60388, 60389, 60390, 60391, 60447-60448, 60449, 60450, 60451, 60452, 60453, 60454, 60455, 60456,

**Def's App. 0046**

60457, 60458, 60459, 60460, 60461, 60462, 60463, 60464, 60465, 60466, 60467, 60468, 60469, 60577-60578, 60579-60580, 60590-60591, 60592, 60593, 60639-60641, 60642, 60643, 60644, 60645, 60646, 60647, 60648, 60649, 60650, 60651, 60652, 60653-60654, 60655, 60662-60664, 60665, 60666, 60676-60678, 60679, 60680, 60681-60683, 60684, 60685, 60686, 60687, 60688, 60689, 60690-60692, 60693, 60694, 60695, 60696, 60697, 60698, 60699-60701, 60702, 60703, 60704, 60783-60786, 60787, 60788, 60789, 60800-60803, 60804, 60805, 60806, 60845-60846, 60847-60848, 60859-60864, 60865, 60866, 60867, 60876-60877, 60878-60880, 60881-60882, 60883-60889, 60920-60927, 60928-60930, 60931, 60932, 60933, 60934, 60935-60938, 60939, 60940, 60941, 60942-60946, 60947, 60948, 60949, 60950, 60951-60954, 60955, 60956, 60957, 60958-60962, 60963, 60964, 60965, 60966-60971, 60972, 60973, 60974, 60988-60990, 60991, 61002-61005, 61006, 61007, 61008, 61009, 61010, 61011, 61012, 61037-61060, 61061, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61231-61233, 61240-61242, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257, 61258-61263, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61630-61633, 61634-61640, 61641-61644, 61672-61678, 61679, 61680, 61681, 61694-61696, 61697-61700, 61701-61702, 61703-61704, 61856-61858, 61859-61862, 61863-61864, 61865-61866, 62185-62186, 62191-62193, 62544, 62545, 62546, 62547, 62548, 62699-62701, 62702-62704, 62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62722-62726, 62727-62732, 62733-62738, 62739-62745, 62746-62752, 62753, 63113-63117, 63118, 63119-63121, 63122, 63123, 63124, 63125-63130, 63131, 63166, 63167, 63168, 63248-63250, 63251, 63252-63254, 63255, 63256-63260, 63261, 63262-63266, 63267-63272, 63273, 63274, 63275-63279, 63280-63285, 63292, 63293, 63294-63295, 63296, 63339-63342, 63343, 63344-63345, 63346, 63347-63351, 63352, 63353-63354, 63355-63358, 63359-63364, 63365, 63366-63367, 63368-63371, 63376-63381, 63382, 63383-63384, 63385-63391, 63392, 63393-63394, 63395-63400, 63401, 63402, 63403, 63404, 63407-63414, 63415, 63416-63417, 63438-63446, 63447, 63448, 63449-63450, 63451, 63452-63458, 63459, 63460-63465, 63466, 63467, 63468, 63469, 63486, 63501-63505, 63506, 63507, 63508, 63509, 63510, 63552, 63553, 63554-63558, 63559, 63560, 63579-63582, 63583, 63584, 63585-63588, 63589-63593, 63604-63606, 63622-63623, 63624, 63625-63630, 63631-63658, 63659-63662, 63799-63801, 63875-63879, 63880, 63881-63885, 63886-63887, 63888-63894, 63895, 63946-63953, 63954-63962, 63963-63973, 63975-63986, 63987-63988, 63994-64007, 64008-64022, 64023-64038, 64039-64055, 64056-64072, 64073-64089, 64090-64106, 64107-64123, 64124, 64125, 64126, 64127, 64128-64145, 64146, 64147, 64148, 64149, 64150, 64523-64525, 64526-64527, 64528-64529, 64530-64531, 64621-64623, 64624, 64625, 64626, 64627, 64628, 64629, 64630, 64631, 64632, 64633, 64634, 64635, 64636, 64637, 64638, 64639, 64640, 64641, 64642, 64643, 64644, 64645, 64646, 64647, 64648-64650, 64651, 64652, 64653, 64654, 64655, 64656, 64657, 64658-64659, 64660, 64661, 64662-64664, 64665, 64673-64677, 64678, 64770, 64771, 64772, 64830-64831, 64832, 64833, 64834, 64865-64868, 64869, 64870, 64871-64873, 64874-64878, 64879, 64880-64887, 64888, 64889, 64890, 64891, 64892, 64893-64895, 65034-65039, 65040, 65041-65047, 65048, 65049, 65075-65076, 65077, 65078, 65079, 65080-65083, 65084-65086, 65087, 65209-65212, 65213-

65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65263-65272, 65273, 65274, 65275, 65276, 65277, 65278, 65279, 65280, 65281, 65282, 65283, 65284, 65285, 65425-65427, 65428, 65429, 65430, 65431, 65432, 65433, 65447-65451, 65452, 65453, 65472-65478, 65479, 65480, 65481, 65482-65488, 65489, 65490-65496, 65497, 65504-65512, 65513, 65514, 65515, 65516, 65517, 65518-65540, 65541, 65542, 65543, 65544, 65545, 65546, 65547, 65548, 65549, 65550, 65551, 65552, 65553, 65554, 65555, 65556, 65557, 65558, 65559, 65560, 65561, 65562-65563, 65564, 65565-65572, 65573-65596, 65754-65756, 65757, 65758, 65759, 65760, 65761, 65762-65766, 65767, 65768-65775, 65776-65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828, 65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 66023-66025, 66026, 66027, 66028, 66029, 66030, 66031, 66032, 66060-66063, 66064, 66065, 66066, 66067, 66068, 66069-66071, 66072-66075, 67074-67075, 67076-67082, 67083-67091, 67092-67100, 67101-67108, 67109-67126, 67127-67130, 67131-67135, 67136-67140, 67141-67158, 67159-67163, 67164-67172, 67173-67176, 67177-67180, 67181-67198, 67199-67207, 67208-67219, 67220-67228, 67229-67236, 67237-67243, 67244-67250, 67251-67254, 67255-67262, 67263-67269, 67270-67281, 67282-67289, 67290-67294, 67295-67310, 67311-67315, 67316-67322, 67323-67339, 67340-67351, 67352-67367, 67368-67373, 67374-67381, 67382-67387, 67388-67396, 67397-67412, 67413-67419, 67420-67423, 67424-67428, 67429-67432, 67433-67439, 67440-67448, 67449-67457, 67458-67467, 67468-67469, 67470-67471, 67472-67475, 67476-67496, 67497-67504, 67505-67512, 67513-67520, 67521-67528, 67529-67546, 67547-67556, 67557-67566, 67567-67592, 67593-67600, 67601-67620, 67621-67628, 67629-67636, 67637-67644, 67645-67652, 67653-67660, 67661-67668, 67669-67676, 67677-67683, 67684-67699, 67700-67707, 67708-67723, 67724-67738, 67739-67746, 67747-67754, 67755-67762, 67763-67778, 67779-67794, 67795-67798, 67799-67802, 67803-67806, 67820-67824, 67825-67842, 67843-67859, 67860-67880, 67881-67906, 67907-67916, 67917-67940, 67941-67949, 67950-67960, 67961-67979, 67980-67994, 67995-68009, 68010-68017, 68018-68025, 68026-68033, 68034-68037, 68038-68041, 68042-68049, 68050-68061, 68062-68079, 68080-68091, 68092-68133, 68175-68180, 68181-68185, 68186-68194, 68195-68209, 68210-68224, 68225-68233, 68234-68241, 68242-68250, 68251-68259, 68260-68268, 68269-68277, 68278-68287, 68288-68306, 68307-68314, 68315-68318, 68319-68334, 68335-68342, 68343-68350, 68351-68358, 68359-68374, 68375-68382, 68383-68390, 68391-68398, 68399-68406, 68407-68414, 68415-68418, 68419-68426, 68427-68434, 68435-68442, 68443-68460, 68461-68478, 68498, 68499-68503, 68504-68509, 68510-68514, 68515-68520, 68521-68525, 68526-68531, 68540, 68541, 68542, 68543, 68544, 68545, 68546, 68547-68548, 68549, 68550, 68551, 68552, 68553-68555, 68556, 68557, 68558, 68559, 68577-68579, 68580-68581, 69060, 69061, 69062, 69063, 69064, 69065, 69066, 69067, 69068, 69069, 69070, 69071, 69072, 69073, 69074, 69075, 69076, 69077-69078, 69079, 69080, 69081, 69082-69083, 69084, 69085, 69086, 69087-69088, 69089, 69090, 69091, 69092, 69093, 69094, 69095, 69096, 69097, 69098, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 70293, 70294-70338, 70339-70347, 70348-70392, 70393-70406, 70407-70434, 70435-70449, 70450-70465, 70466-70480, 70481-70486, 70487-70491, 70492-70496, 70497-70501, 70502-70519, 70522, 70523-70539, 70540-70555, 70556-70571, 70572-70589, 70590-70612, 70613-70624, 70625-70645, 70646-70650, 70651-70658, 70659, 70660-70666, 70667-70678, 70679-70693, 70694-70705, 70706-70731, 70732-70759, 70760-70777, 70778-70822, 70823-70838, 70846, 70847-70874, 70875-70890, 70891-70905, 70906-70910, 70911-70919, 70920-70934, 70935-70936, 70946-70951, 70952-70953,

70954, 70955, 70956, 70957, 70958, 70959, 70960, 70961-71005, 71006-71015, 71016-71033, 71034-71054, 71055-71059, 71060-71066, 71067-71078, 71079-71093, 71094-71121, 71122-71125, 71126-71131, 71132-71145, 71179, 71180, 71181-71184, 71185-71186, 71187, 71188, 71189, 71200, 71201-71218, 71219-71239, 71240-71244, 71245-71250, 71251-71266, 71267-71294, 71295-71306, 71307-71329, 71330-71334, 71335-71337, 71338-71345, 71346-71353, 71354-71356, 71357-71364, 71365-71372, 71378-71379, 71380-71381, 71382, 71386-71389, 71390-71391, 71392, 71393, 71394, 71395, 71396, 71397, 71411-71416, 71417-71418, 71419, 71420, 71421, 71422, 71423, 71427, 71428-71435, 71436-71440, 71441-71455, 71456-71464, 71465-71478, 71479-71485, 71486-71500, 71501-71516, 71517-71528, 71529-71547, 71548-71552, 71553-71557, 71558-71566, 71567-71585, 71586, 71587-71601, 71602-71628, 71629-71633, 71634-71646, 71647-71662, 71663-71678, 71679-71694, 71695-71698, 71699-71714, 71715-71720, 71721-71727, 71728-71748, 71749-71757, 71758-71778, 71779-71792, 71793-71804, 71805, 71806, 71807, 71809, 71810-71813, 71814-71818, 71819-71835, 71836-71847, 71848-71863, 71864-71879, 71880-71894, 71895-71901, 71902-71929, 71930-71936, 71937-71948, 71949-71966, 71967-71987, 71988-72001, 72002-72009, 72010-72016, 72017-72037, 72038, 72039-72066, 72067-72083, 72084-72091, 72092-72095, 72096-72107, 72108-72128, 72129-72135, 72136-72149, 72150-72163, 72237, 72238-72249, 72250-72265, 72266-72293, 72294-72308, 72309-72319, 72320-72324, 72325-72343, 72344-72362, 72363-72390, 72391-72406, 72407-72416, 72417-72423, 72424-72430, 72431-72448, 72449-72460, 72461-72481, 72482, 72483-72498, 72499-72506, 72507-72524, 72525-72529, 72530-72545, 72546-72551, 72552-72559, 72560-72569, 72570-72573, 72574-72581, 72582, 72583-72605, 72606-72612, 72613-72624, 72625-72647, 72648-72654, 72655-72681, 72682-72702, 72703-72709, 72710-72728, 72729-72744, 72745-72749, 72750-72754, 72755-72760, 72761-72783, 72784-72801, 72802-72808, 72809-72825, 72826-72851, 72852-72860, 72861-72876, 72877-72892, 72893-72899, 72900-72903, 72904-72905, 72906-72915, 72916-72923, 72924-72930, 72931-72942, 72943-72948, 72949-72966, 72967-72983, 72984-72991, 72992, 72995, 72996-73007, 73008-73016, 73017-73024, 73025-73028, 73037-73038, 73039, 73040, 73041, 73042, 73043, 73044-73061, 73062-73079, 73080-73094, 73095-73099, 73100-73104, 73125, 73126-73133, 73134-73140, 73141-73144, 73145-73152, 73153, 73154, 73155, 73156, 73157, 73158, 73159, 73160, 73161, 73162-73170, 73171-73197, 73198-73202, 73203-73222, 73223-73237, 73238-73243, 73244-73249, 73250, 73251, 73252-73266, 73267, 73268-73282, 73283-73288, 73289-73296, 73297-73298, 73299-73304, 73305-73316, 73317-73332, 73333-73338, 73339-73355, 73356-73371, 73372-73389, 73390-73397, 73398-73402, 73403-73418, 73419-73422, 73423-73431, 73432-73446, 73447-73455, 73456-73465, 73466-73471, 73570, 73571-73591, 73592-73603, 73604-73618, 73619-73626, 73627-73640, 73641-73666, 73667-73671, 73672-73676, 73677-73685, 73686-73691, 73692-73719, 73720-73727, 73728-73739, 73758-73763, 73764, 73765, 73766, 73767, 73768, 73769, 73785, 73786-73789, 73790-73801, 73802-73805, 73806-73809, 73810-73813, 73814-73817, 73818-73823, 73824-73835, 73836-73849, 73850-73863, 73864-73870, 73871-73885, 73886-73893, 73894-73898, 73899-73903, 73904-73913, 73914-73941, 73942-73953, 73954-73958, 73959-73970, 73971-73975, 73976-73980, 73981-73983, 73987, 73988-73992, 73993-74020, 74021-74030, 74031-74048, 74049-74056, 74057-74063, 74064-74108, 74109-74116, 74117-74133, 74134-74145, 74146-74153, 74154-74161, 74162-74169, 74170-74185, 74186-74193, 74194-74201, 74202-74213, 74214-74219, 74220-74231, 74232-74245, 74246-74252, 74253-74259, 74260-74287, 74288-74295, 74296-74311, 74312-74317, 74318-74323, 74324-74333, 74334-74337, 74338, 74339, 74340, 74341, 74342-74343, 74344-74355, 74356-74363, 74364-74372, 74373-74376, 74377-74380, 74381-74384, 74385-74394,

74395-74402, 74403-74414, 74415-74426, 74427-74434, 74435-74439, 74440-74465, 74466-74479, 74480-74486, 74487-74498, 74499-74515, 74516-74523, 74524-74535, 74536-74542, 74543-74560, 74561-74574, 74575-74581, 74582-74593, 74594-74598, 74599, 74600-74617, 74618-74626, 74627-74638, 74639-74650, 74651-74662, 74663-74670, 74671-74687, 74688-74694, 74695-74702, 74703-74712, 74713-74726, 74727-74738, 74739-74746, 74747-74758, 74759-74762, 74763-74770, 74771-74782, 74783-74786, 74787-74790, 74791-74797, 74798-74802, 74803-74807, 74808-74814, 74815-74840, 74841-74854, 74855-74859, 74860-74867, 74877, 74878-74891, 74892-74909, 74910-74916, 74917-74922, 74923-74939, 74940-74951, 74952-74970, 74971-74975, 74976-74991, 74992-75000, 75001-75008, 75009-75020, 75021-75035, 75036-75042, 75043-75046, 75047-75060, 75061-75069, 75070-75077, 75078-75103, 75104-75107, 75108-75123, 75124-75131, 75132-75145, 75146-75152, 75153-75164, 75165-75171, 75172-75175, 75176-75203, 75204-75210, 75211-75220, 75221-75228, 75229, 75230-75236, 75237-75243, 75244-75247, 75248-75259, 75260-75274, 75275-75279, 75280-75288, 75289-75303, 75304-75313, 75314-75317, 75318-75324, 75325-75330, 75331, 75332-75333, 75334-75341, 75342-75349, 75350-75357, 75358-75365, 75366-75377, 75378, 75379, 75380-75394, 75395-75402, 75403-75409, 75410-75421, 75422-75428, 75429-75436, 75437-75444, 75445-75456, 75457-75468, 75469-75485, 75486-75503, 75504-75531, 75532-75538, 75539-75559, 75560-75568, 75569-75580, 75581-75592, 75593-75620, 75621-75636, 75637-75652, 75653-75659, 75660-75676, 75677-75684, 75685-75689, 75690-75717, 75718-75733, 75734-75741, 75742-75753, 75754-75758, 75759-75762, 75763-75766, 75774, 75775-75801, 75802-75809, 75810-75816, 75817-75834, 75835-75841, 75842-75845, 75846-75850, 75851-75858, 75859-75868, 75869-75883, 75884-75887, 75888-75905, 75906-75914, 75915-75921, 75922-75933, 75934-75948, 75949-75957, 75958-75976, 75977-75997, 75998-76009, 76010-76017, 76018-76023, 76024-76033, 76034-76040, 76041-76047, 76048-76051, 76052-76059, 76060-76071, 76072-76076, 76077-76081, 76082-76097, 76098-76107, 76108-76115, 76116-76124, 76202-76203, 76204-76207, 76208-76217, 76218-76229, 76230, 76231, 76232, 76233-76238, 76239-76244, 76245-76250, 76251-76266, 76267-76280, 76281-76306, 76307-76320, 76321-76343, 76344-76347, 76348-76350, 76351-76358, 76359-76368, 76369-76380, 76381-76386, 76387-76394, 76395-76402, 76403-76407, 76408-76411, 76412-76420, 76421-76432, 76433-76436, 76437-76443, 76444-76447, 76448-76473, 76474-76478, 76479-76485, 76486-76511, 76512-76530, 76531-76536, 76537-76553, 76554-76563, 76564-76582, 76583-76586, 76587-76592, 76593-76601, 76602-76605, 76606-76623, 76624-76639, 76640-76645, 76646-76651, 76652-76663, 76664-76675, 76676-76679, 76680-76685, 76686-76691, 76692-76698, 76759-76800, 76801-76849, 76850-76854, 76855-76859, 76860-76864, 76865, 76866, 76867-76904, 76905, 76906, 76907-76946, 76947-76982, 76983-77030, 77031-77081, 77082-77086, 77087-77091, 77092-77141, 77142-77198, 77199, 77200-77254, 77260-77342, 77343-77347, 77386-77466, 77467-77471, 77472, 77473-77481, 77482-77485, 77486-77503, 77504-77508, 77509-77513, 77514-77516, 77517-77521, 77522-77525, 77526-77529, 77530-77533, 77534-77537, 77538-77541, 77542-77545, 77546-77551, 77552-77557, 77558-77563, 77564-77569, 77570-77575, 77576-77587, 77588-77594, 77595-77602, 77603-77612, 77613-77621, 77622-77649, 77650-77663, 77664-77670, 77671-77675, 77676-77687, 77688-77701, 77702-77812, 77813-77814, 77815-77826, 77827-77834, 77835-77849, 77850-77865, 77866, 77867-77882, 77883-77888, 77889-77907, 77908-77914, 77915-77928, 77929-77935, 77936-77947, 77948-77959, 77960-77964, 77965-77971, 77972-77983, 77984-77998, 77999, 78000-78006, 78007-78016, 78017-78035, 78036-78039, 78040-78044, 78045-78049, 78050-78058, 78059-78070, 78071-78075, 78076-78085, 78086-78095, 78096-78113, 78114-78118, 78119-78128, 78129-78138,

78139-78154, 78155-78162, 78163-78173, 78174-78191, 78192-78198, 78199-78214, 78215-78232, 78233-78236, 78237-78250, 78251-78258, 78259-78262, 78263-78270, 78271-78282, 78283-78290, 78291-78299, 78300-78313, 78314-78317, 78318-78325, 78326-78340, 78341-78345, 78346-78354, 78355-78368, 78369-78375, 78376-78391, 78392-78410, 78411-78417, 78418-78425, 78426-78439, 78440-78445, 78446-78461, 78462-78471, 78472-78479, 78480-78481, 78482-78493, 78494-78497, 78498-78500, 78501-78530, 78531-78534, 78535-78546, 78547-78552, 78553-78576, 78577-78581, 78582-78586, 78587-78591, 78592-78603, 78604-78609, 78610-78617, 78618-78641, 78642-78650, 78651-78658, 78659-78674, 79626-79627, 79628-79645, 79646-79651, 79652-79669, 79670-79674, 79675-79686, 79687-79698, 79699-79706, 79707-79712, 79713-79722, 79723-79732, 79733-79737, 79738-79746, 79747-79755, 79756-79764, 79765-79776, 79777-79788, 79789-79792, 79793-79806, 79807-79815, 79816-79822, 79823-79838, 79839-79846, 79847-79860, 79861-79875, 79876-79892, 79893-79904, 79905-79920, 79921-79925, 79926-79943, 79944-79950, 79951-79957, 79958-79965, 79966-79981, 79982-79989, 79990-79997, 79998-80012, 80013-80021, 80022-80026, 80027-80034, 80035-80052, 80053-80071, 80072-80078, 80079-80094, 80095-80120, 80121-80132, 80133-80141, 80142-80143, 80144-80145, 80146-80177, 80178-80186, 80187-80204, 80205-80234, 80235-80260, 80261-80286, 80287-80302, 80303-80320, 80321-80329, 80330-80355, 80356-80381, 80382-80387, 80388-80401, 80402-80416, 80417-80431, 80432-80439, 80440-80465, 80466-80484, 80485-80493, 80494-80517, 80518-80522, 80523-80534, 80535-80550, 80551-80568, 80569-80580, 80581-80590, 80591-80600, 80615-80616, 80617-80619, 80620-80622, 80623, 80624-80628, 80629-80636, 80659-80660, 80661, 80662, 80663, 80664-80695, 80696-80697, 80698, 80699, 80721-80853, 80854, 80855, 80902-80904, 80905, 80906, 80907, 80908-80939, 80940, 81162-81163, 81164-81166, 81167-81169, 81170, 81171-81175, 81176-81183, 81342-81343, 81344-81366, 81367-81380, 81381-81389, 81390-81394, 81395-81404, 81405-81414, 81415-81433, 81434-81442, 81443-81460, 81461-81478, 81479-81496, 81497-81503, 81504-81518, 81519-81544, 81545, 81546-81554, 81555-81563, 81564-81569, 81570-81575, 81576-81581, 81582-81587, 81588-81610, 81611-81617, 81618-81628, 81629-81652, 81653-81676, 81677-81680, 81681-81696, 81697-81700, 81701-81712, 81713-81729, 81730-81746, 81747-81763, 81764-81780, 81781-81797, 81798-81814, 81815-81819, 81820-81834, 81835-81991, 81992, 81993, 81994, 81995, 81996, 81997-82171, 82172-82337, 82338, 82339, 82340, 82341, 82342, 82343, 82344, 82354-82520, 82521, 82522, 82523, 82524, 82525, 82526, 82527, 82694, 82695-82699, 82700-82705, 82706-82710, 82711-82716, 82717-82721, 82722-82727, 82831, 82832-82836, 82837-82843, 82844-82848, 82849-82855, 82856-82860, 82861-82867, 83624-83627, 83628, 83629, 83630-83632, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83793, 83794, 83795, 83796-83798, 83799, 83800-83802, 83803, 83804, 83805, 83806, 83833-83837, 83838-83840, 83841, 83842, 83843-83862, 83863-83887, 83888, 83889, 83890, 83891, 83892, 83893, 83894, 83895, 83896-83916, 83917, 83918, 83919, 83920, 83921, 83922, 83923, 83924-83948, 83949-83950, 83951, 83952, 83953-83958, 83959, 83960, 83961, 83962, 83963, 83964, 83965-83968, 83970-83973, 83990, 83991, 83992, 83993, 83994, 83995, 84054-84059, 84060-84061, 84062, 84063, 84064, 84065, 84066, 84067, 84071-84074, 84075-84076, 84077, 84078, 84079, 84080-84082, 84083-84090, 84091-84098, 84099-84100, 84101-84102, 84103, 84109-84112, 84113-84114, 84115, 84116, 84117, 84118, 84119, 84120, 84134-84139, 84140-84141, 84142, 84143, 84144, 84145, 84146.

**REQUEST FOR PRODUCTION NO. 88:** All data and documents exchanged with Suzhou PICA Aluminum Industry Ltd., of China that relate or refer to the Little Giant Ladder (Part number 2322-801, Model number 22).

**THIRD AMENDED RESPONSE:** See Bates 48190, 48191, 48192-48203, 50306-50332, 50333-50388, 50389-50445, 50813-50861, 50862-50945, 50946-51014, 51103-51218, 51220-51336, 51337, 51338, 51339, 51340, 51341, 51342, 51343, 51344, 51345, 51346, 51347, 51348-51445, 51446-51605, 51731-51865, 51866-52054, 52055, 52056, 52062-52229, 52230-52456, 52457, 52458-52643, 52644-52889, 52890-53155, 53593-53595, 53596, 53597, 53598, 53599, 53600, 53601, 53634-53636, 53637-53642, 53643-53644, 53645-53648, 53649, 53650, 53651-53661, 53662-53663, 53664-53666, 53667, 53668, 53669, 53670, 53671, 53672, 53970, 53971, 53972, 54148, 54149, 54289-54291, 54292, 54293, 54396, 54397, 55527, 55528-55529, 55530-55531, 55532, 55533, 55534, 55535, 55536, 55537, 55538, 55539, 55540, 55541, 55542, 55543, 55544, 55545, 55546, 57624, 57625, 57626, 57627, 57634-57635, 57636, 57637, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 58602-58603, 58604, 58605, 58606, 58607, 58608-58609, 58610, 58611, 58612, 58613, 58614, 58615, 58616, 58617, 58618, 58619, 58620, 58621, 58622, 58623, 58624, 58625, 58631, 58632, 58633, 58634, 58635, 58814-58815, 58816-58818, 58819, 58820, 58833, 58834-58835, 58837-58839, 58840, 58841, 58842-58844, 58950-58953, 58954, 58955, 58956, 58957, 59024, 59025, 59026, 59027, 59028-59029, 59030, 59095, 59096, 59097, 59098, 59101-59102, 59103, 59104, 59105, 59278-59280, 59281, 59282, 59283, 59284, 59285, 59385-59386, 59387, 59388, 59389, 59390, 59644, 59645, 59646, 59647, 59664-59666, 59667, 59668, 59675-59677, 59695-59696, 59697, 59698, 59699, 59700, 59701, 59702, 59703-59704, 59705, 59706, 59707-59710, 59711, 59712, 59713-59714, 59715-59717, 59718-59721, 59724-59725, 59726, 59727, 59733-59735, 59736, 59737, 59738-59742, 59743, 59744, 59881-59882, 59883, 59884, 59885, 59886, 59887, 59888, 59889, 59890, 59891, 59892, 59893, 59894, 59909-59912, 59913-59914, 59915, 59916, 59917, 59918, 59919-59923, 59924, 59925, 59926-59929, 59930, 59931, 59932-59935, 59936, 59937, 59938-59942, 59943, 59944, 59946-59949, 59950-59954, 59955-59959, 59960, 59961, 59962, 59963, 59964, 59965, 59969-59973, 59974, 59975, 59976-59980, 59981, 59982, 59991-59996, 59997, 59998, 59999-60003, 60004, 60005, 60006-60011, 60012-60017, 60018, 60019, 60020-60024, 60025-60030, 60031-60036, 60037, 60038, 60039-60044, 60045, 60046, 60047-60052, 60053, 60054-60060, 60061, 60062, 60094-60095, 60096, 60097, 60101-60102, 60103, 60104, 60105, 60106, 60107, 60108-60110, 60111, 60112, 60113, 60135-60136, 60137-60138, 60152-60157, 60158, 60159, 60160-60165, 60166-60171, 60172, 60173-60179, 60180, 60181, 60193-60198, 60208, 60209, 60210, 60211, 60212, 60213, 60214, 60215, 60216, 60217-60222, 60223, 60224, 60354-60355, 60356, 60357, 60358, 60359, 60360, 60361, 60362, 60363, 60364, 60370-60371, 60372, 60373, 60392-60395, 60396-60397, 60398, 60399, 60400, 60401, 60402-60404, 60405, 60406, 60407, 60426-60427, 60428, 60429, 60430, 60431, 60432, 60433, 60434, 60435, 60436, 60437, 60438, 60439, 60440, 60441, 60442, 60443, 60444, 60445, 60446, 60470-60472, 60473, 60474-60476, 60477, 60478, 60479-60481, 60482, 60483, 60484, 60485, 60486, 60487, 60488-60491, 60492, 60493, 60494, 60584-60585, 60586, 60587, 60588, 60589, 60611-60612, 60613, 60614, 60615-60616, 60617, 60618, 60619, 60623-60624, 60625, 60626, 60627, 60634-60636, 60637, 60638, 60667-60669, 60670-60675, 60713-60717, 60718, 60721-60722, 60723, 60731-60732, 60733, 60894-60898, 60899-60903, 60904-60906, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61645-61648, 61649, 61650, 61829-61833, 61834, 61835, 61992-61993, 61994, 61995, 61996, 62061-62062, 62063, 62064-62065, 62073-62075, 62082-62084, 62187-62188, 62189-62190, 62196-62200, 62201, 62202, 62203, 62204-62206, 62207, 62208-62209, 62210-62215, 62216-62217, 62218-62222, 62223-62224, 62225-62229, 62230-62231,

62232-62233, 62267-62270, 62369-62379, 62380-62382, 62383, 62384, 62385, 62512-62513, 62514, 62515, 62516, 62517, 62527-62528, 62531, 62532, 62533-62536, 62539, 62540, 62541, 62542, 62543, 62549-62553, 62567-62571, 62572-62578, 62668-62669, 62670, 62671, 62672, 62673, 62674, 62675-62676, 62677, 62678, 62679, 62680, 62681, 62682, 62683, 62684, 62685, 62783-62789, 62790, 62791, 62792, 62793, 62794, 62795, 62863-62867, 62868, 62869-62874, 62875, 62876, 62877, 62878-62884, 62885, 62886-62892, 62893, 62894, 63418-63427, 63428-63429, 63430-63437, 64546-64550, 64551-64553, 64924-64925, 64926, 64927, 64928, 64929-64931, 64932, 64933, 65011-65013, 65014, 65015, 65016, 66333-66338, 66339, 66340, 66341, 66342, 66343, 66344, 66345, 66346, 66347, 66348, 66349, 66350, 66351, 66352, 66353, 66518-66525, 66526, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 83667-83670, 83671, 83672-83673.

# IN THE UNITED STATES DISTRICT
# COURT FOR THE NORTHERN DISTRICT
# OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| **DUSTI THOMPSON, Individually, On** | § | |
| **Behalf of the Estate of Scott Thompson,** | § | |
| **Deceased, and on behalf of All Wrongful** | § | |
| **Death Beneficiaries** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:20-cv-2170-L** |
| | § | |
| **WING ENTERPRISES, INC., d/b/a** | § | |
| **LITTLE GIANT LADDERS, and** | § | |
| **HAROLD ARTHUR WING** | § | |
| **Defendants** | § | |

### DEFENDANT WING ENTERPRISES, INC.'S SECOND AMENDED RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION

NOW COMES Defendant WING ENTERPRISES, INC., d/b/a LITTLE GIANT LADDERS, in the above-styled and numbered cause and serves this, its Second Amended Responses to Plaintiff's Second Set of Requests for Production.

Defendant's Second Amended Response is limited by the Stipulation Regarding the Parties Agreement as to the Scope of Discovery which was submitted as Document No. 49 on file with the Court.

1

**Def's App. 0054**

Respectfully submitted.

**FARMER, HOUSE, OSUNA.**
**JACKSON & OLVERA**
411 Heimer Road.
San Antonio, Texas 78232
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)

By:  ___/s/ Michael D. DeNuccio_____
**JEFFREY G. HOUSE**
State Bar No. 00784295
jhouse@satx.law
**J. DEAN JACKSON**
State Bar No. 24008373
djackson@satx.law
**MICHAEL D. DeNUCCIO**
State Bar No. 24025015
mdenuccio@satx.law
**ATTORNEYS FOR DEFENDANT**
**WING ENTERPRISES, INC. d/b/a**
**LITTLE GIANT LADDERS**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that the foregoing pleading has been forwarded in accordance with the Federal Rules of Civil Procedure as set out below on this the 15th day of February 2023.

Ross Cunningham
Joseph R. Alexander, Jr.
Steven D. Sanfelippo
**CUNNINGHAM SWAIM, LLP**
4014 Main Street, Suite 200
Dallas, Texas 75226
rcunningham@cunninghamswaim.com
joe@cunninghamswaim.com
ssanfelippo@cunninghamswaim.com
***ATTORNEYS FOR PLAINTIFFS***

_____/s/ Michael D. DeNuccio_____
**Jeffrey G. House / J. Dean Jackson**
**Michael D. DeNuccio**

**DEFENDANT WING ENTERPRISES, INC.'S SECOND AMENDED RESPONSES
PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**

**SECOND AMENDED RESPONSE:**

     **1.**    **Defendant has performed an extensive search of its digital or electronic computer systems in an effort to locate documents within the scope of the Stipulation (Document 49). Such searches produced documents, including emails and attachments, that were thereafter reviewed for relevance and privilege. Subsequent thereto, Defendant performed additional searches to identify specific documents (with Bates numbers) that would be responsive to each request for production herein. The lists generated for each request are set forth in response to each request.**

     **2.**    **Defendant's Second Amended Response is limited by the Stipulation Regarding the Parties Agreement as to the Scope of Discovery which was submitted as Document No. 49 on file with the Court.**

**REQUEST FOR PRODUCTION NO. 1:**

Please produce the following items as listed in Your Rule 26(a)(1) Initial Disclosures (if they have already been produced, please identify the prior production by bates number):

    a. Design Drawings, Xtreme Ladder Model 12322-801
    b. ESI Photos of Accident Ladder, June 2020
    c. ESI Photos of Accident Site, June 2020
    d. Accident Ladder Order and Invoice
    e. Links to Infomercials for Xtreme Ladder
    f. Copies of Labels and Manual provided with Accident Ladder
    g. ANSI Testing Results for Xtreme Ladder
    h. Cyclic Testing Results for Rock Locks used for Xtreme Ladders
    i. Testing Documentation for Labels used on Xtreme Ladders

**SECOND AMENDED RESPONSE:**

    **a. Design Drawings, Xtreme Ladder Model 12322-801: 0001-0141 (Same documents appear at 1187-1327)**

    **b. ESI Photos of Accident Ladder, June 2020: 1437-2429**

    **c. ESI Photos of Accident Site, June 2020: 1339-1436**

    **d. Accident Ladder Order and Invoice: 0782, 0783**

    **e. Links to Infomercial for Xtreme Ladder: 0751 (Same document appears at 785)**

    **f. Copies of Labels and Manual provided with accident ladder: 0182, 0183, 0188-0192, 0194, 0195, 0197, 0198, 0200, 0202, 0203, 0205, 0206**

    **g. ANSI Testing Results for Xtreme Ladder: 0311-0750 (Same documents also appear at 786-1186)**

**Def's App. 0056**

    **h. Cyclic Testing Results for Rock Lock 1.0: 0750 (Same document appears at 0784)**

    **i. Testing Documentation for Labels used on Xtreme ladders: 0752-0763 (Same documents appear at 1328-1338).**

## REQUEST FOR PRODUCTION NO. 2:

Please produce all documents, communications, data, videos, photographs, or tangible things related to any claim in which there is an allegation or belief that a Rock Lock (or any component or subassembly thereof) failed, did not properly function, or was defective, regardless of whether the claim ultimately ended up in litigation or not. This request does not seek materials protected by the attorney-client or work-product privileges, but it does seek all non-privileged materials including demand letters, responses to demand letters, emails, voicemails, text messages, pleadings, other court filings, discovery, and depositions. This request is meant to cover liability claims of any kind as well as warranty claims. This request seeks such information from January 1, 2008 to the present.

**SECOND AMENDED RESPONSE:      See Bates 2453-2811, 4206-5608, 13439-13739, 14157-26746, 44553-44861, 77380-77385.**

**Within the above ranges, the following are ranges for the documents pertaining to lawsuits, with the Plaintiff's name following the range.**

    **15866-15875  Cannon**
    **15876-17769  Cordon**
    **17770-17846  Daven**
    **17847-22117  Davis**
    **22118-22147  Dunn**
    **22148-26346  Forsyth**
    **26347-26495  Medellin**
    **26496-26746  Welt**
    **44553-44861  Pope**

## REQUEST FOR PRODUCTION NO. 3:

Please produce all documents, communications, data, videos, photographs, or tangible things related to any patents that cover Rock Locks and any applications for patents that were to cover Rock Blocks.

**SECOND AMENDED RESPONSE:      See Bates 2812-2957 for patents that relate to the Xtreme M22 ladder and/or Rock Locks version 1.0. The following patents relate to the Rock Locks version 2.0 ladders: (No. 11,421,475); Hinge Assy (No. 7,364,017); Hinge Pair (Design) (No. D553,757); and Snap on Foot (No. 10,501,990). The patents are available to the public at https://ppubs.uspto.gov/pubwebapp/static/pages/ppubsbasic.html. Patent applications are not kept as a matter of practice by Little Giant; therefore none.**

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from customer complaints or feedback related to Rock Lock 1.0, Rock Lock 2.0, and/or Rock Lock 3.0.

**SECOND AMENDED RESPONSE:**    **Please see Bates 2453-2811, 4206-5608, 13439-13739, 14157-26746.**

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from any exchange of information between Customer Support and Engineering about Rock Lock 1.0, Rock Lock 2.0, and/or Rock Lock 3.0.

**SECOND AMENDED RESPONSE:**    **See Bates 3876-4205, 46427-46509, 46510, 46595, 46596, 46597, 46598, 46599-46601, 46602, 46603, 46604, 46605, 46606, 46607, 46645-46646, 47110-47111, 47112, 47356, 48337-48341, 48342-48349, 48350-48354, 48355-48360, 48361-48368, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50446-50617, 50618, 50619, 50620, 50621-50786, 50787-50794, 50795, 53590-53592, 53593-53595, 53596, 53597, 53598, 53599, 53600, 53601, 53682, 53683, 53684-53685, 53686-53687, 53688-53689, 53690-53691, 53692-53693, 53694-53695, 53696, 53697-53698, 53699-53700, 53701-53702, 53703-53706, 53707-53710, 53711-53713, 53714-53718, 53719-53721, 53722-53725, 53976-53977, 53978-53979, 54093-54099, 54100, 54101, 54102, 54103, 54150-54170, 54171, 54204-54205, 54206, 54207, 54208, 54209, 54210, 54211, 54212, 54213, 54214, 54215, 54216, 54217, 54218, 54219, 54220, 54221, 54222, 54223, 54224, 54225, 54226, 54227, 54228, 54229, 54230, 54231, 54232, 54287, 54288, 54298-54302, 54303-54307, 54308-54309, 54310, 54311, 54312, 54313, 54314-54322, 54323-54329, 54330-54332, 54333-54362, 54527-54528, 54529-54530, 54531, 54532, 54533, 54534, 54566-54567, 54568, 54569, 54676, 54677, 54739, 54740, 54741, 54742, 54743, 54754, 54755, 54771, 54772, 55186, 55187, 55312-55313, 55314-55315, 55316-55317, 55318, 55319, 55362-55366, 55416-55420, 55421-55428, 55933, 55934, 56083-56084, 56085, 56086, 56087, 56088-56089, 56090, 56091, 56092, 56093, 56094, 56095, 56096-56097, 56098-56099, 56100, 56101, 56102, 56103, 56104-56105, 56106-56107, 56108, 56109, 56110, 56111, 56112-56113, 56114-56115, 56116, 56150-56152, 56153, 56154, 56155, 56156-56157, 56158, 56159, 56160, 56161, 56162, 56163, 56164-56165, 56166-56167, 56168, 56169, 56170, 56171, 56172-56173, 56174-56175, 56176, 56177, 56178, 56179, 56180-56181, 56182-56183, 56184, 56185-56186, 56187-56195, 56196, 56197-56207, 56208, 56209-56210, 56211-56213, 56214-56225, 56226-56236, 56263-56266, 56267, 56287-56298, 56299, 56300-56312, 56313-56326, 56327-56331, 56332, 56333, 56334, 56335-56336, 56337, 56338, 56339, 56340, 56341, 56342, 56343-56344, 56345-56346, 56347, 56348, 56349, 56350, 56351-56352, 56353-56354, 56355, 56356, 56357, 56358, 56359-56360, 56361-56362, 56363, 56364-56366, 56367-56373, 56374-56385, 56386-56397, 56398-56410, 56411, 56412-56422, 56423, 56424-56434, 56435-56452, 56453, 56454-56468, 56469-56485, 56486, 56487, 56488-56502, 56503-56517, 56518, 56519, 56547-56560, 56591-56602, 56603, 56604, 56605, 56606-56608, 56609, 56610, 56611, 56612, 56613, 56614, 56615, 56616, 56637-56638, 56639, 56640, 56826-56827, 56828, 56829, 56830, 56831, 56844-56845, 56896, 56897, 56898, 56899, 56900, 56901, 56902, 56903-56904, 56905-56906,**

56907-56908, 56909, 56910, 56911, 56912-56913, 56914-56915, 56916-56917, 57592-57593, 57594, 57595, 57596, 57597, 57598, 57618, 57619, 57620, 57621, 57622, 57623, 57624, 57625, 57626, 57627, 57628, 57629, 57630, 57631, 57632, 57633, 57634-57635, 57636, 57637, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 57700-57704, 57705, 57706, 57707, 57708, 57709, 57750-57751, 57752, 57753, 57754, 57755, 57756-57757, 57758, 57759, 57760, 57761, 57762-57765, 57766, 57767, 57768, 57769, 57770, 57771, 57772, 57773-57774, 57775, 57776, 57777, 57778, 57779, 57780, 57781, 57782, 57783, 57784, 57785, 57790, 57791, 57792, 57793, 57794-57795, 57796, 57797, 57798, 57801-57802, 57803, 57804, 57805, 57806-57807, 57808, 57809, 57810, 57811-57812, 57813, 57814, 57815, 57816, 57817, 57818, 57819, 57820, 57821, 57822, 57823, 57824, 57825, 57826, 57827, 57828, 57829, 57830, 57831, 57832, 57833, 57834, 57835, 57836, 57837, 57838, 57839, 57840, 57841-57842, 57843, 57844-57845, 57846, 57847, 57848, 57849, 57850, 57851, 57852, 57853, 57854-57855, 57856, 57857, 57858, 57859, 57860, 57861, 57862, 57863, 57864, 57865, 57878-57879, 57880, 57881, 57882, 57911, 57912, 57913, 57914, 57915, 57916, 57917, 57918, 57919, 57920, 58125-58126, 58127, 58128-58133, 58134, 58135, 58136, 58137, 58138-58142, 58143, 58144, 58145, 58146, 58147, 58148, 58149, 58150-58151, 58152, 58153, 58154-58155, 58156, 58157, 58158-58159, 58160, 58161, 58162, 58163, 58164, 58165, 58166, 58167, 58168, 58169-58170, 58171, 58172, 58173-58176, 58177, 58178, 58179, 58180-58183, 58184, 58185, 58186, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58221-58225, 58226, 58227, 58228, 58229-58233, 58234, 58235, 58236, 58237-58238, 58239, 58240, 58241, 58242, 58243, 58256-58259, 58260, 58261, 58262, 58279-58281, 58282, 58283, 58296, 58297, 58298, 58299-58300, 58301, 58302, 58303, 58304, 58305, 58306-58307, 58308, 58309, 58310, 58311-58313, 58314, 58315, 58316, 58342, 58343-58344, 58345, 58346, 58351-58353, 58354, 58355, 58356, 58357, 58364-58365, 58366, 58367, 58372, 58374-58376, 58377, 58378, 58379, 58380, 58381-58382, 58383, 58384, 58385, 58386, 58387, 58388, 58389-58390, 58391-58393, 58394, 58395, 58396, 58397, 58398-58399, 58400, 58401, 58402-58403, 58404, 58405, 58414-58416, 58417, 58418, 58419, 58420-58422, 58423, 58424, 58425, 58426-58428, 58429, 58430, 58431, 58441-58442, 58447-58448, 58454-58456, 58457, 58458, 58464-58466, 58467, 58468-58471, 58472, 58473, 58526-58528, 58529, 58530-58532, 58533, 58534-58537, 58538, 58539, 58540-58543, 58544, 58545-58551, 58552, 58553, 58554-58555, 58569-58572, 58573, 58574, 58575, 58576, 58577, 58587-58588, 58589, 58590, 58591-58592, 58599, 58600, 58601, 58602-58603, 58604, 58605, 58606, 58607, 58608-58609, 58610, 58611, 58612, 58613, 58614, 58615, 58616, 58617, 58618, 58619, 58620, 58621, 58622, 58623, 58624, 58625, 58626, 58627, 58628, 58629, 58630, 58631, 58632, 58633, 58634, 58635, 58636, 58637-58638, 58639, 58640, 58641-58643, 58644-58646, 58647, 58648, 58649, 58650-58652, 58653, 58654, 58703-58705, 58706-58715, 58716, 58717, 58718-58727, 58728, 58729, 58730-58733, 58734-58743, 58744, 58745, 58746-58749, 58750, 58751-58754, 58755, 58756, 58757, 58758, 58759-58760, 58761, 58762, 58763, 58764, 58765-58766, 58767, 58768, 58769, 58770, 58771, 58772-58774, 58775, 58776, 58777, 58778, 58779, 58780, 58781, 58782, 58783, 58784, 58785, 58786, 58787, 58809, 58810-58811, 58812, 58813, 58814-58815, 58816-58818, 58819, 58820, 58821, 58822, 58823, 58824, 58825, 58826, 58827, 58828, 58829, 58830, 58831, 58832, 58836, 58837-58839, 58840, 58841, 58842-58844, 58853-58854, 58855, 58856, 58857, 58858, 58874-58875, 58876-58887, 58888, 58889-58890, 58891, 58892, 58893, 58894, 58895, 58896, 58897-58899, 58900, 58901, 58902, 58903, 58917-58919, 58920, 58921, 58922, 58923, 58924-58927, 58928, 58929, 58930, 58931, 58932-58935, 58936, 58937, 58938, 58939, 58940, 58941-58944, 58945, 58946, 58947, 58948, 58949, 58978-58979, 58980, 58981, 58982,

58983, 58984, 58985, 58986, 58987, 58988, 58989, 58990-58991, 58992, 58993, 58994, 58995, 58996, 58997, 58998-58999, 59000, 59001, 59002-59004, 59005, 59006, 59007-59009, 59010, 59011, 59012-59014, 59015, 59016, 59017-59020, 59021, 59022, 59023, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59091, 59092, 59093, 59094, 59095, 59096, 59097, 59098, 59106-59109, 59110, 59111-59117, 59118, 59119, 59120, 59175-59176, 59177, 59178, 59179, 59180, 59181-59182, 59183, 59184, 59185, 59186, 59187-59188, 59189, 59190, 59191-59192, 59193, 59194-59195, 59196-59198, 59199, 59200, 59201-59204, 59205, 59206, 59207-59209, 59210-59213, 59214, 59215, 59216-59220, 59221, 59222, 59223-59227, 59228, 59229, 59230-59233, 59234, 59235, 59236, 59237, 59238, 59239, 59240, 59241, 59242, 59243, 59244, 59245, 59246, 59247, 59248, 59249, 59250, 59251-59252, 59253, 59254, 59255, 59258, 59259, 59260, 59261, 59262, 59263, 59264, 59265, 59266-59267, 59268, 59269, 59270, 59271, 59272, 59273, 59274, 59275, 59276, 59277, 59278-59280, 59281, 59282, 59283, 59284, 59285, 59286, 59287, 59288, 59289, 59290-59291, 59292-59293, 59308-59312, 59313-59317, 59318-59319, 59320, 59321-59323, 59324, 59325, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59346-59349, 59350, 59351, 59352-59356, 59357, 59358, 59359, 59360-59365, 59366, 59367, 59368, 59369, 59370-59372, 59373, 59374, 59375, 59376, 59377-59380, 59381, 59382, 59383, 59384, 59385-59386, 59387, 59388, 59389, 59390, 59391-59393, 59394, 59395, 59396, 59397, 59398-59400, 59401, 59402, 59403, 59404, 59405-59406, 59407-59409, 59410, 59411, 59515, 59516-59517, 59518-59519, 59520, 59521-59522, 59523, 59524-59525, 59526, 59527, 59528, 59529-59531, 59532, 59533, 59534, 59535, 59536-59540, 59541, 59542, 59543, 59544, 59545, 59546, 59547, 59548, 59549-59553, 59554, 59555, 59556, 59557, 59558, 59559, 59560-59562, 59563, 59564, 59565, 59566, 59567, 59568-59570, 59571, 59572, 59573, 59574, 59575-59578, 59579, 59580, 59581, 59582, 59583, 59584, 59585, 59586, 59587, 59588, 59589, 59590, 59591, 59592-59599, 59600, 59601, 59602, 59603, 59604, 59605, 59606, 59607, 59608, 59609, 59610, 59611, 59612, 59613, 59640, 59641, 59642, 59643, 59644, 59645, 59646, 59647, 59648, 59649, 59650, 59651, 59652-59653, 59654, 59655, 59656, 59703-59704, 59705, 59706, 59713-59714, 59722, 59723, 59724-59725, 59726, 59727, 59728-59729, 59730, 59731, 59732, 59745, 59746, 59747, 59748, 59749, 59750, 59751, 59752, 59753, 59754, 59755, 59756, 59757, 59913-59914, 59915, 59916, 59917, 59918, 59932-59934, 59935, 59936, 59937, 60114, 60115, 60116, 60117, 60118, 60119-60120, 60121, 60122, 60123-60124, 60125, 60126, 60127, 60128, 60129-60130, 60131, 60132, 60133, 60134, 60225, 60227-60228, 60229, 60230, 60231, 60232, 60233, 60234-60235, 60236-60237, 60238, 60239, 60240-60241, 60242, 60243, 60244-60245, 60246, 60247, 60248-60249, 60250, 60251, 60252-60254, 60255, 60256, 60257-60259, 60260, 60261, 60262-60265, 60266, 60267, 60268, 60269-60272, 60273, 60274, 60275, 60276-60277, 60278, 60279, 60280-60282, 60283, 60284, 60285, 60286-60288, 60289, 60290, 60291, 60344, 60345, 60346-60347, 60348, 60349, 60350-60351, 60352, 60353, 60365-60367, 60368, 60369, 60374-60376, 60377, 60378, 60379, 60380, 60381, 60392-60395, 60554, 60555-60557, 60558, 60559, 60560, 60561, 60562, 60599-60601, 60602, 60603, 60604, 60605-60607, 60608, 60609, 60610, 60660-60661, 60719-60720, 60721-60722, 60723, 60724, 60725, 60726, 60727, 60728, 60729, 60730, 60731-60732, 60733, 60739-60740, 60741, 60742, 60743, 60744-60746, 60747, 60748, 60749, 60750, 60751-60754, 60755, 60756, 60757, 60758, 60759, 60760-60764, 60765, 60766, 60767, 60768, 60769, 60777-60780, 60781-60782, 60790-60795, 60796-60797, 60798-60799, 60859-60864, 60865, 60866, 60867, 60992, 60993, 60994, 60995, 60996, 60997, 60998-60999, 61000, 61001, 61002-61005, 61006, 61007, 61008, 61009, 61010, 61011, 61012,

61037-61060, 61061, 61062-61086, 61087-61089, 61128, 61129, 61130, 61131, 61132, 61133, 61134, 61135, 61136, 61137, 61138, 61139, 61140, 61141, 61142, 61209, 61210, 61211, 61212, 61213, 61214, 61215, 61216, 61217, 61218, 61219, 61220, 61221, 61222, 61223, 61224, 61225, 61226-61227, 61228, 61229, 61230, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61645-61648, 61649, 61650, 61659, 61660, 61661, 61662, 61663, 61664, 61665, 61666, 61667, 61668, 61669, 61670, 61671, 61728-61731, 61732, 61733, 61750-61754, 61755, 61756, 61757, 61758, 61759, 61760-61765, 61766, 61767, 61768, 61769, 61770, 61771, 61779-61785, 61786, 61829-61833, 61834, 61835, 61836-61843, 61844-61845, 61846-61853, 61854-61855, 61880-61887, 61888, 61889-61893, 61894, 61895, 61896, 61897, 61898, 61899-61903, 61904, 61905, 61906, 61907, 61908, 61947-61952, 61953, 61954, 61955, 61956, 61957, 61992-61993, 61994, 61995, 61996, 62036-62037, 62038, 62039-62040, 62041, 62042, 62043, 62052, 62053, 62054, 62055, 62056, 62057, 62095-62097, 62098, 62099, 62100-62103, 62104, 62105, 62287-62288, 62289-62291, 62292-62296, 62297, 62298, 62300-62302, 62303-62305, 62386-62388, 62389, 62390, 62391, 62392, 62393, 62394, 62395, 62396, 62397, 62529, 62530, 62533-62536, 62537, 62538, 62544, 62545, 62546, 62547, 62548, 62549-62553, 62554-62556, 62557, 62558, 62559, 62560, 62561-62562, 62563, 62564, 62565, 62566, 62567-62571, 62572-62578, 62583-62592, 62593, 62686, 62687-62688, 62689, 62690, 62691-62692, 62693-62695, 62699-62701, 62702-62704, 62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62719-62721, 62722-62726, 62727-62732, 62733-62738, 62739-62745, 62746-62752, 62753, 62754-62756, 62762-62765, 62766-62770, 62771, 62772, 62773, 62774, 62775, 62796-62799, 62800, 62801, 62802, 62803, 62833-62838, 62839, 62840, 62841, 62842, 62843, 62844, 62845, 62846, 62847, 62917-62921, 62927-62932, 62958-62961, 62962, 62963, 62964, 62965, 63188, 63189, 63190-63191, 63192, 63193, 63194, 63195, 63196-63197, 63198, 63199, 63200, 63201, 63579-63582, 63583, 63584, 63585-63588, 63589-63593, 63615, 63616-63617, 63618-63619, 63620-63621, 63671, 63672, 63673, 63674, 63675, 63676, 63677, 63678, 63679, 63680, 63681, 63682, 63683, 63684, 63714-63716, 63717, 63811, 63812, 63813, 63814, 63815, 63816, 63817, 63818, 63819, 63820, 63821, 63822, 63823, 63824, 63825, 63826, 63827, 63828, 63829, 63830, 63831, 63832, 63833, 63834, 63835, 63836, 63837, 63838, 63839, 63840, 63841, 63842, 63843, 63844, 63845, 64151-64158, 64159-64165, 64166-64170, 64171, 64172, 64173, 64174-64175, 64176-64177, 64178, 64179-64180, 64218-64224, 64225, 64226, 64227, 64228, 64229-64235, 64236, 64237, 64238-64244, 64245-64251, 64261-64268, 64269, 64270-64278, 64279-64286, 64287-64295, 64296-64305, 64306, 64307, 64310-64319, 64320, 64417-64445, 64446, 64465, 64466, 64467, 64468, 64469, 64479, 64480, 64481, 64482, 64559-64560, 64561, 64562, 64563, 64564, 64565, 64566, 64567, 64568, 64569, 64570, 64571, 64572, 64573, 64574, 64575, 64576, 64577, 64578, 64579, 64580, 64581, 64582, 64583, 64584, 64585, 64586, 64587, 64826, 64827, 64828, 64829, 64896, 64897, 64898, 64899, 64900, 64901, 64902, 64903, 64904, 64905, 64924-64925, 64926, 64927, 64928, 64929-64931, 64932, 64933, 64944-64945, 64946, 64947, 64948, 64949, 64950, 64951, 64952, 64953, 64954, 64955, 64956-64957, 64958, 64959, 64960-64972, 64973, 64974-64989, 64990-64993, 64994, 64995-65008, 65009, 65010, 65011-65013, 65014, 65015, 65016, 65017-65028, 65029, 65030-65031, 65032, 65033, 65050-65051, 65052-65053, 65054, 65754-65756, 65757, 65758, 65759, 65760, 65761, 65762-65766, 65767, 65768-65775, 65902-65903, 65904, 66060-66063, 66064, 66065, 66066, 66067, 66068, 66069-66071, 66072-66075, 66105-66108, 66109-66110, 66113-66116, 66117-66121, 66122-66123, 66124-66126, 66127-66129, 66130-66133, 66134-66136, 66137-66140, 66141-66143, 66703, 66704, 66705,

**Def's App. 0061**

66733, 66734-66743, 66899-66903, 67001-67002, 67003, 67004, 67005-67006, 67007, 67008, 68498, 68499-68503, 68504-68509, 68510-68514, 68515-68520, 68521-68525, 68526-68531, 68566, 68567-68568, 68699, 68700, 68701, 68702, 68703, 68704, 68705, 68706, 68707, 68708, 68711-68712, 68713, 68714, 68723, 68724, 68725, 68726, 68727, 68728, 68752, 68753, 68754-68755, 68756-68757, 68758, 68759, 68760-68763, 68764-68765, 68766-68770, 68771-68772, 68773-68777, 68778-68779, 68780-68785, 68786-68787, 68788-68790, 68791-68793, 68800-68802, 68920, 68921-68930, 68959-68961, 68962, 69001-69002, 69003, 69004, 69011, 69012, 69013, 69014, 69031-69040, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 69165-70119, 70120, 70121, 70122, 70252-70253, 70254, 70255, 70256, 70257, 70258, 70259, 70260, 70261, 70262, 70263, 70264, 70265, 70266, 70267, 70268, 70269, 70270, 70271, 70272, 70273, 70274, 70275, 70276, 70277, 70278, 70279, 70280, 70287, 70288, 71146-71148, 71149-71178, 71179, 71180, 71375-71376, 71377, 71409, 71410, 72993, 72994, 74855-74859, 74860-74867, 78675-78678, 78679, 78680-78681, 78682, 78683, 80615-80616, 80617-80619, 80620-80622, 80623, 80624-80628, 80629-80636, 81162-81163, 81164-81166, 81167-81169, 81170, 81171-81175, 81176-81183, 82694, 82695-82699, 82700-82705, 82706-82710, 82711-82716, 82717-82721, 82722-82727, 82831, 82832-82836, 82837-82843, 82844-82848, 82849-82855, 82856-82860, 82861-82867, 82868, 82869-82873, 82874-82880, 82881-82885, 82886-82892, 82893-82897, 82898-82904, 83474-83475, 83476-83483, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 84024, 84025, 84026, 84027, 84028, 84029, 84030, 84031, 84032, 84033, 84034, 84035, 84036, 84037, 84038, 84039, 84040, 84041, 84042, 84043, 84044, 84045, 84046, 84047, 84048, 84049.

## REQUEST FOR PRODUCTION NO. 6:

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from any investigation, testing, or analysis of alleged defects in Rock Lock 1.0, Rock Lock 2.0, and/or Rock Lock 3.0.

**SECOND AMENDED RESPONSE:**    **See attached documents regarding injury and warranty claims at Bates 2453-2811, 4206-5608, and also Bates 6408-8226, 13439-26746.**

46595, 46596, 46597, 46598, 46599-46601, 46602, 46603, 46604, 46605, 46606, 46607, 48337-48341, 48342-48349, 48350-48354, 48355-48360, 48361-48368, 53524-53525, 53568-53570, 54533, 54534, 54676, 54677, 54739, 54740, 54741, 54742, 54743, 54754, 54755, 54756, 54757, 55362-55366, 57133, 57134, 57171, 57172, 57173, 57174, 57175, 57194-57196, 57197, 57198, 57199-57201, 57202-57204, 57205, 57206, 57207-57209, 57210-57213, 62095-62097, 62098, 62099, 62100-62103, 62104, 62105, 62796-62799, 62800, 62801, 62802, 62803, 65902-65903, 65904, 66899-66903, 68702, 68703, 68704, 68705, 68706, 68707, 68708, 68711-68712, 68713, 68714, 68723, 68724, 68725, 68726, 68727, 68728, 69165-70119, 70120, 70121, 70122, 71375-71376, 71377, 71409, 71410, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 77380-77383, 77384-77385, 78675-78678, 78679, 78680-78681, 78682, 78683, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 80601-80602, 80603-80604, 80605, 80606-80607, 80608, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 83087, 83088, 83089-83090, 83091, 83092, 83097, 83105-83110, 83111-83112, 83113, 83114-83115, 83116, 83117, 83118-

**83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83710-83711, 83712, 83713, 83714, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815.**

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from any safety concerns about Rock Lock 1.0, Rock Lock 2.0, and/or Rock Lock 3.0.

**SECOND AMENDED RESPONSE:    See Bates 2453-2811, 4206-5608, 6408-8226, 13439-13739, 14157-26746, 46595, 46596, 46597, 46598, 46599-46601, 46602, 46603, 46604, 46605, 46606, 46607, 48337-48341, 48342-48349, 48350-48354, 48355-48360, 48361-48368, 54533, 54534, 54676, 54677, 54739, 54740, 54741, 54742, 54743, 54754, 54755, 54756, 54757, 55362-55366, 62095-62097, 62098, 62099, 62100-62103, 62104, 62105, 62796-62799, 62800, 62801, 62802, 62803, 66899-66903, 68702, 68703, 68704, 68705, 68706, 68707, 68708, 68711-68712, 68713, 68714, 68723, 68724, 68725, 68726, 68727, 68728, 69165-70119, 70120, 70121, 70122, 71375-71376, 71377, 71409, 71410, 77380-77383, 77384-77385, 78675-78678, 78679, 78680-78681, 78682, 78683.**

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all versions of Your document or data retention policies from January 1, 2008 to the present.

**SECOND AMENDED RESPONSE:    See Bates 2430-2433.**

**REQUEST FOR PRODUCTION NO. 9:**

Please produce the Rock Lock folder as kept by Engineering as described in the deposition of the Wing corporate representative deposition on December 2, 2021.

**SECOND AMENDED RESPONSE:    See Bates 5609-5925.**

**REQUEST FOR PRODUCTION NO. 10:**

Please produce the Investigation File related to the Velocity recall kept by Engineering and described in the deposition of the Wing corporate representative on December 2, 2021.

**SECOND AMENDED RESPONSE:    Documents related to the recall are located in Bates 9301-9312 and 26753-44216.**

**REQUEST FOR PRODUCTION NO. 11:**

Please produce the files and data related to the Velocity recall (and/or Rock Lock 2.0 recall) held on the laptop of former employee Ted Hartman as described in the deposition of the Wing corporate representative on December 2, 2021.

**SECOND AMENDED RESPONSE:**         **Please see Bates 26753-44216.**

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from the entire file folder related to Rock Lock 1.0 as kept by Engineering and as described in the deposition of the Wing corporate representative on December 2, 2021.

**SECOND AMENDED RESPONSE:**         **See Bates 5609-5925, 8641-8705.**

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from any investigation, testing, or analysis of the Rock Lock 1.0 design, manufacturing, or marketing as a result of the Rock Lock 2.0 recall.

**SECOND AMENDED RESPONSE:**         **After a diligent search and inquiry, no responsive documents have been located, therefore none.**

**REQUEST FOR PRODUCTION NO. 14:**

Please produce a copy of the following as they existed at the time the accident ladder was created or manufactured (if a document in the following list was not current at the time the accident ladder was created or manufactured, then please produce the last version used by Wing):

a. ANSI A14.2
b. ANSI A14.5
c. ANSI A14.8
d. ANSI Z1.4
e. AS 1892
f. CSA Z11
g. EN131
h. MIL-L_85896(AS)
i. NFPA 1932
j. UL 1322
k. AS/NZS1892.1
l. AS/NZS1892.3
m. CAN3-Z11-M81
n. EN 131
o. MIL-L85896(AS) p. U.L. 184
q. ISO 9000
r. MIL-I-45208A
s. FED-STD-368A

**RESPONSE:**         **Defendant objects to the foregoing Request for Production because the documents are protected by copyright and production of same by Defendant would expose Defendant to liability for violation of the copyright. Defendant further objects because such documents are publicly and equally available to Plaintiff.**

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from any testing, analysis, or investigation of financial impact of changing the design, manufacturing, marketing, materials specifications or processes, or vendors for Rock Lock 1.0, Rock Lock 2.0, and Rock Lock 3.0, including without limitation the piece price cost amounts and changes.

**SECOND AMENDED RESPONSE:       See documents related to possible changes to Rock Lock version 1.0. See Bates 2434-2452, and 2958-2966, 46427-46509, 46510, 46599-46601, 46602, 46603, 46604, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50446-50617, 50618, 50619, 50620, 50621-50786, 53367-53437, 53976-53977, 53978-53979, 55318, 55319, 55416-55420, 55421-55428, 57592-57593, 57594, 57595, 57596, 57597, 57598, 57628, 57629, 57630, 58296, 58297, 58298, 58299-58300, 58301, 58302, 58303, 58304, 58305, 58306-58307, 58308, 58309, 58310, 58311-58313, 58314, 58315, 58316, 58389-58390, 58402-58403, 58404, 58405, 58414-58416, 58417, 58418, 58419, 58420-58422, 58423, 58424, 58425, 58426-58428, 58429, 58430, 58431, 58464-58466, 58467, 58468-58471, 58472, 58473, 58554-58555, 58853-58854, 58855, 58856, 58857, 58858, 58897-58899, 58900, 58901, 58902, 58903, 58917-58919, 58920, 58921, 58922, 58923, 58924-58927, 58928, 58929, 58930, 58931, 58932-58935, 58936, 58937, 58938, 58939, 58940, 58941-58944, 58945, 58946, 58947, 58948, 58949, 59002-59004, 59005, 59006, 59007-59009, 59010, 59011, 59012-59014, 59015, 59016, 59017-59020, 59021, 59022, 59023, 59258, 59259, 59260, 59261, 59262, 59263, 59264, 59265, 59266-59267, 59268, 59269, 59270, 59271, 59278-59280, 59281, 59282, 59283, 59284, 59285, 59290-59291, 59292-59293, 59308-59312, 59313-59317, 59321-59323, 59324, 59325, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59346-59349, 59350, 59351, 59352-59356, 59357, 59358, 59359, 59360-59365, 59366, 59367, 59368, 59369, 59370-59372, 59373, 59374, 59375, 59376, 59377-59380, 59381, 59382, 59383, 59384, 59385-59386, 59387, 59388, 59389, 59390, 59391-59393, 59394, 59395, 59396, 59397, 59398-59400, 59401, 59402, 59403, 59404, 60599-60601, 60602, 60603, 60604, 60605-60607, 60608, 60609, 60610, 60660-60661, 60777-60780, 60781-60782, 60790-60795, 60796-60797, 60798-60799, 60859-60864, 60865, 60866, 60867, 62722-62726, 62733-62738, 62746-62752, 62753, 63615, 63616-63617, 63618-63619, 63620-63621, 64944-64945, 64946, 64974-64989, 64990-64993, 64994, 65017-65028, 65029, 65030-65031, 65754-65756, 65757, 65758, 65759, 65760, 65761, 65762-65766, 65767, 65768-65775, 66069-66071, 66072-66075, 66105-66108, 66109-66110, 69165-70119, 70120, 70121, 70122.**

**REQUEST FOR PRODUCTION NO. 16:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from the creation of the original design of the Rock Lock and the processes or plans for the manufacture of the original Rock Lock, including both the assembly as a whole and its components, sub-assemblies, and/or constituent parts. This request seeks all development files.

**SECOND AMENDED RESPONSE:       See Bates 5609-5925.**

**Def's App. 0065**

**REQUEST FOR PRODUCTION NO. 17:**

Please produce all documents, communications, data, videos, photographs or tangible things that relate to the following files for Rock Lock 1.0:

  a. Design files
  b. Manufacturing files
  c. Quality files
  d. Drawing files
  e. CAD files
  f. Change Order files (including Change Order files related to parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330)
  g. Product Development files (including Change Order files related to parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330)

   **SECOND AMENDED RESPONSE:**  See Bates 5609-5925, 46427-46509, 46510, 46645-46646, 47110-47111, 47112, 47257-47258, 47259, 47264-47265, 47266, 47267, 47268, 47269, 47356, 47396-47397, 47398, 47399, 47400, 47401, 47402, 47403, 47404, 47405, 47406, 47407, 47408, 47409, 47410, 47411, 47412, 47413, 47414, 47415, 47416, 47417, 47418, 47419, 47420, 47421, 47422, 47423, 47424, 47425, 47426, 47427, 47428, 47429, 47430, 47431, 47432, 47433, 47434, 47435, 47436, 47437, 47438, 47439, 47440, 47441, 47442, 47443, 47444, 47445, 47446, 47447, 47448, 47449, 47450, 47451, 47452, 47453, 47454, 47455, 47456, 47457, 47458, 47459, 47460, 47461, 47462, 47463, 47464, 47465, 47466, 47467, 47468, 47469, 47470, 47471, 48337-48341, 48342-48349, 48350-48354, 48355-48360, 48361-48368, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50621-50786, 53590-53592, 53593-53595, 53596, 53597, 53598, 53599, 53600, 53601, 53682, 53683, 53684-53685, 53686-53687, 53688-53689, 53690-53691, 53692-53693, 53694-53695, 53696, 53697-53698, 53699-53700, 53701-53702, 53703-53706, 53707-53710, 53711-53713, 53714-53718, 53719-53721, 53722-53725, 53976-53977, 53978-53979, 54093-54099, 54100, 54101, 54102, 54103, 54527-54528, 54529-54530, 54533, 54534, 54676, 54677, 54771, 54772, 55186, 55187, 55312-55313, 55314-55315, 55316-55317, 55362-55366, 55416-55420, 55421-55428, 56187-56195, 56196, 56197-56207, 56208, 56209-56210, 56211-56213, 56214-56225, 56226-56236, 56287-56298, 56299, 56300-56312, 56313-56326, 56364-56366, 56367-56373, 56374-56385, 56386-56397, 56398-56410, 56411, 56412-56422, 56423, 56424-56434, 56435-56452, 56453, 56454-56468, 56469-56485, 56486, 56487, 56488-56502, 56503-56517, 56518, 56519, 56547-56560, 56637-56638, 56639, 56640, 57133, 57134, 57194-57196, 57197, 57198, 57199-57201, 57202-57204, 57205, 57206, 57207-57209, 57210-57213, 57214-57216, 57217, 57218, 57219-57221, 57222, 57223, 57224-57225, 57226-57227, 57228-57232, 57233-57234, 57235-57237, 57238, 57239, 57240-57241, 57242-57243, 57244-57245, 57246-57247, 57248-57250, 57251-57253, 57254-57256, 57592-57593, 57594, 57595, 57596, 57597, 57598, 57618, 57619, 57620, 57621, 57622, 57623, 57624, 57625, 57626, 57627, 57628, 57629, 57630, 57631, 57632, 57633, 57634-57635, 57636, 57637, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 57700-57704, 57705, 57706, 57707, 57708, 57709, 57750-57751, 57752, 57753, 57754, 57755, 57756-57757, 57758, 57759, 57760, 57761, 57762-57765, 57766, 57767, 57768, 57769, 57770, 57771, 57772, 57773-57774, 57775, 57776, 57777, 57778, 57779, 57780, 57781, 57782, 57783, 57784, 57785, 57790, 57791, 57792, 57793, 57794-57795, 57796, 57797, 57798, 57801-57802, 57803, 57804, 57805, 57806-57807, 57808, 57809, 57810,

57811-57812, 57813, 57814, 57815, 57816, 57817, 57818, 57819, 57820, 57821, 57822, 57823, 57824, 57825, 57826, 57827, 57828, 57829, 57830, 57831, 57832, 57833, 57834, 57835, 57836, 57837, 57838, 57839, 57840, 57841-57842, 57843, 57844-57845, 57846, 57847, 57848, 57849, 57850, 57851, 57852, 57853, 57854-57855, 57856, 57857, 57858, 57859, 57860, 57861, 57862, 57863, 57864, 57865, 57878-57879, 57880, 57881, 57882, 57911, 57912, 57913, 57914, 57915, 57916, 57917, 57918, 57919, 57920, 58125-58126, 58127, 58128-58133, 58134, 58135, 58136, 58137, 58138-58142, 58143, 58144, 58145, 58146, 58147, 58148, 58149, 58150-58151, 58152, 58153, 58154-58155, 58156, 58157, 58158-58159, 58160, 58161, 58162, 58163, 58164, 58165, 58166, 58167, 58168, 58169-58170, 58171, 58172, 58173-58176, 58177, 58178, 58179, 58180-58183, 58184, 58185, 58186, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58221-58225, 58226, 58227, 58228, 58229-58233, 58234, 58235, 58236, 58237-58238, 58239, 58240, 58241, 58242, 58243, 58256-58259, 58260, 58261, 58262, 58279-58281, 58282, 58283, 58296, 58297, 58298, 58299-58300, 58301, 58302, 58303, 58304, 58305, 58306-58307, 58308, 58309, 58310, 58311-58313, 58314, 58315, 58316, 58342, 58343-58344, 58345, 58346, 58351-58353, 58354, 58355, 58356, 58357, 58364-58365, 58366, 58367, 58372, 58374-58376, 58377, 58378, 58379, 58380, 58381-58382, 58383, 58384, 58385, 58386, 58387, 58388, 58389-58390, 58391-58393, 58394, 58395, 58396, 58397, 58398-58399, 58400, 58401, 58402-58403, 58404, 58405, 58414-58416, 58417, 58418, 58419, 58420-58422, 58423, 58424, 58425, 58426-58428, 58429, 58430, 58431, 58441-58442, 58447-58448, 58454-58456, 58457, 58458, 58464-58466, 58467, 58468-58471, 58472, 58473, 58526-58528, 58529, 58530-58532, 58533, 58534-58537, 58538, 58539, 58540-58543, 58544, 58545-58551, 58552, 58553, 58554-58555, 58569-58572, 58573, 58574, 58575, 58576, 58577, 58587-58588, 58589, 58590, 58591-58592, 58599, 58600, 58601, 58602-58603, 58604, 58605, 58606, 58607, 58608-58609, 58610, 58611, 58612, 58613, 58614, 58615, 58616, 58617, 58618, 58619, 58620, 58621, 58622, 58623, 58624, 58625, 58626, 58627, 58628, 58629, 58630, 58631, 58632, 58633, 58634, 58635, 58636, 58637-58638, 58639, 58640, 58641-58643, 58644-58646, 58647, 58648, 58649, 58650-58652, 58653, 58654, 58703-58705, 58706-58715, 58716, 58717, 58718-58727, 58728, 58729, 58730-58733, 58734-58743, 58744, 58745, 58746-58749, 58750, 58751-58754, 58755, 58756, 58757, 58758, 58759-58760, 58761, 58762, 58763, 58764, 58765-58766, 58767, 58768, 58769, 58770, 58771, 58772-58774, 58775, 58776, 58777, 58778, 58779, 58780, 58781, 58782, 58783, 58784, 58785, 58786, 58787, 58809, 58810-58811, 58812, 58813, 58814-58815, 58816-58818, 58819, 58820, 58821, 58822, 58823, 58824, 58825, 58826, 58827, 58828, 58829, 58830, 58831, 58832, 58836, 58837-58839, 58840, 58841, 58842-58844, 58853-58854, 58855, 58856, 58857, 58858, 58874-58875, 58876-58887, 58888, 58889-58890, 58891, 58892, 58893, 58894, 58895, 58896, 58897-58899, 58900, 58901, 58902, 58903, 58917-58919, 58920, 58921, 58922, 58923, 58924-58927, 58928, 58929, 58930, 58931, 58932-58935, 58936, 58937, 58938, 58939, 58940, 58941-58944, 58945, 58946, 58947, 58948, 58949, 58978-58979, 58980, 58981, 58982, 58983, 58984, 58985, 58986, 58987, 58988, 58989, 58990-58991, 58992, 58993, 58994, 58995, 58996, 58997, 58998-58999, 59000, 59001, 59002-59004, 59005, 59006, 59007-59009, 59010, 59011, 59012-59014, 59015, 59016, 59017-59020, 59021, 59022, 59023, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59091, 59092, 59093, 59094, 59095, 59096, 59097, 59098, 59106-59109, 59110, 59111-59117, 59118, 59119, 59120, 59175-59176, 59177, 59178, 59179, 59180, 59181-59182, 59183, 59184, 59185, 59186, 59187-59188, 59189, 59190, 59191-59192, 59193, 59194-59195, 59196-

59198, 59199, 59200, 59201-59204, 59205, 59206, 59207-59209, 59210-59213, 59214, 59215, 59216-59220, 59221, 59222, 59223-59227, 59228, 59229, 59230-59233, 59234, 59235, 59236, 59237, 59238, 59239, 59240, 59241, 59242, 59243, 59244, 59245, 59246, 59247, 59248, 59249, 59250, 59251-59252, 59253, 59254, 59255, 59258, 59259, 59260, 59261, 59262, 59263, 59264, 59265, 59266-59267, 59268, 59269, 59270, 59271, 59272, 59273, 59274, 59275, 59276, 59277, 59278-59280, 59281, 59282, 59283, 59284, 59285, 59286, 59287, 59288, 59289, 59290-59291, 59292-59293, 59308-59312, 59313-59317, 59318-59319, 59320, 59321-59323, 59324, 59325, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59346-59349, 59350, 59351, 59352-59356, 59357, 59358, 59359, 59360-59365, 59366, 59367, 59368, 59369, 59370-59372, 59373, 59374, 59375, 59376, 59377-59380, 59381, 59382, 59383, 59384, 59385-59386, 59387, 59388, 59389, 59390, 59391-59393, 59394, 59395, 59396, 59397, 59398-59400, 59401, 59402, 59403, 59404, 59405-59406, 59407-59409, 59410, 59411, 59515, 59516-59517, 59518-59519, 59520, 59521-59522, 59523, 59524-59525, 59526, 59527, 59528, 59529-59531, 59532, 59533, 59534, 59535, 59536-59540, 59541, 59542, 59543, 59544, 59545, 59546, 59547, 59548, 59549-59553, 59554, 59555, 59556, 59557, 59558, 59559, 59560-59562, 59563, 59564, 59565, 59566, 59567, 59568-59570, 59571, 59572, 59573, 59574, 59575-59578, 59579, 59580, 59581, 59582, 59583, 59584, 59585, 59586, 59587, 59588, 59589, 59590, 59591, 59592-59599, 59600, 59601, 59602, 59603, 59604, 59605, 59606, 59607, 59608, 59609, 59610, 59611, 59612, 59613, 59640, 59641, 59642, 59643, 59644, 59645, 59646, 59647, 59648, 59649, 59650, 59651, 59652-59653, 59654, 59655, 59656, 59703-59704, 59705, 59706, 59713-59714, 59722, 59723, 59724-59725, 59726, 59727, 59728-59729, 59730, 59731, 59732, 59745, 59746, 59747, 59748, 59749, 59750, 59751, 59752, 59753, 59754, 59755, 59756, 59757, 59913-59914, 59915, 59916, 59917, 59918, 59932-59934, 59935, 59936, 59937, 60114, 60115, 60116, 60117, 60118, 60119-60120, 60121, 60122, 60123-60124, 60125, 60126, 60127, 60128, 60129-60130, 60131, 60132, 60133, 60134, 60225, 60227-60228, 60229, 60230, 60231, 60232, 60233, 60234-60235, 60236-60237, 60238, 60239, 60240-60241, 60242, 60243, 60244-60245, 60246, 60247, 60248-60249, 60250, 60251, 60252-60254, 60255, 60256, 60257-60259, 60260, 60261, 60262-60265, 60266, 60267, 60268, 60269-60272, 60273, 60274, 60275, 60276-60277, 60278, 60279, 60280-60282, 60283, 60284, 60285, 60286-60288, 60289, 60290, 60291, 60344, 60345, 60346-60347, 60348, 60349, 60350-60351, 60352, 60353, 60365-60367, 60368, 60369, 60374-60376, 60377, 60378, 60379, 60380, 60381, 60392-60395, 60554, 60555-60557, 60558, 60559, 60560, 60561, 60562, 60599-60601, 60602, 60603, 60604, 60605-60607, 60608, 60609, 60610, 60660-60661, 60719-60720, 60721-60722, 60723, 60724, 60725, 60726, 60727, 60728, 60729, 60730, 60731-60732, 60733, 60739-60740, 60741, 60742, 60743, 60744-60746, 60747, 60748, 60749, 60750, 60751-60754, 60755, 60756, 60757, 60758, 60759, 60760-60764, 60765, 60766, 60767, 60768, 60769, 60777-60780, 60781-60782, 60790-60795, 60796-60797, 60798-60799, 60859-60864, 60865, 60866, 60867, 60992, 60993, 60994, 60995, 60996, 60997, 60998-60999, 61000, 61001, 61002-61005, 61006, 61007, 61008, 61009, 61010, 61011, 61012, 61013-61036, 61037-61060, 61061, 61062-61086, 61087-61089, 61128, 61129, 61130, 61131, 61132, 61133, 61134, 61135, 61136, 61137, 61138, 61139, 61140, 61141, 61142, 61209, 61210, 61211, 61212, 61213, 61214, 61215, 61216, 61217, 61218, 61219, 61220, 61221, 61222, 61223, 61224, 61225, 61226-61227, 61228, 61229, 61230, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61645-61648, 61649, 61650, 61659, 61660, 61661, 61662, 61663, 61664, 61665, 61666, 61667, 61668, 61669, 61670, 61671, 61728-61731, 61732, 61733, 61750-

61754, 61755, 61756, 61757, 61758, 61759, 61760-61765, 61766, 61767, 61768, 61769, 61770, 61771, 61779-61785, 61786, 61829-61833, 61834, 61835, 61836-61843, 61844-61845, 61846-61853, 61854-61855, 61880-61887, 61888, 61889-61893, 61894, 61895, 61896, 61897, 61898, 61899-61903, 61904, 61905, 61906, 61907, 61908, 61947-61952, 61953, 61954, 61955, 61956, 61957, 61992-61993, 61994, 61995, 61996, 62036-62037, 62038, 62039-62040, 62041, 62042, 62043, 62052, 62053, 62054, 62055, 62056, 62057, 62095-62097, 62098, 62099, 62100-62103, 62104, 62105, 62287-62288, 62289-62291, 62292-62296, 62297, 62298, 62300-62302, 62303-62305, 62386-62388, 62389, 62390, 62391, 62392, 62393, 62394, 62395, 62396, 62397, 62529, 62530, 62533-62536, 62537, 62538, 62544, 62545, 62546, 62547, 62548, 62549-62553, 62554-62556, 62557, 62558, 62559, 62560, 62561-62562, 62563, 62564, 62565, 62566, 62567-62571, 62572-62578, 62583-62592, 62593, 62686, 62687-62688, 62689, 62690, 62691-62692, 62693-62695, 62699-62701, 62702-62704, 62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62719-62721, 62722-62726, 62727-62732, 62733-62738, 62739-62745, 62746-62752, 62753, 62754-62756, 62762-62765, 62766-62770, 62771, 62772, 62773, 62774, 62775, 62796-62799, 62800, 62801, 62802, 62803, 62833-62838, 62839, 62840, 62841, 62842, 62843, 62844, 62845, 62846, 62847, 62917-62921, 62927-62932, 62958-62961, 62962, 62963, 62964, 62965, 63188, 63189, 63190-63191, 63192, 63193, 63194, 63195, 63196-63197, 63198, 63199, 63200, 63201, 63579-63582, 63583, 63584, 63585-63588, 63589-63593, 63615, 63616-63617, 63618-63619, 63620-63621, 63671, 63672, 63673, 63674, 63675, 63676, 63677, 63678, 63679, 63680, 63681, 63682, 63683, 63684, 63714-63716, 63717, 63811, 63812, 63813, 63814, 63815, 63816, 63817, 63818, 63819, 63820, 63821, 63822, 63823, 63824, 63825, 63826, 63827, 63828, 63829, 63830, 63831, 63832, 63833, 63834, 63835, 63836, 63837, 63838, 63839, 63840, 63841, 63842, 63843, 63844, 63845, 64218-64224, 64225, 64226, 64227, 64228, 64229-64235, 64236, 64237, 64238-64244, 64245-64251, 64261-64268, 64269, 64270-64278, 64279-64286, 64287-64295, 64296-64305, 64306, 64307, 64310-64319, 64320, 64447-64449, 64450, 64451, 64452, 64453, 64454, 64455, 64456, 64457, 64458, 64459, 64460, 64461, 64462, 64463, 64464, 64465, 64466, 64467, 64468, 64469, 64479, 64480, 64481, 64482, 64559-64560, 64561, 64562, 64563, 64564, 64565, 64566, 64567, 64568, 64569, 64570, 64571, 64572, 64573, 64574, 64575, 64576, 64577, 64578, 64579, 64580, 64581, 64582, 64583, 64584, 64585, 64586, 64587, 64896, 64897, 64898, 64899, 64900, 64901, 64902, 64903, 64904, 64905, 64924-64925, 64926, 64927, 64928, 64929-64931, 64932, 64933, 64944-64945, 64946, 64974-64989, 64990-64993, 64994, 65017-65028, 65029, 65030-65031, 65754-65756, 65757, 65758, 65759, 65760, 65761, 65762-65766, 65767, 65768-65775, 65902-65903, 65904, 66060-66063, 66064, 66065, 66066, 66067, 66068, 66069-66071, 66072-66075, 66105-66108, 66109-66110, 66113-66116, 66117-66121, 66122-66123, 66703, 66704, 66705, 66899-66903, 67001-67002, 67003, 67004, 67005-67006, 67007, 67008, 68699, 68700, 68701, 68707, 68708, 68725, 68726, 68752, 68753, 68754-68755, 68756-68757, 68760-68763, 68764-68765, 68766-68770, 68771-68772, 69011, 69012, 69013, 69014, 69031-69040, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 70287, 70288, 71373, 71374, 71375-71376, 71377, 71409, 71410, 72993, 72994, 74334-74337, 74338, 74339, 74340, 74341, 74855-74859, 74860-74867, 76131-76135, 76136, 76137, 76138, 76139, 76140, 76141, 76142, 76143, 76144, 76145, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 80615-80616, 80617-80619, 80620-80622, 80623, 80624-80628, 80629-80636, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 81162-81163, 81164-81166, 81167-81169, 81170, 81171-81175, 81176-81183, 81270-81271, 81272-81276,

81277-81278, 83072-83076, 83077, 83078, 83079, 83080, 83081, 83082, 83083, 83084, 83085, 83086, 83089-83090, 83091, 83092, 83097, 83118-83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83710-83711, 83712, 83713, 83714, 83715-83716, 83717, 83718-83720, 83721-83723, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815, 83987-83988, 83989.

## REQUEST FOR PRODUCTION NO. 18:

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from any non-standard testing of Rock Lock 1.0, Rock Lock 2.0, and/or Rock Lock 3.0 as well as any engineering, safety, or cost justification for such testing.

**SECOND AMENDED RESPONSE:** **See Bates 19862-19868, 46427-46509, 46510, 47110-47111, 47112, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50446-50617, 50618, 50619, 50620, 50621-50786, 53367-53437, 54330-54332, 54333-54362, 54739, 54740, 54771, 54772, 56412-56422, 56423, 56606-56608, 56609, 56610, 56611, 56612, 56613, 56614, 56615, 56616, 60719-60720, 60721-60722, 60723, 60731-60732, 60733, 60859-60864, 60865, 60866, 60867, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 62572-62578, 62583-62592, 62593, 64974-64989, 64990-64993, 64994, 68498, 68499-68503, 68504-68509, 68510-68514, 68515-68520, 68521-68525, 68526-68531, 69165-70119, 70120, 70121, 70122, 71146-71148, 71149-71178, 71409, 71410, 72993, 72994, 82694, 82695-82699, 82700-82705, 82706-82710, 82711-82716, 82717-82721, 82722-82727, 82831, 82832-82836, 82837-82843, 82844-82848, 82849-82855, 82856-82860, 82861-82867, 82868, 82869-82873, 82874-82880, 82881-82885, 82886-82892, 82893-82897, 82898-82904, 83715-83716, 83717, 83718-83720, 83721-83723, 84080-84082, 84083-84090, 84091-84098.**

## REQUEST FOR PRODUCTION NO. 19:

Please produce all documents, communications, data, videos, photographs or tangible things that relate to or arise from any testing or demonstrations of the falls from your ladders by those who may be using them or product failures of your ladders or the Rock Locks.

**SECOND AMENDED RESPONSE:** **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

## REQUEST FOR PRODUCTION NO. 20:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any testing, any research, or any substantiation for any warning that applied to or relate to the accident ladder. This request includes any variations of the warning considered.

**SECOND AMENDED RESPONSE:** **Defendant relies on ANSI 14.2 as a recommendation although compliance with ANSI A14.2 is not mandatory. See Bates 752-763, 1328-1338. 47482-47484, 47485-47491, 47492-47495, 48307-48310, 48311, 48312, 48313,**

48314, 57468-57477, 57478-57481, 57921-57925, 57926, 57927, 57928, 57929, 57930, 57931, 57932, 57933, 57934, 57935, 57936, 57937, 57938, 57939, 57940, 57941, 57942, 57943, 57944, 57945, 57946, 57947, 57948, 57949, 57950, 57951, 57952, 57953, 57954, 57955, 57956, 57957, 57958, 57959, 57960, 57961, 57962, 57963, 57964, 57965, 57966, 57967, 57968, 57969, 57970, 57971, 57972, 57973, 57974, 57975, 57976, 57977, 57978, 57979, 57980, 57981, 57982, 57983, 57984, 57985, 57986, 57987, 57988, 57989, 57990, 57991, 57992, 57993, 57994, 57995, 57996, 57997, 57998, 57999, 58000, 58001, 58002, 58003, 58004, 58005, 58006, 58007, 58008, 58009, 58010, 58011, 58012, 58013, 58014, 58015, 58016, 58017, 58018, 58019, 58020, 58021, 58022, 58023, 58024, 58025, 58026, 58027, 58028, 58029, 58030, 58031, 58032, 58033, 58034, 58035, 58036, 58037, 58038, 58039, 58040, 58041, 58042, 58043, 58044, 58045, 58046, 58047, 58048, 58049, 58050-58054, 58055, 58056, 58057, 58058, 58059, 58060, 58061, 58062, 58063, 58064, 58065, 58066, 58067, 58068, 58069, 58070, 58071, 58072, 58073, 58074, 58075, 58076, 58077, 58078, 58079, 58080, 58081, 58082, 58083, 58084, 58085, 58086, 58087, 58088, 58089, 58090, 58091, 58092-58093, 58094, 58095, 58096, 58097, 58098, 58099, 58100, 58101, 58102, 58103, 58104, 58105, 58106, 58107, 58108, 58109, 58110, 58111, 58112, 58113, 58114, 58115, 58116, 58117, 58118, 58119, 58120, 58121, 58122, 58123, 58124, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59106-59109, 59110, 62267-62270, 62605, 62606-62608, 64151-64158, 64159-64165, 64166-64170, 64171, 64172, 64173, 64174-64175, 64176-64177, 64178, 64179-64180, 64343-64354, 64355, 64356, 64417-64445, 64446, 64974-64989, 64990-64993, 64994, 65055-65062, 65063, 65064, 65065, 65066, 65171-65186, 65187, 65188-65201, 65202, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65983-65986, 65987, 65988, 65989, 65990, 68744-68747, 68748, 68749, 68750, 68751, 69165-70119, 70120, 70121, 70122, 75767-75769, 75770, 75771, 75772, 75773, 81326-81330, 81331-81335, 81336-81341.

## REQUEST FOR PRODUCTION NO. 21:

Please produce all documents, communications, data, videos, photographs or tangible things concerning the materials with the Consumer Product Safety Commission and the Velocity Recall, including the files contained in the Engineering file on the Velocity Recall as described in the deposition of the Wing corporate representative on December 2, 2021.

**SECOND AMENDED RESPONSE:**    See Bates 6458-8226 and 22753-44216.

46595, 46596, 46597, 46598, 46599-46601, 46602, 46603, 46604, 46605, 46606, 46607, 48337-48341, 48342-48349, 48350-48354, 48355-48360, 48361-48368, 54533, 54534, 54676, 54677, 54739, 54740, 54741, 54742, 54743, 54754, 54755, 54756, 54757, 55362-55366, 68702, 68703, 68704, 68705, 68706, 68707, 68708, 68709, 68710, 68711-68712, 68713, 68714, 68723, 68724, 68725, 68726, 68727, 68728, 69151, 69152-69153, 69154-69155, 69156-69158, 69159-69160, 69161-69162, 69163-69164.

## REQUEST FOR PRODUCTION NO. 22:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any cyclic testing, durability testing, life-limit testing, or fatigue testing for the Rock

Lock design and/or its components or subassemblies.

**SECOND AMENDED RESPONSE:        Defendant refers Plaintiff to Defendant's response to Request for Production No. 1 herein. In addition, Defendant has produced Quality Control materials related to Rock Lock design 1.0. See Bates 3109-3112, 53692-53693, 53694-53695, 54150-54170, 54171, 62687-62688, 62689, 62690, 83987-83988, 83989,**

**REQUEST FOR PRODUCTION NO. 23:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the alpha and beta testing of the Rock Lock or ladders with any version of the Rock Lock installed on them.

**SECOND AMENDED RESPONSE:        After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

**REQUEST FOR PRODUCTION NO. 24:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the Bill of Materials that would have applied to the accident ladder, its Rock Locks, and/or parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:        See Bates 3124-3875 and 5929-6352.**

**REQUEST FOR PRODUCTION NO. 25:**

For part numbers 53824 and 53829 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a. The design of the Part, both individually and as an overall part of the Rock Lock assembly.
b. The shape of the Part, including without limitation any alternatives considered and the justification for the choices made.
c. The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.
d. The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.
e. Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor, and any other documents concerning the manufacture, testing, or inspection of the Part exchanged with the vendor.
f. All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.
g. All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.
h. All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.

i.  All specifications concerning the part; and all changes or proposed changes to the specifications for the Part, including all justifications or substantiations for the change or proposed change.

j.  All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed change.

k.  All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.

l.  All testing related to the failure of the Part or potential failure of the Part.

m.  The interaction of the Part with part numbers 53823, 53822, 52246, 52314, 52248, 52329, and 52330 or any proposed version of those parts.

**SECOND AMENDED RESPONSE:**    See Bates 5609-5925, as well as 6869-8699, 8761-8763, 8769-8771, 8773-8775, 8780-8781, 8785, 8787, 8792, 9794-8796, 8850-8861, 8913-8915, 8922-8927, 9054-9081, 9084-9100, 44682-46426.

**REQUEST FOR PRODUCTION NO. 26:**

For part numbers 53823 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a.  The design of the Part, both individually and as an overall part of the Rock Lock assembly.

b.  The shape of the Part, including without limitation any alternatives considered and the justification for the choices made.

c.  The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.

d.  The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.

e.  Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor, and any other documents concerning the manufacture, testing, or inspection of the Part exchanged with the vendor.

f.  All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.

g.  All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.

h.  All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.

i.  All specifications concerning the part; and all changes or proposed changes to the specifications for the Part, including all justifications or substantiations for the change or proposed change.

j.  All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed

change.

k.    All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.

l.    All testing related to the failure of the Part or potential failure of the Part.

m.    The interaction of the Part with part numbers 53824, 53829, 53822, 52246, 52314, 52248, 52329, and 52330 or any proposed version of those parts.

**SECOND AMENDED RESPONSE:**    **See Bates 5609-5925, as well as 8641-8643, 8694-8699, 44682-46426.**

**REQUEST FOR PRODUCTION NO. 27:**

For part numbers 53822 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a.    The design of the Part, both individually and as an overall part of the Rock Lock assembly.

b.    The shape of the Part, including without limitation any alternatives considered and the justification for the choices made.

c.    The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.

d.    The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.

e.    Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor.
      and any other documents concerning the manufacture, testing, or inspection of the Part exchanged with the vendor.

f.    All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.

g.    All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.

h.    All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.

i.    All specifications concerning the part; and all changes or proposed changes to the specifications for the Part, including all justifications or substantiations for the change or proposed change.

j.    All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed change.

k.    All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.

l.    All testing related to the failure of the Part or potential failure of the Part.

m.    The interaction of the Part with part numbers 53824, 53829, 53823, 52246, 52314, 52248, 52329, and 52330 or any proposed version of those parts.

**SECOND AMENDED RESPONSE:**    **See Bates 5609-5925, as well as 8641-8643,**

**Def's App. 0074**

**8690-8693, 8696-8699, 44682-46426.**

**REQUEST FOR PRODUCTION NO. 28:**

For part numbers 52246 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a.  The design of the Part, both individually and as an overall part of the Rock Lock assembly.
b.  The shape of the Part, including without limitation any alternatives considered and the justification for the choices made.
c.  The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.
d.  The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.
e.  Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor, and any other documents concerning the manufacture, testing, or inspection of the Part exchanged with the vendor.
f.  All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.
g.  All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.
h.  All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.
i.  All specifications concerning the part; and all changes or proposed changes to the specifications for the Part, including all justifications or substantiations for the change or proposed change.
j.  All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed change.
k.  All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.
l.  All testing related to the failure of the Part or potential failure of the Part.
m.  The interaction of the Part with part numbers 53824, 53829, 53822, 53823, 52314, 52248, 52329, and 52330 or any proposed version of those parts.

**SECOND AMENDED RESPONSE:**    See Bates 5609-5925, as well as 8651-8656, 8674-8679, 8687-8689, 8696-8699, 8701-8702, 44682-46426.

**REQUEST FOR PRODUCTION NO. 29:**

For part numbers 52314 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a.  The design of the Part, both individually and as an overall part of the Rock Lock assembly.
b.  The shape of the Part, including without limitation any alternatives considered and the

**Def's App. 0075**

justification for the choices made.

c.  The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.

d.  The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.

e.  Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor, and any other documents concerning the manufacture, testing, or inspection of the Part exchanged with the vendor.

f.  All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.

g.  All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.

h.  All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.

i.  All specifications concerning the part; and all changes or proposed changes to the specifications for the Part, including all justifications or substantiations for the change or proposed change.

j.  All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed change.

k.  All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.

l.  All testing related to the failure of the Part or potential failure of the Part.

m.  The interaction of the Part with part numbers 53824, 53829, 53823, 53822, 52246, 52248, 52329, and 52330 or any proposed version of those parts.

**SECOND AMENDED RESPONSE:**    **See Bates 5609-5925, as well as 8641-8647, 8674-8679, 8682-8684, 8687-8689, 8696-8699, 8701-8702, 44682-46426.**

**REQUEST FOR PRODUCTION NO. 30:**

For part numbers 52248 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a.  The design of the Part, both individually and as an overall part of the Rock Lock assembly.

b.  The shape of the Part, including without limitation any alternatives considered and the justification for the choices made.

c.  The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.

d.  The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.

e.  Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor, and any other documents concerning the

**Def's App. 0076**

manufacture, testing, or inspection of the Part exchanged with the vendor.

f.  All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.

g.  All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.

h.  All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.

i.  All specifications concerning the part; and all changes or proposed changes to the specifications for the Part, including all justifications or substantiations for the change or proposed change.

j.  All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed change.

k.  All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.

l.  All testing related to the failure of the Part or potential failure of the Part.

m.  The interaction of the Part with part numbers 53824, 53829, 53823, 53822, 52246, 52314, 52329, and 52330 or any proposed version of those parts.

**SECOND AMENDED RESPONSE:**    See Bates 5609-5925, as well as 8641-8647, 8659, 8674-8679, 8687-8689, 8696-8699, 8701-8702, 44682-46426.

**REQUEST FOR PRODUCTION NO. 31:**

For part numbers 52329 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a.  The design of the Part, both individually and as an overall part of the Rock Lock assembly.

b.  The shape of the Part, including without limitation any alternatives considered and the justification for the choices made.

c.  The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.

d.  The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.

e.  Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor, and any other documents concerning the manufacture, testing, or inspection of the Part exchanged with the vendor.

f.  All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.

g.  All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.

h.  All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.

i.  All specifications concerning the part; and all changes or proposed changes to the

**Def's App. 0077**

specifications for the Part, including all justifications or substantiations for the change or proposed change.

j.  All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed change.

k.  All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.

l.  All testing related to the failure of the Part or potential failure of the Part.

m.  The interaction of the Part with part numbers 53824, 53829, 53823, 53822, 52246, 52314, 52248, and 52330 or any proposed version of those parts

**SECOND AMENDED RESPONSE:** See Bates 5609-5925, as well as 8642-8643, 8645-8647, 8674, 9676-8679, 8685, 8687-8689, 8697-8698, 8701-8702, 44682-46426.

**REQUEST FOR PRODUCTION NO. 32:**

For part numbers 52330 (for this request only "Part"), please produce all documents, communications, data, videos, photographs or tangible things concerning:

a.  The design of the Part, both individually and as an overall part of the Rock Lock assembly.

b.  The shape of the Part, including without limitation any alternatives considered and the justification for the choices made.

c.  The material composition of the Part, including without limitation any alternatives considered and the justification for the composition.

d.  The manufacture of the Part, including without limitation any alternatives considered and the justification for the composition.

e.  Any vendors for the Part or its materials, including without limitation how and why the vendor was selected, contracts with the vendor, instructions to the vendor, drawings exchanged with the vendor, processes exchanged with the vendor, testing exchanged with the vendor, quality-related documents exchanged with the vendor, and any other documents concerning the manufacture, testing, or inspection of the Part exchanged with the vendor.

f.  All CAD files or proposed CAD files concerning to the Part; and all changes or proposed changes to the CAD file for the Part, including all justifications or substantiations for the change or proposed change.

g.  All drawings concerning the Part; and all changes or proposed changes to the drawing for the Part, including all justifications or substantiations for the change or proposed change.

h.  All processes concerning the Part; and all changes or proposed changes to the processes for the Part, including all justifications or substantiations for the change or proposed change.

i.  All specifications concerning the part; and all changes or proposed changes to the specifications for the Part, including all justifications or substantiations for the change or proposed change.

j.  All tolerances concerning the Part; and all changes or proposed changes to the tolerances for the Part, including all justifications or substantiations for the change or proposed change.

k.  All changes or proposed changes to the Part, including all justifications or substantiations for the change or proposed change.

l.  All testing related to the failure of the Part or potential failure of the Part.

m.  The interaction of the Part with part numbers 53824, 53829, 53823, 53822, 52246, 52314, 52248, and 52329 or any proposed version of those parts.

**Def's App. 0078**

**SECOND AMENDED RESPONSE:**        See Bates 5609-5925, as well as 8645-8647, 8674, 8676-8679, 8686-8689, 8696-8699, 8701-8702, 44682-46426.

**REQUEST FOR PRODUCTION NO. 33:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the following terms as they are used in your warnings and/or instructions (This request specifically covers, without limitation, the substantiation for using these terms in the warnings.):

a.  Damage
b.  Bent
c.  Broken
d.  Engaged
e.  fully engaged
f.  securely engaged
g.  inspect
h.  loose
i.  missing
j.  damaged
k.  non-operating or nonoperating
l.  worn

**SECOND AMENDED RESPONSE:**        Most of the documents responsive to this Request for Production have already been produced and include the User's Manual, Warning labels, and infomercials; Defendant is unaware of any documents regarding substantiation of these terms as the terms are intended to be used with their common understanding by a reasonable person. See Bates 9325-10163, 47472-47476, 47477, 47482-47484, 47485-47491, 47492-47495, 47496-47500, 48250-48256, 48257-48263, 48264-48270, 48271-48277, 48278-48284, 48307-48310, 48311, 48312, 48313, 48314, 48385-48389, 48390, 48391, 48392, 48393-48395, 48417-48421, 48422, 48423, 48424, 48425, 48433-48435, 48448, 48449, 48450-48453, 48454-48459, 48460-48465, 48476-48482, 48483-48494, 48679-48680, 48681, 48682, 48683, 48684, 48691, 48692, 49538, 50038-50043, 50044, 51219, 53264, 53271-53272, 53273-53275, 53276-53278, 53279, 53280-53282, 53288, 53289-53291, 53292, 53293, 53294, 53295, 53309-53311, 53312, 53313, 53314-53324, 53325, 53326, 53327-53354, 53355, 53356, 53357, 53358, 53359, 53360-53366, 53438, 53439, 53440-53449, 53450, 53474-53476, 53477-53480, 53481, 53482-53485, 53520, 53521, 53522, 53524-53525, 53526-53529, 53530-53534, 53535-53539, 53568-53570, 53571-53575, 53576-53580, 53940-53947, 53948, 53949-53954, 53955, 54537-54538, 55850, 55851-55854, 56185-56186, 56187-56195, 56196, 56197-56207, 56208, 56209-56210, 56211-56213, 56214-56225, 56226-56236, 56287-56298, 56299, 56300-56312, 56313-56326, 56364-56366, 56367-56373, 56374-56385, 56386-56397, 56398-56410, 56411, 56412-56422, 56423, 56424-56434, 56435-56452, 56453, 56454-56468, 56469-56485, 56486, 56487, 56488-56502, 56503-56517, 56518, 56519, 56547-56560, 57274, 57279-57282, 57283, 57284, 57285, 57286, 57319, 57320, 57321, 57322, 57323, 57324, 57325, 57326, 57327, 57328-57337, 57338-57340, 57341-57342, 57343, 57344-57345, 57346, 57347, 57348-57352, 57353-57354, 57355, 57356-57357, 57358-57367, 57368, 57369, 57370, 57371, 57372, 57373, 57374, 57375, 57376, 57377-57386, 57387-57389, 57390-57391, 57392, 57393-57394, 57395, 57396, 57397-57401, 57402-57403, 57404, 57405-57406, 57407-57416, 57417, 57418,

57419, 57420, 57421, 57422, 57423, 57424, 57425, 57426, 57427-57436, 57437-57439, 57440-57441, 57442, 57443-57444, 57445, 57446, 57447-57451, 57452-57453, 57454, 57455-57456, 57457-57466, 57467, 57468-57477, 57478-57481, 57520-57521, 57522, 57523-57534, 57535, 57536-57540, 57605, 57606, 57816, 57817, 57818, 57921-57925, 57926, 57927, 57928, 57929, 57930, 57931, 57932, 57933, 57934, 57935, 57936, 57937, 57938, 57939, 57940, 57941, 57942, 57943, 57944, 57945, 57946, 57947, 57948, 57949, 57950, 57951, 57952, 57953, 57954, 57955, 57956, 57957, 57958, 57959, 57960, 57961, 57962, 57963, 57964, 57965, 57966, 57967, 57968, 57969, 57970, 57971, 57972, 57973, 57974, 57975, 57976, 57977, 57978, 57979, 57980, 57981, 57982, 57983, 57984, 57985, 57986, 57987, 57988, 57989, 57990, 57991, 57992, 57993, 57994, 57995, 57996, 57997, 57998, 57999, 58000, 58001, 58002, 58003, 58004, 58005, 58006, 58007, 58008, 58009, 58010, 58011, 58012, 58013, 58014, 58015, 58016, 58017, 58018, 58019, 58020, 58021, 58022, 58023, 58024, 58025, 58026, 58027, 58028, 58029, 58030, 58031, 58032, 58033, 58034, 58035, 58036, 58037, 58038, 58039, 58040, 58041, 58042, 58043, 58044, 58045, 58046, 58047, 58048, 58049, 58050-58054, 58055, 58056, 58057, 58058, 58059, 58060, 58061, 58062, 58063, 58064, 58065, 58066, 58067, 58068, 58069, 58070, 58071, 58072, 58073, 58074, 58075, 58076, 58077, 58078, 58079, 58080, 58081, 58082, 58083, 58084, 58085, 58086, 58087, 58088, 58089, 58090, 58091, 58092-58093, 58094, 58095, 58096, 58097, 58098, 58099, 58100, 58101, 58102, 58103, 58104, 58105, 58106, 58107, 58108, 58109, 58110, 58111, 58112, 58113, 58114, 58115, 58116, 58117, 58118, 58119, 58120, 58121, 58122, 58123, 58124, 58347-58348, 58349, 58350, 58368-58369, 58370, 58371, 58474, 58475, 58476, 58477, 58478, 58479, 58480-58481, 58482, 58483, 58487-58488, 58489, 58490, 58491-58492, 58493, 58494, 58495-58496, 58497, 58498, 58499, 58500-58502, 58503, 58504, 58505, 58506, 58507, 58508-58510, 58511, 58512, 58513, 58514, 58515, 58578-58581, 58582, 58583, 58584, 58585, 58586, 58655-58658, 58659, 58660, 58661, 58662, 58663, 58664-58667, 58668, 58669, 58670, 58671, 58672, 58673-58677, 58678, 58679, 58680, 58681, 58682, 58683-58687, 58688, 58689, 58690, 58691, 58692, 58693-58698, 58699, 58700, 58701, 58702, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59106-59109, 59110, 59506-59509, 59510, 59511, 59512, 59513, 59514, 59592-59599, 59600, 59601, 59602, 59603, 59604, 59605, 59606, 59607, 59608, 59609, 59610, 59611, 59612, 59613, 59664-59666, 59667, 59668, 59669-59672, 59673, 59674, 59675-59677, 59707-59710, 59711, 59712, 59718-59721, 59738-59742, 59743, 59744, 59919-59923, 59924, 59925, 59938-59942, 59943, 59944, 59950-59954, 59955-59959, 59960, 59961, 59962, 59963, 59964, 59965, 59969-59973, 59974, 59975, 59983-59987, 59988, 59989, 59990, 59991-59996, 59997, 59998, 59999-60003, 60004, 60005, 60006-60011, 60012-60017, 60018, 60019, 60020-60024, 60025-60030, 60031-60036, 60037, 60038, 60039-60044, 60045, 60046, 60047-60052, 60053, 60054-60060, 60061, 60062, 60063, 60064, 60065, 60066, 60067, 60068-60069, 60070, 60071, 60072-60073, 60074, 60075, 60076-60077, 60078, 60079, 60080-60081, 60082, 60083, 60084-60085, 60086, 60087, 60088-60090, 60091, 60092, 60093, 60152-60157, 60158, 60159, 60160-60165, 60166-60171, 60172, 60173-60179, 60180, 60181, 60193-60198, 60217-60222, 60223, 60224, 60543-60544, 60545, 60546, 60547, 60739-60740, 60741, 60742, 60743, 60744-60746, 60747, 60748, 60749, 60750, 60751-60754, 60755, 60756, 60757, 60758, 60759, 60760-60764, 60765, 60766, 60767, 60768, 60769, 60770-60773, 60774, 60775, 60776, 60868-60869, 60870, 60871, 60872, 60873-60875, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61231-61233, 61234-61237, 61238, 61239, 61240-61242, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257,

**Def's App. 0080**

61258-61263, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61672-61678, 61679, 61680, 61681, 61682-61686, 61687, 61688, 61689, 61690, 61691, 61692, 61693, 61705-61710, 61711-61712, 61713-61715, 61716-61721, 61722-61727, 61728-61731, 61732, 61733, 61734-61740, 61741-61747, 61748, 61749, 61750-61754, 61755, 61756, 61757, 61758, 61759, 61760-61765, 61766, 61767, 61768, 61769, 61770, 61771, 61772-61778, 61779-61785, 61786, 61787-61792, 61793, 61794, 61795, 61796-61802, 61803, 61804, 61805, 61806-61812, 61813-61815, 61816-61818, 61819, 61820-61828, 61829-61833, 61834, 61835, 61836-61843, 61844-61845, 61846-61853, 61854-61855, 61867-61874, 61875, 61876, 61877, 61878, 61879, 61880-61887, 61888, 61889-61893, 61894, 61895, 61896, 61897, 61898, 61899-61903, 61904, 61905, 61906, 61907, 61908, 61947-61952, 61953, 61954, 61955, 61956, 61957, 62001-62002, 62003, 62004, 62005, 62006, 62007, 62008, 62009, 62010-62012, 62013, 62014, 62015, 62016, 62017, 62018, 62019, 62020, 62021-62023, 62024, 62025, 62026, 62027, 62028, 62029, 62030, 62031, 62091-62092, 62093, 62094, 62095-62097, 62098, 62099, 62100-62103, 62104, 62105, 62267-62270, 62299, 62300-62302, 62303-62305, 62307-62309, 62310, 62311, 62312-62317, 62318, 62319, 62320, 62321, 62322, 62323, 62324, 62325, 62326-62332, 62333, 62334, 62335, 62336, 62337, 62338, 62339, 62340, 62341, 62342-62349, 62350, 62351, 62352, 62353, 62354, 62355, 62356, 62357, 62358, 62359, 62360, 62369-62379, 62380-62382, 62383, 62384, 62385, 62435-62437, 62438, 62439, 62440, 62501-62503, 62504, 62505, 62506, 62507, 62508-62509, 62510, 62511, 62572-62578, 62594, 62595-62596, 62597, 62598, 62599-62601, 62602, 62603, 62604, 62605, 62606-62608, 62626-62629, 62630, 62631, 62632, 62633, 62634, 62635-62637, 62638, 62639, 62640, 62662, 62663-62664, 62665, 62666, 62667, 62696, 62697, 62698, 62699-62701, 62702-62704, 62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62722-62726, 62727-62732, 62733-62738, 62739-62745, 62746-62752, 62753, 62757-62758, 62759, 62760, 62761, 62783-62789, 62790, 62791, 62792, 62793, 62794, 62795, 62848, 62849, 62850, 62851-62858, 62859, 62860, 62861, 62862, 62917-62921, 62927-62932, 63237-63241, 63242, 63243, 63244, 63339-63342, 63343, 63344-63345, 63346, 63347-63351, 63352, 63353-63354, 63355-63358, 63359-63364, 63365, 63366-63367, 63368-63371, 63376-63381, 63382, 63383-63384, 63385-63391, 63392, 63393-63394, 63395-63400, 63401, 63402, 63403, 63404, 63407-63414, 63415, 63416-63417, 63418-63427, 63428-63429, 63430-63437, 63438-63446, 63447, 63448, 63449-63450, 63451, 63452-63458, 63459, 63460-63465, 63466, 63467, 63468, 63469, 63473, 63474, 63475, 63479-63483, 63487-63488, 63489-63491, 63518-63520, 63521-63525, 63532-63533, 63534-63535, 63536-63537, 63545-63548, 63663-63665, 63666, 63667-63670, 63718-63726, 64151-64158, 64159-64165, 64166-64170, 64171, 64172, 64173, 64174-64175, 64176-64177, 64178, 64179-64180, 64308-64309, 64340-64342, 64343-64354, 64355, 64356, 64376-64379, 64398-64400, 64401, 64402, 64403, 64404, 64405, 64406, 64407, 64408, 64409, 64410, 64411, 64412, 64413, 64414, 64415, 64416, 64417-64445, 64446, 64766-64767, 64768, 64769, 64974-64989, 64990-64993, 64994, 65034-65039, 65040, 65041-65047, 65048, 65049, 65055-65062, 65063, 65064, 65065, 65066, 65171-65186, 65187, 65188-65201, 65202, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65861, 65862, 65863, 65864-65865, 65866, 65867-65868, 65869-65870, 65871-65872, 65873-65874, 65875-

**65876, 65877-65878, 65879-65880, 65881-65882, 65883-65884, 65885-65886, 65887-65888, 65889, 65890-65891, 65892, 65893-65894, 65895, 65896, 65897-65899, 65900, 65901, 65981-65982, 65983-65986, 65987, 65988, 65989, 65990, 67468-67469, 67470-67471, 67807-67809, 67810-67813, 68582-68583, 68584-68587, 68744-68747, 68748, 68749, 68750, 68751, 69151, 69152-69153, 69154-69155, 69156-69158, 69159-69160, 69161-69162, 69163-69164, 69165-70119, 70120, 70121, 70122, 70236-70239, 70240, 75767-75769, 75770, 75771, 75772, 75773, 81326-81330, 81331-81335, 81336-81341, 83228-83229, 83230-83231, 83232-83233, 83234-83235, 83236, 83239-83242, 83243, 83244, 83245, 83246, 83291, 83292, 83293-83304, 83305, 83306-83310, 83336, 83337, 83338, 83339, 83340, 83341, 83342, 83343, 83344, 83345-83354, 83355-83357, 83358-83359, 83360, 83361-83362, 83363, 83364, 83365-83369, 83370-83371, 83372, 83373-83374, 83375-83384, 83385, 83667-83670, 83671, 83672-83673, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745.**

## REQUEST FOR PRODUCTION NO. 34:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any failure or potential failure of Scott Thompson or Dusti Thompson to obey or follow any warnings or instructions that applied to the accident ladder.

**SECOND AMENDED RESPONSE:    See photos of ladder in question, the ladder in question, the User's Manual and the contents of the warning labels provided with the ladder: Bates 764-781 and 1427-2429. See also the testimony of Dusti Thompson taken in this case.**

## REQUEST FOR PRODUCTION NO. 35:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any aspect of Scott Thompson or Dusti Thompson's damages or injuries, regardless of whether the information tends to prove the existence of such damages, amounts, or injuries; or whether the information tends to disprove the existence of such damages, amounts, or injuries.

**SECOND AMENDED RESPONSE:    See the deposition testimony of Dusti Thompson, the medical records of Scott Thompson obtained by Deposition by Written Questions or produced by Plaintiff, and photographs taken at the scene of the accident which evidence Scott Thompson being treated or transported by emergency medical personnel. See the deposition testimony of any medical personnel taken in this matter.**

## REQUEST FOR PRODUCTION NO. 36:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any aspect of Plaintiff's injuries, regardless of whether the evidence tends to prove the existence of such damages or amounts or whether the evidence tends to disprove the existence of such damage or amounts.

**SECOND AMENDED RESPONSE:    See the deposition testimony of Dusti Thompson, the medical records of Scott Thompson obtained by Deposition by Written Questions or produced by Plaintiff, and photographs taken at the scene of the accident which evidence Scott Thompson being treated or transported by emergency medical**

**Def's App. 0082**

personnel. See the deposition testimony of any medical personnel taken in this matter.

**REQUEST FOR PRODUCTION NO. 37:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any conviction of Scott Thompson or Dusti Thompson that you intend to use in this case.

**SECOND AMENDED RESPONSE:      See the deposition testimony of Dusti Thompson.**

**REQUEST FOR PRODUCTION NO. 38:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning Scott Thompson or Dusti Thompson.

**SECOND AMENDED RESPONSE:      See the deposition testimony of Dusti Thompson, the medical records of Scott Thompson obtained by Deposition by Written Questions or produced by Plaintiff, and photographs taken at the scene of the accident which evidence Scott Thompson being treated or transported by emergency medical personnel. See the deposition testimony of any medical personnel taken in this matter.**

**REQUEST FOR PRODUCTION NO. 39:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the Quality Assurance Procedures that apply to or mention part numbers 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, 52330, and/or the Rock Lock assembly at any time.

**SECOND AMENDED RESPONSE:      See Quality Control Manuals previously produced: Bates 328-396. See also, Bates 2967-3123; 5929-6385, 44331-44552.**

**REQUEST FOR PRODUCTION NO. 40:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any proposed Quality Assurance Procedures that would have applied to or mentioned part numbers 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, 52330, and/or the Rock Lock assembly at any time.

**SECOND AMENDED RESPONSE:      See Quality Control Manuals previously produced: Bates 328-396. See also, Bates 2967-3123; 5929-6385, 44331-44552.**

**REQUEST FOR PRODUCTION NO. 41:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any training of personnel meet the requirements of the quality program.

**SECOND AMENDED RESPONSE**:      **To the extent that responsive documents**

exist, see Bates 5927-5928 and 6353-6385.

**REQUEST FOR PRODUCTION NO. 42:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any training of personnel to perform any quality inspections.

**SECOND AMENDED RESPONSE**:    To **the extent that responsive documents exist, see Bates 5927-5928 and 6353-6385.**

**REQUEST FOR PRODUCTION NO. 43:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any incoming material inspections that would have applied to any aspect of the accident ladder.

**SECOND AMENDED RESPONSE:**    **Bates 1-179, 297-307, 752-763, 1187-1327, 13740-14156.**

**REQUEST FOR PRODUCTION NO. 44:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any in-process inspections that would have applied to any aspect of the accident ladder.

**SECOND AMENDED RESPONSE:**    **Bates 142-179, 297-307, 752-763.**

**REQUEST FOR PRODUCTION NO. 45:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any final inspections that would have applied to any aspect of the accident ladder.

**SECOND AMENDED RESPONSE:**    **Bates 142-179, 297-307.**

**REQUEST FOR PRODUCTION NO. 46:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning any functional testing or product testing that would have applied to any aspect of the accident ladder.

**SECOND AMENDED RESPONSE:**    **Any documents that relate to product testing that would have applied to any aspect of the accident ladder have been disclosed, e.g. Bates 311-750, 3034-3112. See also, Bates 2967-3123 and 5929-6342, 46427-46509, 46510, 46678-46761, 46762-46766, 46767-46771, 46772, 46773, 46774-46853, 46854-46954, 46955-47055, 47056, 47270-47274, 47275, 47276, 47277, 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 48552-48633, 48634-48638, 48639-48643, 48644, 48645, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50306-50332,**

**Def's App. 0084**

50333-50388, 50389-50445, 50446-50617, 50618, 50619, 50620, 50621-50786, 50813-50861, 50862-50945, 50946-51014, 51103-51218, 51220-51336, 51337, 51338, 51339, 51340, 51341, 51342, 51343, 51344, 51345, 51346, 51347, 51348-51445, 51446-51605, 51606-51730, 51731-51865, 51866-52054, 52055, 52056, 52062-52229, 52230-52456, 52457, 52458-52643, 52644-52889, 52890-53155, 53367-53437, 53643-53644, 53645-53648, 53649, 53650, 53651-53661, 53662-53663, 53664-53666, 53667, 53668, 53669, 53670, 53671, 53672, 53754-53759, 53779-53784, 53785-53791, 53792-53798, 53799-53805, 53806, 53807, 53808, 53809, 53810, 53811, 53812, 53813, 53814, 53815, 53816, 53817, 53818, 53819, 53820, 53821, 53822, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53894-53899, 53900, 53901, 53902, 53903, 53904-53910, 53911, 53912, 53913, 53914, 53915, 53916, 53917, 53918, 54394, 54395, 54396, 54397, 55416-55420, 55421-55428, 55440-55454, 55455, 55456-55474, 55475, 55476-55499, 55500, 55501, 55502-55523, 55524, 55525, 55526, 56591-56602, 56603, 56604, 56605, 56977, 56978, 56979, 58559-58560, 58561-58565, 58566, 58567, 58568, 58816-58818, 58819, 58820, 58833, 58834-58835, 58950-58953, 58954, 58955, 58956, 58957, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59106-59109, 59110, 60094-60095, 60096, 60097, 60101-60102, 60103, 60104, 60105, 60106, 60107, 60108-60110, 60111, 60112, 60113, 60354-60355, 60356, 60357, 60358, 60359, 60360, 60361, 60362, 60363, 60364, 60396-60397, 60398, 60399, 60400, 60401, 60402-60404, 60405, 60406, 60407, 60470-60472, 60473, 60474-60476, 60477, 60478, 60479-60481, 60482, 60483, 60484, 60485, 60486, 60487, 60488-60491, 60492, 60493, 60494, 60548-60550, 60551-60552, 60553, 60721-60722, 60723, 60731-60732, 60733, 60958-60962, 60963, 60964, 60965, 60966-60971, 60972, 60973, 60974, 61975-61977, 61978, 61979, 61980, 61981, 61982-61985, 61986, 61987, 61988, 61989, 61990, 61991, 62061-62062, 62063, 62064-62065, 62073-62075, 62082-62084, 62267-62270, 62605, 62606-62608, 63256-63260, 63261, 63262-63266, 63267-63272, 63273, 63274, 63275-63279, 63280-63285, 63292, 63293, 63294-63295, 63296, 63301-63307, 63308, 63309, 63310, 63311, 63312, 63313, 63314, 63315, 63501-63505, 63506, 63507, 63508, 63509, 63510, 64388-64392, 64393, 64394, 64395, 64396, 64397, 64470, 64471-64472, 64473-64474, 64475-64476, 64477-64478, 64523-64525, 64526-64527, 64528-64529, 64530-64531, 64865-64868, 64869, 64870, 64871-64873, 64874-64878, 64879, 65075-65076, 65077, 65078, 65079, 65080-65083, 65084-65086, 65087, 65263-65272, 65273, 65274, 65275, 65276, 65277, 65278, 65279, 65280, 65281, 65282, 65283, 65284, 65285, 65762-65766, 65767, 65768-65775, 65776-65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828, 65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 66592-66593, 66594-66595, 66596-66598, 66599-66601, 69023-69027, 69028, 69029, 69030, 69050-69054, 69055, 69056, 69057, 69058, 69059, 69087-69088, 69089, 69090, 69091, 69092, 69093, 69094, 69095, 69096, 69097, 69098, 70123, 70124-70163, 70164-70204, 70205-70235, 71335-71337, 71338-71345, 71346-71353, 71354-71356, 71357-71364, 71365-71372, 71386-71389, 71390-71391, 71392, 71393, 71394, 71395, 71396, 71397, 74334-74337, 74338, 74339, 74340, 74341, 74855-74859, 74860-74867, 76759-76800, 76801-76849, 76850-76854, 76855-76859, 76860-76864, 76865, 76866, 76983-77030, 77031-77081, 77082-77086, 77087-77091, 77092-77141, 77142-77198, 77199, 77200-77254, 77260-77342, 77343-77347, 77386-77466, 77467-77471, 77702-77812, 80615-80616, 80617-80619, 80620-80622, 80623, 80624-80628, 80629-80636, 80721-80853, 80854, 80855, 80902-80904, 80905, 80906, 80907, 80908-80939, 80940, 81162-

**Def's App. 0085**

81163, 81164-81166, 81167-81169, 81170, 81171-81175, 81176-81183, 81303-81307, 81308-81312, 81313-81318, 81319-81325, 81326-81330, 81331-81335, 81336-81341, 81835-81991, 81992, 81993, 81994, 81995, 81996, 81997-82171, 82172-82337, 82338, 82339, 82340, 82341, 82342, 82343, 82344, 82354-82520, 82521, 82522, 82523, 82524, 82525, 82526, 82527, 82694, 82695-82699, 82700-82705, 82706-82710, 82711-82716, 82717-82721, 82722-82727, 82728, 82729-82733, 82734-82739, 82740-82744, 82745-82750, 82751-82755, 82756-82761, 82762, 82763-82767, 82768-82773, 82774-82778, 82779-82784, 82785-82789, 82790-82795, 82796, 82797-82801, 82802-82808, 82809-82813, 82814-82819, 82820-82824, 82825-82830, 82831, 82832-82836, 82837-82843, 82844-82848, 82849-82855, 82856-82860, 82861-82867, 82868, 82869-82873, 82874-82880, 82881-82885, 82886-82892, 82893-82897, 82898-82904, 83606, 83607, 83624-83627, 83628, 83629, 83630-83632, 83724, 83725-83726, 83772, 83773-83775, 83776-83779, 83780-83782, 83793, 83794, 83795, 83796-83798, 83799, 83896-83916, 83917, 83918, 83919, 83920, 83921, 83922, 83923, 83924-83948, 83965-83968, 83969, 84080-84082, 84083-84090, 84091-84098, 84109-84112, 84113-84114, 84115, 84116, 84117, 84118, 84119, 84120.

## REQUEST FOR PRODUCTION NO. 47:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any external quality audits conducted from January 1, 2008 to the present.

**SECOND AMENDED RESPONSE:      After a diligent search and inquiry concerning any external quality audits conducted from January 1, 2008 to December 29, 2019, no responsive documents have been located, therefore none.**

## REQUEST FOR PRODUCTION NO. 48:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any internal quality audits conducted from January 1, 2008 to the present.

**SECOND AMENDED RESPONSE:      See Quality Control Manuals previously produced: Bates 328-396. See also, Bates 2967-3123; 5929-6385, 44331-44552.**

## REQUEST FOR PRODUCTION NO. 49:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any action taken to prevent non-conformities, record problems, initiate corrective actions, verify solutions, and if necessary stop processes related to part numbers 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, 52330, and/or the Rock Lock assembly at any time.

**SECOND AMENDED RESPONSE:      See discrepant material report and QC inspections for articulated extendable ladders equipped with Rock Lock version 1.0: Bates 2967-3009. See also, Bates 5927-5928; 5929-6352; and 6353-6385, 56984-57004, 57005, 57006, 57007, 57008, 57009, 57010, 57011, 57012, 57013, 57014, 57015, 57016, 57017, 57018, 57019, 57020, 57021, 57022, 57023, 57024, 57025, 57026, 57027, 57028, 57029, 57030, 57031-57032, 57033, 57034, 57035, 57036, 57037, 57133, 57134, 57142-57144, 57145, 57146, 57147, 57148, 57149-57151, 57152, 57153, 57154, 57155, 57156-57158, 57159, 57160, 57161, 57162, 57171, 57172, 57173, 57174, 57175, 57177-57179, 57194-57196, 57197, 57198, 57199-57201,**

**57202-57204, 57205, 57206, 57207-57209, 57210-57213, 65902-65903, 65904, 65905-65907, 73030-73031, 73032, 73033, 73034, 73035, 73036, 73037-73038, 73039, 73040, 73041, 73042, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76153-76154, 76155-76156, 76157, 76158-76160, 76161-76163, 76196-76197, 76198, 76199-76201, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 76719-76727, 76728, 76729, 76730-76735, 76736-76742, 76743-76750, 76751-76758, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 83087, 83088, 83089-83090, 83091, 83092, 83093-83094, 83097, 83105-83110, 83111-83112, 83113, 83114-83115, 83116, 83117, 83118-83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83131-83136, 83137-83143, 83144-83151, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83624-83627, 83628, 83629, 83630-83632, 83710-83711, 83712, 83713, 83714, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815, 83990, 83991, 83992, 83993, 83994, 83995, 83996-83997, 83998, 83999, 84000.**

## REQUEST FOR PRODUCTION NO. 50:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any design reviews for the Xtreme model ladder, the Rock Lock assembly, and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**        **See Bates 5609-5925.**

## REQUEST FOR PRODUCTION NO. 51:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any quality audits related to the Xtreme model ladder, the Rock Lock assembly, and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**        **See Bates 2967-3123.**

## REQUEST FOR PRODUCTION NO. 52:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any reviews, audits, reports, or corrective plans concerning the quality system, its methodology, its application, and any feedback related to the quality system.

**SECOND AMENDED RESPONSE:**        **See Bates 2967-3123, 6353-6385, 44331-44552.**

## REQUEST FOR PRODUCTION NO. 53:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any reviews or meetings related to quality issues from January 1, 2008 to the present.

**SECOND AMENDED RESPONSE:        Defendant refers Plaintiff to quality control documents previously produced or produced herewith. See also, Bates 2967-3123; 5926; 5927-5928; and/or 6353-6385. Emails to or from anyone in quality control are at**

**Bates 46427-46509, 46510, 46643, 46644, 46678-46761, 46762-46766, 46767-46771, 46772, 46773, 46774-46853, 46854-46954, 46955-47055, 47056, 47110-47111, 47112, 47219, 47220-47224, 47225, 47226-47233, 47234, 47235-47253, 47257-47258, 47259, 47260-47261, 47262, 47263, 47264-47265, 47266, 47267, 47268, 47269, 47270-47274, 47275, 47276, 47277, 47278, 47279-47287, 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 47302-47303, 47304, 47305, 47306, 47307, 47308, 47309, 47310, 47311, 47312, 47313, 47314, 47315, 47316, 47317, 47318, 47319-47323, 47324, 47325, 47326, 47327, 47328, 47329, 47330, 47331-47334, 47335, 47336, 47337, 47338, 47339, 47340, 47341, 47342, 47343, 47344, 47345, 47346, 47347, 47348, 47349, 47350, 47351, 47352, 47353, 47354, 47355, 47361-47364, 47369-47373, 47374-47388, 47389-47395, 47472-47476, 47477, 47478-47479, 47480-47481, 47482-47484, 47485-47491, 47492-47495, 47496-47500, 47501, 47502-47503, 47504, 47505-47506, 47507, 47508-47509, 47510-47511, 47512-47514, 47515, 47516, 47517-47813, 47814, 47815-47816, 47817, 47818-47839, 47840, 47841, 47842-47844, 47845, 47846, 47847-47848, 47849-47850, 47851, 47852-47853, 47854, 47855-47856, 47857, 47858-47860, 47861-47862, 47863-47865, 47866-47867, 47868-47870, 47871, 47872-47873, 47874-47875, 47876-47877, 47878-47879, 47880, 47881-48183, 48184, 48185, 48186, 48187-48189, 48190, 48191, 48192-48203, 48207, 48208-48210, 48211-48215, 48216-48217, 48218, 48219, 48220, 48221, 48222-48225, 48226-48227, 48228-48232, 48233-48234, 48235-48239, 48240-48241, 48242, 48243-48246, 48247-48249, 48250-48256, 48257-48263, 48264-48270, 48271-48277, 48278-48284, 48285, 48286-48287, 48288-48289, 48290-48291, 48292-48293, 48294-48295, 48296-48297, 48298-48300, 48301-48303, 48304-48306, 48315, 48316-48317, 48318-48319, 48320-48321, 48322-48323, 48324-48326, 48327-48329, 48330-48333, 48334, 48335-48336, 48337-48341, 48342-48349, 48350-48354, 48355-48360, 48361-48368, 48369, 48370-48371, 48372, 48373, 48374, 48375-48376, 48377, 48378, 48379, 48380-48381, 48382, 48383-48384, 48396-48399, 48400-48404, 48405-48410, 48411, 48412-48413, 48414, 48415-48416, 48417-48421, 48422, 48423, 48424, 48425, 48426-48427, 48428-48429, 48430-48432, 48433-48435, 48436-48438, 48439-48440, 48441-48445, 48446, 48447, 48448, 48449, 48450-48453, 48454-48459, 48460-48465, 48466-48473, 48474, 48475, 48476-48482, 48483-48494, 48495, 48496, 48497-48551, 48552-48633, 48634-48638, 48639-48643, 48644, 48645, 48646-48647, 48648-48649, 48650-48654, 48655-48656, 48657-48660, 48661, 48662-48678, 48685-48688, 48689-48690, 48691, 48692, 48693, 48694-48958, 48963-48976, 48977, 48978-48994, 48995-49010, 49011-49028, 49029, 49030-49051, 49052-49073, 49074-49102, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49538, 49539-49651, 49652-49653, 49654-49655, 49656-49681, 49682-49710, 49711-49742, 49743-49782, 49783-49784, 49785-49787, 49788-49900, 49901-50037, 50038-50043, 50044, 50045-50174, 50175, 50176-50305, 50446-50617, 50618, 50619, 50620, 50621-50786, 50787-50794, 50795, 50796-50799, 50800-50802, 50803-50808, 51015-51020, 51021-51027, 51028, 51029-51036, 51037-51047, 51048-51049, 51050, 51051-51060, 51061-51073, 51074-51086, 51087-51102, 51219, 51606-51730, 52057-52058, 52059-52061, 53156-53158, 53159-53160, 53161-53165, 53166-53167, 53168-53173, 53174-53183, 53184-53193, 53194, 53195-53205, 53206, 53207, 53208-53209, 53210-53212, 53213-53217, 53218-53224, 53233-53238, 53239-53245, 53246-53254, 53255-53263, 53264, 53265, 53266-53270, 53271-53272, 53273-53275, 53276-53278, 53279, 53280-53282, 53283-53284, 53285-53287, 53288, 53289-53291, 53292, 53293, 53294, 53295, 53296, 53297-53298, 53299-53300, 53301, 53302-53304, 53305, 53306-53308, 53309-53311, 53312, 53313, 53314-53324, 53325, 53326, 53327-53354, 53355, 53356, 53357, 53358, 53359, 53360-53366, 53438, 53439, 53440-53449, 53450, 53451-53452, 53453-53454, 53455-53457, 53458-53463, 53464-53466, 53467-**

**Def's App. 0088**

53471, 53472-53473, 53474-53476, 53477-53480, 53481, 53482-53485, 53521, 53522, 53524-53525, 53526-53529, 53530-53534, 53535-53539, 53568-53570, 53571-53575, 53576-53580, 53581-53584, 53590-53592, 53593-53595, 53596, 53597, 53598, 53599, 53600, 53601, 53634-53636, 53637-53642, 53643-53644, 53645-53648, 53649, 53650, 53651-53661, 53662-53663, 53664-53666, 53667, 53668, 53669, 53670, 53671, 53672, 53673-53674, 53675-53676, 53682, 53683, 53684-53685, 53686-53687, 53688-53689, 53690-53691, 53692-53693, 53694-53695, 53696, 53697-53698, 53699-53700, 53701-53702, 53703-53706, 53707-53710, 53711-53713, 53714-53718, 53719-53721, 53722-53725, 53740, 53741, 53742, 53743, 53744, 53745, 53746, 53747, 53748, 53749, 53750, 53751, 53752, 53753, 53754-53759, 53779-53784, 53785-53791, 53792-53798, 53799-53805, 53806, 53807, 53808, 53809, 53810, 53811, 53812, 53813, 53814, 53815, 53816, 53817, 53818, 53819, 53820, 53821, 53822, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53873, 53874, 53875, 53876, 53877, 53878, 53879, 53880, 53881, 53882, 53883, 53884, 53885, 53886, 53887, 53888, 53889, 53890, 53891, 53892, 53893, 53894-53899, 53900, 53901, 53902, 53903, 53904-53910, 53911, 53912, 53913, 53914, 53915, 53916, 53917, 53918, 53919, 53920, 53921, 53922, 53923, 53924, 53925, 53926, 53927, 53928, 53929, 53930, 53931, 53932-53933, 53934-53935, 53936-53937, 53938-53939, 53940-53947, 53948, 53949-53954, 53955, 53956, 53957, 53958-53959, 53960, 53961, 53962, 53963, 53964, 53965, 53966, 53967, 53968, 53969, 53970, 53971, 53972, 53980-53981, 53982-53984, 53985-53988, 53990-53993, 53994-53997, 53998-54002, 54003-54007, 54008-54010, 54011-54013, 54014, 54015-54017, 54018-54020, 54021-54024, 54025-54027, 54028-54032, 54033, 54034, 54035, 54036, 54037, 54038, 54040-54041, 54042-54044, 54045-54047, 54048-54050, 54051-54053, 54054-54057, 54058-54065, 54066-54068, 54069-54070, 54071, 54072, 54073, 54074, 54075, 54076-54079, 54080, 54081, 54082, 54083, 54084, 54085, 54086, 54087, 54088-54090, 54091, 54092, 54093-54099, 54100, 54101, 54102, 54103, 54104-54109, 54110, 54111-54114, 54115, 54116, 54117, 54118, 54119-54124, 54125, 54126-54128, 54129, 54130, 54131-54134, 54135, 54136, 54137-54140, 54141, 54142, 54143-54146, 54147, 54148, 54149, 54150-54170, 54171, 54250-54251, 54252, 54253-54254, 54255, 54256, 54257, 54287, 54288, 54289-54291, 54292, 54293, 54298-54302, 54303-54307, 54308-54309, 54310, 54311, 54312, 54313, 54314-54322, 54323-54329, 54330-54332, 54333-54362, 54367-54370, 54371, 54372, 54373, 54374, 54375, 54376, 54384-54386, 54387, 54388, 54389, 54390, 54391, 54392, 54393, 54394, 54395, 54396, 54397, 54398-54401, 54402, 54403, 54404-54405, 54406-54415, 54416, 54417, 54418-54426, 54427, 54428, 54429-54436, 54437-54444, 54445, 54446-54454, 54455-54463, 54464-54472, 54473, 54474-54482, 54483-54490, 54491, 54492, 54493-54494, 54495, 54496, 54497-54507, 54511-54512, 54513, 54514, 54515, 54516, 54517, 54518, 54519, 54520, 54521, 54522, 54523, 54524, 54525, 54526, 54537-54538, 54556-54557, 54558, 54559, 54560-54564, 54565, 54597, 54598, 54599, 54600, 54601, 54602, 54603, 54604, 54605, 54606, 54607, 54608, 54609, 54610, 54611-54613, 54614, 54615, 54616, 54617, 54618, 54619-54620, 54621-54624, 54625, 54626, 54627, 54628, 54629, 54630-54633, 54634-54635, 54636-54639, 54640-54643, 54644-54645, 54646-54647, 54648-54651, 54652-54656, 54657-54659, 54660-54663, 54664-54668, 54669-54671, 54672-54675, 54678-54681, 54682-54688, 54689-54695, 54696-54702, 54703-54709, 54710-54716, 54717-54721, 54722-54730, 54731, 54732, 54733, 54734, 54735, 54736, 54737, 54738, 54744-54752, 54753, 54758-54763, 54764, 54765-54770, 54771, 54772, 54773-54780, 54781, 54782-54787, 54788, 54843, 54844, 54845, 54846, 54847, 54848, 54849, 54850, 54851, 54852, 54853, 54854, 54855, 54856, 54857, 54858, 54859, 54860, 54867-54868, 54869-54870, 54871-54873, 54874, 54875-54878, 54879-54882, 54883-54886, 54887-54890, 54891, 54892-54896, 54897-54902, 54903-54907, 54908-54914,

54915, 54916, 54917, 54918-54919, 54920, 54921, 54922, 54923, 54924, 54925, 54926, 54927-54935, 54936-54937, 54938, 54939-54947, 54948-54954, 54955-54964, 54965-54972, 54973-54982, 54983-54984, 54985, 54986, 54987, 54988-54995, 54996-54998, 54999-55001, 55002, 55003-55004, 55005, 55006, 55007-55008, 55009, 55010, 55011, 55012, 55013-55018, 55019, 55020, 55021-55022, 55023-55028, 55029, 55030, 55334-55336, 55337, 55338, 55339-55341, 55342, 55343, 55344-55347, 55348, 55349-55352, 55353, 55354, 55355-55359, 55360, 55361, 55362-55366, 55373-55379, 55380, 55381, 55382, 55383, 55384, 55385, 55386, 55387, 55388-55397, 55398, 55399, 55400, 55401-55410, 55411, 55412, 55413, 55416-55420, 55421-55428, 55429-55438, 55439, 55440-55454, 55455, 55456-55474, 55475, 55476-55499, 55500, 55501, 55502-55523, 55524, 55525, 55526, 55527, 55528-55529, 55530-55531, 55532, 55533, 55534, 55535, 55536, 55537, 55538, 55539, 55540, 55541, 55542, 55543, 55544, 55545, 55546, 55547-55550, 55551, 55552, 55553, 55554, 55555, 55556, 55557, 55558, 55559, 55560, 55561, 55562, 55563, 55564, 55565, 55566, 55567, 55568, 55569, 55570, 55571, 55572, 55573, 55574, 55575, 55576, 55577, 55578, 55579, 55580, 55581, 55582, 55583, 55584, 55585, 55586, 55587, 55588, 55589, 55590, 55591, 55592, 55593, 55594, 55595, 55596, 55597, 55598, 55599, 55600-55605, 55606, 55607, 55608, 55609, 55610, 55611, 55612, 55613, 55614, 55615, 55616, 55617, 55618, 55619, 55620, 55621, 55622, 55623, 55624, 55625, 55626-55627, 55636, 55637, 55638, 55639, 55640, 55641, 55642, 55643, 55644-55645, 55646-55648, 55649, 55650-55651, 55652-55653, 55654, 55655-55658, 55659-55662, 55663-55668, 55669, 55670-55674, 55675-55681, 55682, 55683-55688, 55694, 55695, 55696, 55697, 55698, 55707, 55708, 55709, 55710, 55711, 55712, 55713-55714, 55715-55716, 55717, 55718, 55719-55720, 55721-55724, 55728, 55729, 55730, 55731, 55732, 55733, 55734, 55735, 55736, 55737-55738, 55739, 55740, 55741, 55742, 55743, 55744, 55745, 55746, 55747, 55748-55751, 55752, 55753-55760, 55761, 55762, 55763-55770, 55771, 55772, 55773-55774, 55775, 55776, 55777, 55778, 55779, 55780, 55781, 55782, 55783-55792, 55793-55802, 55809-55812, 55813-55815, 55816, 55817, 55818-55822, 55840-55844, 55845, 55846, 55847, 55848, 55849, 55850, 55851-55854, 55864-55865, 55866-55867, 55868, 55869-55876, 55877-55888, 55889-55899, 55900-55909, 55910-55920, 55921-55931, 55932, 55935-55936, 55937, 55938, 55939, 55940, 55941-55943, 55944-55945, 55946-55954, 55955-55963, 55964, 55965, 55966, 55967-55969, 55970, 55971, 55972, 55973, 55974, 55975, 55976-55985, 55986, 55987-55989, 55990-55992, 55993, 55994, 55995, 55996, 55997, 55998, 55999-56008, 56009-56010, 56011-56012, 56013-56014, 56015-56016, 56017-56018, 56019, 56020, 56021-56022, 56023-56024, 56025-56026, 56027-56028, 56029, 56030-56037, 56038-56040, 56041-56043, 56044, 56045, 56046-56048, 56049-56051, 56052-56054, 56083-56084, 56085, 56086, 56087, 56088-56089, 56090, 56091, 56092, 56093, 56094, 56095, 56096-56097, 56098-56099, 56100, 56101, 56102, 56103, 56104-56105, 56106-56107, 56108, 56109, 56110, 56111, 56112-56113, 56114-56115, 56116, 56117-56123, 56124, 56125-56129, 56130-56134, 56135-56139, 56140-56144, 56145-56149, 56150-56152, 56153, 56154, 56155, 56156-56157, 56158, 56159, 56160, 56161, 56162, 56163, 56164-56165, 56166-56167, 56168, 56169, 56170, 56171, 56172-56173, 56174-56175, 56176, 56177, 56178, 56179, 56180-56181, 56182-56183, 56184, 56187-56195, 56196, 56197-56207, 56208, 56209-56210, 56211-56213, 56214-56225, 56226-56236, 56237, 56238, 56239, 56240, 56241-56242, 56243-56244, 56245-56246, 56247, 56248, 56249-56250, 56251, 56252, 56253, 56254, 56255, 56256, 56257, 56258, 56259, 56260, 56261, 56262, 56263-56266, 56267, 56268-56269, 56270, 56271-56272, 56273-56274, 56275-56276, 56277-56279, 56280, 56281-56282, 56283-56284, 56285-56286, 56287-56298, 56299, 56300-56312, 56313-56326, 56327-56331, 56332, 56333, 56334, 56335-56336, 56337, 56338, 56339, 56340, 56341, 56342, 56343-56344, 56345-56346, 56347, 56348, 56349, 56350, 56351-56352,

56353-56354, 56355, 56356, 56357, 56358, 56359-56360, 56361-56362, 56363, 56364-56366, 56367-56373, 56374-56385, 56386-56397, 56398-56410, 56411, 56412-56422, 56423, 56424-56434, 56435-56452, 56453, 56454-56468, 56469-56485, 56486, 56487, 56488-56502, 56503-56517, 56518, 56519, 56520, 56521-56546, 56547-56560, 56561-56562, 56563-56564, 56565-56567, 56568, 56569-56571, 56572-56575, 56576-56580, 56581-56585, 56586-56590, 56591-56602, 56603, 56604, 56605, 56606-56608, 56609, 56610, 56611, 56612, 56613, 56614, 56615, 56616, 56617-56618, 56619, 56622, 56623, 56624, 56625, 56626-56628, 56629, 56630, 56631, 56632, 56641, 56642-56680, 56681-56682, 56683, 56684, 56685, 56686, 56687, 56688, 56689, 56778, 56779-56781, 56792, 56793-56797, 56798-56803, 56804-56808, 56809-56814, 56815-56819, 56820-56825, 56826-56827, 56828, 56829, 56830, 56831, 56832-56833, 56834-56835, 56836-56837, 56838-56839, 56840-56842, 56843, 56846-56847, 56848, 56849, 56850, 56851, 56852-56854, 56855, 56856, 56857-56858, 56859, 56860, 56861, 56862, 56863-56865, 56866, 56867, 56868, 56869-56874, 56875-56877, 56878, 56879, 56880, 56881, 56882, 56883, 56884, 56885, 56886-56887, 56888, 56889, 56890, 56891, 56892-56893, 56894, 56895, 56896, 56897, 56898, 56899, 56900, 56901, 56902, 56903-56904, 56905-56906, 56907-56908, 56909, 56910, 56911, 56912-56913, 56914-56915, 56916-56917, 56918-56919, 56920-56921, 56922-56936, 56937-56938, 56939, 56940-56953, 56954-56959, 56960, 56961-56962, 56963-56972, 56973-56974, 56975-56976, 56977, 56978, 56979, 56980, 56981, 56982-56983, 56984-57004, 57005, 57006, 57007, 57008, 57009, 57010, 57011, 57012, 57013, 57014, 57015, 57016, 57017, 57018, 57019, 57020, 57021, 57022, 57023, 57024, 57025, 57026, 57027, 57028, 57029, 57030, 57031-57032, 57033, 57034, 57035, 57036, 57037, 57038-57045, 57046, 57047, 57048, 57049, 57050, 57051, 57052, 57053, 57054, 57055, 57056, 57057, 57058, 57059, 57060, 57061, 57062, 57063-57064, 57065, 57066-57072, 57073, 57074, 57075, 57076, 57077, 57078, 57079, 57080-57083, 57084, 57085, 57086, 57087, 57088-57089, 57090-57092, 57093-57095, 57096-57098, 57099-57101, 57102-57104, 57105-57108, 57109, 57110, 57111, 57112-57116, 57117, 57118, 57119, 57120, 57121, 57122, 57123-57125, 57126, 57127, 57128, 57129, 57130-57132, 57133, 57134, 57135-57137, 57138-57141, 57142-57144, 57145, 57146, 57147, 57148, 57149-57151, 57152, 57153, 57154, 57155, 57156-57158, 57159, 57160, 57161, 57162, 57163, 57164-57170, 57171, 57172, 57173, 57174, 57175, 57176, 57177-57179, 57180-57182, 57183, 57184, 57185, 57186, 57187, 57188, 57189, 57190, 57191, 57192, 57193, 57194-57196, 57197, 57198, 57199-57201, 57202-57204, 57205, 57206, 57207-57209, 57210-57213, 57214-57216, 57217, 57218, 57219-57221, 57222, 57223, 57224-57225, 57226-57227, 57228-57232, 57233-57234, 57235-57237, 57238, 57239, 57240-57241, 57242-57243, 57244-57245, 57246-57247, 57248-57250, 57251-57253, 57254-57256, 57257, 57258, 57259-57261, 57262, 57263-57266, 57267, 57268, 57269, 57270-57273, 57274, 57275, 57276, 57277, 57278, 57279-57282, 57283, 57284, 57285, 57286, 57298-57299, 57300-57301, 57302-57303, 57304, 57305, 57306, 57307, 57308-57317, 57318, 57319, 57320, 57321, 57322, 57323, 57324, 57325, 57326, 57327, 57328-57337, 57338-57340, 57341-57342, 57343, 57344-57345, 57346, 57347, 57348-57352, 57353-57354, 57355, 57356-57357, 57358-57367, 57368, 57369, 57370, 57371, 57372, 57373, 57374, 57375, 57376, 57377-57386, 57387-57389, 57390-57391, 57392, 57393-57394, 57395, 57396, 57397-57401, 57402-57403, 57404, 57405-57406, 57407-57416, 57417, 57418, 57419, 57420, 57421, 57422, 57423, 57424, 57425, 57426, 57427-57436, 57437-57439, 57440-57441, 57442, 57443-57444, 57445, 57446, 57447-57451, 57452-57453, 57454, 57455-57456, 57457-57466, 57467, 57468-57477, 57478-57481, 57482, 57483, 57484, 57485, 57486, 57487, 57488-57489, 57490, 57491, 57492, 57493, 57494-57495, 57496, 57497, 57498, 57499, 57500, 57501-57502, 57503, 57504, 57505-57507, 57508, 57509, 57510-57511, 57512, 57513-57514, 57515, 57516-57517, 57518-57519,

**Def's App. 0091**

57520-57521, 57522, 57523-57534, 57535, 57536-57540, 57541, 57542, 57543, 57544, 57545-57549, 57550, 57551, 57552, 57553, 57554-57563, 57564, 57565-57567, 57568, 57569, 57570, 57571, 57572, 57573, 57574, 57575-57576, 57577, 57578-57580, 57581, 57582, 57583, 57584, 57585, 57586, 57587-57588, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 57700-57704, 57705, 57706, 57707, 57708, 57709, 57710-57711, 57712, 57713, 57714, 57715, 57716, 57717, 57718, 57719-57721, 57722, 57723, 57724, 57725, 57726, 57727, 57728, 57729, 57730, 57731-57733, 57734, 57735, 57736, 57737, 57738, 57739, 57740-57742, 57743, 57744, 57745, 57746, 57747, 57748, 57749, 57750-57751, 57752, 57753, 57754, 57755, 57756-57757, 57758, 57759, 57760, 57761, 57762-57765, 57766, 57767, 57768, 57769, 57770, 57771, 57772, 57773-57774, 57775, 57776, 57777, 57778, 57779, 57780, 57781, 57782, 57823, 57824, 57825, 57826, 57921-57925, 57926, 57927, 57928, 57929, 57930, 57931, 57932, 57933, 57934, 57935, 57936, 57937, 57938, 57939, 57940, 57941, 57942, 57943, 57944, 57945, 57946, 57947, 57948, 57949, 57950, 57951, 57952, 57953, 57954, 57955, 57956, 57957, 57958, 57959, 57960, 57961, 57962, 57963, 57964, 57965, 57966, 57967, 57968, 57969, 57970, 57971, 57972, 57973, 57974, 57975, 57976, 57977, 57978, 57979, 57980, 57981, 57982, 57983, 57984, 57985, 57986, 57987, 57988, 57989, 57990, 57991, 57992, 57993, 57994, 57995, 57996, 57997, 57998, 57999, 58000, 58001, 58002, 58003, 58004, 58005, 58006, 58007, 58008, 58009, 58010, 58011, 58012, 58013, 58014, 58015, 58016, 58017, 58018, 58019, 58020, 58021, 58022, 58023, 58024, 58025, 58026, 58027, 58028, 58029, 58030, 58031, 58032, 58033, 58034, 58035, 58036, 58037, 58038, 58039, 58040, 58041, 58042, 58043, 58044, 58045, 58046, 58047, 58048, 58049, 58050-58054, 58055, 58056, 58057, 58058, 58059, 58060, 58061, 58062, 58063, 58064, 58065, 58066, 58067, 58068, 58069, 58070, 58071, 58072, 58073, 58074, 58075, 58076, 58077, 58078, 58079, 58080, 58081, 58082, 58083, 58084, 58085, 58086, 58087, 58088, 58089, 58090, 58091, 58092-58093, 58094, 58095, 58096, 58097, 58098, 58099, 58100, 58101, 58102, 58103, 58104, 58105, 58106, 58107, 58108, 58109, 58110, 58111, 58112, 58113, 58114, 58115, 58116, 58117, 58118, 58119, 58120, 58121, 58122, 58123, 58124, 58128-58133, 58134, 58135, 58136, 58137, 58138-58142, 58143, 58144, 58145, 58146, 58147, 58148, 58149, 58150-58151, 58152, 58153, 58154-58155, 58156, 58157, 58158-58159, 58160, 58161, 58162, 58173-58176, 58177, 58178, 58179, 58180-58183, 58184, 58185, 58186, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58221-58225, 58226, 58227, 58228, 58229-58233, 58234, 58235, 58236, 58237-58238, 58239, 58240, 58241, 58242, 58243, 58256-58259, 58260, 58261, 58262, 58263, 58264, 58265, 58266-58267, 58268, 58269, 58270, 58271, 58272-58273, 58274, 58275, 58276, 58277, 58278, 58279-58281, 58282, 58283, 58284-58285, 58286-58288, 58289, 58290, 58291-58293, 58294, 58295, 58342, 58343-58344, 58345, 58346, 58351-58353, 58354, 58355, 58356, 58357, 58372, 58373, 58374-58376, 58377, 58378, 58379, 58380, 58381-58382, 58383, 58384, 58385, 58386, 58387, 58388, 58391-58393, 58394, 58395, 58396, 58397, 58398-58399, 58400, 58401, 58406-58407, 58408, 58409, 58410-58411, 58412, 58413, 58441-58442, 58443-58444, 58445-58446, 58447-58448, 58449-58451, 58452, 58453, 58454-58456, 58457, 58458, 58459-58461, 58462, 58463, 58487-58488, 58489, 58490, 58491-58492, 58493, 58494, 58495-58496, 58497, 58498, 58499, 58500-58502, 58503, 58504, 58505, 58506, 58507, 58508-58510, 58511, 58512, 58513, 58514, 58515, 58545-58551, 58552, 58553, 58556-58558, 58569-58572, 58573, 58574, 58578-58581, 58582, 58583, 58584, 58585, 58586, 58636, 58637-58638, 58639, 58640, 58641-58643, 58644-58646, 58647, 58648, 58649, 58650-58652, 58653, 58654, 58655-58658, 58659, 58660, 58661, 58662, 58663, 58664-58667, 58668, 58669, 58670, 58671, 58672, 58673-58677, 58678, 58679, 58680, 58681, 58682, 58683-58687, 58688, 58689, 58690, 58691, 58692, 58693-58698,

58699, 58700, 58701, 58702, 58703-58705, 58706-58715, 58716, 58717, 58718-58727, 58728, 58729, 58730-58733, 58734-58743, 58744, 58745, 58746-58749, 58750, 58751-58754, 58755, 58780, 58781, 58782, 58783, 58784, 58785, 58786, 58787, 58809, 58810-58811, 58812, 58813, 58814-58815, 58816-58818, 58819, 58820, 58825, 58826, 58827, 58828, 58829, 58830, 58831, 58832, 58836, 58837-58839, 58840, 58841, 58842-58844, 58845-58849, 58850, 58851, 58852, 58853-58854, 58855, 58856, 58857, 58858, 58859-58860, 58861-58869, 58870, 58871, 58872, 58873, 58874-58875, 58876-58887, 58888, 58889-58890, 58891, 58892, 58897-58899, 58900, 58901, 58902, 58903, 58904-58912, 58913, 58914, 58915, 58916, 58917-58919, 58920, 58921, 58922, 58923, 58924-58927, 58928, 58929, 58930, 58931, 58932-58935, 58936, 58937, 58938, 58939, 58940, 58941-58944, 58945, 58946, 58947, 58948, 58949, 58958, 58959, 58960, 58961, 58962, 58963, 58964, 58965, 58966-58967, 58968, 58969, 58970, 58971, 58972, 58973, 58974, 58975, 58976, 58977, 58978-58979, 58980, 58981, 58982, 58990-58991, 58992, 58993, 58994, 58995, 58996, 58997, 58998-58999, 59000, 59001, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59091, 59092, 59093, 59094, 59095, 59096, 59097, 59098, 59106-59109, 59110, 59111-59117, 59118, 59119, 59120, 59175-59176, 59177, 59178, 59179, 59180, 59181-59182, 59183, 59184, 59185, 59186, 59187-59188, 59189, 59190, 59194-59195, 59196-59198, 59199, 59200, 59201-59204, 59205, 59206, 59207-59209, 59210-59213, 59214, 59215, 59216-59220, 59221, 59222, 59223-59227, 59228, 59229, 59230-59233, 59234, 59235, 59236, 59237, 59238, 59239, 59240, 59241, 59242, 59243, 59244, 59245, 59246, 59247, 59248, 59249, 59250, 59251-59252, 59253, 59254, 59255, 59256, 59257, 59258, 59259, 59260, 59261, 59262, 59263, 59264, 59265, 59266-59267, 59268, 59269, 59270, 59271, 59278-59280, 59281, 59282, 59283, 59284, 59285, 59286, 59287, 59288, 59289, 59290-59291, 59292-59293, 59294-59296, 59297, 59298, 59299-59301, 59302, 59303, 59304-59307, 59308-59312, 59313-59317, 59318-59319, 59320, 59321-59323, 59324, 59325, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59346-59349, 59350, 59351, 59352-59356, 59357, 59358, 59359, 59360-59365, 59366, 59367, 59368, 59369, 59370-59372, 59373, 59374, 59375, 59376, 59377-59380, 59381, 59382, 59383, 59384, 59385-59386, 59387, 59388, 59389, 59390, 59391-59393, 59394, 59395, 59396, 59397, 59398-59400, 59401, 59402, 59403, 59404, 59492, 59493-59497, 59498, 59499-59500, 59501-59502, 59503-59505, 59506-59509, 59510, 59511, 59512, 59513, 59514, 59515, 59516-59517, 59518-59519, 59520, 59521-59522, 59523, 59524-59525, 59526, 59527, 59528, 59529-59531, 59532, 59533, 59534, 59535, 59536-59540, 59541, 59542, 59543, 59544, 59545, 59546, 59547, 59548, 59549-59553, 59554, 59555, 59556, 59557, 59558, 59559, 59560-59562, 59563, 59564, 59565, 59566, 59567, 59568-59570, 59571, 59572, 59573, 59574, 59575-59578, 59579, 59580, 59581, 59582, 59583, 59584, 59585, 59586, 59587, 59588, 59589, 59590, 59591, 59592-59599, 59600, 59601, 59602, 59603, 59604, 59605, 59606, 59607, 59608, 59609, 59610, 59611, 59612, 59613, 59614, 59615-59617, 59618, 59644, 59645, 59646, 59647, 59648, 59649, 59650, 59651, 59652-59653, 59654, 59655, 59656, 59669-59672, 59673, 59674, 59675-59677, 59703-59704, 59705, 59706, 59707-59710, 59711, 59712, 59713-59714, 59718-59721, 59722, 59723, 59724-59725, 59726, 59727, 59728-59729, 59730, 59731, 59732, 59738-59742, 59743, 59744, 59881-59882, 59883, 59884, 59885, 59886, 59887, 59888, 59889, 59890, 59891, 59892, 59893, 59894, 59895-59896, 59897, 59898, 59899, 59900, 59901, 59902, 59903, 59904, 59905, 59906, 59907, 59908, 59913-59914, 59915, 59916, 59917, 59918, 59919-59923, 59924, 59925, 59932-59934, 59935, 59936, 59937, 59938-59942, 59943, 59944, 59950-59954, 59955-59959, 59960, 59961, 59962, 59963, 59964, 59965, 59969-59973, 59974, 59975, 59983-59987,

**Def's App. 0093**

59988, 59989, 59990, 59991-59996, 59997, 59998, 59999-60003, 60004, 60005, 60006-60011, 60012-60017, 60018, 60019, 60020-60024, 60025-60030, 60031-60036, 60037, 60038, 60039-60044, 60045, 60046, 60047-60052, 60053, 60054-60060, 60061, 60062, 60063, 60064, 60065, 60066, 60067, 60068-60069, 60070, 60071, 60072-60073, 60074, 60075, 60076-60077, 60078, 60079, 60080-60081, 60082, 60083, 60084-60085, 60086, 60087, 60088-60090, 60091, 60092, 60093, 60098, 60099, 60100, 60152-60157, 60158, 60159, 60160-60165, 60166-60171, 60172, 60173-60179, 60180, 60181, 60193-60198, 60199, 60200, 60201, 60202, 60203, 60204, 60205, 60206, 60207, 60208, 60209, 60210, 60211, 60212, 60213, 60214, 60215, 60216, 60217-60222, 60223, 60224, 60307-60308, 60309, 60310, 60311, 60312, 60313, 60314, 60315, 60316, 60317, 60318-60319, 60320, 60321, 60322-60323, 60324, 60325, 60326, 60327, 60328, 60329, 60392-60395, 60447-60448, 60449, 60450, 60451, 60452, 60453, 60454, 60455, 60456, 60457, 60458, 60459, 60460, 60461, 60462, 60463, 60464, 60465, 60466, 60467, 60468, 60469, 60470-60472, 60473, 60474-60476, 60477, 60478, 60488-60491, 60492, 60493, 60494, 60532-60533, 60534, 60535, 60536, 60537, 60538, 60539, 60540, 60541, 60542, 60554, 60555-60557, 60558, 60559, 60560, 60561, 60562, 60563, 60564, 60565, 60566, 60577-60578, 60579-60580, 60581, 60582, 60583, 60584-60585, 60586, 60587, 60588, 60589, 60590-60591, 60592, 60593, 60611-60612, 60613, 60614, 60615-60616, 60617, 60618, 60619, 60620, 60621, 60622, 60623-60624, 60625, 60626, 60627, 60628-60629, 60630, 60631, 60632, 60633, 60634-60636, 60637, 60638, 60639-60641, 60642, 60643, 60644, 60645, 60646, 60647, 60648, 60649, 60650, 60651, 60652, 60653-60654, 60655, 60656-60657, 60658, 60659, 60662-60664, 60665, 60666, 60667-60669, 60670-60675, 60676-60678, 60679, 60680, 60681-60683, 60684, 60685, 60686, 60687, 60688, 60689, 60690-60692, 60693, 60694, 60695, 60696, 60697, 60698, 60699-60701, 60702, 60703, 60704, 60705-60706, 60707, 60708, 60709, 60710, 60711-60712, 60713-60717, 60718, 60719-60720, 60721-60722, 60723, 60731-60732, 60733, 60734-60737, 60738, 60783-60786, 60787, 60788, 60789, 60800-60803, 60804, 60805, 60806, 60840, 60841, 60842, 60843, 60844, 60859-60864, 60865, 60866, 60867, 60868-60869, 60870, 60871, 60872, 60873-60875, 60894-60898, 60899-60903, 60904-60906, 60907-60912, 60913, 60920-60927, 60928-60930, 60931, 60932, 60933, 60934, 60935-60938, 60939, 60940, 60941, 60942-60946, 60947, 60948, 60949, 60950, 60951-60954, 60955, 60956, 60957, 60958-60962, 60963, 60964, 60965, 60966-60971, 60972, 60973, 60974, 60975-60976, 60977, 60978, 60979, 60980, 60981, 60982-60983, 60984-60985, 60986, 60987, 60988-60990, 60991, 61002-61005, 61006, 61007, 61008, 61009, 61010, 61011, 61012, 61013-61036, 61037-61060, 61061, 61062-61086, 61087-61089, 61125, 61126, 61127, 61148, 61149-61152, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61231-61233, 61234-61237, 61238, 61239, 61240-61242, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257, 61258-61263, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61616-61617, 61618-61629, 61630-61633, 61634-61640, 61641-61644, 61645-61648, 61649, 61650, 61651-61652, 61653,

Def's App. 0094

61654, 61655-61656, 61657, 61658, 61672-61678, 61679, 61680, 61681, 61694-61696, 61697-61700, 61701-61702, 61703-61704, 61741-61747, 61748, 61749, 61820-61828, 61829-61833, 61834, 61835, 61856-61858, 61859-61862, 61863-61864, 61865-61866, 61867-61874, 61875, 61876, 61877, 61878, 61879, 61899-61903, 61904, 61905, 61906, 61907, 61908, 61947-61952, 61953, 61954, 61955, 61956, 61957, 61958, 61959, 61960-61968, 61969-61972, 61973, 61974, 61992-61993, 61994, 61995, 61996, 62036-62037, 62038, 62039-62040, 62041, 62042, 62043, 62044, 62045, 62046-62047, 62048, 62049, 62050-62051, 62058-62059, 62060, 62061-62062, 62063, 62064-62065, 62066-62068, 62069-62071, 62072, 62073-62075, 62076-62077, 62078, 62079-62081, 62082-62084, 62085-62087, 62088-62090, 62106-62107, 62108, 62109, 62110, 62111-62113, 62114-62116, 62117, 62118-62122, 62123-62127, 62128-62132, 62133-62137, 62138-62142, 62143-62147, 62148-62150, 62151-62154, 62155-62158, 62159, 62165-62168, 62176-62179, 62180-62184, 62185-62186, 62187-62188, 62189-62190, 62191-62193, 62194-62195, 62196-62200, 62201, 62202, 62203, 62204-62206, 62207, 62208-62209, 62210-62215, 62216-62217, 62218-62222, 62223-62224, 62225-62229, 62230-62231, 62232-62233, 62234-62236, 62237-62238, 62239-62243, 62244-62245, 62246-62248, 62249-62251, 62252-62255, 62256, 62257-62260, 62261-62263, 62264, 62265, 62266, 62267-62270, 62271-62275, 62276-62281, 62282-62286, 62287-62288, 62289-62291, 62292-62296, 62297, 62298, 62300-62302, 62303-62305, 62306, 62326-62332, 62333, 62334, 62335, 62336, 62337, 62338, 62339, 62340, 62341, 62342-62349, 62350, 62351, 62352, 62353, 62354, 62355, 62356, 62357, 62358, 62359, 62360, 62366, 62367-62368, 62369-62379, 62380-62382, 62383, 62384, 62385, 62386-62388, 62389, 62390, 62391, 62392, 62393, 62394, 62395, 62396, 62397, 62512-62513, 62514, 62515, 62516, 62517, 62518-62520, 62521, 62522, 62523, 62524, 62525, 62526, 62527-62528, 62529, 62530, 62533-62536, 62537, 62538, 62549-62553, 62554-62556, 62557, 62558, 62559, 62560, 62561-62562, 62563, 62564, 62565, 62566, 62567-62571, 62572-62578, 62579-62580, 62581, 62582, 62583-62592, 62593, 62605, 62606-62608, 62612-62614, 62615, 62616, 62617, 62618-62620, 62621, 62622, 62623, 62624, 62625, 62626-62629, 62630, 62631, 62632, 62633, 62634, 62635-62637, 62638, 62639, 62640, 62668-62669, 62670, 62671, 62672, 62673, 62674, 62675-62676, 62677, 62678, 62679, 62680, 62681, 62682, 62683, 62684, 62685, 62686, 62687-62688, 62689, 62690, 62691-62692, 62693-62695, 62699-62701, 62702-62704, 62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62719-62721, 62722-62726, 62727-62732, 62733-62738, 62739-62745, 62746-62752, 62753, 62754-62756, 62762-62765, 62766-62770, 62771, 62772, 62773, 62774, 62775, 62783-62789, 62790, 62791, 62792, 62793, 62794, 62795, 62796-62799, 62800, 62801, 62802, 62803, 62833-62838, 62839, 62840, 62841, 62842, 62843, 62844, 62845, 62846, 62847, 62848, 62849, 62850, 62851-62858, 62859, 62860, 62861, 62862, 62863-62867, 62868, 62869-62874, 62875, 62876, 62877, 62878-62884, 62885, 62886-62892, 62893, 62894, 62917-62921, 62922-62923, 62924, 62925, 62926, 62927-62932, 62933-62934, 62935-62941, 62942-62943, 62950, 62958-62961, 62962, 62963, 62964, 62965, 63019-63028, 63029, 63030-63033, 63034-63045, 63046, 63076-63080, 63081, 63082, 63083, 63084, 63085, 63086, 63087, 63088-63089, 63090, 63091, 63092, 63093-63094, 63095, 63096-63098, 63099, 63100, 63101, 63102, 63103-63107, 63108, 63109, 63110, 63111, 63112, 63119-63121, 63122, 63123, 63124, 63166, 63167, 63168, 63169-63171, 63172, 63215-63216, 63217, 63237-63241, 63242, 63243, 63244, 63256-63260, 63261, 63262-63266, 63267-63272, 63273, 63274, 63275-63279, 63280-63285, 63292, 63293, 63294-63295, 63296, 63297, 63298, 63299, 63300, 63301-63307, 63308, 63309, 63310, 63311, 63312, 63313, 63314, 63315, 63339-63342, 63343, 63344-63345, 63346, 63347-63351, 63352, 63353-63354, 63355-63358, 63359-63364, 63365, 63366-63367, 63368-63371, 63376-63381, 63382, 63383-63384, 63385-63391, 63392, 63393-63394, 63395-63400,

63401, 63402, 63403, 63404, 63407-63414, 63415, 63416-63417, 63418-63427, 63428-63429, 63430-63437, 63438-63446, 63447, 63448, 63449-63450, 63451, 63452-63458, 63459, 63460-63465, 63466, 63467, 63468, 63469, 63473, 63474, 63475, 63486, 63501-63505, 63506, 63507, 63508, 63509, 63510, 63552, 63553, 63554-63558, 63559, 63560, 63561, 63562-63563, 63579-63582, 63583, 63584, 63585-63588, 63589-63593, 63604-63606, 63607, 63608-63612, 63624, 63625-63630, 63631-63658, 63685-63686, 63687, 63688, 63689, 63706-63707, 63708, 63709, 63799-63801, 63846-63848, 63849-63851, 63852, 63853-63857, 63858-63860, 63861-63863, 63864, 63865, 63875-63879, 63880, 63881-63885, 63886-63887, 63888-63894, 63895, 63946-63953, 63954-63962, 63963-63973, 63975-63986, 63987-63988, 63989, 63990, 63991, 63992, 63993, 63994-64007, 64008-64022, 64023-64038, 64039-64055, 64056-64072, 64073-64089, 64090-64106, 64107-64123, 64124, 64125, 64126, 64127, 64128-64145, 64146, 64147, 64148, 64149, 64150, 64151-64158, 64159-64165, 64166-64170, 64171, 64172, 64173, 64174-64175, 64176-64177, 64178, 64179-64180, 64213-64215, 64216, 64217, 64218-64224, 64225, 64226, 64227, 64228, 64229-64235, 64236, 64237, 64238-64244, 64245-64251, 64252-64258, 64259, 64260, 64261-64268, 64269, 64270-64278, 64279-64286, 64287-64295, 64296-64305, 64306, 64307, 64310-64319, 64320, 64321-64324, 64325, 64343-64354, 64355, 64356, 64357-64368, 64369, 64380-64385, 64386, 64387, 64388-64392, 64393, 64394, 64395, 64396, 64397, 64398-64400, 64401, 64402, 64403, 64404, 64405, 64406, 64407, 64408, 64409, 64410, 64411, 64412, 64413, 64414, 64415, 64416, 64470, 64471-64472, 64473-64474, 64475-64476, 64477-64478, 64517-64521, 64522, 64523-64525, 64526-64527, 64528-64529, 64530-64531, 64532-64533, 64534, 64535, 64536, 64537, 64538-64539, 64540, 64541, 64542, 64543, 64544, 64545, 64546-64550, 64551-64553, 64554-64556, 64557, 64558, 64588-64589, 64590, 64591, 64592, 64593, 64621-64623, 64624, 64625, 64626, 64627, 64628, 64629, 64630, 64631, 64632, 64633, 64634, 64635, 64636, 64637, 64638, 64639, 64640, 64641, 64642, 64643, 64644, 64645, 64646, 64647, 64648-64650, 64651, 64652, 64653, 64654, 64655, 64656, 64657, 64658-64659, 64660, 64661, 64662-64664, 64665, 64666-64671, 64672, 64673-64677, 64678, 64679-64683, 64684, 64685-64689, 64690, 64691-64692, 64693, 64694-64696, 64697, 64698, 64699, 64700-64703, 64704, 64705-64708, 64709, 64710, 64711-64718, 64719, 64720, 64721, 64722, 64723, 64724, 64725, 64730-64737, 64738-64743, 64744, 64745, 64746, 64747, 64748-64749, 64750, 64751-64752, 64766-64767, 64768, 64769, 64770, 64771, 64772, 64773-64774, 64775, 64776, 64777, 64778-64779, 64780, 64781, 64782, 64783, 64784-64787, 64830-64831, 64832, 64833, 64834, 64835, 64850-64855, 64856, 64857, 64858, 64859, 64860, 64861, 64862, 64863, 64864, 64865-64868, 64869, 64870, 64871-64873, 64874-64878, 64879, 64880-64887, 64888, 64889, 64890, 64891, 64892, 64893-64895, 64906-64907, 64908, 64909, 64910-64911, 64912, 64913, 64914-64916, 64917, 64924-64925, 64926, 64927, 64928, 64929-64931, 64932, 64933, 64940, 64941, 64942, 64943, 64956-64957, 64958, 64959, 64960-64962, 64973, 64974-64989, 64990-64993, 64994, 64995-65008, 65009, 65010, 65011-65013, 65014, 65015, 65016, 65017-65028, 65029, 65030-65031, 65034-65039, 65040, 65041-65047, 65048, 65049, 65050-65051, 65052-65053, 65054, 65055-65062, 65063, 65064, 65065, 65066, 65075-65076, 65077, 65078, 65079, 65080-65083, 65084-65086, 65087, 65088, 65089, 65090, 65091, 65092, 65113-65116, 65117-65131, 65132, 65133, 65134-65138, 65139-65142, 65143-65147, 65148-65162, 65163-65170, 65171-65186, 65187, 65188-65201, 65202, 65209-65212, 65213-65224, 65225, 65226-65227, 65228-65236, 65237-65242, 65243-65257, 65258-65260, 65261, 65262, 65263-65272, 65273, 65274, 65275, 65276, 65277, 65278, 65279, 65280, 65281, 65282, 65283, 65284, 65285, 65345, 65346, 65347, 65348, 65349, 65350, 65351, 65352, 65353, 65354, 65355-65364, 65365, 65366, 65367, 65368, 65369, 65370-65377, 65378, 65379, 65380, 65381-65388, 65389, 65390, 65391, 65392, 65393-

65401, 65402, 65403, 65404, 65405, 65411, 65412, 65413, 65414, 65415-65416, 65417, 65425-65427, 65428, 65429, 65430, 65431, 65432, 65433, 65434-65435, 65436, 65437-65440, 65441, 65442-65445, 65446, 65447-65451, 65452, 65453, 65454-65456, 65457, 65458-65462, 65463-65466, 65467-65470, 65471, 65472-65478, 65479, 65480, 65481, 65482-65488, 65489, 65490-65496, 65497, 65498-65502, 65503, 65504-65512, 65513, 65514, 65515, 65516, 65517, 65518-65540, 65541, 65542, 65543, 65544, 65545, 65546, 65547, 65548, 65549, 65550, 65551, 65552, 65553, 65554, 65555, 65556, 65557, 65558, 65559, 65560, 65561, 65562-65563, 65564, 65565-65572, 65573-65596, 65597-65602, 65603, 65604, 65605-65612, 65613, 65614, 65646-65648, 65649, 65650, 65651-65654, 65655, 65656-65660, 65661, 65662-65667, 65668, 65669-65675, 65676, 65677-65685, 65686, 65687-65688, 65689, 65690-65698, 65699-65705, 65706-65715, 65716-65725, 65726, 65727-65728, 65729, 65730, 65731, 65732, 65733-65734, 65735, 65736, 65737, 65738-65739, 65740, 65741-65742, 65743, 65744, 65745, 65762-65766, 65767, 65768-65775, 65776-65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828, 65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 65861, 65862, 65863, 65864-65865, 65866, 65867-65868, 65869-65870, 65871-65872, 65873-65874, 65875-65876, 65877-65878, 65879-65880, 65881-65882, 65883-65884, 65885-65886, 65887-65888, 65889, 65890-65891, 65892, 65893-65894, 65895, 65896, 65897-65899, 65900, 65901, 65902-65903, 65904, 65905-65907, 65908-65910, 65911-65912, 65913-65914, 65915-65929, 65930-65931, 65932, 65933-65946, 65947-65952, 65953, 65954-65955, 65956-65965, 65966-65968, 65969-65971, 65972-65974, 65975-65977, 65978-65980, 65981-65982, 66033-66036, 66037, 66038, 66039-66043, 66044, 66045, 66046-66050, 66051, 66052, 66053-66057, 66058, 66059, 66076-66084, 66085, 66086, 66087, 66237, 66238-66239, 66240-66241, 66242, 66243-66244, 66245-66246, 66247-66249, 66262-66267, 66268-66278, 66279, 66280, 66310-66312, 66320, 66321, 66322, 66323, 66324, 66325, 66326-66327, 66328-66331, 66332, 66333-66338, 66339, 66340, 66341, 66342, 66343, 66344, 66345, 66346, 66347, 66348, 66349, 66350, 66351, 66352, 66353, 66395-66402, 66403, 66404, 66405-66412, 66413, 66414, 66415-66421, 66422-66428, 66429-66435, 66436-66445, 66446-66452, 66460-66463, 66464, 66465-66468, 66469-66472, 66473-66477, 66478-66482, 66483-66490, 66491, 66492-66499, 66500, 66501, 66502-66509, 66510-66517, 66518-66525, 66526, 66527-66534, 66535-66540, 66541-66549, 66550-66559, 66560-66570, 66571-66576, 66577, 66578-66583, 66590, 66591, 66592-66593, 66594-66595, 66596-66598, 66599-66601, 66605-66615, 66616-66626, 66627-66637, 66638-66648, 66649, 66650, 66651-66652, 66653, 66654, 66655, 66656, 66657-66658, 66659-66668, 66669-66670, 66671-66672, 66673-66675, 66676-66678, 66679-66681, 66682-66684, 66685-66687, 66688-66689, 66690-66691, 66692-66693, 66694-66695, 66696-66697, 66698-66699, 66706-66707, 66708-66709, 66710, 66711-66725, 66726-66727, 66731-66732, 66744-66747, 66748-66751, 66752-66755, 66756-66758, 66759-66761, 66762-66763, 66764-66765, 66766-66767, 66768-66769, 66770-66771, 66772-66773, 66774-66776, 66777-66779, 66780-66783, 66784-66787, 66788-66791, 66792-66802, 66810-66811, 66812-66813, 66814-66815, 66816-66817, 66818, 66819-66822, 66823-66826, 66827-66829, 66830, 66831, 66832-66834, 66835-66837, 66838-66842, 66843-66847, 66848-66852, 66853-66857, 66858-66859, 66860, 66861, 66862, 66865-66867, 66868-66869, 66870-66871, 66872-66873, 66874-66875, 66876-66878, 66879-66881, 66882, 66883-66885, 66886-66888, 66889-66891, 67014-67019, 67020, 67021, 67022-67029, 67030, 67031, 67032-67037, 67038, 67039, 67040-67045, 67046, 67047, 67074-67075, 67076-67082, 67083-67091, 67092-67100, 67101-67108, 67109-67126, 67127-67130, 67131-67135, 67136-67140, 67141-67158, 67159-67163, 67164-

67172, 67173-67176, 67177-67180, 67181-67198, 67199-67207, 67208-67219, 67220-67228, 67229-67236, 67237-67243, 67244-67250, 67251-67254, 67255-67262, 67263-67269, 67270-67281, 67282-67289, 67290-67294, 67295-67310, 67311-67315, 67316-67322, 67323-67339, 67340-67351, 67352-67367, 67368-67373, 67374-67381, 67382-67387, 67388-67396, 67397-67412, 67413-67419, 67420-67423, 67424-67428, 67429-67432, 67433-67439, 67440-67448, 67449-67457, 67458-67467, 67472-67475, 67476-67496, 67497-67504, 67505-67512, 67513-67520, 67521-67528, 67529-67546, 67547-67556, 67557-67566, 67567-67592, 67593-67600, 67601-67620, 67621-67628, 67629-67636, 67637-67644, 67645-67652, 67653-67660, 67661-67668, 67669-67676, 67677-67683, 67684-67699, 67700-67707, 67708-67723, 67724-67738, 67739-67746, 67747-67754, 67755-67762, 67763-67778, 67779-67794, 67795-67798, 67799-67802, 67803-67806, 67807-67809, 67810-67813, 67820-67824, 67825-67842, 67843-67859, 67860-67880, 67881-67906, 67907-67916, 67917-67940, 67941-67949, 67950-67960, 67961-67979, 67980-67994, 67995-68009, 68010-68017, 68018-68025, 68026-68033, 68034-68037, 68038-68041, 68042-68049, 68050-68061, 68062-68079, 68175-68180, 68181-68185, 68186-68194, 68195-68209, 68210-68224, 68225-68233, 68234-68241, 68242-68250, 68251-68259, 68260-68268, 68269-68277, 68278-68287, 68288-68306, 68307-68314, 68315-68318, 68319-68334, 68335-68342, 68343-68350, 68351-68358, 68359-68374, 68375-68382, 68383-68390, 68391-68398, 68399-68406, 68407-68414, 68415-68418, 68419-68426, 68427-68434, 68435-68442, 68443-68460, 68461-68478, 68498, 68499-68503, 68504-68509, 68510-68514, 68515-68520, 68521-68525, 68526-68531, 68540, 68541, 68542, 68543, 68544, 68545, 68546, 68547-68548, 68549, 68550, 68551, 68552, 68553-68555, 68556, 68557, 68558, 68559, 68562, 68563, 68564, 68565, 68582-68583, 68584-68587, 68624-68631, 68632-68639, 68640, 68641-68649, 68650, 68672-68673, 68674-68675, 68676, 68677-68679, 68680-68681, 68682, 68683-68685, 68686-68687, 68688, 68715-68717, 68718, 68719-68720, 68721, 68722, 68729, 68730-68737, 68738, 68803, 68804-68805, 68806-68807, 68808, 68809-68810, 68811-68812, 68813-68815, 68845-68847, 68848-68850, 68851-68854, 68855, 68856, 68857-68860, 68861, 68862, 68863-68866, 68867-68872, 68873, 68874-68878, 68879-68885, 68886-68892, 68893, 68959-68961, 68962, 68963, 68964-68965, 68966-68967, 68968-68970, 68973-68975, 68976, 68977, 68978-68980, 68981-68984, 69007-69008, 69009, 69010, 69011, 69012, 69013, 69014, 69015-69018, 69019, 69020, 69021, 69022, 69023-69027, 69028, 69029, 69030, 69031-69040, 69041-69044, 69045, 69046, 69047, 69048, 69049, 69050-69054, 69055, 69056, 69057, 69058, 69059, 69060, 69061, 69062, 69063, 69064, 69065, 69066, 69067, 69068, 69069, 69070, 69071, 69072, 69073, 69074, 69075, 69076, 69077-69078, 69079, 69080, 69081, 69082-69083, 69084, 69085, 69086, 69087-69088, 69089, 69090, 69091, 69092, 69093, 69094, 69095, 69096, 69097, 69098, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 69119, 69120-69150, 69151, 69152-69153, 69154-69155, 69156-69158, 69159-69160, 69161-69162, 69163-69164, 69165-70119, 70120, 70121, 70122, 70123, 70124-70163, 70164-70204, 70205-70235, 70236-70239, 70240, 70241, 70242-70244, 70245, 70246, 70247-70249, 70250, 70251, 70252-70253, 70254, 70255, 70256, 70257, 70258, 70259, 70260, 70261, 70262, 70263, 70264, 70265, 70266, 70267, 70268, 70269, 70270, 70271, 70272, 70273, 70274, 70275, 70276, 70277, 70278, 70279, 70280, 70281-70285, 70286, 70287, 70288, 70289-70290, 70291, 70292, 70293, 70294-70338, 70339-70347, 70348-70392, 70393-70406, 70407-70434, 70435-70449, 70450-70465, 70466-70480, 70481-70486, 70487-70491, 70492-70496, 70497-70501, 70502-70519, 70520-70521, 70522, 70523-70539, 70540-70555, 70556-70571, 70572-70589, 70590-70612, 70613-70624, 70625-70645, 70646-70650, 70651-70658, 70659, 70660-70666, 70667-70678, 70679-70693, 70694-70705, 70706-70731,

70732-70759, 70760-70777, 70778-70822, 70823-70838, 70839-70840, 70841-70842, 70843-70845, 70846, 70847-70874, 70875-70890, 70891-70905, 70906-70910, 70911-70919, 70920-70934, 70935-70936, 70937-70943, 70944, 70945, 70946-70951, 70952-70953, 70954, 70955, 70956, 70957, 70958, 70959, 70960, 70961-71005, 71006-71015, 71016-71033, 71034-71054, 71055-71059, 71060-71066, 71067-71078, 71079-71093, 71094-71121, 71122-71125, 71126-71131, 71132-71145, 71146-71148, 71149-71178, 71179, 71180, 71181-71184, 71185-71186, 71187, 71188, 71189, 71190-71193, 71194, 71195, 71196, 71197, 71198, 71199, 71200, 71201-71218, 71219-71239, 71240-71244, 71245-71250, 71251-71266, 71267-71294, 71295-71306, 71307-71329, 71330-71334, 71335-71337, 71338-71345, 71346-71353, 71354-71356, 71357-71364, 71365-71372, 71373, 71374, 71375-71376, 71377, 71378-71379, 71380-71381, 71382, 71383, 71384-71385, 71386-71389, 71390-71391, 71392, 71393, 71394, 71395, 71396, 71397, 71398-71402, 71403-71408, 71409, 71410, 71411-71416, 71417-71418, 71419, 71420, 71421, 71422, 71423, 71424-71425, 71426, 71427, 71428-71435, 71436-71440, 71441-71455, 71456-71464, 71465-71478, 71479-71485, 71486-71500, 71501-71516, 71517-71528, 71529-71547, 71548-71552, 71553-71557, 71558-71566, 71567-71585, 71586, 71587-71601, 71602-71628, 71629-71633, 71634-71646, 71647-71662, 71663-71678, 71679-71694, 71695-71698, 71699-71714, 71715-71720, 71721-71727, 71728-71748, 71749-71757, 71758-71778, 71779-71792, 71793-71804, 71805, 71806, 71807, 71808, 71809, 71810-71813, 71814-71818, 71819-71835, 71836-71847, 71848-71863, 71864-71879, 71880-71894, 71895-71901, 71902-71929, 71930-71936, 71937-71948, 71949-71966, 71967-71987, 71988-72001, 72002-72009, 72010-72016, 72017-72037, 72038, 72039-72066, 72067-72083, 72084-72091, 72092-72095, 72096-72107, 72108-72128, 72129-72135, 72136-72149, 72150-72163, 72164, 72165-72172, 72173, 72174-72236, 72237, 72238-72249, 72250-72265, 72266-72293, 72294-72308, 72309-72319, 72320-72324, 72325-72343, 72344-72362, 72363-72390, 72391-72406, 72407-72416, 72417-72423, 72424-72430, 72431-72448, 72449-72460, 72461-72481, 72482, 72483-72498, 72499-72506, 72507-72524, 72525-72529, 72530-72545, 72546-72551, 72552-72559, 72560-72569, 72570-72573, 72574-72581, 72582, 72583-72605, 72606-72612, 72613-72624, 72625-72647, 72648-72654, 72655-72681, 72682-72702, 72703-72709, 72710-72728, 72729-72744, 72745-72749, 72750-72754, 72755-72760, 72761-72783, 72784-72801, 72802-72808, 72809-72825, 72826-72851, 72852-72860, 72861-72876, 72877-72892, 72893-72899, 72900-72903, 72904-72905, 72906-72915, 72916-72923, 72924-72930, 72931-72942, 72943-72948, 72949-72966, 72967-72983, 72984-72991, 72992, 72993, 72994, 72995, 72996-73007, 73008-73016, 73017-73024, 73025-73028, 73029, 73030-73031, 73032, 73033, 73034, 73035, 73036, 73037-73038, 73039, 73040, 73041, 73042, 73043, 73044-73061, 73062-73079, 73080-73094, 73095-73099, 73100-73104, 73105-73112, 73113, 73114, 73115, 73116, 73117, 73118, 73119, 73120, 73121, 73122, 73123, 73124, 73125, 73126-73133, 73134-73140, 73141-73144, 73145-73152, 73153, 73154, 73155, 73156, 73157, 73158, 73159, 73160, 73161, 73162-73170, 73171-73197, 73198-73202, 73203-73222, 73223-73237, 73238-73243, 73244-73249, 73250, 73251, 73252-73266, 73267, 73268-73282, 73283-73288, 73289-73296, 73297-73298, 73299-73304, 73305-73316, 73317-73332, 73333-73338, 73339-73355, 73356-73371, 73372-73389, 73390-73397, 73398-73402, 73403-73418, 73419-73422, 73423-73431, 73432-73446, 73447-73455, 73456-73465, 73466-73471, 73472-73473, 73474, 73475, 73476, 73477, 73478-73479, 73480-73481, 73482-73483, 73484-73489, 73490, 73491, 73492-73493, 73494-73498, 73499-73505, 73506, 73507, 73508, 73509, 73510, 73511, 73512, 73513-73519, 73520, 73521, 73522, 73523, 73524, 73525, 73526, 73527-73528, 73529-73533, 73534, 73535-73536, 73537-73538, 73539, 73540-73543, 73544, 73545, 73546, 73547, 73548-73550, 73551-73553, 73554, 73555, 73556, 73557, 73558-73561,

73562, 73563, 73564, 73565, 73566-73567, 73568-73569, 73570, 73571-73591, 73592-73603, 73604-73618, 73619-73626, 73627-73640, 73641-73666, 73667-73671, 73672-73676, 73677-73685, 73686-73691, 73692-73719, 73720-73727, 73728-73739, 73740-73741, 73742-73743, 73744-73746, 73747-73749, 73750-73751, 73752, 73753, 73754-73755, 73756-73757, 73758-73763, 73764, 73765, 73766, 73767, 73768, 73769, 73770-73771, 73772, 73773, 73774, 73775, 73776-73777, 73778, 73779, 73780, 73781, 73782-73784, 73785, 73786-73789, 73790-73801, 73802-73805, 73806-73809, 73810-73813, 73814-73817, 73818-73823, 73824-73835, 73836-73849, 73850-73863, 73864-73870, 73871-73885, 73886-73893, 73894-73898, 73899-73903, 73904-73913, 73914-73941, 73942-73953, 73954-73958, 73959-73970, 73971-73975, 73976-73980, 73981-73983, 73984-73986, 73987, 73988-73992, 73993-74020, 74021-74030, 74031-74048, 74049-74056, 74057-74063, 74064-74108, 74109-74116, 74117-74133, 74134-74145, 74146-74153, 74154-74161, 74162-74169, 74170-74185, 74186-74193, 74194-74201, 74202-74213, 74214-74219, 74220-74231, 74232-74245, 74246-74252, 74253-74259, 74260-74287, 74288-74295, 74296-74311, 74312-74317, 74318-74323, 74324-74333, 74334-74337, 74338, 74339, 74340, 74341, 74342-74343, 74344-74355, 74356-74363, 74364-74372, 74373-74376, 74377-74380, 74381-74384, 74385-74394, 74395-74402, 74403-74414, 74415-74426, 74427-74434, 74435-74439, 74440-74465, 74466-74479, 74480-74486, 74487-74498, 74499-74515, 74516-74523, 74524-74535, 74536-74542, 74543-74560, 74561-74574, 74575-74581, 74582-74593, 74594-74598, 74599, 74600-74617, 74618-74626, 74627-74638, 74639-74650, 74651-74662, 74663-74670, 74671-74687, 74688-74694, 74695-74702, 74703-74712, 74713-74726, 74727-74738, 74739-74746, 74747-74758, 74759-74762, 74763-74770, 74771-74782, 74783-74786, 74787-74790, 74791-74797, 74798-74802, 74803-74807, 74808-74814, 74815-74840, 74841-74854, 74855-74859, 74860-74867, 74868-74875, 74876, 74877, 74878-74891, 74892-74909, 74910-74916, 74917-74922, 74923-74939, 74940-74951, 74952-74970, 74971-74975, 74976-74991, 74992-75000, 75001-75008, 75009-75020, 75021-75035, 75036-75042, 75043-75046, 75047-75060, 75061-75069, 75070-75077, 75078-75103, 75104-75107, 75108-75123, 75124-75131, 75132-75145, 75146-75152, 75153-75164, 75165-75171, 75172-75175, 75176-75203, 75204-75210, 75211-75220, 75221-75228, 75229, 75230-75236, 75237-75243, 75244-75247, 75248-75259, 75260-75274, 75275-75279, 75280-75288, 75289-75303, 75304-75313, 75314-75317, 75318-75324, 75325-75330, 75331, 75332-75333, 75334-75341, 75342-75349, 75350-75357, 75358-75365, 75366-75377, 75378, 75379, 75380-75394, 75395-75402, 75403-75409, 75410-75421, 75422-75428, 75429-75436, 75437-75444, 75445-75456, 75457-75468, 75469-75485, 75486-75503, 75504-75531, 75532-75538, 75539-75559, 75560-75568, 75569-75580, 75581-75592, 75593-75620, 75621-75636, 75637-75652, 75653-75659, 75660-75676, 75677-75684, 75685-75689, 75690-75717, 75718-75733, 75734-75741, 75742-75753, 75754-75758, 75759-75762, 75763-75766, 75767-75769, 75770, 75771, 75772, 75773, 75774, 75775-75801, 75802-75809, 75810-75816, 75817-75834, 75835-75841, 75842-75845, 75846-75850, 75851-75858, 75859-75868, 75869-75883, 75884-75887, 75888-75905, 75906-75914, 75915-75921, 75922-75933, 75934-75948, 75949-75957, 75958-75976, 75977-75997, 75998-76009, 76010-76017, 76018-76023, 76024-76033, 76034-76040, 76041-76047, 76048-76051, 76052-76059, 76060-76071, 76072-76076, 76077-76081, 76082-76097, 76098-76107, 76108-76115, 76116-76124, 76125-76130, 76131-76135, 76136, 76137, 76138, 76139, 76140, 76141, 76142, 76143, 76144, 76145, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76153-76154, 76155-76156, 76157, 76158-76160, 76161-76163, 76164, 76165, 76166-76168, 76169-76173, 76174-76178, 76179-76183, 76184-76189, 76190-76195, 76196-76197, 76198, 76199-76201, 76202-76203, 76204-76207, 76208-76217, 76218-76229, 76230, 76231, 76232, 76233-76238, 76239-

**Def's App. 0100**

76244, 76245-76250, 76251-76266, 76267-76280, 76281-76306, 76307-76320, 76321-76343, 76344-76347, 76348-76350, 76351-76358, 76359-76368, 76369-76380, 76381-76386, 76387-76394, 76395-76402, 76403-76407, 76408-76411, 76412-76420, 76421-76432, 76433-76436, 76437-76443, 76444-76447, 76448-76473, 76474-76478, 76479-76485, 76486-76511, 76512-76530, 76531-76536, 76537-76553, 76554-76563, 76564-76582, 76583-76586, 76587-76592, 76593-76601, 76602-76605, 76606-76623, 76624-76639, 76640-76645, 76646-76651, 76652-76663, 76664-76675, 76676-76679, 76680-76685, 76686-76691, 76692-76698, 76699-76700, 76701, 76702-76705, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 76719-76727, 76728, 76729, 76730-76735, 76736-76742, 76743-76750, 76751-76758, 76759-76800, 76801-76849, 76850-76854, 76855-76859, 76860-76864, 76865, 76866, 76867-76904, 76905, 76906, 76907-76946, 76947-76982, 76983-77030, 77031-77081, 77082-77086, 77087-77091, 77092-77141, 77142-77198, 77199, 77200-77254, 77255, 77256, 77257, 77258, 77259, 77260-77342, 77343-77347, 77348, 77349, 77350-77359, 77360-77369, 77370-77379, 77380-77383, 77384-77385, 77386-77466, 77467-77471, 77472, 77473-77481, 77482-77485, 77486-77503, 77504-77508, 77509-77513, 77514-77516, 77517-77521, 77522-77525, 77526-77529, 77530-77533, 77534-77537, 77538-77541, 77542-77545, 77546-77551, 77552-77557, 77558-77563, 77564-77569, 77570-77575, 77576-77587, 77588-77594, 77595-77602, 77603-77612, 77613-77621, 77622-77649, 77650-77663, 77664-77670, 77671-77675, 77676-77687, 77688-77701, 77702-77812, 77813-77814, 77815-77826, 77827-77834, 77835-77849, 77850-77865, 77866, 77867-77882, 77883-77888, 77889-77907, 77908-77914, 77915-77928, 77929-77935, 77936-77947, 77948-77959, 77960-77964, 77965-77971, 77972-77983, 77984-77998, 77999, 78000-78006, 78007-78016, 78017-78035, 78036-78039, 78040-78044, 78045-78049, 78050-78058, 78059-78070, 78071-78075, 78076-78085, 78086-78095, 78096-78113, 78114-78118, 78119-78128, 78129-78138, 78139-78154, 78155-78162, 78163-78173, 78174-78191, 78192-78198, 78199-78214, 78215-78232, 78233-78236, 78237-78250, 78251-78258, 78259-78262, 78263-78270, 78271-78282, 78283-78290, 78291-78299, 78300-78313, 78314-78317, 78318-78325, 78326-78340, 78341-78345, 78346-78354, 78355-78368, 78369-78375, 78376-78391, 78392-78410, 78411-78417, 78418-78425, 78426-78439, 78440-78445, 78446-78461, 78462-78471, 78472-78479, 78480-78481, 78482-78493, 78494-78497, 78498-78500, 78501-78530, 78531-78534, 78535-78546, 78547-78552, 78553-78576, 78577-78581, 78582-78586, 78587-78591, 78592-78603, 78604-78609, 78610-78617, 78618-78641, 78642-78650, 78651-78658, 78659-78674, 78675-78678, 78679, 78680-78681, 78682, 78683, 78684-79169, 79170, 79171, 79172, 79173, 79174, 79175, 79176, 79177-79178, 79179-79187, 79188-79189, 79190-79191, 79192, 79193-79207, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 79223-79608, 79609, 79610, 79611, 79612, 79613, 79614-79621, 79622-79625, 79626-79627, 79628-79645, 79646-79651, 79652-79669, 79670-79674, 79675-79686, 79687-79698, 79699-79706, 79707-79712, 79713-79722, 79723-79732, 79733-79737, 79738-79746, 79747-79755, 79756-79764, 79765-79776, 79777-79788, 79789-79792, 79793-79806, 79807-79815, 79816-79822, 79823-79838, 79839-79846, 79847-79860, 79861-79875, 79876-79892, 79893-79904, 79905-79920, 79921-79925, 79926-79943, 79944-79950, 79951-79957, 79958-79965, 79966-79981, 79982-79989, 79990-79997, 79998-80012, 80013-80021, 80022-80026, 80027-80034, 80035-80052, 80053-80071, 80072-80078, 80079-80094, 80095-80120, 80121-80132, 80133-80141, 80142-80143, 80144-80145, 80146-80177, 80178-80186, 80187-80204, 80205-80234, 80235-80260, 80261-80286, 80287-80302, 80303-80320, 80321-80329, 80330-80355, 80356-80381, 80382-80387, 80388-80401, 80402-80416, 80417-80431, 80432-80439, 80440-80465, 80466-80484, 80485-80493, 80494-80517, 80518-80522, 80523-80534,

80535-80550, 80551-80568, 80569-80580, 80581-80590, 80591-80600, 80601-80602, 80603-80604, 80605, 80606-80607, 80608, 80609, 80610-80611, 80612, 80613, 80614, 80615-80616, 80617-80619, 80620-80622, 80623, 80624-80628, 80629-80636, 80637, 80638-80641, 80642-80643, 80644-80646, 80647-80649, 80650, 80651, 80652, 80653-80658, 80659-80660, 80661, 80662, 80663, 80664-80695, 80696-80697, 80698, 80699, 80700-80704, 80705, 80706, 80707, 80708, 80709-80713, 80714, 80715, 80716, 80717, 80718, 80719, 80720, 80721-80853, 80854, 80855, 80856-80857, 80858, 80859, 80860-80861, 80862, 80863-80865, 80866, 80867, 80868, 80869-80900, 80901, 80902-80904, 80905, 80906, 80907, 80908-80939, 80940, 80941-80944, 80945, 80946, 80947, 80948, 80949, 80950-80951, 80952-80953, 80954, 80955-80957, 80958, 80959, 80960, 80961-80962, 80963-80972, 80973-80978, 80979-80990, 80991-80999, 81000-81017, 81018-81021, 81022-81042, 81043-81051, 81052-81069, 81070-81074, 81075-81100, 81101-81118, 81119-81120, 81121, 81122-81124, 81125, 81126, 81127, 81128, 81129-81131, 81132, 81133, 81134, 81135, 81136-81137, 81138-81139, 81140-81142, 81143-81145, 81146-81147, 81148, 81149-81151, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 81162-81163, 81164-81166, 81167-81169, 81170, 81171-81175, 81176-81183, 81184-81185, 81186, 81187-81189, 81190-81191, 81192-81206, 81207-81215, 81216-81224, 81225-81230, 81231-81240, 81241-81248, 81249-81253, 81254-81257, 81258-81261, 81262-81266, 81267-81268, 81269, 81270-81271, 81272-81276, 81277-81278, 81279, 81280-81290, 81291, 81292-81302, 81303-81307, 81308-81312, 81313-81318, 81319-81325, 81326-81330, 81331-81335, 81336-81341, 81342-81343, 81344-81366, 81367-81380, 81381-81389, 81390-81394, 81395-81404, 81405-81414, 81415-81433, 81434-81442, 81443-81460, 81461-81478, 81479-81496, 81497-81503, 81504-81518, 81519-81544, 81545, 81546-81554, 81555-81563, 81564-81569, 81570-81575, 81576-81581, 81582-81587, 81588-81610, 81611-81617, 81618-81628, 81629-81652, 81653-81676, 81677-81680, 81681-81696, 81697-81700, 81701-81712, 81713-81729, 81730-81746, 81747-81763, 81764-81780, 81781-81797, 81798-81814, 81815-81819, 81820-81834, 81835-81991, 81992, 81993, 81994, 81995, 81996, 81997-82171, 82172-82337, 82338, 82339, 82340, 82341, 82342, 82343, 82344, 82345, 82346-82349, 82350, 82351, 82352, 82353, 82354-82520, 82521, 82522, 82523, 82524, 82525, 82526, 82527, 82528-82532, 82533-82537, 82538-82548, 82549-82557, 82558, 82559, 82560, 82561-82565, 82566-82570, 82571-82581, 82582-82590, 82591, 82592, 82593, 82594-82598, 82599-82603, 82604-82614, 82615-82623, 82624, 82625, 82626, 82627-82631, 82632-82636, 82637-82647, 82648-82656, 82657, 82658, 82659, 82694, 82695-82699, 82700-82705, 82706-82710, 82711-82716, 82717-82721, 82722-82727, 82796, 82797-82801, 82802-82808, 82809-82813, 82814-82819, 82820-82824, 82825-82830, 82831, 82832-82836, 82837-82843, 82844-82848, 82849-82855, 82856-82860, 82861-82867, 82868, 82869-82873, 82874-82880, 82881-82885, 82886-82892, 82893-82897, 82898-82904, 82905, 82906-82907, 82908, 82909-82918, 82919, 82920-82929, 82930-82931, 82932-82933, 82934-82948, 82949-82950, 82951, 82952-82965, 82966-82971, 82972, 82973-82974, 82975-82984, 82988-82992, 82993, 82994, 82995, 82996, 82997, 82998, 82999, 83000, 83001, 83002, 83072-83076, 83077, 83078, 83079, 83080, 83081, 83082, 83083, 83084, 83085, 83086, 83087, 83088, 83089-83090, 83091, 83092, 83093-83094, 83097, 83099-83100, 83101, 83102, 83103, 83104, 83105-83110, 83111-83112, 83113, 83114-83115, 83116, 83117, 83118-83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83131-83136, 83137-83143, 83144-83151, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83160-83164, 83165, 83166, 83167, 83168, 83184-83188, 83189, 83190, 83191, 83192, 83193, 83194, 83195, 83196, 83197, 83198, 83199, 83200, 83201, 83202-83203, 83204-83206, 83207-83210, 83211-83214, 83215-83218, 83219, 83220-83223, 83224, 83225, 83226, 83227, 83228-83229, 83230-83231, 83232-83233, 83234-

83235, 83236, 83237, 83238, 83239-83242, 83243, 83244, 83245, 83246, 83247-83252, 83253-83254, 83255, 83256, 83257, 83258, 83259, 83260-83262, 83263-83264, 83265, 83266, 83267-83270, 83271, 83272, 83273, 83274-83279, 83280-83281, 83282, 83283, 83284, 83285, 83286, 83287-83288, 83289-83290, 83291, 83292, 83293-83304, 83305, 83306-83310, 83311-83312, 83313-83314, 83315-83316, 83317-83318, 83319, 83320, 83321-83322, 83323, 83324, 83325-83326, 83327, 83328-83330, 83331, 83332-83334, 83335, 83336, 83337, 83338, 83339, 83340, 83341, 83342, 83343, 83344, 83345-83354, 83355-83357, 83358-83359, 83360, 83361-83362, 83363, 83364, 83365-83369, 83370-83371, 83372, 83373-83374, 83375-83384, 83385, 83386-83387, 83388, 83389, 83390-83393, 83394-83395, 83396, 83397, 83398, 83399, 83400, 83401-83402, 83403-83404, 83405-83406, 83407-83408, 83409-83410, 83411-83412, 83413-83414, 83415-83416, 83417, 83418-83419, 83463-83473, 83474-83475, 83476-83483, 83570-83572, 83573, 83576-83577, 83578-83583, 83584, 83585, 83586-83591, 83592, 83593, 83624-83627, 83628, 83629, 83630-83632, 83633-83634, 83635-83637, 83638-83640, 83641, 83642, 83667-83670, 83671, 83672-83673, 83674, 83675-83689, 83690, 83691, 83692, 83693, 83694, 83695, 83696, 83697, 83698, 83699, 83700, 83701, 83702, 83703, 83704, 83705, 83710-83711, 83712, 83713, 83714, 83715-83716, 83717, 83718-83720, 83721-83723, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83746-83748, 83749-83752, 83753-83755, 83756-83759, 83760-83762, 83765, 83766, 83767, 83768, 83769, 83770, 83771, 83772, 83773-83775, 83776-83779, 83780-83782, 83793, 83794, 83795, 83796-83798, 83799, 83800-83802, 83803, 83804, 83805, 83806, 83807-83810, 83811, 83812, 83813, 83814, 83815, 83816-83820, 83821, 83822, 83823, 83824, 83825, 83826, 83827, 83828-83829, 83830, 83831, 83832, 83833-83837, 83838-83840, 83841, 83842, 83843-83862, 83863-83887, 83888, 83889, 83890, 83891, 83892, 83893, 83894, 83895, 83896-83916, 83917, 83918, 83919, 83920, 83921, 83922, 83923, 83924-83948, 83949-83950, 83951, 83952, 83953-83958, 83959, 83960, 83961, 83962, 83963, 83964, 83965-83968, 83969, 83970-83973, 83974, 83975, 83976, 83977, 83987-83988, 83989, 83990, 83991, 83992, 83993, 83994, 83995, 83996-83997, 83998, 83999, 84000, 84001-84013, 84014, 84015, 84016, 84017, 84018, 84019, 84020, 84021, 84022, 84023, 84024, 84025, 84026, 84027, 84028, 84029, 84030, 84031, 84032, 84033, 84034, 84035, 84036, 84037, 84038, 84039, 84040, 84041, 84042, 84043, 84044, 84045, 84046, 84047, 84048, 84049, 84052-84053, 84054-84059, 84060-84061, 84062, 84063, 84064, 84065, 84066, 84067, 84068-84069, 84070, 84071-84074, 84075-84076, 84077, 84078, 84079, 84080-84082, 84083-84090, 84091-84098, 84099-84100, 84101-84102, 84103, 84104-84105, 84106-84107, 84108, 84109-84112, 84113-84114, 84115, 84116, 84117, 84118, 84119, 84120, 84121-84126, 84127-84128, 84129, 84130, 84131, 84132, 84133, 84134-84139, 84140-84141, 84142, 84143, 84144, 84145, 84146,

## REQUEST FOR PRODUCTION NO. 54:

Please produce all documents, communications, data, videos, photographs or tangible things concerning the Quality Plan that applied to the accident ladder and any of its components or assemblies.

**SECOND AMENDED RESPONSE:    Defendant refers Plaintiff to the Quality Control documents already produced. To the extent that other documents may relate to the request made by Plaintiff, see Bates 2430-2433; 2967-3123; 5927-5928; and/or 6353-6385.**

**REQUEST FOR PRODUCTION NO. 55:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the Change Control Signature Matrix that applied to any changes made to the Rock Lock assembly, and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**    **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

**REQUEST FOR PRODUCTION NO. 56:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the processes that ensured that the purchased products meet their defined specifications and any applicable requirements, including without limitation for the Rock Lock assembly, and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**    **See Quality Control Manuals previously produced: Bates 328-396. See also, Bates 2967-3123; 5929-6385, 54093-54099, 54100, 54101, 54102, 54103, 58599, 58600, 58601, 58636, 58637-58638, 58639, 58640, 58641-58643, 58644-58646, 58647, 58648, 58649, 58650-58652, 58653, 58654, 58703-58705, 58706-58715, 58716, 58717, 58718-58727, 58728, 58729, 58730-58733, 58734-58743, 58744, 58745, 58746-58749, 58750, 58751-58754, 58755, 58874-58875, 58876-58887, 58888, 58889-58890, 58891, 58892, 59201-59204, 59205, 59206, 59492, 59493-59497, 59498, 59499-59500, 59501-59502, 59503-59505, 59515, 59516-59517, 59518-59519, 59520, 59521-59522, 59523, 59524-59525, 59526, 59527, 59528, 59529-59531, 59532, 59533, 59534, 59535, 59536-59540, 59541, 59542, 59543, 59544, 59545, 59546, 59547, 59548, 59549-59553, 59554, 59555, 59556, 59557, 59558, 59559, 59560-59562, 59563, 59564, 59565, 59566, 59567, 59568-59570, 59571, 59572, 59573, 59574, 59575-59578, 59579, 59580, 59581, 59582, 59583, 60894-60898, 60899-60903, 60904-60906, 61013-61036, 61037-61060, 61061, 61062-61086, 61087-61089, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61209, 61210, 61211, 61212, 61213, 61214, 61215, 61216, 61217, 61218, 61219, 61220, 61221, 61222, 61223, 61224, 61225, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 64218-64224, 64225, 64226, 64227, 64228, 64229-64235, 64236, 64237, 64238-64244, 64245-64251, 64252-64258, 64259, 64260, 64261-64268, 64269, 64270-64278, 64279-64286, 64287-64295, 64296-64305, 64306, 64307, 64310-64319, 64320, 64517-64521, 64522, 64666-64671, 64672, 64679-64683, 64684, 64685-64689, 64690, 69031-69040, 82908, 82909-82918, 82919, 82920-82929.**

**REQUEST FOR PRODUCTION NO. 57:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the selection of the vendors, if any, for the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**        **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

**REQUEST FOR PRODUCTION NO. 58:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the audits of the vendors for, if any, for the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**        **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

**REQUEST FOR PRODUCTION NO. 59:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the adequacy of the vendors for, if any, for the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**        **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

**REQUEST FOR PRODUCTION NO. 60:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning Supplier Review Meetings in which the following are discussed: the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**        **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

**REQUEST FOR PRODUCTION NO. 61:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning Discrepant Material Report Data that relate to or discuss the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**        **See Bates 2967-3009, 13740-14156, 57133, 57134, 57171, 57172, 57173, 57174, 57175, 57194-57196, 57197, 57198, 57199-57201, 57202-57204, 57205, 57206, 57207-57209, 57210-57213, 65902-65903, 65904, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 83087, 83088, 83089-83090, 83091, 83092, 83097, 83105-83110, 83111-83112, 83113, 83114-83115, 83116, 83117, 83118-83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83710-83711, 83712, 83713, 83714, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815.**

**REQUEST FOR PRODUCTION NO. 62:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning Corrective Action Requests or Corrective and Preventative Action Requests regarding the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**      **See Bates 2967-3009, 13740-14156.**

**REQUEST FOR PRODUCTION NO. 63:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning the list of disqualified vendors.

**SECOND AMENDED RESPONSE:**      **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

**REQUEST FOR PRODUCTION NO. 64:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning Purchase Orders that relate to or reference the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**      **See Bates 3124-3875, 5929-6352, 47515, 47516, 47517-47813, 47878-47879, 47880, 47881-48183, 58454-58456, 58457, 58458, 58464-58466, 58467, 58468-58471, 58472, 58473, 58526-58528, 58529, 58530-58532, 58533, 58534-58537, 58538, 58539, 58540-58543, 58544, 58545-58551, 58552, 58553, 58569-58572, 58573, 58574, 58703-58705, 58706-58715, 58716, 58717, 58718-58727, 58728, 58729, 58730-58733, 58734-58743, 58744, 58745, 58746-58749, 58750, 58751-58754, 58755, 59031-59034, 59035, 59036, 59037, 59038, 59039-59043, 59044, 59045-59049, 59050, 59051-59058, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 59076-59081, 59082, 59083, 59084, 59106-59109, 59110, 59111-59117, 59118, 59119, 59120, 61013-61036, 61037-61060, 61061, 61062-61086, 61087-61089, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61630-61633, 61634-61640, 61641-61644, 61694-61696, 61697-61700, 61701-61702, 61703-61704, 62208-62209, 62210-62215, 62216-62217, 62218-62222, 62223-62224, 62225-62229, 62234-62236, 62237-62238, 62239-62243, 62287-62288, 62289-62291, 62292-62296, 62297, 62298, 62300-62302, 62303-62305, 62699-62701, 62702-62704,**

**Def's App. 0106**

**62705-62708, 62709-62711, 62712, 62713, 62714-62718, 62727-62732, 62739-62745, 62804-62805, 62806, 62807, 63385-63391, 63392, 63393-63394, 63395-63400, 63401, 63402, 63403, 63404.**

## REQUEST FOR PRODUCTION NO. 65:

Please produce all documents, communications, data, videos, photographs or tangible things concerning the inspection of incoming materials, components, or finished goods regarding the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:    See Bates 2430-2433; 3010-3033; 5929-6352; and 6353-6385. See also Defendant's responses to request for production nos. 44 and 45 which are incorporated herein by reference. See also Bates 13740-14156, 83072-83076, 83077, 83078, 83079, 83080, 83081, 83082, 83083, 83084, 83085, 83086, 83087, 83088, 83089-83090, 83091, 83092, 83674, 83675-83689, 83690, 83691, 83692, 83693, 83694, 83695, 83696, 83697, 83698, 83699, 83700, 83701, 83702, 83703, 83704, 83705, 83715-83716, 83717, 83718-83720, 83721-83723.**

## REQUEST FOR PRODUCTION NO. 66:

Please produce all documents, communications, data, videos, photographs or tangible things concerning any inspections that took place at the vendor's premises for vendors that are related to the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:    After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

## REQUEST FOR PRODUCTION NO. 67:

Please produce all documents, communications, data, videos, photographs or tangible things concerning Material Review Board investigation or disposition for any Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:    After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

## REQUEST FOR PRODUCTION NO. 68:

Please produce all documents, communications, data, videos, photographs or tangible things concerning Receiving Inspections that find any of the following non-conforming the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:    See documents previously produced as QC documents for articulating extension ladders equipped with Rock Lock version 1.0. To**

**the extent that other documents may be responsive to this request, see Bates 2967-3033; 5926; and/or 5929-6352, 83072-83076, 83077, 83078, 83079, 83080, 83081, 83082, 83083, 83084, 83085, 83086, 83087, 83088, 83089-83090, 83091, 83092, 83674, 83675-83689, 83690, 83691, 83692, 83693, 83694, 83695, 83696, 83697, 83698, 83699, 83700, 83701, 83702, 83703, 83704, 83705, 83715-83716, 83717, 83718-83720, 83721-83723.**

**REQUEST FOR PRODUCTION NO. 69:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning work done on the following parts that were found to be nonconforming the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:** **See discrepant material reports produced herewith: Bates 2967-3009. To the extent that other documents may be responsive to this request, see Bates 2967-3033; 5926; and/or 5929-6352.** 2967-3009, 13740-14156, 57133, 57134, 57171, 57172, 57173, 57174, 57175, 57194-57196, 57197, 57198, 57199-57201, 57202-57204, 57205, 57206, 57207-57209, 57210-57213, 65902-65903, 65904, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 83087, 83088, 83089-83090, 83091, 83092, 83097, 83105-83110, 83111-83112, 83113, 83114-83115, 83116, 83117, 83118-83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83710-83711, 83712, 83713, 83714, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815.

**REQUEST FOR PRODUCTION NO. 70:**

Please produce all documents, communications, data, videos, photographs or tangible things concerning nonconforming material records related to the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:** **See discrepant material reports produced herewith: Bates 2967-3009. To the extent that other documents may be responsive to this request, see Bates 2967-3033; 5926; and/or 5929-6352.** 2967-3009, 13740-14156, 57133, 57134, 57171, 57172, 57173, 57174, 57175, 57194-57196, 57197, 57198, 57199-57201, 57202-57204, 57205, 57206, 57207-57209, 57210-57213, 65902-65903, 65904, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 83087, 83088, 83089-83090, 83091, 83092, 83097, 83105-83110, 83111-83112, 83113, 83114-83115, 83116, 83117, 83118-83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83710-83711, 83712, 83713, 83714, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815.

**REQUEST FOR PRODUCTION NO. 71:**

Please produce all documents, communications, data, videos, photographs or tangible things

concerning Corrective Action Requests regarding the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**      **See discrepant material reports produced herewith: Bates 2967-3009.** 2967-3009, 13740-14156, 57133, 57134, 57171, 57172, 57173, 57174, 57175, 57194-57196, 57197, 57198, 57199-57201, 57202-57204, 57205, 57206, 57207-57209, 57210-57213, 65902-65903, 65904, 76146, 76147, 76148, 76149-76150, 76151, 76152, 76706-76711, 76712-76713, 76714, 76715-76716, 76717, 76718, 79208-79209, 79210, 79211, 79212, 79213, 79214, 79215, 79216-79218, 79219, 79220, 79221, 79222, 81152-81154, 81155, 81156, 81157-81159, 81160, 81161, 83087, 83088, 83089-83090, 83091, 83092, 83097, 83105-83110, 83111-83112, 83113, 83114-83115, 83116, 83117, 83118-83123, 83124-83125, 83126, 83127-83128, 83129, 83130, 83152-83153, 83154, 83155, 83156, 83157, 83158, 83159, 83710-83711, 83712, 83713, 83714, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815.

## REQUEST FOR PRODUCTION NO. 72:

Please produce all documents, communications, data, videos, photographs or tangible things concerning service reports regarding the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**      **After a diligent search for responsive documents, Defendant was unable to locate any responsive documents, therefore none.**

## REQUEST FOR PRODUCTION NO. 73:

Please produce all documents, communications, data, videos, photographs or tangible things concerning the warehousing (including proper handling, storage, packaging, preservation, and delivery) processes related to the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE:**      **Documents at the following Bates concern the shipping or receiving of ladders with Rock Lock assemblies.**

**Bates 48693, 48694-48958, 54104-54109, 54110, 56586-56590, 57762-57765, 57766, 57767, 57768, 57769, 57770, 57771, 57772, 58050-58054, 58055, 58056, 58057, 58058, 58059, 58060, 58061, 58062, 58063, 58064, 58065, 58066, 58067, 58068, 58069, 58070, 58071, 58072, 58073, 58074, 58075, 58076, 58077, 58078, 58079, 58080, 58081, 58082, 58083, 58084, 58085, 58086, 58087, 58088, 58089, 58090, 58091, 58092-58093, 58094, 58095, 58096, 58097, 58098, 58099, 58100, 58101, 58102, 58103, 58104, 58105, 58106, 58107, 58108, 58109, 58110, 58111, 58112, 58113, 58114, 58115, 58116, 58117, 58118, 58119, 58120, 58121, 58122, 58123, 58124, 58602-58603, 58604, 58605, 58606, 58607, 58608-58609, 58610, 58611, 58612, 58613, 58614, 58615, 58616, 58617, 58618, 58619, 58620, 58621, 58622, 58623, 58624, 58625, 58703-58705, 58706-58715, 58716, 58717, 58718-58727, 58728, 58729, 58730-58733, 58734-58743, 58744, 58745, 58746-58749, 58750, 58751-58754, 58755, 59059-59063, 59064, 59065, 59066-59068, 59069, 59070, 59071, 59072, 59073, 59074, 59075, 60166-60171, 60172, 60790-60795, 60796-60797, 60798-60799, 60859-60864, 60865, 60866, 60867, 61013-61036, 61037-61060, 61061, 61062-61086, 61087-61089, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-**

**61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61250-61254, 61255, 61256, 61257, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61630-61633, 61634-61640, 61641-61644, 61694-61696, 61697-61700, 61701-61702, 61703-61704, 61856-61858, 61859-61862, 61863-61864, 61865-61866, 65905-65907, 76199-76201, 83729-83730, 83731, 83732, 83733, 83734-83742, 83743, 83744-83745, 83807-83810, 83811, 83812, 83813, 83814, 83815.**

## REQUEST FOR PRODUCTION NO. 74:

Please produce all documents, communications, data, videos, photographs or tangible things concerning training that relates to or mentions the Rock Lock assembly (versions 1.0, 2.0, and 3.0), and parts 53824, 53829, 53823, 53822, 52246, 52314, 52248, 52329, and 52330.

**SECOND AMENDED RESPONSE**: **To the extent that responsive documents exist, see Bates 5927-5928 and 6353-6385.**

**Def's App. 0110**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUSTI THOMPSON, Individually, On | § | |
| Behalf of the Estate of Scott Thompson, | § | |
| Deceased, and on behalf of All Wrongful | § | |
| Death Beneficiaries, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-02170-L |
| | § | |
| WING ENTERPRISES, INC. d/b/a | § | |
| LITTLE GIANT LADDERS, and | § | |
| HAROLD ARTHUR WING, | § | |
| Defendants | § | |

**DEFENDANT WING ENTERPRISES, INC.'S FIRST AMENDED
RESPONSE TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION**

NOW COMES DEFENDANT WING ENTERPRISES, INC. and pursuant to Fed. R. Civ.

P. 34 hereby serves its First Amended Response to Plaintiff's Fourth Request for Production.

**Def's App. 0111**

Respectfully submitted.

**FARMER, HOUSE, OSUNA.**
**JACKSON, & OLVERA**
411 Heimer Road
San Antonio, Texas 78232
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)

By:    /s/ Michael D. DeNuccio
        **JEFFREY G. HOUSE**
        State Bar No. 00784295
        jhouse@satx.law
        **J. DEAN JACKSON**
        State Bar No. 24008373
        djackson@satx.law
        **MICHAEL D. DeNUCCIO**
        State Bar No. 24025015
        mdenuccio@satx.law
**ATTORNEYS FOR DEFENDANTS**
**WING ENTERPRISES, INC. d/b/a**
**LITTLE GIANT LADDERS**

## <u>CERTIFICATE OF SERVICE</u>

      I do hereby certify that the foregoing pleading has been forwarded in accordance with the

Federal Rules of Civil Procedure as set out below on this the 15th day of February 2023.

Ross Cunningham
Joseph R. Alexander, Jr.
Steven D. Sanfelippo
**CUNNINGHAM SWAIM, LLP**
4014 Main Street, Suite 200
Dallas, Texas 75226
rcunningham@cunninghamswaim.com
joe@cunninghamswaim.com
ssanfelippo@cunninghamswaim.com
***ATTORNEYS FOR PLAINTIFFS***

         /s/ Michael D. DeNuccio
        **Jeffrey G. House / J. Dean Jackson**
        **Michael D. DeNuccio**

**DEFENDANT WING ENTERPRISES, INC.'S FIRST AMENDED**
**RESPONSE TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION**

**Diligent Search**

Defendant has performed an extensive search of its digital or electronic computer systems in an effort to locate documents within the scope of the Stipulation (Document 49). Such searches produced documents, including emails and attachments, that were thereafter reviewed for relevance and privilege. Subsequent thereto, Defendant performed additional searches to identify specific documents (with Bates numbers) that would be responsive to each request for production herein. The lists generated for each request are set forth in response to each request.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to the welds identified on drawing 21563, including without limitation engineering change orders for the welds, all revisions to documents (including without limitation drawings, engineering documents, production documents, and quality documents) that affect the welds, directions or descriptions as to how the welds are to be created, the allowable dimensions or tolerances for the welds, how or in what way the weld dimensions or tolerances for the welds are to be measured, quality-related documents that would have applied to the welds, and any inspection or testing documents for the welds.

**RESPONSE:          See Bates 19, 1205, 6386-6457, 8790, 59416, 59417-59489, 59490, 59491, 59760, 59761-59833.**

**In addition, see photographs of the incident ladder, Bates 178-179, 1339-2429.**

**REQUEST FOR PRODUCTION NO. 2:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to the welds on the Incident Ladder, including without limitation engineering change orders, all revisions to documents (including without limitation drawings, engineering documents, production documents, and quality documents) that applied to the welds, directions or descriptions as to how the welds were to be created, the allowable dimensions or tolerances for the welds, how or in what way the weld dimensions or tolerances are to be measured, quality-related documents that would have applied to the, any inspection or testing documents for the welds, and any quality or inspection documents for the welds.

**RESPONSE:          See Bates 19, 1205, 6386-6457, 8790, 56984-57004, 57005, 57006, 57007, 57008, 57009, 57010, 57011, 57012, 57013, 57014, 57015, 57016, 57017, 57018, 57019, 57020, 57021, 57022, 57023, 57024, 57025, 57026, 57027, 57028, 57029, 57030, 59416, 59417-59489, 59490, 59491, 60108-60110, 60111, 60112, 60113, 63376-63381, 63382, 63383-63384, 63385-63391, 63392, 63393-63394, 63395-63400, 63401, 63402, 63403, 63404, 63407-63414, 63415, 63416-63417, 63438-63446, 63447, 63448, 65518-65540, 65541, 65542, 65543, 65544, 65545, 65546, 65547, 65548, 65549, 65550, 65551, 65552, 65553, 65554, 65555, 65556, 65557, 65558, 65559, 65560, 65561, 65562-65563, 65564, 65565-65572, 65573-65596, 65776-65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828,**

65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 66492-66499, 66500, 66501, 67074-67075, 67076-67082, 67083-67091, 67092-67100, 67101-67108, 67109-67126, 67127-67130, 67131-67135, 67136-67140, 67141-67158, 67159-67163, 67164-67172, 67173-67176, 67177-67180, 67181-67198, 67199-67207, 67208-67219, 67220-67228, 67229-67236, 67237-67243, 67244-67250, 67251-67254, 67255-67262, 67263-67269, 67270-67281, 67282-67289, 67290-67294, 67295-67310, 67311-67315, 67316-67322, 67323-67339, 67340-67351, 67352-67367, 67368-67373, 67374-67381, 67382-67387, 67388-67396, 67397-67412, 67413-67419, 67420-67423, 67424-67428, 67429-67432, 67433-67439, 67440-67448, 67449-67457, 67458-67467, 67472-67475, 67476-67496, 67497-67504, 67505-67512, 67513-67520, 67521-67528, 67529-67546, 67547-67556, 67557-67566, 67567-67592, 67593-67600, 67601-67620, 67621-67628, 67629-67636, 67637-67644, 67645-67652, 67653-67660, 67661-67668, 67669-67676, 67677-67683, 67684-67699, 67700-67707, 67708-67723, 67724-67738, 67739-67746, 67747-67754, 67755-67762, 67763-67778, 67779-67794, 67795-67798, 67799-67802, 67803-67806, 67820-67824, 67825-67842, 67843-67859, 67860-67880, 67881-67906, 67907-67916, 67917-67940, 67941-67949, 67950-67960, 67961-67979, 67980-67994, 67995-68009, 68010-68017, 68018-68025, 68026-68033, 68034-68037, 68038-68041, 68042-68049, 68050-68061, 68062-68079, 68175-68180, 68181-68185, 68186-68194, 68195-68209, 68210-68224, 68225-68233, 68234-68241, 68242-68250, 68251-68259, 68260-68268, 68269-68277, 68278-68287, 68288-68306, 68307-68314, 68315-68318, 68319-68334, 68335-68342, 68343-68350, 68351-68358, 68359-68374, 68375-68382, 68383-68390, 68391-68398, 68399-68406, 68407-68414, 68415-68418, 68419-68426, 68427-68434, 68435-68442, 68443-68460, 68461-68478, 77813-77814, 77815-77826, 77827-77834, 77835-77849, 77850-77865, 77866, 77867-77882, 77883-77888, 77889-77907, 77908-77914, 77915-77928, 77929-77935, 77936-77947, 77948-77959, 77960-77964, 77965-77971, 77972-77983, 77984-77998, 77999, 78000-78006, 78007-78016, 78017-78035, 78036-78039, 78040-78044, 78045-78049, 78050-78058, 78059-78070, 78071-78075, 78076-78085, 78086-78095, 78096-78113, 78114-78118, 78119-78128, 78129-78138, 78139-78154, 78155-78162, 78163-78173, 78174-78191, 78192-78198, 78199-78214, 78215-78232, 78233-78236, 78237-78250, 78251-78258, 78259-78262, 78263-78270, 78271-78282, 78283-78290, 78291-78299, 78300-78313, 78314-78317, 78318-78325, 78326-78340, 78341-78345, 78346-78354, 78355-78368, 78369-78375, 78376-78391, 78392-78410, 78411-78417, 78418-78425, 78426-78439, 78440-78445, 78446-78461, 78462-78471, 78472-78479, 78480-78481, 78482-78493, 78494-78497, 78498-78500, 78501-78530, 78531-78534, 78535-78546, 78547-78552, 78553-78576, 78577-78581, 78582-78586, 78587-78591, 78592-78603, 78604-78609, 78610-78617, 78618-78641, 78642-78650, 78651-78658, 78659-78674, 79626-79627, 79628-79645, 79646-79651, 79652-79669, 79670-79674, 79675-79686, 79687-79698, 79699-79706, 79707-79712, 79713-79722, 79723-79732, 79733-79737, 79738-79746, 79747-79755, 79756-79764, 79765-79776, 79777-79788, 79789-79792, 79793-79806, 79807-79815, 79816-79822, 79823-79838, 79839-79846, 79847-79860, 79861-79875, 79876-79892, 79893-79904, 79905-79920, 79921-79925, 79926-79943, 79944-79950, 79951-79957, 79958-79965, 79966-79981, 79982-79989, 79990-79997, 79998-80012, 80013-80021, 80022-80026, 80027-80034, 80035-80052, 80053-80071, 80072-80078, 80079-80094, 80095-80120, 80121-80132, 80133-80141, 80142-80143, 80144-80145, 80146-80177, 80178-80186, 80187-80204, 80205-80234, 80235-80260, 80261-80286, 80287-80302, 80303-80320, 80321-80329, 80330-80355, 80356-80381, 80382-80387, 80388-80401, 80402-80416, 80417-80431, 80432-80439, 80440-80465, 80466-80484, 80485-80493, 80494-80517, 80518-80522, 80523-80534,

**80535-80550, 80551-80568, 80569-80580, 80581-80590, 80591-80600, 81342-81343, 81344-81366, 81367-81380, 81381-81389, 81390-81394, 81395-81404, 81405-81414, 81415-81433, 81434-81442, 81443-81460, 81461-81478, 81479-81496, 81497-81503, 81504-81518, 81519-81544, 81545, 81546-81554, 81555-81563, 81564-81569, 81570-81575, 81576-81581, 81582-81587, 81588-81610, 81611-81617, 81618-81628, 81629-81652, 81653-81676, 81677-81680, 81681-81696, 81697-81700, 81701-81712, 81713-81729, 81730-81746, 81747-81763, 81764-81780, 81781-81797, 81798-81814, 81815-81819, 81820-81834, 83838-83840, 83841, 83842, 83965-83968.**

**In addition, see photographs of the incident ladder, Bates 178-179, 1339-2429.**

## REQUEST FOR PRODUCTION NO. 3:

Please produce all documents, communications, data, videos, photographs, or tangible things related to the weld wire identified on drawing 21563 (i.e., "51360 Weld Wire (A/R)" or any predecessors or successors), including without limitation the selection of the weld wire, engineering change orders, any issues or problems related to the weld wire being used in the applications specified, any issues or problems related to the welding being done with this weld wire, engineering change orders related to the weld wire, the material composition and specifications for the weld wire, all revisions to documents (including without limitation drawings, engineering documents, production documents, and quality documents) that affect the weld wire, and any inspections or testing protocols for the weld wire.

**RESPONSE:        See Bates 19, 1205, 6386-6457, 8790, 46647, 46648, 46649, 46650, 46651, 46652, 46653-46654, 47270-47274, 47275, 47276, 47277, 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 47302-47303, 47304, 47305, 47306, 47307, 47308, 47309, 47310, 47311, 47312, 47313, 47314, 47315, 47316, 47317, 47318, 47345, 47346, 47347, 47348, 47349, 47350, 47351, 47352, 47353, 47354, 47355, 47396-47397, 47398, 47399, 47400, 47401, 47402, 47403, 47404, 47405, 47406, 47407, 47408, 47409, 47410, 47411, 47412, 47413, 47414, 47415, 47416, 47417, 47418, 47419, 47420, 47421, 47422, 47423, 47424, 47425, 47426, 47427, 47428, 47429, 47430, 47431, 47432, 47433, 47434, 47435, 47436, 47437, 47438, 47439, 47440, 47441, 47442, 47443, 47444, 47445, 47446, 47447, 47448, 47449, 47450, 47451, 47452, 47453, 47454, 47455, 47456, 47457, 47458, 47459, 47460, 47461, 47462, 47463, 47464, 47465, 47466, 47467, 47468, 47469, 47470, 47471, 47515, 47516, 47517-47813, 47878-47879, 47880, 47881-48183, 48307-48310, 48311, 48312, 48313, 48314, 48693, 48694-48958, 53726, 53727, 53728, 53729, 53730, 53731, 53732, 53733, 53734, 53735, 53736, 53737, 53738, 53739, 53823, 53824, 53825, 53826, 53827, 53828, 53829, 53830, 53831, 53832, 53833, 53834, 53835, 53836, 53844, 53845, 53846, 53847, 53848, 53849, 53850, 53851, 53852, 53853, 53854, 53855, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53880, 53881, 53882, 53883, 53884, 53885, 53886, 53887, 53888, 53889, 53940-53947, 53948, 53949-53954, 53955, 54172-54175, 54176-54178, 54179-54186, 54187-54191, 54192-54200, 54204-54205, 54206, 54207, 54208, 54209, 54210, 54211, 54212, 54213, 54214, 54215, 54216, 54217, 54218, 54219, 54220, 54221, 54222, 54223, 54224, 54225, 54226, 54227, 54228, 54229, 54230, 54231, 54232, 54253-54254, 54255, 54256, 54257, 54258-54259, 54260, 54261, 54262, 54263, 54264, 54265, 54266, 54267, 54268, 54269, 54270, 54271, 54272, 54273, 54274, 54275, 54276, 54277, 54278, 54279, 54280, 54281, 54282, 54283, 54284, 54285, 54392, 54393, 54394, 54395, 54396, 54397, 54511-54512, 54513, 54514, 54515, 54516,**

54517, 54518, 54519, 54520, 54521, 54522, 54523, 54524, 54525, 54526, 54535, 54536, 54539, 54540, 54541, 54542, 54543, 54544, 54545, 54546, 54547, 54548, 54549, 54586, 54587, 54588, 54589, 54590, 55203, 55204, 55205, 55328, 55329, 55330, 55331, 55332, 55333, 55527, 55528-55529, 55530-55531, 55532, 55533, 55534, 55535, 55536, 55537, 55538, 55539, 55540, 55541, 55542, 55543, 55544, 55545, 55546, 55547-55550, 55551, 55552, 55553, 55554, 55555, 55556, 55557, 55558, 55559, 55560, 55561, 55562, 55563, 55564, 55565, 55566, 55567, 55568, 55569, 55570, 55571, 55572, 55573, 55574, 55575, 55576, 55577, 55578, 55579, 55580, 55581, 55582, 55583, 55584, 55585, 55586, 55587, 55588, 55589, 55590, 55591, 55592, 55593, 55594, 55595, 55596, 55597, 55598, 55599, 55628-55630, 55631, 55632, 55633, 55634-55635, 56055, 56056, 56057, 56058, 56059, 56060, 56061, 56062-56063, 56064-56065, 56066-56067, 56068-56069, 56070-56071, 56072, 56073, 56074, 56075, 56076, 56077, 56083-56084, 56085, 56086, 56087, 56088-56089, 56090, 56091, 56092, 56093, 56094, 56095, 56096-56097, 56098-56099, 56100, 56101, 56102, 56103, 56104-56105, 56106-56107, 56108, 56109, 56110, 56111, 56112-56113, 56114-56115, 56116, 56150-56152, 56153, 56154, 56155, 56156-56157, 56158, 56159, 56160, 56161, 56162, 56163, 56164-56165, 56166-56167, 56168, 56169, 56170, 56171, 56172-56173, 56174-56175, 56176, 56177, 56178, 56179, 56180-56181, 56182-56183, 56184, 56237, 56238, 56239, 56240, 56241-56242, 56243-56244, 56245-56246, 56247, 56248, 56249-56250, 56251, 56252, 56253, 56254, 56255, 56256, 56257, 56258, 56259, 56260, 56261, 56262, 56268-56269, 56270, 56271-56272, 56273-56274, 56275-56276, 56277-56279, 56280, 56281-56282, 56283-56284, 56285-56286, 56327-56331, 56332, 56333, 56334, 56335-56336, 56337, 56338, 56339, 56340, 56341, 56342, 56343-56344, 56345-56346, 56347, 56348, 56349, 56350, 56351-56352, 56353-56354, 56355, 56356, 56357, 56358, 56359-56360, 56361-56362, 56363, 56626-56628, 56629, 56630, 56631, 56632, 56681-56682, 56683, 56684, 56685, 56686, 56687, 56688, 56689, 56846-56847, 56848, 56849, 56850, 56851, 56852-56854, 56855, 56856, 56857-56858, 56859, 56860, 56861, 56862, 56863-56865, 56866, 56867, 56886-56887, 56888, 56889, 56890, 56891, 56896, 56897, 56898, 56899, 56900, 56901, 56902, 56903-56904, 56905-56906, 56907-56908, 56909, 56910, 56911, 56912-56913, 56914-56915, 56916-56917, 56984-57004, 57005, 57006, 57007, 57008, 57009, 57010, 57011, 57012, 57013, 57014, 57015, 57016, 57017, 57018, 57019, 57020, 57021, 57022, 57023, 57024, 57025, 57026, 57027, 57028, 57029, 57030, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 57700-57704, 57705, 57706, 57707, 57708, 57709, 57799, 57800, 58050-58054, 58055, 58056, 58057, 58058, 58059, 58060, 58061, 58062, 58063, 58064, 58065, 58066, 58067, 58068, 58069, 58070, 58071, 58072, 58073, 58074, 58075, 58076, 58077, 58078, 58079, 58080, 58081, 58082, 58083, 58084, 58085, 58086, 58087, 58088, 58089, 58090, 58091, 58092-58093, 58094, 58095, 58096, 58097, 58098, 58099, 58100, 58101, 58102, 58103, 58104, 58105, 58106, 58107, 58108, 58109, 58110, 58111, 58112, 58113, 58114, 58115, 58116, 58117, 58118, 58119, 58120, 58121, 58122, 58123, 58124, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58256-58259, 58260, 58261, 58262, 59089, 59090, 59099, 59100, 59121-59123, 59124, 59125, 59126, 59127, 59128-59130, 59131, 59132, 59133-59134, 59135, 59136, 59137-59140, 59141, 59142, 59143, 59144, 59145-59148, 59149, 59150, 59151, 59152, 59153, 59157, 59158-59160, 59161, 59162, 59163, 59164-59166, 59167, 59168, 59169, 59170-59172, 59173, 59174, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59416, 59417-59489, 59490, 59491, 59760, 59761-59833, 60182, 60183, 60184, 60185, 60186, 60187, 60188, 60189, 60190, 60191, 60192, 60199, 60200, 60201, 60202, 60203, 60204, 60205, 60206, 60207, 60208, 60209, 60210, 60211, 60212, 60213, 60214, 60215, 60216, 60354-60355, 60356, 60357, 60358, 60359, 60360,

**Def's App. 0116**

60361, 60362, 60363, 60364, 60382, 60383, 60384, 60385, 60386, 60387, 60388, 60389, 60390, 60391, 60495-60497, 60526-60529, 60530, 60531, 60681-60683, 60684, 60685, 60686, 60687, 60688, 60689, 60690-60692, 60693, 60694, 60695, 60696, 60697, 60698, 62117, 62118-62122, 62123-62127, 62128-62132, 62133-62137, 62138-62142, 62143-62147, 62441, 62442, 62443, 62444, 62445, 62446, 62447, 62448, 62449, 62450, 62451, 62452, 62453, 62454, 62455, 62456, 62457, 62458, 62459, 62460, 62461, 62462, 62463, 62464, 62465, 62466, 62467, 62468, 62469, 62470, 62471, 62472, 62473, 62474, 62475, 62512-62513, 62514, 62515, 62516, 62517, 62518-62520, 62521, 62522, 62523, 62524, 62525, 62526, 62895, 62896, 62897, 62898, 62899, 62900, 62901, 62902, 62903, 63047, 63048, 63049, 63050, 63051, 63052, 63053, 63054, 63055, 63056, 63057, 63058, 63059, 63060, 63061, 63062, 63063, 63064, 63065, 63066, 63067, 63068, 63069, 63070, 63071, 63072, 63073, 63074, 63075, 63149, 63150, 63151, 63152, 63153, 63154, 63155, 63156, 63157, 63173, 63174, 63175, 63176, 63177, 63178, 63179, 63180, 63181, 63182, 63332, 63333, 63334, 63335, 63336, 63337, 63338, 63372, 63373, 63374, 63375, 63385-63391, 63392, 63393-63394, 63395-63400, 63401, 63402, 63403, 63404, 63405, 63406, 63449-63450, 63451, 63452-63458, 63459, 63460-63465, 63466, 63467, 63468, 63469, 63511, 63512, 63513, 63514, 63515, 63516, 63517, 63538, 63539, 63540, 63541, 63542, 63543, 63544, 63564, 63565, 63566, 63567, 63568, 63569, 63570, 63571, 63572, 63573, 63574, 63575, 63576, 63577, 63578, 63579-63582, 63583, 63584, 63595, 63596, 63597, 63598, 63599, 63600, 63601, 63710, 63711, 63712, 63713, 63740, 63741, 63742, 63743, 63744, 63745, 63746, 63747, 63748, 63749, 63750, 63751, 63752, 63753, 63754, 63755, 63773, 63774, 63775, 63776, 63777, 63778, 63779, 63780, 63781, 63782, 63783, 63784, 63785, 63786, 63787, 63788, 63789, 63790, 63791, 63802, 63803, 63804, 63805, 63806, 63807, 63808, 63809, 63810, 63811, 63812, 63813, 63814, 63815, 63816, 63817, 63818, 63819, 63820, 63821, 63822, 63823, 63824, 63825, 63826, 63827, 63828, 63829, 63830, 63831, 63832, 63833, 63834, 63835, 63836, 63837, 63838, 63839, 63840, 63841, 63842, 63843, 63844, 63845, 63866, 63867, 63868, 63869, 63870, 63871, 63872, 63873, 63874, 63896-63897, 63898, 63899, 63900, 63901, 63902, 63903-63904, 63905, 63906, 63907, 63908, 63909, 63910, 63911, 63912, 63913, 63914, 63915, 63916, 63917, 63918, 63919, 63920, 63921, 63922, 63923, 63924, 63925, 63926, 63927, 63928, 63929, 63930, 63931, 63932, 63933, 63934, 63935, 63936, 63937, 63938, 63939, 63940, 63941, 63942, 64181, 64182, 64183, 64184, 64185, 64186, 64187, 64188, 64189, 64190, 64191, 64192, 64193, 64194, 64195, 64196, 64197, 64198, 64199, 64200, 64201, 64202, 64203, 64204, 64205, 64206, 64207, 64208, 64209, 64210, 64211, 64212, 64326, 64327, 64328, 64329, 64330, 64331, 64332, 64333, 64334, 64335, 64336, 64337, 64338, 64339, 64380-64385, 64386, 64387, 64398-64400, 64401, 64402, 64403, 64404, 64405, 64406, 64407, 64408, 64409, 64410, 64411, 64412, 64413, 64414, 64415, 64416, 64554-64556, 64557, 64558, 64594, 64595, 64596, 64597, 64598, 64599, 64600, 64601, 64602, 64603, 64604, 64605, 64606, 64607, 64608, 64609, 64610, 64611, 64612, 64613, 64614, 64615, 64616, 64617, 64618, 64619, 64620, 64753, 64754, 64755, 64756, 64757, 64758, 64759, 64760, 64761, 64762, 64763, 64764, 64765, 64770, 64771, 64772, 64773-64774, 64775, 64776, 64777, 64778-64779, 64780, 64781, 64782, 64792-64793, 64794, 64795, 64796, 64797, 64798, 64799, 64800, 64801, 64802, 64803, 64804, 64805, 64806, 64807, 64808, 64809, 64810, 64811, 64812, 64813, 64814, 64815, 64816, 64817, 64818, 64819, 64820, 64826, 64827, 64828, 64829, 64830-64831, 64832, 64833, 64834, 64836, 64837, 64838, 64839, 64840, 64841, 64842, 64843, 64844, 64845, 64846, 64847, 64848, 64849, 64896, 64897, 64898, 64899, 64900, 64901, 64902, 64903, 64904, 64905, 64918, 64919, 64920, 64921, 64922, 64923, 64924-64925, 64926, 64927, 64928, 64934, 64935, 64936, 64937, 64938, 64939, 64947, 64948, 64949, 64950, 64951, 64952, 64953, 64954, 64955, 64956-64957, 64958, 64959, 65067, 65068, 65069, 65070, 65071, 65072, 65073, 65074, 65075-65076, 65077,

**Def's App. 0117**

**65078, 65079, 65080-65083, 65084-65086, 65087, 65093, 65094, 65095, 65096, 65097, 65098, 65099, 65100, 65101, 65102, 65103, 65104, 65105, 65106, 65107, 65108, 65109, 65286, 65287, 65288, 65289, 65290, 65291, 65292, 65293, 65294, 65295, 65296, 65297, 65298-65299, 65300, 65301, 65302, 65303, 65304, 65305, 65306, 65307, 65308, 65309, 65310, 65311, 65312, 65313, 65314, 65315, 65316, 65317, 65318, 65319, 65320, 65321, 65322, 65323, 65324, 65325, 65326, 65352, 65353, 65354, 65411, 65412, 65413, 65414, 65746-65749, 65750, 65751, 65752, 65753, 65983-65986, 65987, 65988, 65989, 65990, 66023-66025, 66026, 66027, 66028, 66029, 66030, 66031, 66032, 66240-66241, 66242, 66250-66253, 66254, 66255, 66256, 66257, 66258, 66259, 66260, 66261, 66281-66285, 66286, 66287, 66288, 66289, 66290, 66291, 66584, 66585, 66586, 66587, 66588, 66589, 66602, 66603, 66604, 66858-66859, 66860, 66861, 66862, 67014-67019, 67020, 67021, 67022-67029, 67030, 67031, 68532-68533, 68534, 68535, 68536, 68537, 68538, 68539, 68540, 68541, 68542, 68543, 68544, 68545, 68546, 68654, 68655, 68656, 68657, 68658, 68659, 68660, 68661, 68662, 68663, 68664, 68665, 68666, 68667, 68668, 68669, 68670, 68671, 68689, 68690, 68691, 68692, 68693, 68694, 68695, 68696, 68697, 68698, 68709, 68710, 68741, 68742, 68743, 68744-68747, 68748, 68749, 68750, 68751, 68806-68807, 68808, 68816-68819, 68820, 68821, 68822, 68823, 68824, 68825, 68826, 68827, 68828-68832, 68833, 68834, 68835, 68836, 68837, 68838, 68905, 68906, 68907, 68908, 68909, 68910, 68911, 68912, 68913, 68931, 68932, 68933, 68934, 68935, 68936, 68937, 68938-68939, 68940-68941, 68942-68943, 68944-68945, 68946-68947, 68948, 68949, 68950, 68951, 68952, 68953, 68990-68991, 68992, 68993-68994, 69023-69027, 69028, 69029, 69030, 69064, 69065, 69066, 69067, 69068, 69069, 69070, 69071, 69072, 69073, 69074, 69075, 69076, 69077-69078, 69079, 69080, 69081, 69082-69083, 69084, 69085, 69086, 69087-69088, 69089, 69090, 69091, 69092, 69093, 69094, 69095, 69096, 69097, 69098, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 70252-70253, 70254, 70255, 70256, 70257, 70258, 70259, 70260, 70261, 70262, 70263, 70264, 70265, 70266, 70267, 70268, 70269, 70270, 70271, 70272, 70273, 70274, 70275, 70276, 70277, 70278, 70279, 70280, 83574, 83575, 83578-83583, 83584, 83585, 83624-83627, 83628, 83629, 83630-83632, 84024, 84025, 84026, 84027, 84028, 84029, 84030, 84031, 84032, 84033, 84034, 84035, 84036, 84037, 84038, 84039, 84040, 84041, 84042, 84043, 84044, 84045, 84046, 84047, 84048, 84049.**

**In addition, see photographs of the incident ladder, Bates 178-179, 1339-2429.**

**<u>REQUEST FOR PRODUCTION NO. 4:</u>**

Please produce all documents, communications, data, videos, photographs, or tangible things related to the selection of the weld wire identified on drawing 21563 (i.e., "51360 Weld Wire (A/R)" or any predecessors or successors), including without limitation any data, justification, analysis, research, substantiation, or testing for the specification of the weld wire in this application.

**RESPONSE:        See Bates 19, 1205, 6386-6457, 8790, and documents referenced in response to RFP No. 3 above.**

**<u>REQUEST FOR PRODUCTION NO. 5:</u>**

Please produce all documents, communications, data, videos, photographs, or tangible things related to the weld wire used on the Incident Ladder for the back brace and the leg brace welds,

**Def's App. 0118**

including without limitation the selection of the weld wire, any issues or problems related to the weld wire being used in the applications specified, any issues or problems related to the welding being done with this weld wire, engineering change orders related to the weld wire, the material composition and specifications for the weld wire, and any inspections or testing protocols for the weld wire.

**RESPONSE:        See Bates 19, 1205, 6386-6457, 8790, 46588, 47275, 47276, 47290, 47294, 47297, 47308, 47312, 47315, 47326, 47349, 47350, 47351, 47352, 47353, 47354, 47369-47373, 47374-47388, 47389-47395, 47396-47397, 47437, 47440, 47443, 47444, 47466, 47517-47813, 47881-48183, 48694-48958, 53730, 53731, 53738, 53741, 53742, 53743, 53747, 53751, 53752, 53753, 53836, 53855, 53870, 53889, 53955, 54115, 54116, 54117, 54118, 54125, 54176-54178, 54179-54186, 54208, 54213, 54218, 54223, 54250-54251, 54253-54254, 54257, 54262, 54271, 54277, 54282, 54367-54370, 54376, 54393, 54395, 54397, 54406-54415, 54418-54426, 54429-54436, 54437-54444, 54445, 54446-54454, 54455-54463, 54464-54472, 54473, 54474-54482, 54483-54490, 54491, 54492, 54493-54494, 54495, 54496, 54497-54507, 54526, 54536, 54537-54538, 54540, 54542, 54545, 54547, 54549, 54551, 54553, 54555, 54587, 54588, 54589, 54590, 55331, 55337, 55342, 55348, 55353, 55360, 55535, 55540, 55551, 55566, 55568, 55569, 55570, 55571, 55572, 55655-55658, 55659-55662, 55663-55668, 55670-55674, 55675-55681, 55683-55688, 55692, 55693, 55697, 55698, 55731, 55732, 55733, 55734, 55742, 55743, 55744, 55745, 55775, 55776, 55779, 55782, 55825, 55826, 55846, 55848, 55856, 55857, 55934, 56019, 56020, 56061, 56062-56063, 56090, 56098-56099, 56106-56107, 56114-56115, 56158, 56166-56167, 56174-56175, 56182-56183, 56241-56242, 56249-56250, 56273-56274, 56275-56276, 56283-56284, 56285-56286, 56337, 56345-56346, 56353-56354, 56361-56362, 56630, 56633, 56634, 56687, 56697-56698, 56699, 56701, 56848, 56849, 56851, 56859, 56860, 56862, 56878, 56885, 56888, 56897, 56898, 56899, 56912-56913, 56914-56915, 56916-56917, 56918-56919, 56961-56962, 56973-56974, 57090-57092, 57093-57095, 57096-57098, 57099-57101, 57102-57104, 57105-57108, 57135-57137, 57138-57141, 57164-57170, 57193, 57269, 57304, 57308-57317, 57319, 57321, 57343, 57368, 57370, 57392, 57418, 57420, 57442, 57457-57466, 57516-57517, 57518-57519, 57554-57563, 57594, 57607-57608, 57696, 57699, 57707, 57800, 58193, 58194, 58203, 58204, 58208, 58214, 58215, 58261, 58326, 58327, 58330-58331, 58337, 58338-58339, 58433-58435, 58436-58440, 58561-58565, 58593-58595, 58596-58598, 59090, 59100, 59124, 59132, 59141, 59149, 59158-59160, 59164-59166, 59170-59172, 59330-59332, 59340-59342, 59417-59489, 59761-59833, 60094-60095, 60098, 60101-60102, 60108-60110, 60172, 60185, 60186, 60202, 60203, 60211, 60212, 60361, 60362, 60363, 60386, 60387, 60388, 60424, 60443, 60464, 60495-60497, 60526-60529, 60670-60675, 60686, 60687, 60688, 60695, 60696, 60697, 60738, 60781-60782, 60796-60797, 60798-60799, 60847-60848, 60851-60857, 60872, 60878-60880, 60881-60882, 60883-60889, 60899-60903, 60913, 60920-60927, 60991, 61009, 61128, 61138, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61209, 61210, 61247, 61249, 61255, 61257, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-**

**61603, 61604-61609, 61610-61615, 61659, 61661, 61671, 61701-61702, 61863-61864, 62210-62215, 62218-62222, 62225-62229, 62239-62243, 62244-62245, 62246-62248, 62249-62251, 62252-62255, 62256, 62257-62260, 62261-62263, 62271-62275, 62276-62281, 62282-62286, 62306, 62324, 62444, 62461, 62472, 62512-62513, 62514, 62515, 62516, 62518-62520, 62521, 62522, 62527-62528, 62782, 62795, 62816, 62823, 62831, 62860, 62861, 62862, 62896, 62905, 62906, 62908, 62917-62921, 62924, 62926, 62927-62932, 62954, 62977, 62976, 62985, 62998, 63013, 63048, 63051, 63061, 63068, 63069, 63070, 63083, 63118, 63131, 63150, 63151, 63152, 63153, 63154, 63155, 63172, 63180, 63181, 63182, 63203, 63204, 63206, 63207, 63208, 63209, 63211, 63213, 63214, 63224, 63337, 63406, 63493-63497, 63527-63531, 63551, 63572, 63608-63612, 63616-63617, 63620-63621, 63747, 63754, 63755, 63867, 63868, 63869, 63870, 63899, 63989, 64189, 64193, 64196, 64200, 64207, 64337, 64338, 64339, 64387, 64402, 64404, 64407, 64451, 64558, 64757, 64758, 64759, 64760, 64761, 64762, 64800, 64805, 64812, 64828, 64829, 64898, 64900, 64902, 64903, 64904, 64905, 64926, 64927, 64928, 64935, 64936, 64937, 64953, 64959, 65014, 65071, 65072, 65073, 65079, 65095, 65098, 65101, 65108, 65113-65116, 65133, 65134-65138, 65143-65147, 65148-65162, 65163-65170, 65290, 65295, 65303, 65312, 65318, 65323, 65353, 65355-65364, 65370-65377, 65381-65388, 65389, 65393-65401, 65402, 65414, 65415-65416, 65911-65912, 65954-65955, 65966-65968, 65969-65971, 65972-65974, 65975-65977, 65978-65980, 66027, 66037, 66044, 66051, 66058, 66342, 66863, 66864, 66865-66867, 66892, 66894, 66896, 66897, 66898, 67020, 67030, 67063-67073, 68092-68133, 68157-68174, 68537, 68538, 68539, 68544, 68545, 68546, 68565, 68598, 68609, 68622, 68624-68631, 68632-68639, 68640, 68641-68649, 68650, 68667, 68668, 68671, 68691, 68694, 68695, 68710, 68845-68847, 68848-68850, 68851-68854, 68857-68860, 68863-68866, 68867-68872, 68874-68878, 68879-68885, 68886-68892, 68937, 68938-68939, 68963, 68964-68965, 68966-68967, 68968-68970, 68971, 68972, 68973-68975, 68976, 68977, 68978-68980, 68981-68984, 68985, 68986, 68987, 68988, 68989, 68990-68991, 68992, 68993-68994, 69028, 69029, 69068, 69069, 69070, 69071, 69072, 69073, 69101, 69103, 69105, 69106, 69107, 69108, 69111, 69113, 69115, 69116, 69117, 69118, 70256, 70261, 70266, 70271, 71190-71193, 71199, 73535-73536, 73537-73538, 73740-73741, 73742-73743, 73744-73746, 73747-73749, 73782-73784, 73984-73986, 76125-76130, 82930-82931, 82934-82948, 82973-82974, 83327, 83331, 83335, 83336, 83338, 83360, 83375-83384, 83584, 83629, 83766, 83767, 83768, 83769, 83827, 84027, 84032, 84037, 84042.**

**In addition, see photographs of the incident ladder, Bates 178-179, 1339-2429.**

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to the selection of the weld wire used on the Incident Ladder for the back brace and leg brace welds, including without limitation any data, justification, analysis, research, substantiation, or testing for the specification of the weld wire in this application.

**RESPONSE:        See Bates 19, 1205, 6386-6457, 8790, 46588, 47275, 47276, 47290, 47294, 47297, 47308, 47312, 47315, 47326, 47349, 47350, 47351, 47352, 47353, 47354, 47396-47397, 47443, 47444, 47517-47813, 47881-48183, 48694-48958, 53730, 53731, 53738, 53741, 53742, 53743, 53747, 53751, 53752, 53753, 53836, 53855, 53870, 53889, 53955, 54176-54178, 54179-54186, 54208, 54213, 54218, 54223, 54262, 54271, 54277, 54282, 54367-54370, 54393, 54395, 54397, 54437-54444, 54445, 54464-54472, 54473, 54483-54490, 54491, 54492, 54493-54494, 54495, 54496, 54526, 54536, 54540, 54542, 54545, 54547, 54549, 54587, 54588, 54589, 54590,**

55331, 55535, 55540, 55551, 55566, 55568, 55569, 55570, 55571, 55572, 55655-55658, 55659-55662, 55663-55668, 55670-55674, 55675-55681, 55683-55688, 55934, 56061, 56062-56063, 56090, 56098-56099, 56106-56107, 56114-56115, 56158, 56166-56167, 56174-56175, 56182-56183, 56241-56242, 56249-56250, 56273-56274, 56275-56276, 56283-56284, 56285-56286, 56337, 56345-56346, 56353-56354, 56361-56362, 56630, 56687, 56848, 56849, 56851, 56859, 56860, 56862, 56888, 56897, 56898, 56899, 56912-56913, 56914-56915, 56916-56917, 57164-57170, 57800, 58337, 58433-58435, 58436-58440, 58561-58565, 59141, 59149, 59158-59160, 59164-59166, 59170-59172, 59330-59332, 59340-59342, 59417-59489, 59761-59833, 60172, 60185, 60186, 60202, 60203, 60211, 60212, 60361, 60362, 60363, 60386, 60387, 60388, 60495-60497, 60526-60529, 60670-60675, 60781-60782, 60796-60797, 60798-60799, 60851-60857, 60878-60880, 60881-60882, 60883-60889, 60913, 61209, 62444, 62461, 62472, 62512-62513, 62514, 62515, 62516, 62518-62520, 62521, 62522, 62527-62528, 62782, 62795, 62816, 62823, 62831, 62860, 62861, 62862, 62905, 62906, 62908, 62954, 62957, 62976, 62985, 62998, 63013, 63048, 63051, 63061, 63068, 63069, 63070, 63083, 63118, 63131, 63150, 63151, 63152, 63153, 63154, 63155, 63172, 63180, 63181, 63182, 63203, 63204, 63206, 63207, 63208, 63209, 63211, 63213, 63214, 63224, 63337, 63406, 63572, 63747, 63754, 63755, 63867, 63868, 63869, 63870, 63899, 64189, 64193, 64196, 64200, 64207, 64337, 64338, 64339, 64387, 64402, 64404, 64407, 64451, 64558, 64757, 64758, 64759, 64760, 64761, 64762, 64800, 64805, 64812, 64898, 64900, 64902, 64903, 64904, 64905, 64926, 64927, 64928, 64935, 64936, 64937, 64953, 65071, 65072, 65073, 65079, 65095, 65098, 65101, 65108, 65290, 65295, 65303, 65312, 65318, 65323, 65353, 65381-65388, 65389, 65393-65401, 65402, 65414, 67020, 67030, 68092-68133, 68157-68174, 68537, 68538, 68539, 68544, 68545, 68546, 68632-68639, 68640, 68641-68649, 68650, 68710, 68845-68847, 68848-68850, 68851-68854, 68857-68860, 68863-68866, 68867-68872, 68874-68878, 68879-68885, 68886-68892, 68937, 68938-68939, 68990-68991, 68993-68994, 69028, 69029, 69068, 69069, 69070, 69071, 69072, 69073, 69101, 69103, 69105, 69106, 69107, 69108, 69111, 69113, 69115, 69116, 69117, 69118, 70256, 70261, 70266, 70271, 71190-71193, 76125-76130, 83584, 83766, 83767, 83768, 83769, 84027, 84032, 84037, 84042.

**In addition, see photographs of the incident ladder, Bates 178-179, 1339-2429.**

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to the braces identified on drawing 21563, including without limitation engineering change orders, all revisions to documents (including without limitation drawings, engineering documents, production documents, and quality documents) that affect the braces, directions or descriptions as to how the braces are to be welded, the allowable dimensions or tolerances for the welds, how or in what way the dimensions or tolerances for welds are to be measured, quality-related documents that would have applied to the welds or braces, and any inspections or testing protocols for the welds or braces.

**RESPONSE:**        **See Bates 19, 1205, 6386-6457, 8790, 59416, 59417-59489, 59490, 59491, 59760, 59761-59833.**

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to the documents on the Incident Ladder, including without limitation engineering change orders, all revisions to documents (including without limitation drawings, engineering documents, production documents, and quality documents) that applied to the braces, directions or descriptions as to how the braces are to be welded, the allowable dimensions or tolerances for the welds on the braces, how or in what way the dimensions and tolerances for welds are to be measured, quality-related documents that would have applied to the braces or welds, and any inspections or testing protocols for the welds or braces.

**RESPONSE:**       See Bates 19, 1205, 6386-6457, 8790, 47817, 47818-47839, 47840, 48495, 48496, 48497-48551, 53940-53947, 53948, 53949-53954, 53955, 53990-53993, 53994-53997, 53998-54002, 54003-54007, 54258-54259, 54260, 54261, 54262, 54263, 54264, 54265, 54266, 54267, 54268, 54269, 54270, 54271, 54272, 54273, 54274, 54275, 54276, 54277, 54278, 54279, 54280, 54281, 54282, 54283, 54284, 54285, 54394, 54395, 54396, 54397, 56984-57004, 57005, 57006, 57007, 57008, 57009, 57010, 57011, 57012, 57013, 57014, 57015, 57016, 57017, 57018, 57019, 57020, 57021, 57022, 57023, 57024, 57025, 57026, 57027, 57028, 57029, 57030, 59416, 59417-59489, 59490, 59491, 60108-60110, 60111, 60112, 60113, 62342-62349, 62350, 62351, 62352, 62353, 62354, 62355, 62356, 62357, 62358, 62359, 62360, 63202, 63203, 63204, 63205, 63206, 63207, 63208, 63209, 63210, 63211, 63212, 63213, 63214, 63339-63342, 63343, 63344-63345, 63346, 63347-63351, 63352, 63353-63354, 63355-63358, 63359-63364, 63365, 63366-63367, 63368-63371, 63376-63381, 63382, 63383-63384, 63385-63391, 63392, 63393-63394, 63395-63400, 63401, 63402, 63403, 63404, 63407-63414, 63415, 63416-63417, 63438-63446, 63447, 63448, 63449-63450, 63451, 63452-63458, 63459, 63460-63465, 63466, 63467, 63468, 63469, 65298-65299, 65300, 65301, 65302, 65303, 65304, 65305, 65306, 65307, 65308, 65309, 65310, 65311, 65312, 65313, 65314, 65315, 65316, 65317, 65318, 65319, 65320, 65321, 65322, 65323, 65324, 65325, 65326, 65518-65540, 65541, 65542, 65543, 65544, 65545, 65546, 65547, 65548, 65549, 65550, 65551, 65552, 65553, 65554, 65555, 65556, 65557, 65558, 65559, 65560, 65561, 65562-65563, 65564, 65565-65572, 65573-65596, 65776-65814, 65815-65816, 65817, 65818, 65819, 65820, 65821, 65822, 65823, 65824, 65825, 65826, 65827, 65828, 65829, 65830, 65831, 65832, 65833, 65834, 65835, 65836, 65837, 65838, 65839, 65840, 65841, 65842, 65843, 65844, 65845, 65846, 65847, 65848, 65849, 65850, 65851, 65852, 65853, 65854, 70946-70951, 70952-70953, 70954, 70955, 70956, 70957, 70958, 70959, 72173, 72174-72236, 83838-83840, 83841, 83842, 83965-83968, 84054-84059, 84060-84061, 84062, 84063, 84064, 84065, 84066, 84067.

**In addition, see photographs of the incident ladder, Bates 178-179, 1339-2429.**

**REQUEST FOR PRODUCTION NO. 9:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to any claim in which there is an allegation or belief that a weld on a Wing Enterprises ladder failed, did not properly function, or was defective, regardless of whether the claim ultimately ended up in litigation or not. This request does not seek materials protected by the attorney-client or work-product privileges, but it does seek all non-privileged materials including demand letters, responses to demand letters, emails, voicemails, text messages, pleadings, other court filings, discovery, and depositions. This request is meant to cover liability claims of any kind

**Def's App. 0122**

as well as warranty claims. This request seeks such information from January 1, 2008, to the present.

**RESPONSE:**        **See Bates 6386-6457.**

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to any discussion with vendors about the type of welds identified in drawing 21563 (including any predecessors or successors) or welds similar to those used on the Incident Ladder, including without limitation how to create the welds, how to inspect the welds, issues with regard to failed welds, issues with regard to proper or improper welding technique, issues with regard to deficient welding, issues with regard to defective or deficient welds, issues with regard to the quality of any welds, and issues with regard to the inspection welds.

**RESPONSE:**        **See Bates 6386-6457.**

**REQUEST FOR PRODUCTION NO. 11:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to any claim in which there is an allegation or belief that a brace on a Wing Enterprises ladder (including without limitation any back brace or leg brace) failed, did not properly function, or was defective, regardless of whether the claim ultimately ended up in litigation or not. This request does not seek materials protected by the attorney-client or work-product privileges, but it does seek all non-privileged materials including demand letters, responses to demand letters, emails, voicemails, text messages, pleadings, other court filings, discovery, and depositions. This request is meant to cover liability claims of any kind as well as warranty claims. This request seeks such information from January 1, 2008 to the present.

**RESPONSE:**        **See Bates 6386-6457.**

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all documents, communications, data, videos, photographs, or tangible things related to any engineering review or design review conducted regarding the weld wire identified in drawing 21563, the weld wire similar to that used on the Incident Ladder, the welding technique or method used to affix the back braces identified in drawing 21563, the welding technique or method similar to that used to affix the back braces to the Incident Ladder, the welding technique used to affix the leg braces identified in drawing 21653, the welding techniques similar to that used to affix the leg braces on the Incident Ladder, the back braces identified in drawing 21653, the back braces similar to those used on the Incident Ladder, the dimensions or tolerances for the welds used to affix the leg braces identified in drawing 21653, the dimensions or tolerances for the welds used to affix the leg braces similar to those on the Incident Ladder, the dimensions or tolerances for the welds used to affix the back brace identified in drawing 21653, the dimensions or tolerances for the welds used to affix the back brace similar to those on the Incident Ladder, the welds identified in drawing 21653, and the welds similar to those used on the Incident Ladder.

**Def's App. 0123**

**RESPONSE:**         **See Bates 19, 1205, 6386-6457, 8790. To the extent responsive, please see documents referenced to RFP Nos. 1-8 above.**

**Def's App. 0124**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUSTI THOMPSON, Individually, On | § | |
| Behalf of the Estate of Scott Thompson, | § | |
| Deceased, and on behalf of All Wrongful | § | |
| Death Beneficiaries, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-02170-L |
| | § | |
| WING ENTERPRISES, INC. d/b/a | § | |
| LITTLE GIANT LADDERS, and | § | |
| HAROLD ARTHUR WING, | § | |
| Defendants | § | |

### DEFENDANT WING ENTERPRISES, INC.'S FIRST AMENDED RESPONSES TO PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION

NOW COMES DEFENDANT WING ENTERPRISES, INC. and pursuant to Fed. R. Civ.

P. 34 hereby serves its First Amended Response to Plaintiff's Fifth Request for Production.

Respectfully submitted,

**FARMER, HOUSE, OSUNA,
JACKSON, & OLVERA**
411 Heimer Road
San Antonio, Texas 78232
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)

By:    /s/ Michael D. DeNuccio
   **JEFFREY G. HOUSE**
   State Bar No. 00784295
   jhouse@satx.law
   **J. DEAN JACKSON**
   State Bar No. 24008373
   djackson@satx.law
   **MICHAEL D. DeNUCCIO**
   State Bar No. 24025015
   mdenuccio@satx.law
**ATTORNEYS FOR DEFENDANTS
WING ENTERPRISES, INC. d/b/a
LITTLE GIANT LADDERS**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that the foregoing pleading has been forwarded in accordance with the Federal Rules of Civil Procedure as set out below on this the 15th day of February 2023.

Ross Cunningham
Joseph R. Alexander, Jr.
Steven D. Sanfelippo
**CUNNINGHAM SWAIM, LLP**
4014 Main Street, Suite 200
Dallas, Texas 75226
rcunningham@cunninghamswaim.com
joe@cunninghamswaim.com
ssanfelippo@cunninghamswaim.com
***ATTORNEYS FOR PLAINTIFFS***

                  /s/ Michael D. DeNuccio
**Jeffrey G. House / J. Dean Jackson**
**Michael D. DeNuccio**

**DEFENDANT WING ENTERPRISES, INC.'S FIRST AMENDED
RESPONSES TO PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION**

**Diligent Search**

Defendant has performed an extensive search of its digital or electronic computer systems in an effort to locate documents within the scope of the Stipulation (Document 49). Such searches produced documents, including emails and attachments, that were thereafter reviewed for relevance and privilege. Subsequent thereto, Defendant performed additional searches to identify specific documents (with Bates numbers) that would be responsive to each request for production herein. The lists generated for each request are set forth in response to each request.

**Request for Production No. 1:** All documents, communications, data, videos, photographs, or tangible things related to the **Outer Channel (e.g., Part Number 21701 or 21612)** for every model ladder manufactured by You from 2007 until December 29, 2019, including without limitation engineering change orders, all revisions to documents, drawings, engineering documents, production documents, and quality documents.

> **RESPONSE:**    See Bates 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 47302-47303, 47304, 47305, 47306, 47307, 47308, 47309, 47310, 47311, 47312, 47313, 47314, 47315, 47316, 47317, 47318, 47396-47397, 47398, 47399, 47400, 47401, 47402, 47403, 47404, 47405, 47406, 47407, 47408, 47409, 47410, 47411, 47412, 47413, 47414, 47415, 47416, 47417, 47418, 47419, 47420, 47421, 47422, 47423, 47424, 47425, 47426, 47427, 47428, 47429, 47430, 47431, 47432, 47433, 47434, 47435, 47436, 47437, 47438, 47439, 47440, 47441, 47442, 47443, 47444, 47445, 47446, 47447, 47448, 47449, 47450, 47451, 47452, 47453, 47454, 47455, 47456, 47457, 47458, 47459, 47460, 47461, 47462, 47463, 47464, 47465, 47466, 47467, 47468, 47469, 47470, 47471, 47515, 47516, 47517-47813, 47878-47879, 47880, 47881-48183, 48693, 48694-48958, 53593-53595, 53596, 53597, 53598, 53599, 53600, 53601, 53726, 53727, 53728, 53729, 53730, 53731, 53732, 53733, 53734, 53735, 53736, 53737, 53738, 53739, 53823, 53824, 53825, 53826, 53827, 53828, 53829, 53830, 53831, 53832, 53833, 53834, 53835, 53836, 53844, 53845, 53846, 53847, 53848, 53849, 53850, 53851, 53852, 53853, 53854, 53855, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53880, 53881, 53882, 53883, 53884, 53885, 53886, 53887, 53888, 53889, 54069-54070, 54071, 54072, 54073, 54074, 54075, 54076-54079, 54080, 54081, 54082, 54083, 54084, 54085, 54086, 54087, 54104-54109, 54110, 54111-54114, 54115, 54116, 54117, 54118, 54119-54124, 54125, 54126-54128, 54129, 54130, 54131-54134, 54135, 54136, 54137-54140, 54141, 54142, 54143-54146, 54147, 54204-54205, 54206, 54207, 54208, 54209, 54210, 54211, 54212, 54213, 54214, 54215, 54216, 54217, 54218, 54219, 54220, 54221, 54222, 54223, 54224, 54225, 54226, 54227, 54228, 54229, 54230, 54231, 54232, 54253-54254, 54255, 54256, 54257, 54330-54332, 54333-54362, 54539, 54540, 54541, 54542, 54543, 54544, 54545, 54546, 54547, 54548, 54549, 54552, 54553, 54554, 54555, 54586, 54587, 54588, 54589, 54590, 55689, 55690, 55691, 55692, 55693, 55694, 55695, 55696, 55697, 55698, 55728, 55729, 55730, 55731, 55732, 55733, 55734, 55735, 55736, 55739, 55740, 55741, 55742, 55743, 55744, 55745, 55746, 55747, 55773-55774, 55775, 55776, 55777, 55778, 55779, 55780, 55781, 55782, 55823, 55824, 55825, 55826, 55827, 55828, 55829, 55830, 55840-55844, 55845, 55846, 55847, 55848, 55849, 55855, 55856, 55857, 55858, 55859, 55860, 55861, 55862, 55863, 57066-57072, 57073, 57074, 57075, 57076, 57077, 57078, 57079, 57080-57083, 57084, 57085, 57086, 57087,

57088-57089, 57090-57092, 57093-57095, 57096-57098, 57099-57101, 57102-57104, 57105-57108, 57135-57137, 57138-57141, 57287-57292, 57293, 57294, 57295, 57296, 57297, 57484, 57485, 57486, 57487, 57592-57593, 57594, 57595, 57596, 57597, 57598, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 57700-57704, 57705, 57706, 57707, 57708, 57709, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58256-58259, 58260, 58261, 58262, 60149, 60150, 60151, 60182, 60183, 60184, 60185, 60186, 60187, 60188, 60189, 60190, 60191, 60192, 60199, 60200, 60201, 60202, 60203, 60204, 60205, 60206, 60207, 60208, 60209, 60210, 60211, 60212, 60213, 60214, 60215, 60216, 60292-60293, 60294, 60295, 60296-60297, 60298, 60299, 60354-60355, 60356, 60357, 60358, 60359, 60360, 60361, 60362, 60363, 60364, 60382, 60383, 60384, 60385, 60386, 60387, 60388, 60389, 60390, 60391, 60408, 60409, 60410, 60411, 60412, 60413, 60414, 60415, 60416, 60417, 60418, 60419, 60420, 60421, 60422, 60423, 60424, 60425, 60426-60427, 60428, 60429, 60430, 60431, 60432, 60433, 60434, 60435, 60436, 60437, 60438, 60439, 60440, 60441, 60442, 60443, 60444, 60445, 60446, 60447-60448, 60449, 60450, 60451, 60452, 60453, 60454, 60455, 60456, 60457, 60458, 60459, 60460, 60461, 60462, 60463, 60464, 60465, 60466, 60467, 60468, 60469, 60470-60472, 60473, 60474-60476, 60477, 60478, 60488-60491, 60492, 60493, 60494, 60498, 60499, 60500, 60501, 60502, 60503, 60504, 60505, 60506, 60507, 60508, 60509, 60510, 60511-60512, 60513-60514, 60515, 60516, 60517, 60518, 60519, 60520, 60521, 60522, 60523, 60524, 60525, 60532-60533, 60534, 60535, 60536, 60537, 60538, 60539, 60540, 60541, 60542, 60681-60683, 60684, 60685, 60686, 60687, 60688, 60689, 60690-60692, 60693, 60694, 60695, 60696, 60697, 60698, 61002-61005, 61006, 61007, 61008, 61009, 61010, 61011, 61012, 61125, 61126, 61127, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61506, 61507, 61508, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61958, 61959, 61960-61968, 61969-61972, 61973, 61974, 62386-62388, 62389, 62390, 62391, 62392, 62393, 62394, 62395, 62396, 62397, 62895, 62896, 62897, 62898, 62899, 62900, 62901, 62902, 62903, 62922-62923, 62924, 62925, 62926, 62950, 63047, 63048, 63049, 63050, 63051, 63052, 63053, 63054, 63055, 63056, 63057, 63058, 63059, 63060, 63061, 63062, 63063, 63064, 63065, 63066, 63067, 63068, 63069, 63070, 63071, 63072, 63073, 63074, 63075, 63613, 63614, 63622-63623, 63659-63662, 63903-63904, 63905, 63906, 63907, 63908, 63909, 63910, 63911, 63912, 63913, 63914, 63915, 63916, 63917, 63918, 63919, 63920, 63921, 63922, 63923, 63924, 63925, 63926, 63927, 63928, 63929, 63930, 63931, 63932, 63933, 63934, 63935, 63936, 63937, 63938, 63939, 63940, 63941, 63942, 64181, 64182, 64183, 64184, 64185, 64186, 64187, 64188, 64189, 64190, 64191, 64192, 64193, 64194, 64195, 64196, 64197, 64198, 64199, 64200, 64201, 64202, 64203, 64204, 64205, 64206, 64207, 64208, 64209, 64210, 64211, 64212, 64321-64324, 64325, 64380-64385, 64386, 64387, 64398-64400, 64401, 64402, 64403, 64404, 64405, 64406, 64407, 64408, 64409, 64410, 64411, 64412, 64413, 64414, 64415, 64416, 64594, 64595, 64596, 64597, 64598, 64599, 64600, 64601, 64602, 64603, 64608, 64609, 64610, 64611, 64612, 64613, 64614, 64615, 64616, 64617, 64618, 64619, 64620, 64726, 64727, 64728, 64729, 64753, 64754, 64755, 64756, 64757, 64758, 64759, 64760, 64761, 64762, 64763, 64764, 64765, 64826, 64827, 64828, 64829, 64850-64855, 64856, 64857, 64858, 64859, 64860, 64861, 64862, 64863, 64864, 64896, 64897, 64898, 64899, 64900, 64901, 64902, 64903, 64904, 64905, 64924-64925, 64926,

**64927, 64928, 64956-64957, 64958, 64959, 65011-65013, 65014, 65015, 65016, 66023-66025, 66026, 66027, 66028, 66029, 66030, 66031, 66032, 66333-66338, 66339, 66340, 66341, 66342, 66343, 66344, 66345, 66346, 66347, 66348, 66349, 66350, 66351, 66352, 66353, 68080-68091, 68092-68133, 68134-68156, 68157-68174, 68597, 68598, 68599, 68600, 68601, 68602, 68603, 68604, 68605, 68606, 68607, 68608, 68609, 68610, 68618-68620, 68621, 68622, 68623, 68665, 68666, 68667, 68668, 68669, 68670, 68671, 68688, 68689, 68690, 68691, 68692, 68693, 68694, 68695, 68696, 68697, 68698, 69060, 69061, 69062, 69063, 69064, 69065, 69066, 69067, 69068, 69069, 69070, 69071, 69072, 69073, 69074, 69075, 69076, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 70252-70253, 70254, 70255, 70256, 70257, 70258, 70259, 70260, 70261, 70262, 70263, 70264, 70265, 70266, 70267, 70268, 70269, 70270, 70271, 70272, 70273, 70274, 70275, 70276, 70277, 70278, 70279, 70280, 70520-70521, 70843-70845, 70937-70943, 70944, 70945, 71146-71148, 71149-71178, 71398-71402, 71403-71408, 73499-73505, 73506, 73507, 73508, 73509, 73510, 73511, 73512, 73513-73519, 73520, 73521, 73522, 73523, 73524, 73525, 73526, 73535-73536, 73537-73538, 73540-73543, 73544, 73545, 73546, 73547, 73551-73553, 73554, 73555, 73556, 73557, 73558-73561, 73562, 73563, 73564, 73565, 73568-73569, 73740-73741, 73742-73743, 73744-73746, 73747-73749, 73782-73784, 73984-73986, 80955-80957, 80958, 80959, 80960, 81122-81124, 81125, 81126, 81127, 81128, 81129-81131, 81132, 81133, 81134, 81135, 83390-83393, 83394-83395, 83396, 83397, 83398, 83399, 83417, 83418-83419, 83570-83572, 83573, 83624-83627, 83628, 83629, 83630-83632, 83953-83958, 83959, 83960, 83961, 83962, 83963, 83964, 84024, 84025, 84026, 84027, 84028, 84029, 84030, 84031, 84032, 84033, 84034, 84035, 84036, 84037, 84038, 84039, 84040, 84041, 84042, 84043, 84044, 84045, 84046, 84047, 84048, 84049.**

**Request for Production No. 2:** All documents, communications, data, videos, photographs, or tangible things related to the **Back Brace (e.g., Part Number 21522)** for every model ladder manufactured by You from 2007 until December 29, 2019, including without limitation engineering change orders, all revisions to documents, drawings, engineering documents, production documents, and quality documents.

**RESPONSE:**        **See Bates**

**47270-47274, 47275, 47276, 47277, 47288-47289, 47290, 47291, 47292, 47293, 47294, 47295, 47296, 47297, 47298, 47299, 47300, 47301, 47302-47303, 47304, 47305, 47306, 47307, 47308, 47309, 47310, 47311, 47312, 47313, 47314, 47315, 47316, 47317, 47318, 47345, 47346, 47347, 47348, 47349, 47350, 47351, 47352, 47353, 47354, 47355, 47396-47397, 47398, 47399, 47400, 47401, 47402, 47403, 47404, 47405, 47406, 47407, 47408, 47409, 47410, 47411, 47412, 47413, 47414, 47415, 47416, 47417, 47418, 47419, 47420, 47421, 47422, 47423, 47424, 47425, 47426, 47427, 47428, 47429, 47430, 47431, 47432, 47433, 47434, 47435, 47436, 47437, 47438, 47439, 47440, 47441, 47442, 47443, 47444, 47445, 47446, 47447, 47448, 47449, 47450, 47451, 47452, 47453, 47454, 47455, 47456, 47457, 47458, 47459, 47460, 47461, 47462, 47463, 47464, 47465, 47466, 47467, 47468, 47469, 47470, 47471, 47515, 47516, 47517-47813, 47878-47879, 47880, 47881-48183, 48693, 48694-48958, 53726, 53727, 53728, 53729, 53730, 53731, 53732, 53733, 53734, 53735, 53736, 53737, 53738, 53739, 53823, 53824, 53825, 53826, 53827, 53828, 53829, 53830, 53831, 53832, 53833, 53834, 53835, 53836, 53844, 53845, 53846, 53847, 53848, 53849, 53850, 53851, 53852, 53853, 53854, 53855, 53856-53857, 53858, 53859, 53860, 53861, 53862, 53863, 53864, 53865, 53866, 53867, 53868, 53869, 53870, 53880, 53881, 53882, 53883, 53884,**

**Def's App. 0129**

53885, 53886, 53887, 53888, 53889, 53940-53947, 53948, 53949-53954, 53955, 54111-54114, 54115, 54116, 54117, 54118, 54119-54124, 54125, 54172-54175, 54176-54178, 54179-54186, 54187-54191, 54192-54200, 54204-54205, 54206, 54207, 54208, 54209, 54210, 54211, 54212, 54213, 54214, 54215, 54216, 54217, 54218, 54219, 54220, 54221, 54222, 54223, 54224, 54225, 54226, 54227, 54228, 54229, 54230, 54231, 54232, 54253-54254, 54255, 54256, 54257, 54258-54259, 54260, 54261, 54262, 54263, 54264, 54265, 54266, 54267, 54268, 54269, 54270, 54271, 54272, 54273, 54274, 54275, 54276, 54277, 54278, 54279, 54280, 54281, 54282, 54283, 54284, 54285, 54367-54370, 54371, 54372, 54373, 54374, 54375, 54376, 54392, 54393, 54394, 54395, 54396, 54397, 54406-54415, 54416, 54417, 54418-54426, 54427, 54428, 54429-54436, 54437-54444, 54445, 54446-54454, 54455-54463, 54464-54472, 54473, 54474-54482, 54483-54490, 54491, 54492, 54493-54494, 54495, 54496, 54497-54507, 54523, 54524, 54525, 54526, 54535, 54536, 54537-54538, 54539, 54540, 54541, 54542, 54543, 54544, 54545, 54546, 54547, 54548, 54549, 54552, 54553, 54554, 54555, 54586, 54587, 54588, 54589, 54590, 55328, 55329, 55330, 55331, 55332, 55333, 55327, 55528-55529, 55530-55531, 55532, 55533, 55534, 55535, 55536, 55537, 55538, 55539, 55540, 55541, 55542, 55543, 55544, 55545, 55546, 55547-55550, 55551, 55552, 55553, 55554, 55555, 55556, 55557, 55558, 55559, 55560, 55561, 55562, 55563, 55564, 55565, 55566, 55567, 55568, 55569, 55570, 55571, 55572, 55573, 55574, 55575, 55576, 55577, 55578, 55579, 55580, 55581, 55582, 55583, 55584, 55585, 55586, 55587, 55588, 55589, 55590, 55591, 55592, 55593, 55594, 55595, 55596, 55597, 55598, 55599, 55689, 55690, 55691, 55692, 55693, 55694, 55695, 55696, 55697, 55698, 55728, 55729, 55730, 55731, 55732, 55733, 55734, 55735, 55736, 55739, 55740, 55741, 55742, 55743, 55744, 55745, 55746, 55747, 55773-55774, 55775, 55776, 55777, 55778, 55779, 55780, 55781, 55782, 55823, 55824, 55825, 55826, 55827, 55828, 55829, 55830, 55840-55844, 55845, 55846, 55847, 55848, 55849, 55855, 55856, 55857, 55858, 55859, 55860, 55861, 55862, 55863, 55933, 55934, 56055, 56056, 56057, 56058, 56059, 56060, 56061, 56062-56063, 56064-56065, 56066-56067, 56068-56069, 56070-56071, 56072, 56073, 56074, 56075, 56076, 56077, 56083-56084, 56085, 56086, 56087, 56088-56089, 56090, 56091, 56092, 56093, 56094, 56095, 56096-56097, 56098-56099, 56100, 56101, 56102, 56103, 56104-56105, 56106-56107, 56108, 56109, 56110, 56111, 56112-56113, 56114-56115, 56116, 56150-56152, 56153, 56154, 56155, 56156-56157, 56158, 56159, 56160, 56161, 56162, 56163, 56164-56165, 56166-56167, 56168, 56169, 56170, 56171, 56172-56173, 56174-56175, 56176, 56177, 56178, 56179, 56180-56181, 56182-56183, 56184, 56237, 56238, 56239, 56240, 56241-56242, 56243-56244, 56245-56246, 56247, 56248, 56249-56250, 56251, 56252, 56253, 56254, 56255, 56256, 56257, 56258, 56259, 56260, 56261, 56262, 56268-56269, 56270, 56271-56272, 56273-56274, 56275-56276, 56277-56279, 56280, 56281-56282, 56283-56284, 56285-56286, 56327-56331, 56332, 56333, 56334, 56335-56336, 56337, 56338, 56339, 56340, 56341, 56342, 56343-56344, 56345-56346, 56347, 56348, 56349, 56350, 56351-56352, 56353-56354, 56355, 56356, 56357, 56358, 56359-56360, 56361-56362, 56363, 56626-56628, 56629, 56630, 56631, 56632, 56681-56682, 56683, 56684, 56685, 56686, 56687, 56688, 56689, 56846-56847, 56848, 56849, 56850, 56851, 56852-56854, 56855, 56856, 56857-56858, 56859, 56860, 56861, 56862, 56863-56865, 56866, 56867, 56886-56887, 56888, 56889, 56890, 56891, 56896, 56897, 56898, 56899, 56900, 56901, 56902, 56903-56904, 56905-56906, 56907-56908, 56909, 56910, 56911, 56912-56913, 56914-56915, 56916-56917, 56918-56919, 56920-56921, 56922-56936, 56937-56938, 56939, 56940-56953, 56954-56959, 56960, 56961-56962, 56963-56972, 56973-56974, 57592-57593, 57594, 57595, 57596, 57597, 57598, 57689-57693, 57694, 57695, 57696, 57697, 57698, 57699, 57700-57704, 57705, 57706, 57707, 57708, 57709, 58187-58191, 58192, 58193, 58194, 58195, 58196, 58197, 58198-58202, 58203, 58204, 58205, 58206, 58207, 58208, 58209-58213, 58214, 58215, 58216, 58217, 58218, 58219, 58220, 58256-58259, 58260, 58261, 58262,

**Def's App. 0130**

58336, 58337, 58432, 58433-58435, 58436-58440, 58559-58560, 58561-58565, 58566, 58567, 58568, 58593-58595, 58596-58598, 59137-59140, 59141, 59142, 59143, 59144, 59145-59148, 59149, 59150, 59151, 59152, 59153, 59157, 59158-59160, 59161, 59162, 59163, 59164-59166, 59167, 59168, 59169, 59170-59172, 59173, 59174, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59416, 59417-59489, 59490, 59491, 59760, 59761-59833, 60166-60171, 60172, 60182, 60183, 60184, 60185, 60186, 60187, 60188, 60189, 60190, 60191, 60192, 60199, 60200, 60201, 60202, 60203, 60204, 60205, 60206, 60207, 60208, 60209, 60210, 60211, 60212, 60213, 60214, 60215, 60216, 60354-60355, 60356, 60357, 60358, 60359, 60360, 60361, 60362, 60363, 60364, 60382, 60383, 60384, 60385, 60386, 60387, 60388, 60389, 60390, 60391, 60408, 60409, 60410, 60411, 60412, 60413, 60414, 60415, 60416, 60417, 60418, 60419, 60420, 60421, 60422, 60423, 60424, 60425, 60426-60427, 60428, 60429, 60430, 60431, 60432, 60433, 60434, 60435, 60436, 60437, 60438, 60439, 60440, 60441, 60442, 60443, 60444, 60445, 60446, 60447-60448, 60449, 60450, 60451, 60452, 60453, 60454, 60455, 60456, 60457, 60458, 60459, 60460, 60461, 60462, 60463, 60464, 60465, 60466, 60467, 60468, 60469, 60495-60497, 60526-60529, 60530, 60531, 60667-60669, 60670-60675, 60681-60683, 60684, 60685, 60686, 60687, 60688, 60689, 60690-60692, 60693, 60694, 60695, 60696, 60697, 60698, 60734-60737, 60738, 60777-60780, 60781-60782, 60790-60795, 60796-60797, 60798-60799, 60845-60846, 60847-60848, 60849-60850, 60851-60857, 60858, 60868-60869, 60870, 60871, 60872, 60873-60875, 60876-60877, 60878-60880, 60881-60882, 60883-60889, 60894-60898, 60899-60903, 60904-60906, 60907-60912, 60913, 60920-60927, 60988-60990, 60991, 61002-61005, 61006, 61007, 61008, 61009, 61010, 61011, 61012, 61128, 61129, 61130, 61131, 61132, 61133, 61134, 61135, 61136, 61137, 61138, 61139, 61140, 61141, 61142, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61209, 61210, 61211, 61212, 61213, 61214, 61215, 61216, 61217, 61218, 61219, 61220, 61221, 61222, 61223, 61224, 61225, 61243-61246, 61247, 61248, 61249, 61250-61254, 61255, 61256, 61257, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61659, 61660, 61661, 61662, 61663, 61664, 61665, 61666, 61667, 61668, 61669, 61670, 61671, 61694-61696, 61697-61700, 61701-61702, 61703-61704, 61856-61858, 61859-61862, 61863-61864, 61865-61866, 62208-62209, 62210-62215, 62216-62217, 62218-62222, 62223-62224, 62225-62229, 62234-62236, 62237-62238, 62239-62243, 62441, 62442, 62443, 62444, 62445, 62446, 62447, 62448, 62449, 62450, 62451, 62452, 62453, 62454, 62455, 62456, 62457, 62458, 62459, 62460, 62461, 62462, 62463, 62464, 62465, 62466, 62467, 62468, 62469, 62470, 62471, 62472, 62473, 62474, 62475, 62512-62513, 62514, 62515, 62516, 62517, 62518-62520, 62521, 62522, 62523, 62524, 62525, 62526, 62895, 62896, 62897, 62898, 62899, 62900, 62901, 62902, 62903, 62922-62923, 62924, 62925, 62926, 63047, 63048, 63049, 63050, 63051, 63052, 63053, 63054, 63055, 63056, 63057, 63058, 63059, 63060, 63061, 63062, 63063, 63064, 63065, 63066, 63067, 63068, 63069, 63070, 63071, 63072, 63073, 63074, 63075, 63149, 63150, 63151, 63152, 63153, 63154, 63155, 63156, 63157, 63173, 63174, 63175, 63176, 63177, 63178, 63179, 63180, 63181,

63182, 63332, 63333, 63334, 63335, 63336, 63337, 63338, 63405, 63406, 63567, 63568, 63569, 63570, 63571, 63572, 63573, 63574, 63575, 63576, 63577, 63578, 63740, 63741, 63742, 63743, 63744, 63745, 63746, 63747, 63748, 63749, 63750, 63751, 63752, 63753, 63754, 63755, 63896-63897, 63898, 63899, 63900, 63901, 63902, 64181, 64182, 64183, 64184, 64185, 64186, 64187, 64188, 64189, 64190, 64191, 64192, 64193, 64194, 64195, 64196, 64197, 64198, 64199, 64200, 64201, 64202, 64203, 64204, 64205, 64206, 64207, 64208, 64209, 64210, 64211, 64212, 64326, 64327, 64328, 64329, 64330, 64331, 64332, 64333, 64334, 64335, 64336, 64337, 64338, 64339, 64380-64385, 64386, 64387, 64398-64400, 64401, 64402, 64403, 64404, 64405, 64406, 64407, 64408, 64409, 64410, 64411, 64412, 64413, 64414, 64415, 64416, 64554-64556, 64557, 64558, 64753, 64754, 64755, 64756, 64757, 64758, 64759, 64760, 64761, 64762, 64763, 64764, 64765, 64792-64793, 64794, 64795, 64796, 64797, 64798, 64799, 64800, 64801, 64802, 64803, 64804, 64805, 64806, 64807, 64808, 64809, 64810, 64811, 64812, 64813, 64814, 64815, 64816, 64817, 64818, 64819, 64820, 64826, 64827, 64828, 64829, 64896, 64897, 64898, 64899, 64900, 64901, 64902, 64903, 64904, 64905, 64924-64925, 64926, 64927, 64928, 64934, 64935, 64936, 64937, 64947, 64948, 64949, 64950, 64951, 64952, 64953, 64954, 64955, 64956-64957, 64958, 64959, 65011-65013, 65014, 65015, 65016, 65067, 65068, 65069, 65070, 65071, 65072, 65073, 65074, 65075-65076, 65077, 65078, 65079, 65080-65083, 65084-65086, 65087, 65093, 65094, 65095, 65096, 65097, 65098, 65099, 65100, 65101, 65102, 65103, 65104, 65105, 65106, 65107, 65108, 65109, 65286, 65287, 65288, 65289, 65290, 65291, 65292, 65293, 65294, 65295, 65296, 65297, 65298-65299, 65300, 65301, 65302, 65303, 65304, 65305, 65306, 65307, 65308, 65309, 65310, 65311, 65312, 65313, 65314, 65315, 65316, 65317, 65318, 65319, 65320, 65321, 65322, 65323, 65324, 65325, 65326, 65352, 65353, 65354, 65355-65364, 65365, 65366, 65367, 65368, 65369, 65370-65377, 65378, 65379, 65380, 65381-65388, 65389, 65390, 65391, 65392, 65393-65401, 65402, 65403, 65404, 65405, 65411, 65412, 65413, 65414, 65415-65416, 65417, 65911-65912, 65913-65914, 65915-65929, 65930-65931, 65932, 65933-65946, 65947-65952, 65953, 65954-65955, 65956-65965, 65966-65968, 65969-65971, 65972-65974, 65975-65977, 65978-65980, 66023-66025, 66026, 66027, 66028, 66029, 66030, 66031, 66032, 66333-66338, 66339, 66340, 66341, 66342, 66343, 66344, 66345, 66346, 66347, 66348, 66349, 66350, 66351, 66352, 66353, 67014-67019, 67020, 67021, 67022-67029, 67030, 67031, 67050-67062, 67063-67073, 68080-68091, 68092-68133, 68134-68156, 68157-68174, 68532-68533, 68534, 68535, 68536, 68537, 68538, 68539, 68540, 68541, 68542, 68543, 68544, 68545, 68546, 68597, 68598, 68599, 68600, 68601, 68602, 68603, 68604, 68605, 68606, 68607, 68608, 68609, 68610, 68618-68620, 68621, 68622, 68623, 68624-68631, 68632-68639, 68640, 68641-68649, 68650, 68665, 68666, 68667, 68668, 68669, 68670, 68671, 68689, 68690, 68691, 68692, 68693, 68694, 68695, 68696, 68697, 68698, 68709, 68710, 68931, 68932, 68933, 68934, 68935, 68936, 68937, 68938-68939, 68940-68941, 68942-68943, 68944-68945, 68946-68947, 68948, 68949, 68950, 68951, 68952, 68953, 68990-68991, 68992, 68993-68994, 69023-69027, 69028, 69029, 69030, 69064, 69065, 69066, 69067, 69068, 69069, 69070, 69071, 69072, 69073, 69074, 69075, 69076, 69099, 69100, 69101, 69102, 69103, 69104, 69105, 69106, 69107, 69108, 69109, 69110, 69111, 69112, 69113, 69114, 69115, 69116, 69117, 69118, 70252-70253, 70254, 70255, 70256, 70257, 70258, 70259, 70260, 70261, 70262, 70263, 70264, 70265, 70266, 70267, 70268, 70269, 70270, 70271, 70272, 70273, 70274, 70275, 70276, 70277, 70278, 70279, 70280, 71190-71193, 71194, 71195, 71196, 71197, 71198, 71199, 82930-82931, 82932-82933, 82934-82948, 82949-82950, 82951, 82952-82965, 82966-82971, 82972, 82973-82974, 82975-82984, 83578-83583, 83584, 83585, 83624-83627, 83628, 83629, 83630-83632, 84024, 84025, 84026, 84027, 84028, 84029, 84030, 84031, 84032, 84033, 84034, 84035, 84036, 84037, 84038, 84039, 84040, 84041, 84042, 84043, 84044, 84045, 84046, 84047, 84048, 84049.

**Request for Production No. 3:** All documents that relate or refer to Your decision to create Rock Lock 2.0, including but not limited to cost, engineering, design, safety, marketing, manufacturing or marketing reasons or concerns.

**RESPONSE:** See Bates 54150-54170, 54171, 64417-64445, 64446, 64826, 64827, 64828, 64829, 64947, 64948, 64949, 64950, 64951, 64952, 64953, 64954, 64955, 64956-64957, 64958, 64959, 64960-64972, 64973, 64995-65008, 65009, 65010, 65011-65013, 65014, 65015, 65016, 65032, 65033, 65050-65051, 65052-65053, 65054, 69165-70119, 70120, 70121, 70122, 70252-70253, 70254, 70255, 70256, 70257, 70258, 70259, 70260, 70261, 70262, 70263, 70264, 70265, 70266, 70267, 70268, 70269, 70270, 70271, 70272, 70273, 70274, 70275, 70276, 70277, 70278, 70279, 70280, 84024, 84025, 84026, 84027, 84028, 84029, 84030, 84031, 84032, 84033, 84034, 84035, 84036, 84037, 84038, 84039, 84040, 84041, 84042, 84043, 84044, 84045, 84046, 84047, 84048, 84049.

**Request for Production No. 4:** All documents that relate or refer to Your decision to create Rock Lock 3.0, including but not limited to cost, engineering, design, safety, marketing, manufacturing or marketing reasons or concerns.

**RESPONSE:** None, per the Stipulation.

**Request for Production No. 5:** The entire piece price documentation for Rock Lock 1.0, including all subassemblies and Components.

**RESPONSE:** See documents previously produced in November 2022 with the original Response to this Request. See also Bates 46427-46509, 46510, 49103-49204, 49205, 49206-49314, 49315-49421, 49422-49537, 49539-49651, 49788-49900, 49901-50037, 50045-50174, 50175, 50176-50305, 50621-50786, 53976-53977, 53978-53979, 55416-55420, 55421-55428, 57592-57593, 57594, 57595, 57596, 57597, 57598, 57628, 57629, 57630, 58296, 58297, 58298, 58299-58300, 58301, 58302, 58303, 58304, 58305, 58306-58307, 58308, 58309, 58310, 58311-58313, 58314, 58315, 58316, 58389-58390, 58402-58403, 58404, 58405, 58414-58416, 58417, 58418, 58419, 58420-58422, 58423, 58424, 58425, 58426-58428, 58429, 58430, 58431, 58464-58466, 58467, 58468-58471, 58472, 58473, 58554-58555, 58853-58854, 58855, 58856, 58857, 58858, 58897-58899, 58900, 58901, 58902, 58903, 58917-58919, 58920, 58921, 58922, 58923, 58924-58927, 58928, 58929, 58930, 58931, 58932-58935, 58936, 58937, 58938, 58939, 58940, 58941-58944, 58945, 58946, 58947, 58948, 58949, 59002-59004, 59005, 59006, 59007-59009, 59010, 59011, 59012-59014, 59015, 59016, 59017-59020, 59021, 59022, 59023, 59258, 59259, 59260, 59261, 59262, 59263, 59264, 59265, 59266-59267, 59268, 59269, 59270, 59271, 59278-59280, 59281, 59282, 59283, 59284, 59285, 59290-59291, 59292-59293, 59308-59312, 59313-59317, 59321-59323, 59324, 59325, 59326-59329, 59330-59332, 59333, 59334, 59335, 59336-59339, 59340-59342, 59343, 59344, 59345, 59346-59349, 59350, 59351, 59352-59356, 59357, 59358, 59359, 59360-59365, 59366, 59367, 59368, 59369, 59370-59372, 59373, 59374, 59375, 59376, 59377-59380, 59381, 59382, 59383, 59384, 59385-59386, 59387, 59388, 59389, 59390, 59391-59393, 59394, 59395, 59396, 59397, 59398-59400, 59401, 59402, 59403, 59404, 60599-60601, 60602, 60603, 60604, 60605-60607, 60608, 60609, 60610, 60660-60661, 60777-60780, 60781-60782, 60790-60795, 60796-60797, 60798-60799, 60859-60864, 60865, 60866, 60867, 62722-62726, 62733-62738, 62746-62752, 62753, 63615, 63616-63617, 63618-63619, 63620-63621, 64944-64945, 64946, 64974-64989, 64990-64993, 64994, 65017-65028, 65029,

**65030-65031, 65754-65756, 65757, 65758, 65759, 65760, 65761, 65762-65766, 65767, 65768-65775, 66069-66071, 66072-66075, 66105-66108, 66109-66110.**

**Request for Production No. 6:** All documents created, reviewed, generated, or discussed during the weekly meeting between the Engineering and Marketing departments during the Relevant Time Period.

**RESPONSE:** **Defendant did not maintain meeting minutes during the relevant time period and therefore cannot identify any documents which may be responsive to this request; therefore, none.**

**Request for Production No. 7:** All documents that relate or refer to any "beta testing" or "field testing" of any ladder designed, manufactured, assembled, or sold by You during the Relevant Time Period.

**RESPONSE:** **Defendant has undertaken a diligent search and no responsive documents were found, therefore none.**

**Request for Production No. 8:** Every single file on Ted Hartman's laptop and/or cloud or other remote storage medium that relates or refers to the CPSC recall, communications with the CPSC, and all other internal or external documents or communications that relate or refer to the recall or any work performed in connection with the recall.

**RESPONSE:** **See Bates 26753-44216.**

**Request for Production No. 9:** The complete contents of the CPSC and/or Velocity Recall folders on the Engineering Department server.

**RESPONSE:** **See Bates 6458-8226, 26753-44330.**

**Request for Production No. 10:** All documents and data that relate or refer to the "non standard" or "alpha-testing" that You performed on the Rock Lock (versions 1 & 2), the Outer Channel, and the Back Brace.

**RESPONSE:** **See Bates 48693, 48694-48958, 53643-53644, 53645-53648, 53649, 53650, 53651-53661, 53662-53663, 53664-53666, 53667, 53668, 53669, 53670, 53671, 53672, 60894-60898, 60899-60903, 60904-60906, 61153-61162, 61163, 61164-61168, 61169-61173, 61174-61178, 61179-61183, 61184-61188, 61189-61193, 61194-61198, 61199-61203, 61204-61208, 61265-61270, 61271-61275, 61276-61280, 61281-61285, 61286-61291, 61292-61296, 61297-61301, 61302-61306, 61307-61312, 61313-61317, 61318-61322, 61323-61327, 61328-61333, 61334-61338, 61339-61343, 61344-61349, 61350-61355, 61356-61361, 61362-61367, 61368-61373, 61374-61379, 61380-61385, 61386-61391, 61392-61397, 61398-61403, 61404-61409, 61410-61415, 61416-61421, 61422-61427, 61428-61433, 61434-61439, 61440-61445, 61446-61451, 61452-61457, 61458-61463, 61464-61469, 61470-61475, 61476-61481, 61482-61487, 61488-61493, 61494-61499, 61500-61505, 61509-61510, 61511-61516, 61517-61522, 61523-61528, 61529-61534, 61535-61540, 61541-61546, 61547-61552, 61553-61558, 61559-61561, 61562-61567, 61568-61573, 61574-61579, 61580-61585, 61586-61591, 61592-61597, 61598-61603, 61604-61609, 61610-61615, 61630-61633, 61634-61640, 61641-61644,**

**62058-62059, 62060, 62066-62068, 62069-62071, 62072, 62076-62077, 62078, 62079-62081, 62085-62087, 62088-62090, 62111-62113, 62114-62116, 62117, 62118-62122, 62123-62127, 62128-62132, 62133-62137, 62138-62142, 62143-62147, 62151-62154, 62155-62158, 62159, 62165-62168, 62176-62179, 62180-62184, 62208-62209, 62210-62215, 62216-62217, 62218-62222, 62223-62224, 62225-62229, 62234-62236, 62237-62238, 62239-62243, 62572-62578, 62583-62592, 62593, 64470, 64471-64472, 64473-64474, 64475-64476, 64477-64478, 64523-64525, 64526-64527, 64528-64529, 64530-64531, 64711-64718, 64719, 64720, 64721, 69119, 69120-69150, 70241, 70242-70244, 70245, 70246, 70247-70249, 70250, 70251, 83674, 83675-83689, 83690, 83691, 83692, 83693, 83694, 83695, 83696, 83697, 83698, 83699, 83700, 83701, 83702, 83703, 83704, 83705, 83715-83716, 83717, 83718-83720, 83721-83723.**

**Request for Production No. 11:** The complete contents of the "Rock Lock" parent folder on the Engineering Department server.

**RESPONSE:**        **See Bates 5609-5925, 19576-19708.**

**Nicholas Casseb**

| | |
|---|---|
| **From:** | Jeff House |
| **Sent:** | Friday, November 04, 2022 10:53 AM |
| **To:** | Ross Cunningham |
| **Cc:** | Chelsea Linton; David Denny; Jodi Jesser |
| **Subject:** | RE: Activity in Case 3:20-cv-02170-L Thompson v. Wing Enterprises Inc et al Order Setting Deadline/Hearing |

Subject to the Court's ruling and potentially assigning a different date for both of us, Defendant agrees.

Jeffrey G. House
Farmer, House, Osuna, Jackson & Olvera
411 Heimer Road
San Antonio, TX 78232
(210) 377-1990
jhouse@satx.law



*****PLEASE NOTE MY NEW EMAIL ADDRESS EFFECTIVE IMMEDIATELY. PLEASE CHANGE YOUR CONTACT INFORMATION FOR ME TO REFLECT THIS NEW EMAIL. THANK YOU.*****

**From:** Ross Cunningham <rcunningham@cunninghamswaim.com>
**Sent:** Friday, November 4, 2022 10:51 AM
**To:** Jeff House <jeff@satx.law>
**Cc:** Chelsea Linton <clinton@satx.law>; David Denny <ddenny@cunninghamswaim.com>; Jodi Jesser <jjesser@cunninghamswaim.com>
**Subject:** Re: Activity in Case 3:20-cv-02170-L Thompson v. Wing Enterprises Inc et al Order Setting Deadline/Hearing

Roger that. Let's just make it November 30 (Plaintiff) and January 20 (Defendant).

-Ross

Ross Cunningham
Cunningham Swaim, LLP
4015 Main Street, Suite 200
Dallas, TX 75226
469.729.7000 (Direct)
214.868.3438 (Mobile)
214.646.1495 (Main)
V-Card



**Def's App. 0136**

**From:** Jeff House <jeff@satx.law>
**Date:** Friday, November 4, 2022 at 11:47 AM
**To:** Ross Cunningham <rcunningham@cunninghamswaim.com>
**Cc:** Chelsea Linton <clinton@satx.law>, David Denny <ddenny@cunninghamswaim.com>, Jodi Jesser <jjesser@cunninghamswaim.com>
**Subject:** RE: Activity in Case 3:20-cv-02170-L Thompson v. Wing Enterprises Inc et al Order Setting Deadline/Hearing

My current deadline is December 30. <mark>I will be on vacation and out of the state from January 6 – 13, 2022</mark> which is where a new deadline would fall based on prior spacing – which is why I requested the extra week.

Jeffrey G. House
Farmer, House, Osuna, Jackson & Olvera
411 Heimer Road
San Antonio, TX 78232
(210) 377-1990
jhouse@satx.law



***\*\*\*\*\*PLEASE NOTE MY NEW EMAIL ADDRESS EFFECTIVE IMMEDIATELY. PLEASE CHANGE YOUR CONTACT INFORMATION FOR ME TO REFLECT THIS NEW EMAIL. THANK YOU.\*\*\*\*\****

**From:** Ross Cunningham <rcunningham@cunninghamswaim.com>
**Sent:** Friday, November 4, 2022 10:46 AM
**To:** Jeff House <jeff@satx.law>
**Cc:** Chelsea Linton <clinton@satx.law>; David Denny <ddenny@cunninghamswaim.com>; Jodi Jesser <jjesser@cunninghamswaim.com>
**Subject:** Re: Activity in Case 3:20-cv-02170-L Thompson v. Wing Enterprises Inc et al Order Setting Deadline/Hearing

How about we keep our "agreed upon" spacing (I think it is like 43 days apart) with January 20 for you, and I will back into the date for our experts?

-Ross

Ross Cunningham
Cunningham Swaim, LLP
4015 Main Street, Suite 200
Dallas, TX 75226
469.729.7000 (Direct)
214.868.3438 (Mobile)
214.646.1495 (Main)
V-Card



2

**From:** Jeff House <jeff@satx.law>
**Date:** Friday, November 4, 2022 at 11:43 AM
**To:** Ross Cunningham <rcunningham@cunninghamswaim.com>
**Cc:** Chelsea Linton <clinton@satx.law>
**Subject:** RE: Activity in Case 3:20-cv-02170-L Thompson v. Wing Enterprises Inc et al Order Setting Deadline/Hearing

Ross:

That puts me and my experts in a bind due to the holidays and vacations already scheduled. I can agree if Plaintiff can agree to extend Defendant's deadline to designate experts until January 20, 2023 which will allow me time to get back from vacation and deal with a trial I have – of course, subject to a new date being ordered by the Judge.

Please advise.

Jeffrey G. House
Farmer, House, Osuna, Jackson & Olvera
411 Heimer Road
San Antonio, TX 78232
(210) 377-1990
jhouse@satx.law



***\*\*\*\*\*PLEASE NOTE MY NEW EMAIL ADDRESS EFFECTIVE IMMEDIATELY. PLEASE CHANGE YOUR CONTACT INFORMATION FOR ME TO REFLECT THIS NEW EMAIL. THANK YOU.\*\*\*\*\****

**From:** Ross Cunningham <rcunningham@cunninghamswaim.com>
**Sent:** Friday, November 4, 2022 10:30 AM
**To:** Jeff House <jeff@satx.law>
**Subject:** FW: Activity in Case 3:20-cv-02170-L Thompson v. Wing Enterprises Inc et al Order Setting Deadline/Hearing

Jeff,

Please let me know if we can agree that our expert reports will not be due until November 21, subject to a different date ordered by the judge after this hearing.

-Ross

Def's App. 0138

Ross Cunningham
Cunningham Swaim, LLP
4015 Main Street, Suite 200
Dallas, TX 75226
469.729.7000 (Direct)
214.868.3438 (Mobile)
214.646.1495 (Main)
V-Card



---

**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Date:** Friday, November 4, 2022 at 11:03 AM
**To:** Courtmail@txnd.uscourts.gov <Courtmail@txnd.uscourts.gov>
**Subject:** Activity in Case 3:20-cv-02170-L Thompson v. Wing Enterprises Inc et al Order Setting Deadline/Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at https://link.edgepilot.com/s/07cfe916/tzSWTKmq_0OUNzdcab4OWg?u=http://www.txnd.uscourts.gov/. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 11/4/2022 at 10:02 AM CDT and filed on 11/3/2022

| | |
|---|---|
| **Case Name:** | Thompson v. Wing Enterprises Inc et al |
| **Case Number:** | 3:20-cv-02170-L |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**ORDER re: [46] Unopposed MOTION to Continue *Trial Date and Entry of Amended Scheduling Order*. Motion Hearing set for 11/14/2022 11:00 AM before Judge Sam A. Lindsay. (Ordered by Judge Sam A. Lindsay on 11/3/2022) (oyh)**

**3:20-cv-02170-L Notice has been electronically mailed to:**

Joseph Raymond Alexander, Jr joe@alexanderfirmpllc.com, cendicott@cunninghamswaim.com,

**Def's App. 0139**

dscarborough@cunninghamswaim.com, jjesser@cunninghamswaim.com

M Ross Cunningham rcunningham@cunninghamswaim.com, cendicott@cunninghamswaim.com, dscarborough@cunninghamswaim.com, jjesser@cunninghamswaim.com

Steven D Sanfelippo ssanfelippo@cunninghamswaim.com, cendicott@cunninghamswaim.com, dscarborough@cunninghamswaim.com, jjesser@cunninghamswaim.com

Jeffrey Glynn House jhouse@satx.law, bday@satx.law, cellis@satx.law

James Dean Jackson djackson@satx.law, lkiser@cfholaw.com, lkiser@satx.law

**3:20-cv-02170-L Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=11/4/2022] [FileNumber=14377072-0] [a21fe22ba85b85fbee7afdd09c89155295c01d6560e45b1e8db292ce1cdb64cf78 6569b00fba433643b077eeff5151c2ee8cc0cfe639b782552efc74d3a834c2]]

Def's App. 0140