

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DUSTI THOMPSON, Individually, On Behalf of the Estate of Scott Thompson, Deceased, and on behalf of All Wrongful Death Beneficiaries | § § § § § | |
| Plaintiff | § § | |
| vs. | § § § | CIVIL ACTION NO. 3:20-cv-2170-L |
| WING ENTERPRISES, INC., d/b/a LITTLE GIANT LADDERS, and HAROLD ARTHUR WING | § § § § | |
| Defendants | § | JURY DEMANDED |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Dusti Thompson, Individually, On Behalf of the Estate of Scott Thompson, Deceased, and on Behalf of All Wrongful Death Beneficiaries ("Plaintiff") serves her Trial Exhibit List as follows:

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 1 | Photographs of scene and ladder immediately following incident | | | | | |
| 2 | Photographs of inspection of scene | | | | | |
| 3 | Incident report from DFR dated 12.29.19 | | | | | |
| 4 | Rock Lock Keyhole drawing | WE000100 | | | | |
| 5 | Rocker Base, Cast Aluminum rock lock drawing | WE000099 | | | | |
| 6 | Material spec sheets written in Chinese | WE000142 – WE000179 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 7 | Depo Notice | | | | | |
| 8 | E-mail between counsel regarding Russell being 30b6 rep | | | | | |
| 9 | E-mail from Ben Cook to Kathy Patton regarding Rev to outer weld fab drawings | WE063202 | | | | |
| 10 | Outer half weld fab drawing Extreme 22 | WE000019 | | | | |
| 11 | Specifications, weld wire | WE006386 | | | | |
| 12 | Wing's First Amended Response to Plaintiff's 4th RFP | | | | | |
| 13 | Warning labels | | | | | |
| 14 | Quality Assurance Procedures – QC China Final Inspection Check Sheet Procedure | WE006353 – WE006385 | | | | |
| 15 | Final inspection check sheet | WE000153 – WE000161 | | | | |
| 16 | Extreme weld test records – written in Chinese | WE006439 – WE006457 | | | | |
| 17 | Warranty claims information regarding bad welds on ladder | Various | | | | |
| 18 | E-mail from Scott Patton with talking points for Zcal and photos | WE054367 – WE054370 | | | | |
| 19 | E-mail from Scott Patton to Zcal team regarding DMR for 8 ladders returned for quality issues | WE065518 – WE065540 | | | | |
| 20 | Incident Report with photographs of broken weld | WE006387 – WE006398 | | | | |
| 21 | Incident Report with photographs | WE013460 – WE013465 | | | | |
| 22 | Incident report regarding weld snap at stabilizer piece with photographs | WE013660 – WE013661 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 23 | Discrepant Material Report with QA inspector finding 114 different issues | WE013863 – WE013865 | | | | |
| 24 | Photographs of weld breaks | WE001971 – WE001975 | | | | |
| 25 | Magnification photographs of TR brace weld | | | | | |
| 26 | Warranty claims spreadsheet | WE006428 – WE006431 | | | | |
| 27 | RMA spreadsheet | WE006432 – WE006438 | | | | |
| 28 | Billing for Little Giant regarding Welder Quals | | | | | |
| 29 | Electronic account Invoices from QTI for welder qualification tests | | | | | |
| 30 | QTI welder qualification documents | | | | | |
| 31 | Billing documents for welder quals | | | | | |
| 32 | Electronic account invoices from QTI | | | | | |
| 33 | QTI – Welder qualification test record | | | | | |
| 34 | QTI – Welder qualification test record | | | | | |
| 35 | ANSI Structural Welding Code - Aluminum | | | | | |
| 36 | ANSI – Guide for the Visual Examination of Welds | | | | | |
| 37 | Photograph of example weld | | | | | |
| 38 | Photograph of example weld | | | | | |
| 39 | Photograph of example weld | | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 40 | Photograph of example weld | | | | | |
| 41 | Photograph of example weld | | | | | |
| 42 | Photograph of example weld | | | | | |
| 43 | Photograph of example weld | | | | | |
| 44 | Photograph of example weld | | | | | |
| 45 | Photograph of example weld | | | | | |
| 46 | Photograph of example weld | | | | | |
| 47 | Photograph of example weld | | | | | |
| 48 | Photograph of example weld | | | | | |
| 49 | Photograph of example weld | | | | | |
| 50 | Photograph of example weld | | | | | |
| 51 | Little Giant ladder weld instructions drawings | WE000019 WE000039 WE000040 | | | | |
| 52 | Drawing of rock lock 2.1 or 2.0 | | | | | |
| 53 | Correspondence from Carlos regarding documents reviewed by the witness | | | | | |
| 54 | Drawing of ladder with weld fab, outer assembly Xtreme 22 | WE008790 – WE008791 | | | | |
| 55 | CPSC Monthly Progress Report for Corrective Action Plans | WE006630 | | | | |
| 56 | Correspondence from US Consumer Product Safety Commission to Paul Junius | WE006458 – WE006462 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 57 | Discrepant Material Report | WE084113 – WE084114 | | | | |
| 58 | E-mail from Scott Patton dated 7.28.16 regarding photographs for Zcal discussion | WE054367 | | | | |
| 59 | Photographs of weld break | WE054369 | | | | |
| 60 | Rock Lock Recall Customer Question and Answer Script | WE006595 – WE006597 | | | | |
| 61 | Full Report of Wing Enterprises, Inc. | WE006488 – WE006498 | | | | |
| 62 | Discrepant Material Report | WE002967 – | | | | |
| 63 | Depo Notice | | | | | |
| 64 | Wayback Machine "About Little Giant Ladders" | | | | | |
| 65 | Quality Manual for Wing | WE000266 – WE000296 | | | | |
| 66 | Registration Certificate for Suzhou Zhongchuang Alum Products Co. | | | | | |
| 67 | Wing – Final Inspection Check Sheet | WE000153 – WE000161 | | | | |
| 68 | Wing – Quality Assurance Procedures 21.0 | WE093833 – WE093837 | | | | |
| 69 | Quality Assurance Procedures – QC China Final Inspection Check Sheet Procedure 35.0 | WE006353 – WE006385 | | | | |
| 70 | Full Report of Wing Enterprises, Inc. – CPSA | WE006488 – WE006498 | | | | |
| 71 | Agenda for call with Bini | WE026758 | | | | |
| 72 | List of date codes not produced to the public | WE026776 – WE026777 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 73 | Ladder drawing for Velocity weld fab outer half assembly | WE006535 WE000019 | | | | |
| 74 | Full report of Wing to CPSC for 2012 recall | | | | | |
| 75 | E-mail from Scott patton dated 10.1.12 regarding China QA Skupe updates | WE090717 – WE090718 | | | | |
| 76 | E-mail from Scott Patton regarding replacement of 2 Rock Locks on 2 Xtreme ladders built at Zcal because detent ball is out of spec | WE013909 | | | | |
| 77 | Excerpts of Brian Russell depo from 11.8.21 | Various | | | | |
| 78 | Warranty claims – old system | Various | | | | |
| 79 | Little Giant Warranty Form | WE004782 – WE004789 | | | | |
| 80 | E-mail from Scott Patton regarding problems with shipment and request for change from black marked "X" to tags | WE083953 – WE083954 | | | | |
| 81 | E-mail from Scott Patton regarding proper tooling vs. operator controlled | WE013918 | | | | |
| 82 | E-mail from Scott Patton regarding quality assurance regarding hinges fully locking in A-frame, extension and storage positions | WE091845 | | | | |
| 83 | E-mail from Kathy Patton regarding copies of M22 drawings | WE065263 – WE065268 | | | | |
| 84 | E-mail from Scott Patton dated May 11, 2016 regarding black grease on ladders | WE090714 | | | | |
| 85 | E-mail from Scott Patton dated 7.28.16 regarding talking points for Zcal and photos | WE054367 – WE054370 | | | | |
| 86 | E-mail from Scott Patton dated 7.29.16 with talking points for Zcal and photos | WE090987 – WE090993 | | | | |
| 87 | E-mail from Scott Patton regarding the test report for the Revolution Type 1A and passing so the Amazon order can be | WE084080 – WE084082 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| | produced | | | | | |
| 88 | Discrepant Material Report regarding channel being too soft | WE084113 – WE084116 | | | | |
| 89 | Discrepant Material Report regarding rock locks not locking because the aluminum base pieces are bent | WE013979 – WE013980 | | | | |
| 90 | E-mail from Art Wing regarding Team ZCAL not meeting the Helium deadline and the ladder quality not being perfect | WE084116 – WE084120 | | | | |
| 91 | Discrepant Material Report regarding Rock Lock Bases being bent on 2 ladders | WE013981 – WE013983 | | | | |
| 92 | E-mail from Art Wing regarding challenges to freight and order on 5 foot Flip n Lites | WE091839 – WE013984 | | | | |
| 93 | E-mail from Jeff Dinsdale regarding Round Leg Brace and certification for samples | WE071424 – WE071426 | | | | |
| 94 | E-mail from Scott Patton regarding Final Inspection Check Sheets | WE091297 – WE091299 | | | | |
| 95 | E-mail from Arthur Wing regarding his January visit in China and the recall they will be doing | WE091840 | | | | |
| 96 | E-mail from Arthur Wing regarding ladder changes | WE019972 – WE019976 | | | | |
| 97 | E-mail from Scott Patton regarding DMR#009-17 and 8 ladders returned | WE093420 – WE093421 | | | | |
| 98 | Discrepant Material Report regarding ladders returned by customer | WE091074 | | | | |
| 99 | E-mail from Julia Huang regarding DMR#009-17 | WE091061 – WE091073 | | | | |
| 100 | E-mail from Scott Patton to Julia regarding plans for correction | WE093500 – WE093502 | | | | |
| 101 | E-mail from Scott Patton regarding Zcal Welder test certifications | Various | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 102 | E-mail response from Scott Patton regarding names of the welders being ZCAL and PICA | WE093516 – WE093517 | | | | |
| 103 | E-mail from Scott Patton regarding quality issues | WE090786 – WE090806 | | | | |
| 104 | E-mail from Helen Xu regretting customer complaints | WE091075 – WE091077 | | | | |
| 105 | Quality Assurance Procedures version 1.0 | WE006399 – WE006403 | | | | |
| 106 | Risk Retention Services Claim Detail Report as of 12.1.09 | | | | | |
| 107 | Drawing of outer half assembly, Xtreme M17 | WE059776 | | | | |
| 108 | Drawing of Outer half, weld fab, Xtreme M17 | WE059777 | | | | |
| 109 | Drawing of pin rock lock | WE059801 | | | | |
| 110 | Drawing of extrusion, outer channel, revolution | WE059817 | | | | |
| 111 | E-mail from Kathy Patton dated 1.21.14 regarding updated outer half weld fab drawings | WE053740 | | | | |
| 112 | Little Giant Press Release | | | | | |
| 113 | Ryan Crawford Linked-In page | | | | | |
| 114 | Sean Peterson Linked-In page | | | | | |
| 115 | Sample testing results | WE091532 & WE000101 | | | | |
| 116 | Drawing of pin rock lock | Various | | | | |
| 117 | E-mail from Scott Patton dated 2.1.16 regarding Zcal DMR#005-16 | WE091825 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 118 | E-mail from Scott Patton dated 2.2.16 regarding DMR 007-16 | WE091826 – WE091831 | | | | |
| 119 | E-mail from Jeff Dinsdale dated 6.1.16 regarding Sapa Phoenix DMR#062-16 | WE070289 – WE070292 | | | | |
| 120 | E-mail from Scott Patton dated 7.14.16 regarding Zcal DMR #086-16 mis-punched holes | WE070946 – WE070951 | | | | |
| 121 | E-mail from Scott Patton dated 7.21.16 regarding DMR# 091-16 | WE071181 – WE071184 | | | | |
| 122 | E-mail from Scott Patton dated 7.28.16 regarding Zcal QA Items | WE071190 – WE071193 | | | | |
| 123 | E-mail from Scott Patton dated 8.17.16 regarding DMR#097-16 | WE071386 – WE071389 | | | | |
| 124 | Drawing of inner rung revolution | Various | | | | |
| 125 | E-mail from Scott Patton dated 9.15.16 regarding Zcal DMR #112-16 | WE071411 – WE071418 | | | | |
| 126 | E-mail from Jeff Dinsale dated 10.12.16 regarding round leg brace | WE071424 – WE071425 | | | | |
| 127 | E-mail from Curtis Walker dated 2.16.17 regarding Zcal DMR 018-17 Xtreme M22 w-ratchets 12322-801 | WE057031 – WE057032 | | | | |
| 128 | E-mail from Scott Patton dated 3.1.17 regarding DMR#029-17 | WE073145 – WE073152 | | | | |
| 129 | E-mail from Colleen March dated 4.3.17 regarding Sapa PHX DMR 028-17 Extrusion 53847 | WE073492 – WE073493 | | | | |
| 130 | E-mail from Colleen March dated 4.3.17 regarding Sapa PHX DMR 028-17 Extrusion 53847 | WE073492 – WE073498 | | | | |
| 131 | E-mail from Scott Patton dated 11.1.17 regarding weld inspections | WE044404 – WE044409 | | | | |
| 132 | E-mail from Scott Patton dated 11.13.17 regarding weld inspections | WE044410 – WE044415 | | | | |
| 133 | E-mail from Sean Peterson dated 6.15.11 regarding shortened rock lock pin | WE091782 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 134 | E-mail from Timothy dated 6.15.11 regarding new extrusions | WE091753 – WE091754 | | | | |
| 135 | E-mail from Scott Patton dated 9.25.14 regarding DMR#056-14 | WE013909 | | | | |
| 136 | Photographs of Thompson family | Thompson000541 Thompson000560 | | | | |
| 137 | Photographs at scene on day of accident | | | | | |
| 138 | Ladder brochure | WE000180 – WE000237 | | | | |
| 139 | Dusti Thompson Facebook Posts | THOMPSON001680 – THOMPSON001700 | | | | |
| 140 | Discrepant Material Report dated 3.17.15 | WE083830 | | | | |
| 141 | Discrepant Material Report dated 8.19.15 | WE083959 | | | | |
| 142 | Discrepant Material Report dated 8.21.15 | WE013937 | | | | |
| 143 | Discrepant Material Report dated 11.23.15 | WE083991 | | | | |
| 144 | Discrepant Material Report dated 6.1.16 | WE070292 | | | | |
| 145 | Discrepant Material Report dated 7.11.16 | | | | | |
| 146 | Discrepant Material Report dated 7.21.16 | | | | | |
| 147 | Discrepant Material Report dated 8.4.16 | WE071380 – WE071381 | | | | |
| 148 | Discrepant Material Report dated 8.4.16 | WE071390 – WE071391 | | | | |
| 149 | Discrepant Material Report dated 9.14.16 | WE084140 – WE084141 | | | | |
| 150 | Discrepant Material Report dated 10.28.16 | | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 151 | Discrepant Material Report dated 11.17.16 | | | | | |
| 152 | Discrepant Material Report dated 11.23.16 | | | | | |
| 153 | Discrepant Material Report dated 12.7.16 | | | | | |
| 154 | Discrepant Material Report dated 12.27.16 | | | | | |
| 155 | Discrepant Material Report dated 1.23.17 | WE065541 | | | | |
| 156 | Discrepant Material Report dated 1.20.17 | | | | | |
| 157 | Discrepant Material Report dated 2.10.17 | WE081160 | | | | |
| 158 | Discrepant Material Report dated 2.15.17 | | | | | |
| 159 | Discrepant Material Report dated 2.23.17 | WE073153 | | | | |
| 160 | Discrepant Material Report dated 5.5.17 | | | | | |
| 161 | Discrepant Material Report dated 7.6.17 | | | | | |
| 162 | Discrepant Material Report dated 1.13.15 | WE013743 | | | | |
| 163 | Discrepant Material Report dated 7.6.17 | WE090788 – WE090827 | | | | |
| 164 | ANSI – Standard for Ladders – Portable Metal – Safety Requirements | | | | | |
| 165 | E-mail from Julia Huang dated 2.8.17 regarding DMR# 009-17 | WE091061 – WE091077 | | | | |
| 166 | Notes regarding Suzhou visit 9.4.17 with pictures of the plant | Various | | | | |
| 167 | Zcal 3rd Party Inspections: audits | WE086737 – WE086776 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| 168 | Correspondence from Little Giant dated 8.16.16 regarding Compliance of Portable Metal Ladders | WE071384 – WE071385 | | | | |
| 169 | Photographs of broken locks | | | | | |
| 170 | CV of Gerhard Fuchs | | | | | |
| 171 | CV of Dr. Daniel Foster | | | | | |
| 172 | Photographs from Dr. Foster | | | | | |
| 173 | CV of Steve Hall | | | | | |
| 174 | CV of Dr. John Meyer | | | | | |
| 175 | CV of Dr. Katy Sutton | | | | | |
| 176 | CV of Dr. Tibbs | | | | | |
| 177 | Photographs of Scott Thompson after accident | THOMPSON000561-THOMPSON000565 | | | | |
| 178 | Medical Records from Scott Thompson's treatment | THOMPSON000566 – THOMPSON001653 | | | | |
| 179 | CV of John Swiger | | | | | |
| 180 | Additional Docs Reviewed by John Meyer | Various | | | | |
| 181 | Photographs from John Meyer's 12.13.23 Report | | | | | |
| 182 | Photographs from John Meyer's 1.30.24 Report | | | | | |
| 183 | Inspection photographs from John Meyer, ESI and alternative designs | Voluminous | | | | |
| 184 | Rock Lock Insert Installation Instructions – Voluntary Recall | WE006507 | | | | |

| EXH NO. | DESCRIPTION | BATES NO. | STIPULATE | OBJECTION | ADMIT | DENIED |
|---|---|---|---|---|---|---|
| | Information | | | | | |
| 185 | Ladder drawings – Folder A | WE000001 – WE000141 | | | | |
| 186 | Records and inspection sheets | WE000142 – WE000179 | | | | |
| 187 | Documents from USCPS | WE0006458 – WE0006506 | | | | |
| 188 | Testing documents | WE000311 – WE000750 | | | | |
| 189 | Financial records including bank statements, tax returns, funeral records | THOMPSON 000002 – THOMPSON 000540 THOMPSON 001654 – THOMPSON 001658 THOMPSON 001701 – THOMPSON 001767 | | | | |
| 190 | Settlement Correspondence (5.5.20 & 3.2.21) including Stowers demand (1.22.24), supplemental Stowers demand (2.1.24) | | | | | |
| 191 | Certified Copy of 2013 Recall Documents | THOMPSON 001768 – THOMPSON 001943 | | | | |
| 192 -D | Laser scan images of subject ladders and other ladders created by ESI and John Meyer | | | | | |
| 193 - D | Images/animation illustrating loss of Rock Lock pin engagement – sources and effects | | | | | |
| 194 - D | Images/animation illustrating Rock Lock design changes | | | | | |

Respectfully submitted,

*/s/ Ross Cunningham*
Ross Cunningham
State Bar No. 24007062
Joseph R. Alexander, Jr.
State Bar No. 00995150
Steven D. Sanfelippo
State Bar No. 24027827
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
rcunningham@cunninghamswaim.com
joe@cunninghamswaim.com
ssanfelippo@cunninghamswaim.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been sent this Court's ECF system to all counsel of record on this 5th day of February 2024.

*/s/ Ross Cunningham*
Ross Cunningham