# EXHIBIT A

**Thursday, February 22, 2024 at 11:03:43 Central Standard Time**

**Subject:** Thompson v Wing- supplemental exhibit list
**Date:** Tuesday, February 20, 2024 at 8:24:04 PM Central Standard Time
**From:** Anastasia Triantafillis <anastasia.triantafillis@wbclawfirm.com>
**To:** David Denny <ddenny@cunninghamswaim.com>

Sender : Anastasia Triantafillis
Link : https://link.edgepilot.com/s/ce491b20/1tdzVZgT-0acgmUzsDLy8A?
u=https://biscom.wbclawfirm.com/bds/Login.do?
id=A0520852646%26p1=naj11exsbgdbjgdhfhlccjecdk20

Sent To : ddenny@cunninghamswaim.com; Jodi Jesser; Joseph Alexander;
rcunningham@cunninghamswaim.com
Cc : Anastasia Triantafillis; Ebony Mosley

**Thursday, February 22, 2024 at 11:06:02 Central Standard Time**

**Subject:** Thompson v Wing- supplement to exhibit list
**Date:** Tuesday, February 20, 2024 at 8:13:29 PM Central Standard Time
**From:** Anastasia Triantafillis <anastasia.triantafillis@wbclawfirm.com>
**To:** David Denny <ddenny@cunninghamswaim.com>

Sender : Anastasia Triantafillis
Link : https://link.edgepilot.com/s/66ffd158/SMAuvIg6AkmiuHb9s7w2eA?
u=https://biscom.wbclawfirm.com/bds/Login.do?
id=A0520850630%26p1=naj22masbgdbjgbheblccjecek20

Sent To : ddenny@cunninghamswaim.com; rcunningham@cunninghamswaim.com;
ssanfelippo@cunninghamswaim.com
Cc : Anastasia Triantafillis; Ebony Mosley